IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA, EVANSVILLE DIVISION

| | | |
|---|---|---|
| WILLIAM HURT, DEADRA HURT, ANDREA HURT, & DEBBIE HURT, | ) ) ) | |
| Plaintiffs | ) ) | |
| vs. | ) ) | Case No. 3:14-cv-00092-JMS-WGH |
| EVANSVILLE POLICE DEPARTMENT DETECTIVES JEFF VANTLIN, JACK SPENCER, WILLIAM ARBAUGH, and JASON PAGETT, DETECTIVE SERGEANTS LARRY NELSON and RICHARD BLANTON, and LIEUTENANT DAN DEYOUNG, CITY OF EVANSVILLE, KENTUCKY STATE POLICE OFFICERS MATTHEW WISE and ZACHARY JONES, and KENTUCKY MEDICAL EXAMINER AMY BURROWS-BECKHAM, | ) ) ) ) ) ) ) ) ) ) ) | The Honorable Jane Magnus-Stinson |
| Defendants. | ) | JURY TRIAL DEMANDED |

## MOTION TO APPEAR *PRO HAC VICE*
## FILED ON BEHALF OF ATTORNEY THERESA KLEINHAUS

Rachel Steinback of the law firm Loevy & Loevy, pursuant to S.D. Ind. Local Rule 83-6(a), hereby moves this court for an Order granting Theresa Kleinhaus of Loevy & Loevy, leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Plaintiffs in the above-styled cause only. In support of this motion, the undersigned states:

1. The Certification of Theresa Kleinhaus, as required by S.D. Ind. Local Rule 83-6(b), is attached hereto as Exhibit A.

2. Electronic payment in the amount of One Hundred Dollars ($100) has been submitted via pay.gov contemporaneously with the filing of this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting Theresa Kleinhaus leave to appear *pro hac vice* for purposes of this cause only.

Dated: February 18, 2016

RESPECTFULLY SUBMITTED,

/s/ Rachel Steinback
*Attorney for the Plaintiffs*

Arthur Loevy
Jon Loevy
Russell Ainsworth
Rachel Steinback
Cindy Tsai
Steven Art
Loevy & Loevy
312 North May Street, Suite 100
Chicago, Illinois 60607
(312) 243-5900

## CERTIFICATE OF SERVICE

I, Rachel Steinback, an attorney, hereby certify that on February 18, 2016, I caused the foregoing **Motion to Appear Pro Hac Vice on Behalf of Attorney Theresa Kleinhaus** to be served via CM/ECF upon all counsel of record.

/s/ Rachel Steinback
*Attorney for the Plaintiffs*