## Exhibit A

## Certification of Theresa Kleinhaus In Support of Motion to Appear *Pro Hac Vice*

In support of the Motion to Appear Pro Hac Vice filed on my behalf by Rachel Steinback of Loevy & Loevy, and pursuant to S. D. Ind. Local Rule 83-6(b), the undersigned states:

1. I am admitted to practice and in good standing (*i.e.*, currently authorized to practice as an attorney in the following United States courts and state's highest courts): Northern District of Illinois (October 12, 2011), and *pro hac vice* in the District of Arizona and the Eastern District of Wisconsin.

2. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and I will abide by these rules and standards.

I certify that the above information is true and correct.

Dated: February 18, 2016

Respectfully submitted,

Theresa Kleinhaus

Loevy & Loevy
312 North May Street, Suite 100
Chicago, Illinois 60607
(312) 243-5900
(312) 243-5902
tess@loevy.com