IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA, EVANSVILLE DIVISION

| | | |
|---|---|---|
| WILLIAM HURT, DEADRA HURT, ANDREA HURT, & DEBBIE HURT, | ) ) ) | |
| Plaintiffs | ) ) | |
| vs. | ) ) | Case No. 3:14-cv-00092-JMS-WGH |
| EVANSVILLE POLICE DEPARTMENT DETECTIVES JEFF VANTLIN, JACK SPENCER, WILLIAM ARBAUGH, and JASON PAGETT, DETECTIVE SERGEANTS LARRY NELSON and RICHARD BLANTON, and LIEUTENANT DAN DEYOUNG, CITY OF EVANSVILLE, KENTUCKY STATE POLICE OFFICERS MATTHEW WISE and ZACHARY JONES, and KENTUCKY MEDICAL EXAMINER AMY BURROWS-BECKHAM, | ) ) ) ) ) ) ) ) ) ) ) ) | The Honorable Jane Magnus-Stinson |
| Defendants. | ) | JURY TRIAL DEMANDED |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the motion of Rachel Steinback of the law

firm Loevy & Loevy, seeking an Order granting Theresa Kleinhaus of Loevy & Loevy, leave to

appear *pro hac vice* for the purpose of appearing as counsel on behalf of Plaintiffs in the above-

styled cause only.  Being fully advised, it is now ORDERED that the motion be, and hereby is,

GRANTED.

Applicant's contact information should be entered as follows:

Theresa Kleinhaus
Loevy & Loevy
312 N. May Street, Suite 100
Chicago, IL 60607
(312) 243-5900
(312) 243-5902

tess@loevy.com

        Dated: _____

                                                  _____
                                                  Honorable Jane Magnus-Stinson
                                                  United States District Court
                                                  Southern District of Indiana

Distribution list:

To all registered counsel by CM/ECF
To PHV applicant via U.S. Mail
        Theresa Kleinhaus
        Loevy & Loevy
        312 N. May Street, Suite 100
        Chicago, IL 60607