**2**

1          UNITED STATES DISTRICT COURT
2          SOUTHERN DISTRICT OF INDIANA
                EVANSVILLE DIVISION
3       CIVIL ACTION NO.:  3:14-CV-00092-RLY-WGH

4
    WILLIAM HURT, ET AL.                    PLAINTIFFS
5
6    v.

7
    EVANSVILLE POLICE DEPARTMENT, ET AL.         DEFENDANTS
8

9

10      TRANSCRIPT OF VIDEOTAPED INTERROGATION
                OF WILLIAM HURT
11
                 JUNE 28, 2012
12

13           ...  ...  ...

14

15

16

17

18         TRANSCRIBED BY ALICE H. BLACKBURN
         VIDEO COURT REPORTING SERVICES, INC.
19               AUGUST 17, 2015

20

21

22

23   Copyright, Video Court Reporting Services, Inc., 2015.
     Permission to reproduce in any manner, including sending
24     this file electronically, is hereby granted to
               COUNSEL and Co-Counsel only.
25

**3**

1          (ON THE RECORD, 19:19 HRS)
2          DETECTIVE VANTLIN:  William, do you remember me?
3  I'm Detective Vantlin with the Evansville Police
4  Department.  This is Detective Jones with the Kentucky
5  State Police.  You talked to him earlier.  Okay?  I want to
6  get some information out of you.  I want to make sure we
7  know who we're talking to okay?  We do this all the time.
8  Give me your first name.
9          WILLIAM HURT:  William.
10          DETECTIVE VANTLIN:  That's your legal first name?
11          WILLIAM HURT:  Yes.
12          DETECTIVE VANTLIN:  Middle name?
13          WILLIAM HURT:  Jeffrey.
14          DETECTIVE VANTLIN:  How do you spell that?
15          WILLIAM HURT:  J-E-F-F-R-E-Y.
16          DETECTIVE VANTLIN:  R-E-Y?
17          WILLIAM HURT:  Yeah.
18          DETECTIVE VANTLIN:  Last name?
19          WILLIAM HURT:  Hurt, H-U-R-T.
20          DETECTIVE VANTLIN:  And what is your date of
21 birth?
22          WILLIAM HURT:  05/17/94.
23          DETECTIVE VANTLIN:  And your address?
24          WILLIAM HURT:  2313 East Riverside Drive.
25          DETECTIVE VANTLIN:  What's your Social Security

**4**

1 number?
2          WILLIAM HURT:  319 -- 309, sorry.
3          DETECTIVE VANTLIN:  309?
4          WILLIAM HURT:  Yeah, 15-2151.
5          DETECTIVE VANTLIN:  Okay.  I'm going to read you
6 something.  I want to make sure you understand it, okay?
7          WILLIAM HURT:  Okay.
8          DETECTIVE VANTLIN:  You have the right to remain
9 silent.  Anything you say can and will be used against you
10 in a court of law.  You have the right to talk to a lawyer
11 and to have him present with you while you are being
12 questioned.  If you can't afford to hire a lawyer, one will
13 be appointed to represent you before any questioning if you
14 wish.  You can decide at any time to exercise these rights
15 and not answer any questions or make any statements.
16          WILLIAM HURT:  (Unintelligible).
17          DETECTIVE VANTLIN:  Okay.  Would you sign here to
18 show that I read that to you?  All that's just stating is
19 that I read you your -- your Miranda rights.  Okay.  Now,
20 do you want to talk to me about this incident?
21          WILLIAM HURT:  About this incident with Mark
22 Golike?
23          DETECTIVE VANTLIN:  Uh-huh.
24          WILLIAM HURT:  What do you want to know?
25          DETECTIVE VANTLIN:  Well, I've got to know if you

**5**

1 want to talk to me about it or not.
2          WILLIAM HURT:  Oh, I can talk to you.  It's not a
3 problem.
4          DETECTIVE VANTLIN:  Okay, good.  Would you sign
5 here, please?  Okay.  Okay.  All right.  We're going to go
6 over again about that night, okay?
7          WILLIAM HURT:  Okay.
8          DETECTIVE VANTLIN:  You were working; is that
9 correct?
10          WILLIAM HURT:  Yes, I was.
11          DETECTIVE VANTLIN:  And that was on a Thursday?
12          WILLIAM HURT:  Yes.
13          DETECTIVE VANTLIN:  Do you think it was about the
14 16th?
15          WILLIAM HURT:  I think it was the 16th, yes.
16          DETECTIVE VANTLIN:  Okay.  So, it was the 16th,
17 on a Thursday.  Originally, you said on a Saturday.
18 Actually, originally you told me on Thursday.  When I told
19 you that Debbie had told me that it was on Saturday, you
20 agreed.  Were you just agreeing at that time?
21          WILLIAM HURT:  Well, when my dad asked me when --
22 what date it was, I was half asleep.  I didn't really have
23 time to think.
24          DETECTIVE VANTLIN:  Okay.
25          WILLIAM HURT:  Because they woke me up, so I

**6**

1  just, whatever, said a day just so he would leave me alone
2  and I could go back to sleep.
3          DETECTIVE VANTLIN:  Okay.  Okay.  So, are we sure
4  it -- sure it was Thursday now?
5          WILLIAM HURT:  Yes.
6          DETECTIVE VANTLIN:  Okay, tell me about --
7          WILLIAM HURT:  Well, what I can do is I can get
8  the schedule that I was working that week and I can see who
9  I was working with.  Because if I backtrack, I'll be able
10  to tell you.
11          DETECTIVE VANTLIN:  Okay.  Regardless of the day,
12  that's the night Marcus Golike was there, right?
13          WILLIAM HURT:  Yes.
14          DETECTIVE VANTLIN:  Okay.  Tell me about your day
15  that day.
16          WILLIAM HURT:  My day was I got up.  I had gotten
17  called -- or I got up.  I was getting showered and I played
18  games (unintelligible) a little bit and, around 3:15, I
19  left to get -- take the Lawndale bus to work.
20          DETECTIVE VANTLIN:  Which is?
21          WILLIAM HURT:  Lic's Ice Cream, Lic's Ice Cream
22  over there on Green River Road.  And after that, we had a
23  very -- it was a very, long drawn out day and, when I had
24  gotten home, he was sitting at my kitchen table.
25          DETECTIVE VANTLIN:  Okay.  So, let's back up.

**7**

1  What time did you leave work?
2          WILLIAM HURT:  It was about -- let's see, a
3  Thursday, 9:45 when she told me to leave and I was sitting
4  on -- behind -- uh, not Lic's, uh, the mall waiting for the
5  bus, about 30 minutes.
6          DETECTIVE VANTLIN:  Okay.  And what time do you
7  think you got on the bus?
8          WILLIAM HURT:  About 10:15 (unintelligible) back
9  to Lawndale.
10          DETECTIVE VANTLIN:  10:15, okay.  And where did
11  that bus take you?
12          WILLIAM HURT:  It took me down to -- do you know
13  where (unintelligible) is that over there by Eastland -- or
14  not Eastland, Washington Square Mall?
15          DETECTIVE VANTLIN:  Uh-huh.
16          WILLIAM HURT:  It took me down there to Lawndale
17  and then I got on the Riverside bus and came home.
18          DETECTIVE VANTLIN:  Okay.  Where did that bus
19  drop you off at?
20          WILLIAM HURT:  It dropped me off by the Kangaroo
21  gas station.
22          DETECTIVE VANTLIN:  Okay.  Right there at Boeke
23  and Riverside?
24          WILLIAM HURT:  Yes.
25          DETECTIVE VANTLIN:  What time do you think you

**8**

1  got home?
2          WILLIAM HURT:  It was about -- That day, it was
3  about 11:30.
4          DETECTIVE VANTLIN:  About 11:30?
5          WILLIAM HURT:  11:30 p.m.
6          DETECTIVE VANTLIN:  Okay.  That's a pretty long
7  bus ride.
8          WILLIAM HURT:  Well, we've got to wait for the
9  other buses and then we leave -- they leave at 10:45 to --
10  you got to take everybody else.
11          DETECTIVE VANTLIN:  Okay.  Now is the real
12  important part.  Now, I want you to be honest and not skip
13  any details.  Tell me everything.  Okay?  Don't leave
14  anything out.
15          WILLIAM HURT:  Okay.
16          DETECTIVE VANTLIN:  Okay.  Go ahead.
17          WILLIAM HURT:  What do you want to know?
18          DETECTIVE VANTLIN:  When you got home.
19          WILLIAM HURT:  When I got home, I walked in and
20  Mark was sitting on my kitchen table.  He was eating a
21  bucket of macaroni salad.  I hugged my mom at that time and
22  told her that I loved her and that I was home.  And then,
23  after that, I sat down at the kitchen table and I was
24  sitting there with my mom and we were sitting there
25  talking.  And then, after a while, my mom said she had to

**9**

1  go to bed.
2          DETECTIVE VANTLIN:  Who all was in the kitchen?
3          WILLIAM HURT:  It was me, Mark, Harley Wade, Dee,
4  I was thinking he was in there for about ten minutes.
5          DETECTIVE VANTLIN:  Okay.  Let's back up again.
6  See, you left that out.  I -- I really want everything.
7  This is very important, okay?  I want every little detail.
8  You come in the house.  You said your mom and Mark were in
9  the kitchen.
10          WILLIAM HURT:  Yes.
11          DETECTIVE VANTLIN:  At that time, when you
12  entered the door, who was in the kitchen?
13          WILLIAM HURT:  It was Steven, my little brother,
14  my mom and Mark.
15          DETECTIVE VANTLIN:  Okay.
16          WILLIAM HURT:  And after I had come in, sat down,
17  Harley -- he walked in and he grabbed something.
18          DETECTIVE VANTLIN:  Where did he come from?
19          WILLIAM HURT:  The living room.
20          DETECTIVE VANTLIN:  Okay.
21          WILLIAM HURT:  He had walked in and then he
22  grabbed something.  He started moving stuff around, like
23  cleaning up a little bit.  Then, he grabbed a Sunny D and
24  walked back out.
25          DETECTIVE VANTLIN:  Grabbed his ID?

**10**

1      WILLIAM HURT:  A Sunny D, it's a --

2      DETECTIVE VANTLIN:  Sunny D.  It's a drink.

3      WILLIAM HURT:  Yeah.

4      DETECTIVE VANTLIN:  And then he walked out?

5      WILLIAM HURT:  Yeah.

6      DETECTIVE VANTLIN:  How long was he in the

7 kitchen?

8      WILLIAM HURT:  About five, ten minutes.

9      DETECTIVE VANTLIN:  Okay.  And then -- then what

10 happened?

11      WILLIAM HURT:  After that, me and -- we got to

12 talking.  Steven was taking playing cards and throwing them

13 really fast.  And then, after a while when we got done

14 doing that, me and Mark played a game of chess, which

15 lasted about a half an hour almost.  And then after that,

16 my mom said she was going to bed and that was like right in

17 the middle of our game.

18      DETECTIVE VANTLIN:  Okay.

19      WILLIAM HURT:  And then Mark, because his eyes

20 are bad, he couldn't see the board very well because of the

21 lighting and then he just surrendered and then I shook his

22 hand and I started talking to him for a little bit.  And

23 after probably about 20 minutes talking, he just said he

24 was going to leave and he grabbed a container of instant

25 coffee, filled up the -- filled up the thing with water and

**11**

1 then just left.

2      DETECTIVE VANTLIN:  Was your mom there to witness

3 this?

4      WILLIAM HURT:  No, she was in bed.

5      DETECTIVE VANTLIN:  Okay.  Because she told me

6 about it.  Are you sure she wasn't there when the container

7 of coffee came out?

8      WILLIAM HURT:  No, she gave the container of

9 coffee to him.  I remember that.

10      DETECTIVE VANTLIN:  Okay.  Remember, I told you I

11 wanted specific details, okay?

12      WILLIAM HURT:  Right.

13      DETECTIVE VANTLIN:  That's something you left

14 out.  I don't want you leaving anything else out.

15      WILLIAM HURT:  Well, as my mom was going to bed,

16 she -- Mark asked about coffee and then she was digging

17 around in the cabinet and grabbed an instant coffee

18 container that had about this much coffee left in it.

19      DETECTIVE VANTLIN:  Uh-huh.

20      WILLIAM HURT:  And then she said -- she said he

21 could have it.

22      DETECTIVE VANTLIN:  Okay.

23      WILLIAM HURT:  And then after that, we talked for

24 a little bit and then he filled up the container, stirred

25 it around, drank some, said he was leaving.  I shook his

**12**

1 hand again and told him I'd see him around.

2      DETECTIVE VANTLIN:  Uh-huh.

3      WILLIAM HURT:  And then he got on his shoes and

4 walked out the back door.

5      DETECTIVE VANTLIN:  Walked out the back door?

6      WILLIAM HURT:  Yes.

7      DETECTIVE VANTLIN:  Okay.  And where was Harley

8 at this time?

9      WILLIAM HURT:  He was in his room.

10      DETECTIVE VANTLIN:  He was in his room?

11      WILLIAM HURT:  Uh-huh.

12      DETECTIVE VANTLIN:  How do you know that?

13      WILLIAM HURT:  Because he -- as I was walking to

14 get up from the table, he went into his room for a little

15 bit because usually, when mom goes to bed, everybody else

16 kind of follows and goes to bed.

17      DETECTIVE VANTLIN:  Okay.  Where was Steven?

18      WILLIAM HURT:  He was already in bed asleep I

19 believe.

20      DETECTIVE VANTLIN:  Okay.  When did he leave the

21 kitchen?

22      WILLIAM HURT:  He left after -- or, before me and

23 Mark started playing a game of chess.

24      DETECTIVE VANTLIN:  He left before that?

25      WILLIAM HURT:  Yes.

**13**

1      DETECTIVE VANTLIN:  Okay.  So, you're kind of all

2 over the place, you know.  You're not telling it step by

3 step.  I've got to pull you in on this stuff.  I don't like

4 doing that, okay?

5      WILLIAM HURT:  Uh-huh.

6      DETECTIVE VANTLIN:  All right.

7      WILLIAM HURT:  And then after that -- after mom

8 went to bed, he and I stayed up and talked for a little

9 bit, like I just said.  Then, he filled up the instant

10 coffee container, said he was leaving.  So, I shook his

11 hand and he walked -- walked out there and put his shoes on

12 and walked out the back door.

13      DETECTIVE VANTLIN:  Okay.

14      WILLIAM HURT:  And that's the last I had seen

15 him.

16      DETECTIVE VANTLIN:  Where was Andrea?

17      WILLIAM HURT:  Andrea, she was upstairs asleep.

18      DETECTIVE VANTLIN:  Where was Deadra?

19      WILLIAM HURT:  I do not know where Deadra was.

20      DETECTIVE VANTLIN:  And that's the last time you

21 saw him?

22      WILLIAM HURT:  That's the last time I saw him,

23 yes.  So, after he left, I went down to my room about 1:00

24 and then I fell asleep after I fed my rabbit and watched a

25 little TV.

Interrogation of William Hurt    June 28, 2012

14

1    DETECTIVE VANTLIN:  Okay.  At what time do you
2 think he left?
3    WILLIAM HURT:  It was probably about 12:30.
4    DETECTIVE VANTLIN:  12:30?
5    WILLIAM HURT:  (Unintelligible).
6    DETECTIVE VANTLIN:  So, what did you do from
7 12:30 to 1:00?
8    WILLIAM HURT:  We sat there and talked.
9    DETECTIVE VANTLIN:  Who?
10    WILLIAM HURT:  Me and Mark.
11    DETECTIVE VANTLIN:  All right.  He left at 12:30
12 you said.  You went to your bedroom at 1:00.
13    WILLIAM HURT:  Yeah.  Well, he was getting ready
14 to leave at 12:30 and then we started talking again for
15 around 15 minutes and then he said he was leaving.  About
16 12:45, 12:50, he walked out the back door and I went down
17 to my room.  I sleep in the basement.
18    DETECTIVE VANTLIN:  What did you guys talk about?
19    WILLIAM HURT:  We talked about football pros and
20 how bad the teams were doing and how bad some of the teams
21 were doing and some -- some of the teams were good, that
22 the Colts had lost Peyton Manning and how good of a
23 quarterback he was and his brother was trying to catch up
24 to him.  That's about it.
25    DETECTIVE VANTLIN:  Okay.  And you went to bed?

15

1    WILLIAM HURT:  Uh-huh.
2    DETECTIVE VANTLIN:  What's the next noise you
3 hear?
4    WILLIAM HURT:  Nothing.
5    DETECTIVE VANTLIN:  Nothing at all?
6    WILLIAM HURT:  Nothing.
7    DETECTIVE VANTLIN:  Okay.  Do you have a -- any
8 kind of disabilities?
9    WILLIAM HURT:  Do I?
10    DETECTIVE VANTLIN:  Uh-huh.
11    WILLIAM HURT:  I do have a club foot.
12    DETECTIVE VANTLIN:  Any mental disabilities?
13    WILLIAM HURT:  Not mental, no.
14    DETECTIVE VANTLIN:  Okay.  You make decent
15 grades?
16    WILLIAM HURT:  Yes, I do.  I could have graduated
17 as a junior.
18    DETECTIVE VANTLIN:  Okay.  That's good.  I'm
19 going to tell you what, you've got inconsistencies with
20 some of the stories you're telling.  Do you understand
21 that?
22    WILLIAM HURT:  Yeah, I do.
23    DETECTIVE VANTLIN:  Okay.  Are you going to be
24 straight with me this time?
25    WILLIAM HURT:  Yes.

16

1    DETECTIVE VANTLIN:  Go ahead.
2    WILLIAM HURT:  Okay.  Well, about 9:45 -- We had
3 just closed at 9:30.  I was cleaning up and then Nyla -
4 she's my store manager, I think you met her.
5    DETECTIVE VANTLIN:  Uh-huh.
6    WILLIAM HURT:  She was the lady who was the
7 blonde little lady.
8    DETECTIVE VANTLIN:  I know who she is.
9    WILLIAM HURT:  And then she said, I don't -- you
10 can go ahead and leave, Steve's going to be here.  Steve's
11 her husband.  And then she said she wanted me to try to go
12 catch my bus.  So, I walked out the back doorway.  I walked
13 across the -- or, across the mall parking lot to the back,
14 to the Dillard's wing, where we wait for the buses.  And
15 then, I got on the Lawndale bus at -- yeah, the Lawndale
16 bus.  It took me all the way around Wal-Mart and then we
17 went back around to the mall on Lincoln.  Then we went down
18 Green River and then we turned into the Lawndale area.
19 Then, I got off the bus.
20    I waited for the third bus to get there.
21 So, I pulled -- The Riverside bus.  The Riverside bus is
22 always the last one to get there.  And then, after that, I
23 got on the bus.  We left.  We went down, stopped at Green
24 River, turned on Riverside, and then started letting people
25 off.  Some people got on.  When we got to my stop, I got

17

1 off.  I started walking home.
2    I walked in, seen Mark sitting at the
3 kitchen table after I hugged my mom and told her that I
4 loved her and told her that I was home.  He was eating a
5 bucket of macaroni salad and he was sitting there talking
6 and -- talking to Steven, talking to mom, you know, having
7 a good time.  I sat down at the table.  I thought I'd fit
8 in.  And then Steven, after he got done throwing his cards
9 around and whatever, be left.
10    We started playing -- Me and Mark started
11 playing a game of chess und then Harley walked in, grabbed
12 something, started cleaning up a little bit because, as I
13 said, it's a kitchen.  He grabbed a Sunny D, went to the
14 living room again.  About 25 or 30 minutes after he had
15 left, we were sitting there playing a game still for the
16 half an hour it took.  And Mark started -- he said he
17 couldn't see the board anymore.  Then, after that, we
18 started talking about football pros and how bad they're
19 doing and how good some of the teams are doing, how Manning
20 -- they lost -- the Colts had lost Manning and how Eli was
21 starting to catch up to him and then we started -- then he
22 said he had to leave.  Oh, crap.  I'm sorry.  I'm nervous.
23 I've never dealt with this stuff before.
24    DETECTIVE VANTLIN:  Well, I tell you, you're
25 dealing with something here that -- I think you're being a

18

1 little -- withholding a little information.

2          WILLIAM HURT:  Yeah.

3          DETECTIVE VANTLIN:  Okay.

4          WILLIAM HURT:  I've never dealt with any of this
5 stuff before.

6          DETECTIVE VANTLIN:  Okay.  Well, you need to deal
7 with it straight up, okay, and be honest.  That's the best
8 way to do this, okay?

9          WILLIAM HURT:  Yes, sir.

10          DETECTIVE VANTLIN:  Okay?

11          WILLIAM HURT:  Okay.  And after -- or, before we
12 started to play -- before we started playing the game of
13 chess, my mom said that she was going to bed.  She asked --
14 Mark had asked her to go make some coffee and she was
15 rummaging around in the little cabinet and she said, here,
16 you can have this instant coffee, there was about that much
17 left.  After, we got -- starting to play the game some more
18 and then he surrendered and was filling up the coffee maker
19 with instant coffee.  He stirred it around and we started
20 talking a little bit.  As soon as we get to the back door,
21 I shook his hand again, told him goodbye, see him around.
22 Then he -- crap.

23          Then he walked out the back screen door.  I seen
24 him put his shoes on.  I watched him walk out the back door
25 and then I went down to my room, pet my rabbit, watched TV,

19

1 and went to sleep.  That's the last I had seen him.

2          DETECTIVE VANTLIN:  Harley.  You said earlier
3 Harley -- Harley's door shut.

4          WILLIAM HURT:  Uh-huh.

5          DETECTIVE VANTLIN:  After you went to bed.
6 You're leaving out some stuff, all right?  I've been
7 patient with you.  It's time to tell it all.  It's time
8 to be honest.  Do you understand that we know more than
9 what --

10          WILLIAM HURT:  Yeah.

11          DETECTIVE VANTLIN:  -- you think?

12          WILLIAM HURT:  Oh, I already know, yeah.  I have
13 a feeling you guys already know --

14          DETECTIVE VANTLIN:  Uh-huh.

15          WILLIAM HURT:  -- what I think because you guys
16 are detectives.

17          DETECTIVE VANTLIN:  What do you think we know?

18          WILLIAM HURT:  Well, I think you know what
19 happened to Mark.

20          DETECTIVE VANTLIN:  Uh-huh.

21          WILLIAM HURT:  And I think you know -- you don't
22 know necessarily what happened, not like all what happened.
23 I know you guys know the exact time that he was there.

24          DETECTIVE VANTLIN:  Uh-huh.

25          WILLIAM HURT:  And some of the stuff that he has

20

1 done within that last week.  That's about all I know.

2          DETECTIVE VANTLIN:  What do you mean, some of the
3 stuff that he's done in the past week?

4          WILLIAM HURT:  Well, from what he had told me and
5 the interview that I had with him, that there was no
6 possible way that he could have been there on the 15th
7 because he had (unintelligible).

8          DETECTIVE VANTLIN:  Uh-huh.

9          WILLIAM HURT:  And that's about all I know.

10          DETECTIVE JONES:  Well, let me jump in here.  You
11 told me in our interview which is taped that Harley was
12 wanting to try to play chess with Marcus, that he was
13 asking him to play chess.  You never mentioned that moment
14 so far.  You also told me that, after you went to bed, that
15 you heard Harley's door shut shortly after that as he was
16 going to bed.

17          WILLIAM HURT:  Uh-huh.

18          DETECTIVE JONES:  You never said that.  You said
19 he walked out the back door, okay, and then right there as
20 you're saying he walks out the back door, that's where
21 you're hesitating and that's where the lie starts.  Because
22 -- Do you want to know why?  Okay.  When you're remembering
23 your bus ride, you're remembering all this other stuff,
24 man, you're looking to the right, which you know from
25 memory.  As soon as you get to the back door, you're

21

1 looking left with your eyes and everything else.  You're
2 lying.  I mean, that's where you're starting to make up the
3 story.  That's where you're fabricating it at.  Okay?

4          An interesting comment you made a while ago,
5 I haven't dealt with this before.  Well, no, you haven't
6 dealt with this before because, if you are, then we got a
7 real problem.

8          WILLIAM HURT:  Uh-huh.

9          DETECTIVE JONES:  So, this is the deal.  William,
10 we know what happened, we know who did it, and we know that
11 you're a part of it.

12          WILLIAM HURT:  How am I a part of it?

13          DETECTIVE JONES:  We know this.  Now --

14          WILLIAM HURT:  That's ridiculous.

15          DETECTIVE JONES:  Okay.  See, you're a part of
16 it by withholding information.

17          WILLIAM HURT:  Okay.

18          DETECTIVE VANTLIN:  That makes you a big part of
19 it.  All right?

20          WILLIAM HURT:  Okay.  I'm not -- It's not like
21 I've done something physically to him.  I mean, I don't
22 hurt my family at all.

23          DETECTIVE JONES:  We're not saying you did hurt
24 your family, but we're saying that you're part of it
25 because you know what's gone on and you're not helping us

Interrogation of William Hurt    June 28, 2012

---

**22**

1 out.  Okay?  Here's the deal.  You keep leaving Harley out
2 of this whole equation right now.  All right?  Earlier when
3 we talked, you knew all about -- you know, Harley's done
4 this, Harley's done that, Harley's done that.  Have you and
5 Harley talked since the last time we talked to you-all,
6 just a few minutes ago -- or, a few hours ago?
7        WILLIAM HURT:  Not really.
8        DETECTIVE JONES:  Not really, what did you talk
9 about when you two talked?
10       WILLIAM HURT:  We didn't really talk about
11 anything.  I was helping him find his phone because he had
12 lost it.
13       DETECTIVE JONES:  Well, there is a few things as
14 far as -- there was some property missing obviously.  Are
15 we going to find anything in your bedroom, anywhere around
16 your house that belonged to Mark?
17       WILLIAM HURT:  Not that I know of, no.
18       DETECTIVE VANTLIN:  Did Harley and Mark get into
19 a physical confrontation?
20       WILLIAM HURT:  No.  Not from what I know.
21       DETECTIVE VANTLIN:  They didn't --
22       WILLIAM HURT:  Not from what I know.
23       DETECTIVE VANTLIN:  -- is what you're saying?
24 Not from what you know.  What about from what you've heard?
25       WILLIAM HURT:  I haven't really heard anything.

---

**23**

1 I didn't hear any noises after I went to bed.  I didn't
2 hear any -- anything.
3        DETECTIVE JONES:  We're talking about if Harley
4 had told you anything after the fact.
5        WILLIAM HURT:  Oh, no.
6        DETECTIVE VANTLIN:  Did anybody?
7        WILLIAM HURT:  No.
8        DETECTIVE JONES:  William, here's the deal.  Like
9 I told you earlier, you know about people helping us out,
10 do you not?  Man, you're going to -- you're end -- you're
11 going to end up hemming yourself up in this, okay, by
12 withholding information and everything else.
13       WILLIAM HURT:  Yeah.
14       DETECTIVE JONES:  Now, if you're trying to cover
15 up for somebody and if you're trying to keep something
16 secret --
17       WILLIAM HURT:  I'm not trying to cover something
18 up.
19       DETECTIVE JONES:  Just listen and hear me out,
20 okay?  If you know something, if -- I don't care if it was
21 Harley that done something, I don't care if it's, you know,
22 Andrea, I don't care if it was -- and you know about it,
23 you know, and this ends up turning south, then you know you
24 can get in trouble for this, right?
25       WILLIAM HURT:  Yes.

---

**24**

1        DETECTIVE JONES:  Okay.  If you're wanting to
2 come clean, right now is the time to come clean and, I
3 mean, with Detective Vantlin sitting here talking to you,
4 there's so many inconsistencies in your story right now --
5        WILLIAM HURT:  Uh-huh.
6        DETECTIVE JONES:  -- that I have a hard time
7 believing anything you're saying.  Honestly.  I mean, I
8 really do.
9        WILLIAM HURT:  Yeah.
10       DETECTIVE JONES:  So, why would I want to sit
11 here and believe you when you're so inconsistent --
12       WILLIAM HURT:  I'm changing the story.
13       DETECTIVE JONES:  Yeah, you're inconsistent,
14 you're leaving parts out, you're changing the story, I
15 mean, you're fabricating.  I mean, I can tell by looking at
16 your eyes you're fabricating parts of this up.  Right when
17 you get to the point he walked out the back door, that's
18 when you start fabricating.
19       Everything else I believe happened that night.
20 Like I told you earlier, when we -- when I interviewed you
21 earlier, I said, you know, I believe you -- you all sat
22 down and played chess.  I believe the coffee.  I believe
23 everything else.  I do not believe that after he walked out
24 this back door that was the end of everything.  Okay?
25 Something happened that night.  We know what happened that

---

**25**

1 night and it happened right in that residence.  Someone
2 in that residence is involved.  You are involved now
3 because --
4        WILLIAM HURT:  I'm withholding information.
5        DETECTIVE JONES:  -- you're withholding
6 information.  Now, do you want to be involved in a crime?
7        WILLIAM HURT:  No, I don't.
8        DETECTIVE JONES:  Then you need to start telling
9 us everything you know because you're not telling us
10 everything you know.
11       WILLIAM HURT:  Do you want me to start from --
12       DETECTIVE JONES:  I want you to tell me what
13 parts you're leaving out, what happened that night, what
14 you heard and everything.  I don't care what you tell me as
15 of right now, do you understand that?
16       WILLIAM HURT:  Yes.
17       DETECTIVE JONES:  Because the only thing you're
18 going to do is -- if you tell me everything is help
19 yourself out.  You're not helping us out no more.  We
20 already know everything now.
21       WILLIAM HURT:  Yeah.
22       DETECTIVE JONES:  You didn't -- You didn't do
23 this to me earlier.  You didn't give me everything earlier.
24 So, we went -- I told you when we started the investigation
25 we did everything ourselves.  And so, yeah, I mean, as far

---

Interrogation of William Hurt    June 28, 2012

---

**26**

1 as you, you know, helping me out, you have not done it so
2 far.  The only thing you're going to change in my mind in
3 this whole deal is if you tell me (unintelligible) what's
4 happened.  Because as of right now, your -- your eye
5 contact -- you got way too much eye contact.  I mean, this
6 is not normal.  Okay?
7          WILLIAM HURT:  Yeah.
8          DETECTIVE JONES:  You stared a hole right
9 through, you know, Detective Vantlin the whole time you've
10 been talking to him.  That's not normal.
11          WILLIAM HURT:  (Unintelligible).
12          DETECTIVE JONES:  Okay?  You're sitting there
13 staring at me the whole time and that's not normal.  Okay?
14 We can pick up on your body language, all your deceptions
15 and everything else.  So, I'm telling you if -- you know,
16 if somebody threatened you, you know, not to tell us or
17 whatever --
18          WILLIAM HURT:  Nobody's threatened me.
19          DETECTIVE JONES:  Well, promised you, threatened
20 you, coerced you, anything.
21          WILLIAM HURT:  Honestly, I don't know what I'm
22 withholding.
23          DETECTIVE JONES:  Well --
24          WILLIAM HURT:  I'm being honest.
25          DETECTIVE VANTLIN:  You agreed with us that you

---

**27**

1 were withholding something.
2          WILLIAM HURT:  Well, I don't know what it is
3 because I'm just trying to -- I'm wanting this case to end
4 because I'm trying to help you guys figure out what
5 happened.  You guys already know what happened.  I
6 understand that.  I really do.  And for you guys to believe
7 that I'm withholding something --
8          DETECTIVE VANTLIN:  Well, you said that earlier,
9 in an earlier statement.
10          WILLIAM HURT:  Okay.
11          DETECTIVE VANTLIN:  You heard Harley's door shut
12 after yours -- after you went to bed.  Is that true or not
13 true?
14          WILLIAM HURT:  That's true because after Mom goes
15 to bed, usually everybody else -- because she tells
16 everybody else to go to bed, you know, or when we're tired
17 or slowed down.  So, I heard doors shut and then, after the
18 chess game was when everybody else was -- were already in
19 their room.  After that, it was just me and him in the
20 kitchen.  He filled up his instant coffee container and
21 then he just walked out the back door.  We talked a little
22 bit more and then I shook his hand and then he went out --
23 after he put his shoes on, he went out the back -- he went
24 out the back.
25          DETECTIVE VANTLIN:  Uh-huh.

---

**28**

1          WILLIAM HURT:  And then after he went out the
2 back door, I don't know what happened because I had retired
3 to my room and, after I hit my bed, I fell asleep.
4          DETECTIVE VANTLIN:  Where does Harley's door come
5 into this?
6          WILLIAM HURT:  Harley's door -- okay.  All right.
7 After mom had told everyone to go to bed, I heard doors
8 shut.  I had seen Steven go into his room and then I heard
9 Andrea and Cara, they were walking upstairs.  And then, I
10 heard Harley come into the hallway.  I heard his door shut.
11 And then soon after that, about five to ten minutes, Mark
12 surrendered in the game of chess.  I shook his hand.  We
13 got up from the table.  I walked around.  I got something
14 to drink.  Then I sat back down at the table and he sat
15 back down.  And then, we started talking about football
16 pros.  Then, soon after that, he got back up, he filled
17 instant coffee container with water.  I shook his hand
18 again.  I told him I'd see him around.  Then, he walked out
19 the back door.  And after he did that -- I watched him
20 leave and everything.  After he did, I walked down to the
21 basement, I pet my rabbit, I went to bed.
22          DETECTIVE VANTLIN:  Still, you have not answered
23 my question.  You said in an earlier statement you heard
24 Harley's door shut after you went to bed.  Is that true or
25 not true?

---

**29**

1          WILLIAM HURT:  Harley's door shut after I went to
2 bed?
3          DETECTIVE VANTLIN:  After you went into your
4 room?
5          WILLIAM HURT:  No, that's not true.
6          DETECTIVE VANTLIN:  Not true?
7          DETECTIVE JONES:  You told me that in our earlier
8 recorded interview and we hit that fact that -- when I
9 asked you that question just not even five minutes ago, you
10 said yes, that's what happened.
11          DETECTIVE VANTLIN:  Do you ever go down to the
12 river camps?
13          WILLIAM HURT:  Huh-uh.
14          DETECTIVE VANTLIN:  You've never been there in
15 your life?
16          WILLIAM HURT:  No.
17          DETECTIVE VANTLIN:  Never?
18          WILLIAM HURT:  What do you --
19          DETECTIVE VANTLIN:  Do your sisters go?
20          WILLIAM HURT:  What do you mean, river camps?
21          DETECTIVE VANTLIN:  Down Weinbach.
22          WILLIAM HURT:  Oh, no, I've never been down
23 there.
24          DETECTIVE VANTLIN:  Never?
25          WILLIAM HURT:  No.

---

30

1    DETECTIVE VANTLIN:  Have your sisters been?

2    WILLIAM HURT:  Probably Deadra because she's said

3 she was going camping down by the river a couple of times

4 with her friends.

5    DETECTIVE VANTLIN:  Harley ever been down there?

6    WILLIAM HURT:  No.

7    DETECTIVE VANTLIN:  You're sure?

8    WILLIAM HURT:  I -- From what I know about

9 Harley, no.  He hasn't told me anything about that.

10    DETECTIVE JONES:  What about the mud on your

11 shoes there?

12    WILLIAM HURT:  That's from doing yard work

13 yesterday.  I do (unintelligible).

14    DETECTIVE JONES:  Let me see the bottom of your

15 shoe.  Pull it off, if you don't care.

16    DETECTIVE VANTLIN:  What kind of yard work do you

17 do?

18    WILLIAM HURT:  I usually -- These are my work

19 shoes, so I wear them to work and after I -- sometimes

20 after I get off work, my grandma's boyfriend comes and

21 picks me up.  I will go and dust is flying everywhere.  And

22 yesterday, I was edging the landscaping, picking up weeds

23 out of the landscaping.  Of course, they had dirt all over

24 them.  And we have a chicken coop out back, as you know,

25 and I walk in there and I feed them and they'll kick dirt

31

1 up on my shoes and all that other stuff.

2    DETECTIVE VANTLIN:  So, once you -- Harley went

3 in his room, you're going to stick to that story that he

4 never came out?

5    WILLIAM HURT:  From what I know, from what I

6 remember, yes, he never came out.

7    DETECTIVE VANTLIN:  Do you feel like you're

8 involved in something really big here?

9    WILLIAM HURT:  Well, yes, I do feel like I'm

10 involved because, according to what you guys are saying

11 about me changing up the story a lot, I am withholding

12 information, but I don't know what the information is.  I'm

13 telling you everything that I know.  It may be, like, a

14 different way of telling it or telling it in a different,

15 like, sequence, but I'm telling you all that I know.

16    DETECTIVE VANTLIN:  Okay.  Has Mark ever rode in

17 your van?

18    WILLIAM HURT:  Not that I know of.  Like I said

19 before, he does not trust motor vehicles or anything like

20 that, he usually walks.

21    DETECTIVE JONES:  Has Mark ever been in the van?

22    WILLIAM HURT:  Not that I know of.

23    DETECTIVE JONES:  If I go down to the river camp,

24 am I going to find that shoeprint anywhere?

25    WILLIAM HURT:  Probably not because I've never

32

1 been down to the river camps any day of my life.

2    DETECTIVE JONES:  What do you mean, probably not,

3 I'm not going to find that shoeprint?

4    WILLIAM HURT:  Because there are -- there are

5 shoeprints -- there are shoes like this all over

6 Evansville.  It's not necessarily going to match up to

7 mine.

8    DETECTIVE JONES:  Well, I'm pretty sure yours is

9 the only patent number 7,846,493 with a size 10 with a wavy

10 sole pattern (unintelligible).

11    WILLIAM HURT:  I promise you, you will not find

12 any footprints of mine down at the river camp.  I promise

13 you that.

14    DETECTIVE JONES:  Well, a while ago it was

15 probably.  Now, you're going to promise me?  Man, I'm

16 telling you, you -- it ain't working.

17    DETECTIVE VANTLIN:  Something's troubling you

18 with what you're telling us.  We can see it.

19    DETECTIVE JONES:  Yeah, get it off your --

20    DETECTIVE VANTLIN:  Something's bothering you.

21    DETECTIVE JONES:  Get it off your chest.

22    WILLIAM HURT:  Well, you guys are just

23 interrogating me constantly, it's -- it's getting on my

24 nerves.

25    DETECTIVE JONES:  Okay.  Well, you know, you need

33

1 to get it off your chest.

2    WILLIAM HURT:  I am honest.  I'm not involved in

3 this.

4    DETECTIVE JONES:  Who is?  Who is involved in it?

5    WILLIAM HURT:  Not that -- nobody I know of.

6    DETECTIVE JONES:  Did Harley do something to him?

7    WILLIAM HURT:  No.  Not that I know of because,

8 after I went to bed, I went to sleep.  I don't remember

9 anything.  I don't remember any -- after I go to bed, I

10 just black out and I just wake up.  Not like necessarily

11 black out, but I just go to sleep and, when I'm really

12 tired, I'm a heavy sleeper.

13    DETECTIVE VANTLIN:  William, you said in an

14 earlier statement also that you didn't think you could pass

15 a polygraph.  Do you think that's true, that you couldn't

16 pass a polygraph?

17    WILLIAM HURT:  As nervous as I get when I'm put

18 on the spot, no.

19    DETECTIVE VANTLIN:  It doesn't matter.  It

20 accounts for that.  It accounts for that.  Polygraphs are

21 good.  They'll tell if you're lying or not, okay?  I don't

22 know what you know about them, but they'll tell you.

23 They'll --

24    WILLIAM HURT:  I won't be --

25    DETECTIVE VANTLIN:  -- tell us if you're lying.

Interrogation of William Hurt    June 28, 2012

34

1 Do you think you could pass a polygraph on everything
2 you've told us?
3        WILLIAM HURT:  Yes.
4        DETECTIVE VANTLIN:  About not knowing anything
5 more about Marcus?
6        WILLIAM HURT:  Uh-huh.
7        DETECTIVE VANTLIN:  Have you told us everything
8 you know about Marcus?
9        WILLIAM HURT:  Everything that I know of from the
10 standpoint of (unintelligible) tell you because when you
11 guys were talking to Mom (unintelligible).  Okay.  I was
12 sitting in the living room and I heard you guys talk about
13 his funeral.
14        DETECTIVE VANTLIN:  Uh-huh.
15        WILLIAM HURT:  I already know he's dead.
16        DETECTIVE VANTLIN:  Okay.
17        WILLIAM HURT:  Okay.  That's all I know from that
18 part.  I heard you guys talking about the funeral and the
19 plans to be made for it and that he's in Madisonville.
20        DETECTIVE VANTLIN:  Okay.
21        WILLIAM HURT:  Anything from that about - about
22 Mark, I do not know.  I know that he has mental issues and
23 that he does not like riding in vehicles.
24        DETECTIVE VANTLIN:  How did he die?
25        WILLIAM HURT:  That -- I don't know.

35

1        DETECTIVE VANTLIN:  You have no idea?
2        WILLIAM HURT:  No.  I also know that he was found
3 in the river.
4        DETECTIVE VANTLIN:  How did you know that?
5        WILLIAM HURT:  Because when -- I get updates on
6 my phone that said a man was found in the river.  I looked
7 at it and it looked like it could have been him, but I
8 wasn't sure.  And then I --
9        DETECTIVE VANTLIN:  You saw a picture of him?
10        WILLIAM HURT:  I didn't necessarily see a
11 picture, but I got the notification on my phone that --
12 that said (unintelligible) shot of the river.  This was
13 while I was at work because it went off and I was on break.
14 I looked at it.  That looked at the thing that popped up
15 and then it was (unintelligible).  I clicked it off because
16 I was going back to work at that time.
17        DETECTIVE VANTLIN:  Okay.  Did you know it was
18 Marcus at that time?
19        WILLIAM HURT:  No.  I did not know that it was
20 Marcus that was found in the river.  I had known he had
21 gone missing and I thought -- I honestly thought he was
22 still alive at that point.
23        DETECTIVE JONES:  How did you know he went
24 missing already?
25        WILLIAM HURT:  Because Mom had told me.

36

1        DETECTIVE JONES:  The day that you got that text,
2 that notification, your mom told you he had already been
3 missing?
4        WILLIAM HURT:  No, this was the -- okay.  He had
5 come out before -- he started coming at my job and asking
6 me these questions.  He'd come out, asked these questions
7 about Marcus.  I had told him that day I was heading into
8 work.  You remember that, right?
9        DETECTIVE VANTLIN:  Uh-huh.
10        WILLIAM HURT:  That I was heading into work
11 around -- I had to be there at 12:00 (unintelligible) --
12 left about 11:15-ish --
13        DETECTIVE VANTLIN:  Okay.
14        WILLIAM HURT:  -- I believe.  And we left at
15 11:30, took me to work, and I was there for a couple of
16 hours and took a break.  I seen it pop up on my phone.  I
17 clicked it off.  It said a man was found in the river
18 and --
19        DETECTIVE VANTLIN:  The day I saw -- talked to
20 you?
21        WILLIAM HURT:  Uh-huh, it popped up that day.
22 And after that, I had gone back to work.
23        DETECTIVE VANTLIN:  Can you pop that up on your
24 phone?
25        WILLIAM HURT:  I don't believe that I can because

37

1 I tried looking for it earlier because I heard you guys
2 talking about the funeral.
3        DETECTIVE VANTLIN:  Okay.  What popped up?
4        WILLIAM HURT:  (Unintelligible).
5        DETECTIVE VANTLIN:  Was it from a news
6 organization or what or a friend?
7        WILLIAM HURT:  Fourteen, WFYE.
8        DETECTIVE VANTLIN:  That -- that's the one you --
9        WILLIAM HURT:  Uh-huh.
10        WILLIAM HURT:  I can show you guys what I use,
11 but --
12        DETECTIVE VANTLIN:  I know about it, okay.  I
13 know about -- 14, I think, sends the news alerts out
14 (unintelligible).  That news alert would have come out
15 either on Sunday or Monday.  I talked to you Wednesday.
16 Okay?
17        WILLIAM HURT:  Yeah.
18        DETECTIVE VANTLIN:  So, the news report wouldn't
19 have come out then.  It would have already happened.  So,
20 do you understand there's conflict here, real conflict.
21        WILLIAM HURT:  I really can understand.
22        DETECTIVE JONES:  Because you're -- you're
23 already saying that that was Marcus in the Ohio River.  How
24 do you know he was in the Ohio River?  I never said nothing
25 about it.

Video Court Reporting Services, Inc.   502.561.9988   depo@vcrslou.com

**38**

1    WILLIAM HURT:  I mean, I just took a guess.  I
2  don't necessarily know.
3    DETECTIVE JONES:  You said a while ago you knew.
4  You said --
5    WILLIAM HURT:  I said --
6    DETECTIVE JONES:  -- I knew that was Marcus.
7    WILLIAM HURT:  I said it could have possibly
8  been.  I didn't say I knew for a fact.
9    DETECTIVE JONES:  A while ago when Detective
10  Vantlin asked you is there anything else you know, you
11  said, all I know is he was found in the Ohio River.  That's
12  all you said.  That was your exact statement.
13    WILLIAM HURT:  I went off of this because I
14  remember seeing that.  I remember seeing that notification
15  off of my phone.
16    DETECTIVE JONES:  (Unintelligible) yourself up.
17    WILLIAM HURT:  I'm -- Oh, my God.  I fucking hate
18  this.  I am not involved in this in any way.
19    DETECTIVE JONES:  Who was involved in it?
20    DETECTIVE VANTLIN:  Earlier, you told us you
21  were.
22    WILLIAM HURT:  How was I involved in it?
23    DETECTIVE VANTLIN:  You said you were involved.
24    WILLIAM HURT:  Okay.  I talked to him.  Okay.
25  Okay, look, I'll start from the beginning.  I'll give you

**39**

1  exactly everything that I know.
2    DETECTIVE VANTLIN:  Is it going to be the same
3  story we've already heard?
4    WILLIAM HURT:  Yes, possibly.  (Unintelligible).
5    DETECTIVE VANTLIN:  Okay, look.  I want to know
6  what happened to Marcus.  I think at one time you cared
7  about him, am I right, and you still care about him, right?
8  I need to find out what happened to him.  We need to know.
9  We need to know how much you're involved in this.
10    WILLIAM HURT:  (No audible response).
11    DETECTIVE VANTLIN:  We need to know if you're the
12  one that harmed him.
13    WILLIAM HURT:  I'm not the one that harmed him.
14    DETECTIVE VANTLIN:  Do you know who did it?
15    WILLIAM HURT:  No, I don't.
16    DETECTIVE VANTLIN:  I think you're leaving
17  something out.
18    WILLIAM HURT:  I don't know.  I'm being serious.
19  I'm telling you the truth, man.  I don't know who harmed him.
20  After he left, I don't -- Oh, my God.  I honestly do not
21  know who harmed him.  I honestly don't.
22    DETECTIVE VANTLIN:  Who do you think would harm
23  him?
24    WILLIAM HURT:  I don't know who would have.
25  Anyone in the house?  Is that what you're asking, if anyone

**40**

1  at the house would have harmed him?
2    DETECTIVE VANTLIN:  I did -- I left that open to
3  you.  You're the one that brought up in the house.  Did
4  somebody in the house harm him?
5    WILLIAM HURT:  (No audible response).
6    DETECTIVE VANTLIN:  Huh?  What about your dad?
7    WILLIAM HURT:  He wouldn't harm Mark.  He
8  wouldn't.
9    DETECTIVE VANTLIN:  Your mom?
10    WILLIAM HURT:  No.  Nobody in the house would
11  harm him.
12    DETECTIVE VANTLIN:  Nobody?
13    WILLIAM HURT:  Nobody.
14    DETECTIVE VANTLIN:  Harley?
15    WILLIAM HURT:  Nobody.  Not even him.
16    DETECTIVE VANTLIN:  Are you scared of Harley?
17    WILLIAM HURT:  No, I'm not.
18    DETECTIVE VANTLIN:  He's a pretty big fella.
19    WILLIAM HURT:  He is pretty strong.  I know.  But
20  he's about my size and height, (unintelligible) he can lift
21  as much as I can.  I'm not scared of him.
22    DETECTIVE JONES:  Are you afraid of what might
23  happen to him?
24    WILLIAM HURT:  I care about him because he's my
25  little brother.

**41**

1    DETECTIVE JONES:  Do you care (unintelligible) --
2  I mean, are you scared of going to jail?
3    WILLIAM HURT:  Me?  I'm scared frickin' shitless
4  because I'm getting questioned about something that I even
5  have trouble remembering myself because from the story that
6  I'm telling you -- I've told you guys different stories.
7    DETECTIVE JONES:  Has Harley talked about jail
8  before to you?
9    WILLIAM HURT:  He's been -- I mean, he's been
10  locked up in DOC and stuff like that because he's a
11  Priority 3 foster kid.
12    DETECTIVE JONES:  Uh-huh.
13    WILLIAM HURT:  He's the high -- he's the highest
14  (unintelligible).
15    DETECTIVE JONES:  Yeah.
16    WILLIAM HURT:  And he's always talked to me about
17  being in there and being in the other lockup facilities,
18  but he doesn't talk about harming Mark in any way.  He
19  doesn't even talk about Mark.
20    DETECTIVE JONES:  Does he talk about harming
21  anybody?
22    WILLIAM HURT:  No.
23    DETECTIVE JONES:  (Unintelligible) you sat there
24  and told me earlier he brags about fighting and everything
25  else.

Interrogation of William Hurt    June 28, 2012

```
                                              42
1          WILLIAM HURT:  Well, from what I know, he's not
2 going to harm anybody around my house.
3          DETECTIVE JONES:  Okay.  He talks about fighting
4 and brags about it, correct?
5          WILLIAM HURT:  Yes, he does.
6          DETECTIVE JONES:  Okay.  Does he ever brag about
7 choking anybody, punching anybody, kicking anybody --
8          WILLIAM HURT:  No.
9          DETECTIVE JONES:  -- specifically?
10         WILLIAM HURT:  Just fighting himself.
11         DETECTIVE JONES:  Okay.  What does he brag about,
12 what about fighting?
13         WILLIAM HURT:  He just loves to fight.  He
14 doesn't necessarily say anything about, like, what he loves
15 -- he just loves to inflict pain on people.
16         DETECTIVE JONES:  He likes to inflict pain on
17 people?
18         WILLIAM HURT:  From fighting, yes.
19         DETECTIVE JONES:  Does he have any kind of
20 resource, any kind of money?  Does he work?
21         WILLIAM HURT:  No.
22         DETECTIVE JONES:  Well, did you see him buying
23 anything?
24         WILLIAM HURT:  Huh-uh, no.
25         DETECTIVE JONES:  What about you?  Did you buy
```

```
                                              43
1 anything very expensive in the last couple of weeks?
2          WILLIAM HURT:  Have I?
3          DETECTIVE JONES:  Uh-huh.
4          WILLIAM HURT:  I paid my phone bill.
5          DETECTIVE JONES:  In the last couple of weeks?
6          WILLIAM HURT:  You know, I -- the most expensive
7 thing that I've bought in these past couple of weeks is my
8 cell phone case for about $32.
9          DETECTIVE VANTLIN:  How much is your phone bill?
10         WILLIAM HURT:  Seventy-five if I -- if I don't go
11 over.
12         DETECTIVE VANTLIN:  Okay.  Here's the deal.  You
13 say you liked Marcus, right?
14         WILLIAM HURT:  Yes.
15         DETECTIVE VANTLIN:  He's a family member
16 basically?
17         WILLIAM HURT:  Yes, he is.
18         DETECTIVE VANTLIN:  All right.  How long have you
19 known -- known Harley?
20         WILLIAM HURT:  How long have I known Harley?  A
21 couple of weeks.
22         DETECTIVE VANTLIN:  A couple of weeks.
23         WILLIAM HURT:  Yeah.
24         DETECTIVE VANTLIN:  Do you get to know a person
25 pretty well in a couple of weeks?
```

```
                                              44
1          WILLIAM HURT:  No.
2          DETECTIVE VANTLIN:  You're right.  You don't.
3 Okay.  Now, you've got to decide who you're wanting to help
4 here, okay?
5          WILLIAM HURT:  I'm wanting to help Marcus.
6          DETECTIVE VANTLIN:  Okay.  If there's something
7 you know, you need to tell us right now.
8          WILLIAM HURT:  I don't know anything else.
9          DETECTIVE VANTLIN:  You just told us that Harley
10 likes to fight, but Harley wouldn't hurt him.
11         WILLIAM HURT:  He wouldn't hurt him.  Harley only
12 fights people if they pose a threat to him, if they get
13 into his face.  He only fights people that get in his face.
14         DETECTIVE VANTLIN:  All right.  I want to tell
15 you this.  We don't go after people that are innocent,
16 okay?  We may for a while, but we get on the right track
17 and then we go after the guilty people.  Do you understand
18 that?
19         WILLIAM HURT:  (No audible response).
20         DETECTIVE VANTLIN:  The last thing I want to do
21 is throw somebody in jail that's innocent, all right?  Do
22 you understand me?
23         WILLIAM HURT:  Yes.
24         DETECTIVE VANTLIN:  I don't want to do that
25 because that would go against all my beliefs.  But I need
```

```
                                              45
1 to know what happened and what you really believe about
2 Harley because I don't think you're being honest about
3 Harley.  You're really not.  You know he's capable and he's
4 probably got the attitude to hurt somebody.
5          WILLIAM HURT:  He does have the attitude to hurt
6 somebody from what I've seen, yes, he does.
7          DETECTIVE VANTLIN:  Okay.
8          WILLIAM HURT:  He gets mad really easy.  I've
9 seen that, too.
10         DETECTIVE VANTLIN:  Okay.  And he was agitating
11 Marcus that night, wasn't he?
12         WILLIAM HURT:  Not that I can recall, no.
13         DETECTIVE VANTLIN:  You said that in a statement.
14 What was the exact quote?
15         WILLIAM HURT:  How was I --
16         DETECTIVE JONES:  You started -- He was trying to
17 get Marcus to play chess and he was aggravating him -- or,
18 he was aggravating to play Marcus in chess, but they was
19 playing at the time and, by the time the game had got over,
20 Harley had done went into the living room.  And shortly
21 after that, I went to sleep and, shortly after I went to
22 sleep, then I heard Harley's door shut.  I believe that was
23 pretty well the statement you gave earlier.  I can rewind
24 the tape and show you for sure but.
25         DETECTIVE VANTLIN:  Did Harley ever get out and
```

Video Court Reporting Services, Inc.   502.561.9988   depo@vcrslou.com

## 46

1 drive the van?

2          WILLIAM HURT:  No, he's not supposed to.

3          DETECTIVE VANTLIN:  Listen, covering for him just

4 makes it more difficult.

5          WILLIAM HURT:  I -- I understand that.  I know I

6 do.  But I don't -- I don't foresee him doing any of that

7 stuff.  He wants to make it in that house.  He wants to

8 make his life good.

9          DETECTIVE VANTLIN:  Okay.

10         DETECTIVE JONES:  Wanting and doing is two

11 different things.

12         DETECTIVE VANTLIN:  I am not going to tell

13 anybody anything of what you're going to tell me next,

14 okay?  But I want you to be honest with me.  Debbie's not

15 going to find out.  Ron's not going to find out.  Nobody's

16 going to find out.

17         WILLIAM HURT:  All right.

18         DETECTIVE VANTLIN:  I want to know what Harley's

19 done wrong in that house.

20         WILLIAM HURT:  Harley has -- him and my big

21 sister, they clash.  They really have bad attitudes at

22 times.  They clash at times and he gets mad and he'll just

23 leave the room.  He'll go -- go -- He'll leave the room and

24 go to his room, cool off for about 15 minutes, and then

25 he'll come back and he's happy go lucky.  That's how he is.

## 47

1          DETECTIVE VANTLIN:  So, he's never done anything

2 wrong in that home?  The guy that has a troubled past like

3 him, been in so much trouble, he's an angel in your house?

4 I don't believe that for a second.  I think you're still

5 covering for him and I'm getting fed -- fed up with it.

6 You need to tell me what he did wrong.  I'm not going to

7 tell anybody.  I'm not going to squeal him out.  I want to

8 know what he's done wrong in that home.  All right?

9          WILLIAM HURT:  The only thing he's done wrong is

10 get (unintelligible) with my sister constantly.

11         DETECTIVE VANTLIN:  That's it?

12         WILLIAM HURT:  Yes.

13         DETECTIVE VANTLIN:  That's it.  He does all his

14 chores?

15         WILLIAM HURT:  He does all his chores.

16         DETECTIVE VANTLIN:  He doesn't smoke cigarettes,

17 weed?

18         WILLIAM HURT:  He doesn't smoke.  He may smoke

19 weed, but I am not for sure.

20         DETECTIVE VANTLIN:  All right.  Let's expand on

21 that.  How might he smoke weed?  How might you suspect

22 that?

23         WILLIAM HURT:  He -- he comes -- when he first

24 came here, he -- he had said he smokes weed, he had said he

25 would love to do it again and he said, if he knew somebody,

## 48

1 he would go get some right now.

2          DETECTIVE VANTLIN:  Okay.  And do you know what

3 I'm going to do about that?  Nothing.  I don't care.  Do

4 you understand?

5          WILLIAM HURT:  Yes.

6          DETECTIVE VANTLIN:  I don't care.  What else has

7 he done wrong in that home?  He's not an angel.  I know

8 he's not an angel.

9          WILLIAM HURT:  I know he's not.  He's got a

10 troubled past.  I know that he's been in lockup.  He's been

11 in lockup since he was, like, ten.

12         DETECTIVE VANTLIN:  Uh-huh.

13         WILLIAM HURT:  Okay.  But other than that, when

14 he's tormenting my sister and talking about smoking weed,

15 you know, obtaining it and doing all this other stuff with

16 weed, I don't know.

17         DETECTIVE VANTLIN:  You don't know?

18         WILLIAM HURT:  I do not know.

19         DETECTIVE VANTLIN:  He's not done anything else

20 wrong?  He's not snuck out at night?

21         WILLIAM HURT:  Not from what I know, at all.

22         DETECTIVE VANTLIN:  What do you suspect?

23         DETECTIVE JONES:  Why do you have to bite your

24 lip when you talk?

25         WILLIAM HURT:  My lips are dry from talking.

## 49

1          DETECTIVE JONES:  No, you had to bite your lip to

2 give that statement just now.

3          DETECTIVE VANTLIN:  You're qualifying your

4 answers.  It's -- It's not working for me, okay?  He's done

5 some stuff wrong in there I know.  I know he's done some

6 stuff wrong.  What else has he done wrong?

7          WILLIAM HURT:  I don't know.

8          DETECTIVE VANTLIN:  What about him and Andrea?

9 Tell me about that.

10         WILLIAM HURT:  Him and Andrea get along really

11 well.

12         DETECTIVE VANTLIN:  How well?

13         WILLIAM HURT:  I mean, everyone -- he -- they do

14 hold each others' hands and (unintelligible) not allowed to

15 date or do anything like that.

16         DETECTIVE VANTLIN:  They're of age where they're

17 going to be thinking about other exploits.

18         WILLIAM HURT:  Yeah, I know.

19         DETECTIVE VANTLIN:  What do you know?

20         WILLIAM HURT:  I know they're going to be

21 thinking about other exploits.  They're going to find ways

22 to get around --

23         DETECTIVE VANTLIN:  Have they found other ways

24 that you suspect?

25         WILLIAM HURT:  Not from what I suspect, no.

50

1          DETECTIVE VANTLIN:  Really?  They hold hands
2 and --
3          WILLIAM HURT:  They're holding hands.  I mean,
4 he'll walk up to her (unintelligible) and hug her
5 (unintelligible) put his head on her shoulder and, every
6 once in a while, I'll see them hold each others' hands.
7 That's about it.
8          DETECTIVE VANTLIN:  That it?
9          WILLIAM HURT:  Uh-huh.
10          DETECTIVE VANTLIN:  So, you get your blinders on
11 from him, on everything else?  That's what you're saying?
12 I don't believe that.  I think you see what goes on there.
13 I know you see what goes on there.  And he's done some
14 things he probably shouldn't.  They may not be illegal, but
15 he shouldn't be doing them; am I right?
16          WILLIAM HURT:  Yes.
17          DETECTIVE VANTLIN:  What are they?
18          WILLIAM HURT:  Like what he's done in the house?
19          DETECTIVE VANTLIN:  Pardon?
20          WILLIAM HURT:  Like what he's done in the house?
21          DETECTIVE VANTLIN:  Yeah.
22          WILLIAM HURT:  He -- Okay.  He gets mad and one
23 -- well, he gets mad when he gets -- when he and my big
24 sister Deadra get into it.
25          DETECTIVE VANTLIN:  You told me that.

51

1          WILLIAM HURT:  Okay.  And he just keeps going and
2 going and going and going until he finally walks off.
3          DETECTIVE VANTLIN:  Okay.
4          WILLIAM HURT:  And after he walks off, he cools
5 down.
6          DETECTIVE VANTLIN:  And then he comes back.  I
7 know.  You told me this already.
8          WILLIAM HURT:  Yeah.
9          DETECTIVE VANTLIN:  He's done more than that.  A
10 kid like him doesn't just stop.  They keep doing stuff.
11 All right?  And they can't help their self.  It may not be
12 their fault, all right?  It may be the way they were
13 brought up.  But somehow, he's a troubled child and he's
14 causing problems there and I think you're still covering
15 for him.
16          WILLIAM HURT:  I'm not covering for him.
17          DETECTIVE VANTLIN:  Well, what else has he done
18 wrong?  I know you see some stuff.
19          WILLIAM HURT:  Not that I know of.
20          DETECTIVE VANTLIN:  He's never snuck out at
21 night, never once?
22          WILLIAM HURT:  Okay.  If he snuck out, I'm
23 asleep.
24          DETECTIVE VANTLIN:  Okay.  So, you don't know?
25          WILLIAM HURT:  If he's done anything else, I'm

52

1 asleep because I usually go to bed around 10:00 to 12:00,
2 usually it's 10:00.
3          DETECTIVE VANTLIN:  Okay.
4          DETECTIVE JONES:  How is it 10:00 when you work
5 all the time until 10:00?
6          WILLIAM HURT:  That's only on the days I don't
7 work.  On the days I do work, I don't go to bed until about
8 11:00, 12:00.
9          DETECTIVE JONES:  Earlier, you told me -- at our
10 other interview (unintelligible) about three times.  What
11 time did you get home that night, and you said 10:00,
12 10:00, 10:00.  Three times you told me that.  In a recorded
13 interview in my car that night, you told me 10:00.  Now,
14 you're saying that you're not getting home until 11:30.
15 That is an hour and a half difference.
16          WILLIAM HURT:  When I did say 11:30?
17          DETECTIVE JONES:  When?
18          WILLIAM HURT:  Yeah.
19          DETECTIVE VANTLIN:  A while ago when you was
20 describing your bus ride across town, and when you went to
21 Wal-Mart, and then --
22          WILLIAM HURT:  That was --
23          DETECTIVE VANTLIN:  -- you got on another bus.
24          WILLIAM HURT:  -- Thursday.  You're going off
25 what I told you on Saturday.

53

1          DETECTIVE JONES:  No.  You told me the night that
2 Marcus was there -- I said the night Marcus was there, what
3 time did you get home?  You said 10:00.  That's what you
4 told me.  You said 10:00.  So -- And then you said
5 11:45 is when he started walking out the back door.  Okay?
6 You didn't get home until 11:30.  That's exactly what you
7 said.  You said around 11:45.  Then you changed it a while
8 ago to 12:30.  Then you changed it to 12:45.  Then you
9 changed it -- well, it was at midnight one time.  And then
10 you go to bed, you said at 12:30, and then it turned into
11 1:00 that you went to bed, and then I believe it was almost
12 1:15 that you went to bed.  You said about ten different
13 timeframes within an hour or two-hour time period.  That's
14 what you said.  You don't have to believe me
15 (unintelligible) I wrote it down.
16          WILLIAM HURT:  I know, I believe you.  I
17 understand.
18          DETECTIVE VANTLIN:  Do you have trouble telling
19 the truth?
20          WILLIAM HURT:  When I'm put on the spot, yes.
21          DETECTIVE VANTLIN:  And you're put on the spot
22 right now.
23          WILLIAM HURT:  Exactly.
24          DETECTIVE JONES:  Uh-huh.
25          DETECTIVE VANTLIN:  I'm having a real tough time.

Interrogation of William Hurt    June 28, 2012

---

54

1 But -- I want to believe you, but I just -- there's some --
2 there's something missing.  There's something missing.  I
3 can tell.  We can both tell.
4         DETECTIVE JONES:  William, we wouldn't have you
5 down here for no reason.
6         WILLIAM HURT:  I know.  I understand.
7         DETECTIVE JONES:  I wouldn't have you -- I
8 wouldn't have interviewed you so long in the car.
9         WILLIAM HURT:  Yeah.
10        DETECTIVE JONES:  You've seen how long it took
11 for me to interview everybody else in the car.
12        WILLIAM HURT:  Yeah, it took me the longest.
13        DETECTIVE JONES:  Yeah.  I believe it was almost,
14 like, a 45-minute interview or something like that in the
15 car.
16        WILLIAM HURT:  Thirty-five, I looked at the --
17 Thirty-five, yeah.
18        DETECTIVE JONES:  And you know, William, here --
19 here's the deal.  We could either help you or you're on
20 your own.  Do you understand that?
21        WILLIAM HURT:  Yes.
22        DETECTIVE JONES:  Okay.  Right now, we're trying
23 to help you.  Now, you might not think that, you know, you
24 might think we're here drilling you, you know, making you
25 cry, making you do all this other stuff, you know.

---

55

1         WILLIAM HURT:  Uh-huh.
2         DETECTIVE JONES:  But we wouldn't be giving you
3 this second chance if we didn't want to, okay?  I had
4 enough from the interview earlier to get warrants on you
5 and put you in jail.  Okay?
6         WILLIAM HURT:  Yeah.
7         DETECTIVE JONES:  You was the last person to see
8 him.
9         WILLIAM HURT:  Yes.
10        DETECTIVE JONES:  I've got a -- you know, if
11 something's happened to him, you know, but --
12        WILLIAM HURT:  But, if I -- if I'm the last
13 person that seen him, why does that make me a suspect?
14        DETECTIVE JONES:  Enough to get a warrant to
15 bring you in is what I'm saying.
16        WILLIAM HURT:  (Unintelligible).
17        DETECTIVE JONES:  Not enough necessarily to say I
18 want to charge you with something.
19        WILLIAM HURT:  I -- I already know you guys think
20 I'm a suspect because my hands are swollen and I'm
21 (unintelligible) or whatever.
22        DETECTIVE VANTLIN:  When did -- When did you
23 figure this out?
24        WILLIAM HURT:  Because you guys keep asking about
25 my hand.  That's a telling sign.

---

56

1         DETECTIVE VANTLIN:  When?
2         WILLIAM HURT:  Because you guys keep asking about
3 my hands.
4         DETECTIVE VANTLIN:  Today or last week?
5         WILLIAM HURT:  What, that I'm a suspect?
6         DETECTIVE VANTLIN:  No, about your hands.
7         WILLIAM HURT:  You came in -- Okay.  On the day
8 that I worked, you guys saw my hands.
9         DETECTIVE VANTLIN:  I know.  Is that when you
10 thought you were a suspect?
11        WILLIAM HURT:  I thought I was a suspect after
12 you took pictures of my hands.
13        DETECTIVE VANTLIN:  Okay.  Suspect of what?
14        WILLIAM HURT:  That I did something to Mark.
15        DETECTIVE VANTLIN:  Uh-huh.
16        WILLIAM HURT:  Or helped in any way to possibly
17 kill Mark, until now, but harm in any way at that point.  I
18 thought -- I even broke down and cried at work because you
19 guys came and took pictures of my hands.
20        DETECTIVE VANTLIN:  Uh-huh.
21        WILLIAM HURT:  That's when it clicked, you guys
22 think I'm a suspect to what has happened.
23        DETECTIVE JONES:  Well, you know what?  I really
24 did after that statement because not one time has either
25 one of us said anything about killing him.

---

57

1         WILLIAM HURT:  Oh, my God, really?
2         DETECTIVE JONES:  No.
3         WILLIAM HURT:  Holy shit, dude.
4         DETECTIVE JONES:  Not one time.
5         WILLIAM HURT:  (Unintelligible).
6         DETECTIVE JONES:  You just brought that up on
7 your own.
8         WILLIAM HURT:  I don't want to go to --
9         DETECTIVE JONES:  You're the one saying he's
10 (unintelligible) -- you're the one now saying he's killed.
11        WILLIAM HURT:  Oh, my God.
12        DETECTIVE VANTLIN:  It's time for honesty.
13        DETECTIVE JONES:  We're -- All we're doing is an
14 investigation.
15        WILLIAM HURT:  I know you guys are.
16        DETECTIVE JONES:  We're doing an investigation
17 concerning Marcus.
18        DETECTIVE VANTLIN:  We're looking out for Marcus
19 right now.
20        WILLIAM HURT:  I know you guys are.  I'm trying
21 to help with it, too.  If I did anything to harm him, I
22 don't know.  I honestly don't.
23        DETECTIVE VANTLIN:  You're giving us a lot of
24 information that usually a completely innocent person
25 wouldn't do.

---

**58**

1    DETECTIVE JONES:  If you did anything to harm
2 Marcus --
3    WILLIAM HURT:  I didn't.
4    DETECTIVE JONES:  -- you really don't know is
5 what you just said.  What kind of statement is that?
6    WILLIAM HURT:  Because after what you guys are
7 saying, you think I did something to Marcus.
8    DETECTIVE JONES:  That's what you just said, if I
9 did anything to harm Marcus I don't know.
10    WILLIAM HURT:  I did not -- I did not harm Marcus
11 in any way possible.  After he left --
12    DETECTIVE JONES:  Well, that's not what you just
13 said.
14    WILLIAM HURT:  -- I went to sleep.  My God.  I
15 don't -- I'm trying to help, too, but I'm trying to help
16 for my sake (unintelligible) and you guys are just drilling
17 me and drilling me.
18    DETECTIVE VANTLIN:  It's for your safety.
19    WILLIAM HURT:  I know it is.
20    DETECTIVE VANTLIN:  Pardon?
21    WILLIAM HURT:  I said I know it is.  If I wasn't
22 here right now, I'd probably be in jail.  I realize that
23 because you said you could have brought a warrant to bring
24 me in and all this other stuff, but I don't know what else
25 happened after he left.  That's the thing.

**59**

1    DETECTIVE JONES:  Why did you leave that night,
2 later that night?
3    WILLIAM HURT:  I did not leave later that night.
4    DETECTIVE JONES:  Are you sure about that?
5    WILLIAM HURT:  I'm positive I didn't leave later
6 that night.
7    DETECTIVE JONES:  So, I ain't going to have you
8 on camera at the store right up the road?
9    WILLIAM HURT:  (Unintelligible).
10    DETECTIVE JONES:  (Unintelligible).  Yeah,
11 pointed right toward Riverside Drive.  I'm not going to
12 have you on camera driving down the road or riding in a
13 vehicle down the road?
14    WILLIAM HURT:  Right.  I did not ride in a
15 vehicle.  There's no possible way.
16    DETECTIVE JONES:  We're not going to have you
17 driving a vehicle then?
18    WILLIAM HURT:  No.
19    DETECTIVE JONES:  Or walking?
20    WILLIAM HURT:  No.  Possibly walking, yes.  But I
21 (unintelligible) okay, that night -- it was either that
22 night or a couple nights after that, I had walked down to
23 the Kangaroo gas station and got a 12-pack of RC Cola.
24    DETECTIVE JONES:  After you supposedly went to
25 bed?

**60**

1    WILLIAM HURT:  I said either that night or a
2 couple of nights before or after.
3    DETECTIVE JONES:  So, where I got you on camera
4 down there, that would be that Marcus was there,
5 you went to bed after Marcus was there, and then you left
6 and went and got some RC Cola?  Maybe?  Is that what you're
7 saying?
8    WILLIAM HURT:  Yes.  I want to be honest.  I have
9 terrible, terrible memory when it comes to time and date.
10    DETECTIVE JONES:  You have a terrible lying
11 problem is what you've got.
12    WILLIAM HURT:  I know.  Honestly --
13    DETECTIVE JONES:  I mean a very terrible lying
14 problem because you know what?  You're lying about this
15 right now because you don't -- I just called you out on
16 that and you're the one sitting there saying that you left
17 and went and got RC up the road.  But that's not what
18 you're telling me, okay?
19    WILLIAM HURT:  (Unintelligible).
20    DETECTIVE JONES:  You're sitting there saying
21 Marcus walked out the back door, I went to bed, and then
22 Harley's door shut, and now Harley went to bed while you
23 was playing chess.  Then you start -- you know, I didn't go
24 nowhere that night, I went straight to bed and I blacked
25 out, but I didn't really black out, I'm a sound sleeper.

**61**

1 That's what you said.  But now, you're saying, you know
2 what, I went down the road and got me a 12-pack of RC and
3 then came back to the house.
4    WILLIAM HURT:  Oh, my God.  I honestly do not
5 know what I -- If I did something, I do not know about it.
6    DETECTIVE JONES:  Well, maybe you did something
7 to him you don't know about.  Did you ever think about
8 that?
9    WILLIAM HURT:  Yes.
10    DETECTIVE JONES:  So, you could have harmed
11 Marcus and not known anything about it?
12    WILLIAM HURT:  Oh, my gosh.
13    DETECTIVE JONES:  Is that what you're saying?
14    WILLIAM HURT:  (No audible response).
15    DETECTIVE JONES:  Could you have harmed Marcus on
16 accident, playing around with him or something to hurt him?
17 Could you have done that?
18    WILLIAM HURT:  (Unintelligible) play around with
19 him.  I played a game of chess, we talked, and he left.
20    DETECTIVE JONES:  Could you have done that,
21 because you don't know anything that you're doing right now
22 apparently after 11:00 at night?  Could you have hurt
23 Marcus on accident?  Could you have hurt Marcus on
24 accident?
25    WILLIAM HURT:  (No audible response).

**62**

1    DETECTIVE JONES:  Answer the question.  Could you
2 have hurt Marcus on accident?
3    WILLIAM HURT:  After I went to bed?
4    DETECTIVE JONES:  After you went to bed, when you
5 went and got RCs, whenever.
6    WILLIAM HURT:  After I -- Okay.  When I go to
7 bed, I (unintelligible) sleepwalking.  But by the time I
8 went to bed, he was down the street.  I don't walk that
9 fast.  I have club foot.
10    DETECTIVE JONES:  Could you have hurt Marcus on
11 accident?
12    WILLIAM HURT:  Yes.  I could have, but I know for
13 a fact I didn't.
14    DETECTIVE JONES:  William, if this was an
15 accident, if something happened and it's an accident, okay,
16 it's an accident.  Do you understand that?
17    WILLIAM HURT:  Yes.
18    DETECTIVE JONES:  Okay.  If someone else did
19 something and it was an accident, we can work with that.  I
20 told you that a while ago.
21    WILLIAM HURT:  Yes.
22    DETECTIVE JONES:  If this was a stone-cold
23 malicious act, we're going to work on it different.  Do you
24 understand that?
25    WILLIAM HURT:  Yes, I understand it.

**63**

1    DETECTIVE JONES:  Okay.  You're telling me right
2 now that you could have harmed Marcus and not known about
3 it?
4    WILLIAM HURT:  Yes.
5    DETECTIVE JONES:  I'm pretty sure if I harm
6 somebody, I know about it in any way, shape, or form.  Do
7 you understand that?
8    WILLIAM HURT:  Yes.
9    DETECTIVE JONES:  Okay.  You're telling me you
10 don't know what happened.  There is something you're not
11 telling me.  There's a part --
12    WILLIAM HURT:  I -- I can't --
13    DETECTIVE JONES:  -- you're leaving out.
14    WILLIAM HURT:  -- recall it in my memory.
15    DETECTIVE JONES:  Why can't you recall what you
16 did to him?
17    WILLIAM HURT:  I didn't do anything to him.
18    DETECTIVE JONES:  You're telling me right now you
19 could have.
20    WILLIAM HURT:  I could have.
21    DETECTIVE JONES:  Yeah.
22    WILLIAM HURT:  I know for a fact I didn't.
23    DETECTIVE JONES:  You know, I ain't going to sit
24 here and make a statement to you that I could have done
25 something if I know damned well and good I didn't do it.

**64**

1 But you're telling me that you could have done it.
2    WILLIAM HURT:  Oh, my gosh.
3    DETECTIVE VANTLIN:  If it was an accident, we
4 need to know.
5    WILLIAM HURT:  I don't remember anything after I
6 fell asleep.  That's the thing.
7    DETECTIVE JONES:  Apparently you remember going
8 and getting some RCs, a 12-pack of RCs.
9    WILLIAM HURT:  Okay.  It was that night or a
10 couple of nights after that.  I got home from work.  I was
11 working the weekend shifts, you know --
12    DETECTIVE JONES:  (Unintelligible) your attitude
13 changes.
14    WILLIAM HURT:  (Unintelligible).
15    DETECTIVE JONES:  What about the attitude change
16 at the home the last few weeks?
17    WILLIAM HURT:  What do you mean, attitude
18 changes?
19    DETECTIVE JONES:  Well, we've talked to everybody
20 there at the house.  They said you've had an attitude
21 change the last couple -- about three weeks.  Well, last
22 few weeks is what I was told.  You've had a bad attitude
23 about the --
24    WILLIAM HURT:  (Unintelligible) I've been really
25 tired.

**65**

1    DETECTIVE JONES:  -- about the rabbit cage the
2 other day, you know, where you crushed like a two hundred
3 dollar rabbit cage (unintelligible)?
4    WILLIAM HURT:  I took it apart.  I didn't -- no,
5 I put that out because my bunny wakes up in the middle of
6 the night and the fact that we're moving to the new house
7 on Lincoln, where we're -- we're planning on moving to.  My
8 room is small.  I can't have a big giant cage.  So, I took
9 it apart.  I sat it outside for someone to take.
10    DETECTIVE JONES:  See how much easier it is
11 (unintelligible) really did that you know than --
12    WILLIAM HURT:  Yeah.
13    DETECTIVE JONES:  -- other stuff that you're
14 trying to fabricate?  It's a lot easier to talk about that,
15 ain't it?
16    WILLIAM HURT:  Uh-huh.
17    DETECTIVE JONES:  Okay.  I'm going to tell you,
18 when I go back to something else, then that's when you get
19 all hemmed up and start crying and get all emotional.
20 Remember earlier, when I asked you about the DNA, if I
21 could find any of your DNA on Mark?
22    WILLIAM HURT:  Yes.
23    DETECTIVE JONES:  What was your answer?
24    WILLIAM HURT:  I don't remember to be honest.
25    DETECTIVE JONES:  Okay.  Well, let me ask -- re-

**66**

1 ask you the question.  If I go and take Mark and I, you
2 know, lift all the DNA off of him, all over his body,
3 clothes, everything else, where could I find your DNA at on
4 Mark?
5          WILLIAM HURT:  On his hand, the back of his
6 shirt.  I patted him on the back of the shirt and I shook
7 his hand (unintelligible).
8          DETECTIVE JONES:  Am I going to find it anywhere
9 else?
10         WILLIAM HURT:  No.
11         DETECTIVE JONES:  Now, are you positive about
12 that?
13         WILLIAM HURT:  Yes, I'm positive.
14         DETECTIVE JONES:  I'm not going to find your
15 fingerprints anywhere?
16         WILLIAM HURT:  No.
17         DETECTIVE JONES:  You realize that stuff stays on
18 there for a long time, right?
19         WILLIAM HURT:  I realize it does, yes.
20         DETECTIVE JONES:  Okay.
21         WILLIAM HURT:  Each person has their own set of
22 fingerprints.
23         DETECTIVE JONES:  Uh-huh.
24         WILLIAM HURT:  I realize that, too.
25         DETECTIVE JONES:  Well, I'm going to tell you

**67**

1 honestly what I believe.
2          WILLIAM HURT:  (Unintelligible).
3          DETECTIVE JONES:  Something's happened and it was
4 an accident.  Okay?  I'm not going to sit here and say you
5 did it.  I'm going to say an accident happened and then
6 everybody freaked out and then nobody knew what to do,
7 okay?  And all three of you is trying to cover up for each
8 other.  This is the deal.  If one of -- the first one that
9 cracks is going to be the lucky duck.  The second one that
10 cracks might be all right.  The third one ain't --
11 definitely ain't going to be all right.  Do you understand
12 that?
13         WILLIAM HURT:  Uh-huh.
14         DETECTIVE JONES:  Okay.  If you've ever thought
15 about going to jail and everything else, wait until you're
16 number three.  Then you're going to see a lot of jail time.
17 Number one might -- might be lucky.  Right now, you're not
18 number one.  Something's happened to him.  I know
19 something's happened to you, you know something about it
20 and you --
21         WILLIAM HURT:  I don't --
22         DETECTIVE JONES:  -- you need to tell us because
23 I'm telling you right now, William, it's likely -- you're
24 18 years old.  You've got your whole life ahead of you.  If
25 something is screwed up -- someone screwed up and you know

**68**

1 about it and you've done something or might have done
2 something, because you really don't know, which I ain't
3 believing that by no means, by the way.  If you've done
4 something or know about it, man, I'm telling you, you want
5 to be the -- you want to be the first person to come
6 forward because, right now, what we're going to do -- we
7 already had your mom down here earlier talking to her.  You
8 know that.  Okay?  Right now, she's the one helping us the
9 most.  You can be there, too.  We're down there talking to
10 Deadra right now.  I'm sure she's going to help us.  You're
11 not helping us at all.
12         We're going to interview everybody in the house.
13 We're going to interview the whole family.  We're going to
14 interview everybody on the block.  We're going to interview
15 the people at the Kangaroo store.  We're going to review
16 everything.  We're going to go down there and we're going
17 to pull all the videos and everything else and see if you
18 and Marcus was down there at the Kangaroo store.
19         WILLIAM HURT:  I didn't go anywhere with him that
20 night.
21         DETECTIVE JONES:  Well, if Marcus was down there
22 at the Kangaroo store, then you walked in right there after
23 him.  I'm not saying you went together.
24         WILLIAM HURT:  I didn't go anywhere that -- oh,
25 my gosh.  I'm trying to keep my emotions under control with

**69**

1 crying and stuff like that.
2          DETECTIVE JONES:  Well, if you need to cry and
3 get it off your chest, go ahead.  I mean, that -- if that
4 makes you feel better, go ahead.
5          WILLIAM HURT:  It doesn't because I'm getting
6 interrogated for something I didn't do.
7          DETECTIVE JONES:  Well, so far, you've just sat
8 there and told a bunch of lies is all that you've done.
9 That's what you're getting interrogated about, is all your
10 lies and inconsistencies, which you've agreed you're a bad
11 liar and you have a lot of inconsistencies, correct?
12         WILLIAM HURT:  Uh-huh.
13         DETECTIVE JONES:  That's why you're getting
14 questioned and grilled about it.  Okay?  We're grilling
15 about all your inconsistencies.  You're the one that cannot
16 come up with a solution for that, okay?  Remember earlier
17 when I told you when your mom finds out you've been lying,
18 she's going to you grill you and tell you to admit it?
19         WILLIAM HURT:  Uh-huh.
20         DETECTIVE JONES:  And then if you finally admit
21 it and get it off your chest, you'd feel better?
22         WILLIAM HURT:  Uh-huh.
23         DETECTIVE JONES:  Then you might get a spanking.
24 Okay?  That's kind of the same philosophy here, okay?
25 You're lying, you're -- you know, you're lying about

Interrogation of William Hurt     June 28, 2012

---

70

1 something.  That's why we keep grilling you about it, to
2 get it off your chest, to make you feel better, to help our
3 investigation, you know.  We'll deal with whatever later.
4 But right now, we're dealing with this and what we're
5 dealing with is your lying, your inconsistent stories.  And
6 there's only one way to solve it, I mean --
7         WILLIAM HURT:  Me telling the truth and nothing
8 but the truth?
9         DETECTIVE JONES:  Yeah, pretty much.
10        WILLIAM HURT:  Do you want me to start from the
11 beginning?
12        DETECTIVE JONES:  William, I've already heard
13 this story, like, 52 times about you playing chess, okay?
14 But what I want to know is what happened supposedly when
15 Marcus walked out the back door, which I've been told he
16 left out the front door.
17        WILLIAM HURT:  Who told you he walked out the
18 front door?
19        DETECTIVE JONES:  I said -- I've been told that.
20 I'm not going to tell you who I heard that from.  I've been
21 told that.
22        WILLIAM HURT:  He went out the back because when
23 he walked out through -- through the garage, he put on his
24 shoes and he walked out the door -- the side door right
25 here and walked up that way.  I seen him walk out the back

---

71

1 door.  Then I went downstairs to my room.
2         DETECTIVE JONES:  Did you see him walk out the
3 back door or did you walk him to the back door?
4         WILLIAM HURT:  We were talking -- All right.  We
5 were talking about seeing -- talking about seeing him
6 around again.
7         DETECTIVE JONES:  Uh-huh.
8         WILLIAM HURT:  Like, if he were to come --
9 because he said he was walking (unintelligible) -- to the
10 west side like he usually does.  And I told him that I
11 would see him when he comes back around to this side of the
12 city.  Then he left on -- He walked out the back door, put
13 on his shoes, walked out the garage door, and then left.
14        DETECTIVE JONES:  So, when did you shake his
15 hand?
16        WILLIAM HURT:  I shook his hand after the chess
17 game and after he left, so I shook it one more time.
18        DETECTIVE JONES:  After he left?
19        WILLIAM HURT:  No, before he left.
20        DETECTIVE JONES:  When did you pat him on the
21 back?
22        WILLIAM HURT:  When I walked in the door.
23        DETECTIVE JONES:  When you walked in the door?
24        WILLIAM HURT:  When I walked in the door to see
25 my mom after I got home from work.

---

72

1         DETECTIVE JONES:  So, you didn't shake his hand
2 then, you just patted him on the back?
3         WILLIAM HURT:  Patted him on the back after I
4 walked in, gave my mom a hug.
5         DETECTIVE JONES:  You told me earlier you shook
6 his hand and patted him on the back at the same time.  Your
7 statement earlier was, I always do that to people, I shake
8 their hand and pat them on the back at the same time.
9         WILLIAM HURT:  I didn't say I always do it at the
10 same time.  I said I always walk in and, when I see
11 somebody I recognize, I pat them on the back.
12        DETECTIVE JONES:  And shake their hand?
13        WILLIAM HURT:  I pat them on the back like this
14 and then, after that, I shake their hand.  It's a formal
15 greeting.
16        DETECTIVE JONES:  Earlier -- I would have to
17 review the tape, but earlier I'm pretty sure that you said,
18 I shake people's hand and pat them on the back at the same
19 time.  You kind of did a little motion like that while you
20 was in the car.  Because remember, I was like, well, how do
21 you do that?  You know what I mean?
22        WILLIAM HURT:  I know.
23        DETECTIVE JONES:  Because I asked you, do you hug
24 them or whatever.  And you went, no, I pat them on the
25 back.  Which there's nothing wrong with that, I mean, you

---

73

1 know?  Guys do it all the time with guys.
2         WILLIAM HURT:  Yeah.
3         DETECTIVE JONES:  I mean, I do it to my buddies,
4 so.
5         WILLIAM HURT:  But you're just trying to figure
6 out what happened from the chess game to when he left
7 pretty much.
8         DETECTIVE JONES:  No.  For --
9         WILLIAM HURT:  When he left --
10        DETECTIVE JONES:  Well, you're saying that he
11 walked out the back door.
12        WILLIAM HURT:  -- to figure out what happened to
13 Marcus.
14        WILLIAM HURT:  (Unintelligible) Well, you're
15 trying to figure out what happened to him.  But when he
16 left, I had gone down to my room.  I fed my rabbit.  And
17 then, I went to sleep.  I'm telling the truth now because
18 I just now called out that I was lying when you said --
19 said what I had said about getting the RC.  It was the day
20 after that -- that night, I took -- me and Harley went down
21 to the gas station, got a pack of RC, came home.  I split
22 it 50/50, six cans each, with him and then went downstairs
23 and then I went to bed.  The next night.
24        DETECTIVE JONES:  The next night.  Harley wasn't
25 there the next night.  He was at his mom's on Friday.

---

Video Court Reporting Services, Inc.   502.561.9988   depo@vcrslou.com

74

1          WILLIAM HURT: He wasn't there all day.

2          DETECTIVE JONES: His statement was he was at his

3 mom's all day Friday.

4          WILLIAM HURT: Visitations only last for a couple

5 of hours. He wasn't there all day.

6          DETECTIVE JONES: Well, I'm telling you.

7          DETECTIVE VANTLIN: We'll get to the bottom of

8 this. We will.

9          WILLIAM HURT: I know.

10          DETECTIVE VANTLIN: Wherever it settles, it

11 settles, okay? The people that help us the most in turn

12 help themselves.

13          WILLIAM HURT: I'm just trying to --

14          DETECTIVE VANTLIN: They really do. They help

15 themselves. It's something you've really got to think

16 about.

17          WILLIAM HURT: I am trying to help myself. I

18 really am. I'm trying to help myself by not going to jail.

19 After what you guys are telling me, I'm probably -- have

20 been the one that's going to get it the most.

21          DETECTIVE VANTLIN: When we leave this room, if

22 we're -- if we're still at this standstill, that's always a

23 possibility.

24          WILLIAM HURT: Uh-huh.

25          DETECTIVE VANTLIN: Do you want some time to

75

1 think about it?

2          WILLIAM HURT: (No audible response).

3          DETECTIVE JONES: Well, we'll step out. You sit

4 in here. We'll be back in about five minutes to talk to

5 you. You need to do some real heavy thinking real quick,

6 do some soul searching. Some real heavy thinking.

7          DETECTIVE VANTLIN: (Unintelligible) You need to

8 help Mark and help yourself. You know what I mean?

9          DETECTIVE JONES: Nobody else matters in this

10 besides you and Mark right now. You've got to look out for

11 yourself and you've got to help Mark.

12          WILLIAM HURT: But I'm trying to help Mark.

13          DETECTIVE JONES: No, we're -- we're done. You

14 wait five minutes. We'll be back, okay?

15          WILLIAM HURT: Okay.

16          DETECTIVE VANTLIN: You really need to think

17 about this. Do you need anything to drink or eat?

18          WILLIAM HURT: Some water, please.

19          DETECTIVE VANTLIN: I don't know if we have

20 water. What about -- Would Coke be okay?

21          WILLIAM HURT: Sure.

22          DETECTIVE VANTLIN: Do you -- Can you drink

23 Cokes?

24          WILLIAM HURT: Uh-huh.

25          DETECTIVE VANTLIN: All right. We'll be back.

76

1 Would you rather have water or Coke?

2          WILLIAM HURT: Water.

3          DETECTIVE VANTLIN: (Unintelligible) right here.

4 Go ahead and get a drink, okay?

5          (OFF THE RECORD, 18:39 HRS TO 19:19 HRS)

6          DETECTIVE VANTLIN: Well, did you do any soul

7 searching?

8          WILLIAM HURT: Uh-huh.

9          DETECTIVE VANTLIN: And?

10          WILLIAM HURT: I'll tell you guys all about it

11 now.

12          DETECTIVE VANTLIN: Okay.

13          WILLIAM HURT: Where do you want me to start?

14          DETECTIVE VANTLIN: Where we haven't heard

15 anything before, where it's going to be new and fresh.

16          WILLIAM HURT: Okay.

17          DETECTIVE VANTLIN: The information we're looking

18 for.

19          WILLIAM HURT: The information you're looking

20 for.

21          DETECTIVE VANTLIN: Uh-huh.

22          DETECTIVE VANTLIN: Okay. After -- When he walked out

23 the door, I go on downstairs, (unintelligible). I did go

24 to bed (unintelligible) I did do that.

25          DETECTIVE VANTLIN: Did what?

77

1          WILLIAM HURT: I actually went -- I did honestly

2 go -- go to bed.

3          DETECTIVE VANTLIN: Okay.

4          WILLIAM HURT: I woke up the next morning. It

5 was just a day off and I did my regular thing, hung out

6 with the family.

7          DETECTIVE VANTLIN: Uh-huh.

8          WILLIAM HURT: Did all that stuff. I helped my

9 mom with the chores and did yard work and I played poker

10 with my family. After that, then you guys came to tell us

11 about Marcus.

12          DETECTIVE VANTLIN: Uh-huh.

13          WILLIAM HURT: You interviewed me at exactly

14 11:00. It took about 15 minutes. Then my dad came out and

15 then you interviewed him for a second. Then about 11:20,

16 you left (unintelligible) work.

17          DETECTIVE VANTLIN: Okay.

18          WILLIAM HURT: On that day. Then, I had worked

19 that night with Nyla, counted the drawers at 9:45. She

20 told me she didn't want me -- didn't want me to miss my

21 bus, so I walked all of the way back to the mall like I

22 told you before. When I got -- After all of that was said

23 and done and we got home, I said he was sitting at the

24 table. He was having a good time. He was eating macaroni

25 salad and all that. And I sat down with him. Then after

78

1 my mom -- after my mom said that she was going to bed, me
2 and Mark played chess.
3          DETECTIVE VANTLIN:  Uh-huh.
4          WILLIAM HURT:  And then while we were playing,
5 Harley came in and he was like, I could beat you all in
6 chess, I can beat you all (unintelligible) stuff like that.
7 I told him that we play (unintelligible) the next game
8 because Mark said he was going to leave after this.  Then,
9 we played chess.  I shook his hand, sat down, and talked
10 (unintelligible) animals I wanted to get when I had enough
11 money.  After talking about some of the animals, then we
12 started talking about football, as you know.  And then,
13 after that, Harley did go into his room and then Steven
14 went to his room because they both (unintelligible) and the
15 girls went upstairs.
16              After that, we walked over to the kitchen
17 sink.  He got a drink of water and cleaned out his macaroni
18 salad bucket.  He got the instant coffee container that mom
19 said he could have, he filled it up, (unintelligible)
20 coffee and took a drink.  We walked to the door, still
21 talking.  I shook his hand one more time, told him that I
22 would see him around.  He walked out the back door.  Then,
23 I went downstairs.  That's exactly.  I don't remember
24 anything else after that.
25          DETECTIVE JONES:  What -- I mean, I've got one

79

1 thing to say.  What the hell are you talking about?
2          WILLIAM HURT:  Umm --
3          DETECTIVE JONES:  Because you started off this
4 story, as soon as we walked in here, I'm going to tell you
5 everything that happened that night, I honestly went to
6 bed, the next day I played poker with my family. And then,
7 we started -- When did you start this story because the
8 next day you were playing poker with your family and then,
9 somehow, you reverted back to when you was working two days
10 before and then you come home and Marcus is home and then
11 you come on back to this, and then you come on back to
12 this.  And you're saying you went downstairs and went
13 straight to bed, that's all you remember.  But a while ago,
14 you remembered going downstairs and feeding your rabbit and
15 everything else before you went to bed.  What are you
16 talking about?
17          DETECTIVE VANTLIN:  You're all over the board.
18 What you just told me doesn't make good sense to me at all.
19          DETECTIVE JONES:  It was almost better before
20 when you was lying your ass off to us than it is now.  I
21 mean, that didn't make no sense at all.  Did it make sense
22 to you?
23          DETECTIVE VANTLIN:  I heard the tail end of the
24 story then the start of the story.
25          DETECTIVE JONES:  Yeah.

80

1          DETECTIVE VANTLIN:  After the tail end.  That's
2 -- I don't -- I don't think you can help yourself.  I don't
3 think you can help yourself by what you're saying because
4 you're talking in circles.  It makes no sense.  Let me ask
5 you this.  Is it possible there's something else that you
6 just haven't told us that maybe you're kind of wanting to
7 tell us?
8          WILLIAM HURT:  It's possible, but I can't
9 necessarily recall it.
10          DETECTIVE VANTLIN:  There, you're talking in
11 circles again.  Let's just deal with what you know, okay?
12          WILLIAM HURT:  Okay.
13          DETECTIVE VANTLIN:  No hypotheticals.  Is there
14 something that -- Is there something else that you know
15 about Mark?
16          WILLIAM HURT:  No.  (Unintelligible) I honestly
17 do not know.
18          DETECTIVE JONES:  And you (unintelligible).
19          WILLIAM HURT:  After he left, I don't know what
20 happened though.
21          DETECTIVE VANTLIN:  Okay.  Back up to when he was
22 still there.  Something else happened.
23          WILLIAM HURT:  When he was still there, something
24 else happened?
25          DETECTIVE VANTLIN:  Something else is going on

81

1 here.
2          DETECTIVE JONES:  You just now brought up the
3 Harley thing (unintelligible) how he wanted to beat you-all
4 at chess and everything else, but you told me, God, five
5 hours ago or something when we was sitting in my car
6 talking -- and a while ago I brought it up and you just
7 kind of blew off like nothing, but now you're saying it
8 again.
9          DETECTIVE VANTLIN:  Would you really take the
10 chance -- and I'm looking at this two ways.  You're a guy
11 that harmed him, no doubt about it, you're the one --
12 you're the evil son of a bitch that needs to go to prison
13 forever or you're helping somebody else.  You're holding
14 information back, helping somebody else.  I think your
15 loyalty is leaning towards someone else in this and not
16 Mark.  Your loyalty needs to be for Mark right now.  Maybe
17 you did something wrong you shouldn't have done and Mark
18 wouldn't like you for it.  But you know what?  That's where
19 we can deal with it.  We can deal with it right now.  If
20 you keep holding back and -- It seems like you're
21 protecting somebody to me.  It seems like you -- you don't
22 tell us the full story every time and you talk in circles.
23 Do you understand what I'm saying?
24          WILLIAM HURT:  Yes.
25          DETECTIVE VANTLIN:  There's something that you're

82

1 not telling me and I can sense it, I can tell it.  And do
2 you understand that's obstruction of justice?
3        WILLIAM HURT:  Yes, I understand that.
4        DETECTIVE VANTLIN:  Okay.  All right.  At the
5 very least -- the very least, that's obstruction of
6 justice.  We get somebody in here and proves you're a liar,
7 I'll come after you.  I'll come after you, all right?  If
8 you tell me right now what's going on, let's work with it.
9 We can work with it, okay?  I think you know more than
10 you're telling us.  I know you know more than you're
11 telling us, I can tell it.  All your body language, the
12 way you're answering, your mannerisms.  We go to schools on
13 this stuff, we learn this.
14        WILLIAM HURT:  I know.
15        DETECTIVE VANTLIN:  Okay.  And -- And --
16        WILLIAM HURT:  It's pressure.
17        DETECTIVE VANTLIN:  And you're not -- you're not
18 telling us what we need to hear.  You're just not.
19        DETECTIVE JONES:  Even if you didn't do anything
20 to Marcus and you're helping somebody by covering it up and
21 not telling us, that's the same thing as you doing
22 something to him.  Now, if you want to live with that,
23 that's on you.
24        WILLIAM HURT:  Yeah, because it's still
25 obstruction of justice.

83

1        DETECTIVE JONES:  No.  I'm talking moral value
2 here.  Morals.  I'm not talking about criminal.  I'm
3 talking about morals.  If you know something and you're not
4 going to tell us because you're too proud to say it --
5        WILLIAM HURT:  I'm not --
6        DETECTIVE JONES:  -- or you want to protect
7 somebody --
8        WILLIAM HURT:  No.  I'm not (unintelligible).
9        DETECTIVE JONES:  -- it's the same thing as doing
10 something to him.  Do you understand that?
11        WILLIAM HURT:  I understand it, but I'm not
12 trying to protect anybody.
13        DETECTIVE JONES:  A while ago, you said you
14 wanted to help us out, you wanted to help Marcus out.
15        WILLIAM HURT:  I want to help you guys out.
16        DETECTIVE JONES:  Well, you're not doing a good
17 job of it.  You are not doing a good job of it at all.  And
18 frankly, I'm kind of getting a little sick of the way
19 you're talking around in circles and everything else
20 because I've heard the same crap for the last almost two
21 hours now of what you did that night and, more or less,
22 what you didn't do that night.
23        I mean, man, you're so far out there in left
24 field that I don't know if we're ever going to be able to
25 get the truth out of you because you already admitted

84

1 you're a compulsive bad liar.  I mean, you admitted that
2 more than one time.  I mean, you're telling me you could
3 have done something, you could have not done something.  I
4 asked you about your shoes.  Yeah, they might be down
5 there, a shoeprint like mine, down by the river.  Okay?
6 And you're saying he was killed.  We never said he was
7 killed.  No one ever has said he's been killed.  No one
8 ever said he was in the Ohio River.  You're the one that
9 came up -- well, yeah, I know he was in the Ohio River.
10 Okay?  You're the one giving us all the facts.  You're
11 giving us so many facts that -- do you not know we can
12 build a case against you?
13        WILLIAM HURT:  With all the facts I've given you,
14 yes, you can build a case against me.
15        DETECTIVE JONES:  Okay.  Then why would we want
16 to help you out?
17        WILLIAM HURT:  Because you know -- because you
18 know that I'm innocent and you're wanting --
19        DETECTIVE JONES:  No, I don't, if -- at this
20 point.  At this point, I do not believe anything right now.
21 Do you understand that?  I am neutral.
22        WILLIAM HURT:  You think that I'm holding
23 something that could help (unintelligible).
24        DETECTIVE JONES:  No, I know you are.
25        WILLIAM HURT:  And you know that I'm holding

85

1 something that could save my butt and help Marcus' case.
2        DETECTIVE JONES:  No, I'm not saying save your
3 butt.  I'm saying help you.  But you know what?  It would
4 be a great help to the whole family.  Your family is tore
5 up, okay?  The whole Golike family, they're tore up.
6 Brothers, sisters, everybody, okay, are tore up.  We've had
7 to go and do death notifications today, okay, and sit there
8 and talk to people and watch them break down in tears and
9 everything else.  Do you think that's fun for us, to do
10 that?
11        WILLIAM HURT:  No, it's not.
12        DETECTIVE JONES:  Okay.  But that's what we've
13 had to do.  All day long, we've been doing this.  And we've
14 been dealing with you for the last two hours and you keep
15 beating around the bush.  Do you not think that we're
16 getting a little perturbed about this?
17        WILLIAM HURT:  (Unintelligible).
18        DETECTIVE JONES:  And you're -- you think you're
19 getting perturbed and in here hitting your head and
20 everything else as your stress reliever and all that, okay?
21 Man, I'm telling you this could've been over two hours ago.
22 This could have been done earlier today.  And  we could've
23 already been home with our families and everybody else,
24 everything could have been done.
25        Here's the deal, okay?  I don't know who

Interrogation of William Hurt    June 28, 2012

---

86

1 you're protecting. I don't know what you got going on. I
2 don't know what you're thinking in your head right now, but
3 you need to be thinking of one thing. Man, I need to help
4 Marcus and I need to help myself. And that's what we told
5 you before we walked out. We left you in here quite a
6 while by yourself because we had stuff to do.

7        WILLIAM HURT: Twenty, thirty minutes.

8        DETECTIVE JONES: We come back in here and you
9 give us that run around story again. How is that helping
10 anybody?

11       WILLIAM HURT: It's not.

12       DETECTIVE JONES: Exactly. So, why would you
13 even entertain that fact. I mean, you're -- you're not
14 doing anything, you're not -- you're not eliminating
15 yourself as a suspect, you're not helping yourself out,
16 you're not doing anything here. The only thing you're
17 doing is digging a hole deeper for yourself because of your
18 inconsistencies, your lies, and everything else. That's
19 all you're doing.

20             I mean, all that you need to do is tell the
21 truth, exactly the truth, and we're the ones that determine
22 if you're lying or not. So far, we've both determined
23 you're lying. Have you determined yourself that you're
24 lying? You're the one that (unintelligible), I don't lie,
25 I don't lie. I mean, how is that going to look in front of

---

87

1 12 people at a jury?

2        WILLIAM HURT: Not too good.

3        DETECTIVE JONES: What's going to happen when you
4 get up on the stand and you sit there and swear in
5 testimony to this and you -- oh, no, hold on, sorry
6 prosecutor, I lied a while ago, sorry Your Honor -- you
7 know, the judge, sorry 12 people out here, I lied a while
8 ago?

9        WILLIAM HURT: It wouldn't work.

10       DETECTIVE JONES: Okay. Then why are you doing
11 it now? That's what I'm saying. You're doing it right
12 now. We're trying to help you. You're not seeing it
13 apparently. You're trying to help somebody else while
14 we're trying to help you. But I'm telling you, you know,
15 it's always the person that comes out on top is the one
16 that tells the truth, and you're not doing it. Now, I
17 mean, if you want to go down, that's fine. That's --

18       WILLIAM HURT: I don't want to down.

19       DETECTIVE JONES: That's on you.

20       WILLIAM HURT: I don't want to go to jail.

21       DETECTIVE JONES: That -- Hey, we're not talking
22 about jail. We're talking worse than jail.

23       WILLIAM HURT: Okay, prison.

24       DETECTIVE JONES: No. We're talking worse than
25 prison now. Okay? We're talking a lot worse than just

---

88

1 going to prison. Trust me. If that's what you want to do,
2 then you can do it.

3        WILLIAM HURT: That's not what I want to do.

4        DETECTIVE JONES: Then why don't you help us?
5 Why aren't you telling me the truth? Because right now,
6 you're just digging yourself a deeper hole. That's all
7 you're doing by these lies and these inconsistent stories
8 and everything else and you throw out these facts about him
9 getting killed and him getting this and this. We never
10 said none of that.

11       WILLIAM HURT: (Unintelligible).

12       DETECTIVE JONES: That's all you said. It's all
13 out of your mouth.

14       WILLIAM HURT: When I was sitting in the living
15 room, I heard you guys talk about a funeral.

16       DETECTIVE JONES: So? People die every day, do
17 they not?

18       WILLIAM HURT: Yes, they do.

19       DETECTIVE JONES: Okay. I never said anything
20 about him being killed. I never once said anything about
21 him being killed to no one. You're the one that said that.
22 You brought that all up on your own.

23       WILLIAM HURT: You guys are just wanting me to
24 come clean so, that way, we can just get this over with.

25       DETECTIVE VANTLIN: Yeah.

---

89

1        DETECTIVE JONES: Uh-huh.

2        WILLIAM HURT: Okay. Earlier when I went to go
3 help Harley look for his cell phone, I did talk to him. I
4 asked him what he said and then, apparently, he told me
5 that he slipped up and said that you were the last person
6 to see him alive.

7        DETECTIVE JONES: No.

8        WILLIAM HURT: That's what he told me. That's
9 what I went off of when I said he was dead and the funeral.

10       DETECTIVE JONES: I said he was the last person
11 that seen him here alive as in he was here at the house. I
12 never said he was killed.

13       WILLIAM HURT: That's what I got off of that.
14 And then I heard the -- talking about the funeral or
15 whatever and I just assumed that he was killed.

16       DETECTIVE JONES: Even if I said he was the last
17 person to see him alive, he could have died in a car wreck.
18 He could have walked down the road and got hit by a car.
19 You manifested up the killing yourself.

20       WILLIAM HURT: How?

21       DETECTIVE JONES: Because you said he got killed.
22 You said that earlier.

23       WILLIAM HURT: Okay. But I'm drawing clues
24 together.

25       DETECTIVE JONES: No, you're manifesting.

---

90

1        WILLIAM HURT:  How am I manifesting?

2        DETECTIVE JONES:  That's what that is.  You're

3 manifesting it because you are getting information that you

4 don't even have a clue what you're talking about and you're

5 putting it all together and you're saying, oh, he was

6 killed, he was found in the Ohio River, I know that was him

7 in the Ohio River because, by God, that news alert said

8 four days later -- the news alert was Sunday or Monday, it

9 came out, and you're saying it happened on Wednesday, you

10 got the text alert.  And somehow, you're relating something

11 that happened Wednesday back to something that happened

12 Sunday and saying that the body was found and evidently it

13 was Marcus and everything else.  Is what you're trying --

14 You're trying to manifest this whole story up and the

15 reason why you're manifesting this whole story is about to

16 put yourself in the middle of it and to protect whoever

17 you're protecting.  That's exactly what you're doing.

18 That's the story of it.  And we ain't buying it.

19        And I guarantee you, you and Harley talked

20 about more than just that and, when we talk to Harley after

21 a while, I guarantee you he's going to tell us what

22 happened because he's going to crack.  He's the type of

23 person that's going to crack and be a little baby.  He

24 thinks he's a big, bad boy, but he's not.  You might think

25 you are, but you're not.

91

1        WILLIAM HURT:  I know I'm not.

2        DETECTIVE JONES:  Well, you know what?  I hope he

3 does crack and I hope he sits there and tells us the whole

4 story.  And you know what?  I guarantee you he's going to

5 say, well, you know what I told William.  I guarantee you

6 that's probably going to come out of his mouth.  And then

7 what's going to happen?  You all -- You're going to get hem

8 -- you're going to get hemmed up.  That's what's going to

9 happen.

10        WILLIAM HURT:  (Unintelligible) And I'm going to

11 get in worse trouble.

12        DETECTIVE JONES:  Yes.  That's what's going to

13 happen.  He's going to crack and involve you in this.  Now,

14 the only thing that's going to save you from that is if you

15 speak first.  That's it.  I don't know what kind of bond

16 you two got going on.  I don't care.  I don't care if you

17 think he's your brother.

18        WILLIAM HURT:  (Unintelligible).

19        DETECTIVE JONES:  He ain't your brother.  He's

20 simply staying there.  He's using you and using your

21 family.  That's all he's doing.  You sat there and told us

22 earlier he's using you guys.  As soon as he gets -- he can

23 get on his own, he's out, he's done, he's done with all of

24 you.

25        WILLIAM HURT:  But he's got like two years

92

1 though.

2        DETECTIVE JONES:  It don't matter if it's two

3 years or six months.  It don't matter.  It don't matter if

4 it's tomorrow.  He might decide tomorrow he's done with

5 you-all and he might go somewhere else.  That's what he

6 does.  He moves from home to home to home to home until he

7 finds one that he wants.

8        DETECTIVE VANTLIN:  He can -- He can get

9 emancipated right now.  He's old enough to get emancipated,

10 be on his own and he can be an adult.  And I tell you what,

11 Detective Jones is right.  What's going to happen is --

12        WILLIAM HURT:  Harley's going to talk, he's going

13 to crack and (unintelligible).

14        DETECTIVE VANTLIN:  He's going to say -- He's not

15 necessarily going to crack.  He's going to pass the buck on

16 you, you did it.  He's going to say you did it.  And when

17 he says you did it, guess what?  We've got to believe that.

18        WILLIAM HURT:  Yeah.

19        DETECTIVE VANTLIN:  If he comes in here and tells

20 the same story and not changes anything, we've got to

21 believe him.

22        WILLIAM HURT:  (Unintelligible) myself into.

23        DETECTIVE VANTLIN:  Yeah.  You have

24 inconsistencies with us.  He -- If he's in here and

25 consistent and -- and points a finger at you and says you

93

1 did it all, he just watched or heard about it, it's you.

2 But that's still reversible at this point.  Do you

3 understand?

4        WILLIAM HURT:  Yes.

5        DETECTIVE VANTLIN:  It's still reversible because

6 we've got you in here, we don't have him in here.  Because

7 you know what?  His record shows that he could do something

8 like this.  His record does show that.  Yours doesn't.

9        WILLIAM HURT:  I don't have a record.

10        DETECTIVE VANTLIN:  That's what I'm saying.  Your

11 record shows that you don't -- you couldn't have -- or, you

12 probably would not be the most likely person to do this.

13 He, on the other hand, is.  Very much so, he is.  All

14 right?  That's why we've got to know this.

15        Now, knowing that, are you going to be the

16 first one to give us the full story and the truth or are we

17 going to let Harley do it?  It's your choice.  It's your

18 ballgame.

19        WILLIAM HURT:  Uh-huh.

20        DETECTIVE VANTLIN:  It's your choice right now.

21        DETECTIVE JONES:  We -- We honestly -- I mean, we

22 really don't care.  We're going to hear it, yeah.  We just

23 want to know who we're going to hear it from first.  We're

24 giving you the opportunity to say it, but.

25        DETECTIVE VANTLIN:  You've known him one month.

Interrogation of William Hurt     June 28, 2012

---

94

1 You don't know if he's a good guy or not.
2          WILLIAM HURT: Yeah.
3          DETECTIVE VANTLIN: And he -- he -- I'll tell you
4 what. Knowing him a month, he can pull the wool over your
5 eyes, he can BS you. And believe it. You've already
6 started to see it, the way he's into it with your sister,
7 right?
8          WILLIAM HURT: Uh-huh.
9          DETECTIVE VANTLIN: He gets into it with your
10 bigger sister. That's his true side, I think. All right?
11 If somebody doesn't follow along with him, he's going to
12 challenge them, all right?
13          WILLIAM HURT: Oh, yeah.
14          DETECTIVE VANTLIN: I think you've been following
15 along with him, right? Yeah, I think you kind of follow
16 along with him. You're -- You're kind of friends with him,
17 right? He's the kind of person -- I consider him like a
18 sociopath. He can't really have friends. He --
19          WILLIAM HURT: He just uses people.
20          DETECTIVE VANTLIN: Exactly.
21          DETECTIVE JONES: He's using you right now.
22          DETECTIVE VANTLIN: He's using you as bad as --
23 bad as it can be right now.
24          DETECTIVE JONES: And, you know, the sad thing is
25 you're letting him do it. You've been letting him do it

---

95

1 all day long. That's the problem. You've been letting him
2 use you. Now, it's up to you. Do you want to stand up for
3 yourself or do you want to have -- continue to let him use
4 you? It's up to you.
5          WILLIAM HURT: Help myself right now. I'm going
6 to be truthfully honest with you right here. That night
7 when we were playing chess -- This is going back to that
8 night now, that we were playing chess. I don't even know
9 what he did. I mean, he came in, he wanted to play chess
10 and all this other stuff and he just left the room. I
11 don't know what happened after that. I didn't see him for
12 the rest of the night. I'm being dead serious. I did not
13 see him for the rest of the night.
14          DETECTIVE VANTLIN: Why? Why do you do this?
15 Why do you do this? I'm getting so ticked off.
16          WILLIAM HURT: (Unintelligible).
17          DETECTIVE VANTLIN: When I talked to you the
18 other night, you seemed like a good kid that made a -- that
19 maybe had made a mistake. You don't understand how big of
20 a mistake you're making now. Your whole life hinges on
21 this, being truthful. Your whole life hinges on this.
22          WILLIAM HURT: I know it does.
23          DETECTIVE JONES: Well, apparently, you're not
24 getting it because when you lean up and say, you know what,
25 I'm going to be truthful with you right now, I'm going to

---

96

1 tell you everything, and then you turn around and say,
2 well, I don't remember nothing -- well, what's that? That
3 ain't being truthful. That's not being truthful at all.
4 You sat there and told me, yeah, he went to his room
5 earlier, I know that, he didn't come back out, and
6 everything else and then later on -- your story earlier was
7 I went to bed and I heard Harley's door shut. That's
8 exactly what you told me in the car. You said, you know, I
9 heard -- he went to bed shortly after I did because I heard
10 his door shut. Because I asked you, well, how did you know
11 he went to bed after you did? Because I heard his door
12 shut. That's what you told me earlier in the car.
13          But now, you're saying I went to bed and I never
14 seen him the rest of the night. Okay. You're getting
15 there and then, you know what? I'm trying to like push
16 myself to the side here. I don't know what happened, I
17 don't know what happened. I wasn't there that night.
18 You're -- You're selling yourself out is what you're doing.
19 That's all you're doing right now. Okay?
20          That's not helping you out. Okay? All you're
21 saying is I went to bed. Okay? That ain't saying
22 anything. It's not -- That is not going to get you out of
23 this fire. Do you understand that?
24          WILLIAM HURT: Yes.
25          DETECTIVE JONES: Okay. You are in the fire.

---

97

1 The only thing that's going to save you is when we find out
2 what happened to Mark. That's it. And hey, you know what?
3 What if Harley comes in here and says, you know, man, this
4 is what happened, I woke up, got up, walked downstairs, you
5 know, they was in there playing chess, I walked up, they
6 was getting ready to go out the back door and, man, you
7 know, William shoved him down the steps and beat the piss
8 out of him. Okay? If he tells me that and tells, you
9 know, Detective Vantlin that --
10          WILLIAM HURT: You'd have to believe him.
11          DETECTIVE JONES: -- Detective Weiss -- you
12 know, Weiss that, 12 people on a jury that, everything
13 else --
14          WILLIAM HURT: You'd have to believe it because
15 of what I've told you is constantly digging myself a hole.
16          DETECTIVE JONES: Yeah. So the only thing that's
17 not -- you know, that's going to save you is you tell us
18 what happened and then we can prove with evidence, with
19 stories and collaboration. Okay? That's the only thing
20 that's going to save you. Do you understand this?
21          WILLIAM HURT: Uh-huh.
22          DETECTIVE VANTLIN: Because it's going to be your
23 word, I guarantee you, against Harley's word. I can
24 guarantee you.
25          WILLIAM HURT: Because of his record and what

---

98

1 he's done.

2          DETECTIVE JONES:  No.  Because he's going to
3 crack.  He's going to sit here and tell us what happened
4 and he's going to implicate you in this somehow because I
5 know -- I can tell.  When I talked to you-all -- I talked
6 to you and I talked to him separate.  Okay?  And you're
7 saying he's your brother and all this stuff and these guys
8 are --

9          WILLIAM HURT:  He's not my -- He's not my
10 brother.  He's my foster brother.

11          DETECTIVE JONES:  You said a while ago, he's my
12 brother.  That was your exact statement.  When I asked you,
13 you said, yeah, he's my brother.

14          WILLIAM HURT:  Yes, because I have to consider
15 him my brother because he's a foster kid.

16          DETECTIVE JONES:  Okay.

17          WILLIAM HURT:  I have to (unintelligible).

18          DETECTIVE JONES:  Well, I'm going to tell you
19 right now, you might consider him your brother or whatever,
20 he considers you another person in the house.  He ain't
21 there for you.  He's there for your sister.  That's what
22 he's there for.  I mean, he is there honestly to flirt and
23 do stuff with your sister and to mooch off you guys und
24 live there as long as he wants to and then he's going to
25 (unintelligible) go to a different house and do the exact

99

1 same thing.  That's what's going to happen.

2          DETECTIVE VANTLIN:  Like he's done his whole
3 life.

4          DETECTIVE JONES:  You're not going to -- You
5 know, to see us right now, you think, oh, you know what,
6 we're going to be tired (unintelligible) I finally got a
7 brother around my age and everything else.  Okay?  Man, I
8 understand where you're coming from, okay?  You've been in
9 foster care, you've been around, you know, you finally have
10 a family, they treat you good and everything else.  You
11 don't want to disrupt that.  I understand that, okay?  You
12 don't want the family to be broke up.  I understand that.
13 But you've got to understand where you've got to draw the
14 line.  Is it going to be your family or is it going to be
15 Harley?

16          WILLIAM HURT:  It's going to be my family.  I put
17 my family first.

18          DETECTIVE JONES:  Okay.  Harley is not a member
19 of your family.  You understand this?

20          WILLIAM HURT:  Yes.

21          DETECTIVE JONES:  Okay.  I don't -- Maybe we're
22 getting to -- through to you right now, okay?  Your family
23 is the people that's adopted you, took you in, fed you,
24 clothed you, everything else.  Okay?  You have a lot going
25 for you.  You're working this, you've got a job, you've

100

1 got, you now, possibilities, you've got everything going.
2 All right.  Do you want Harley to drag you down?

3          WILLIAM HURT:  No, I don't.

4          DETECTIVE JONES:  Okay.

5          WILLIAM HURT:  I want to succeed in life and not
6 be (unintelligible).

7          DETECTIVE JONES:  Well, right now, you're letting
8 Harley drag you down is what you're doing.  You're letting
9 Harley drag you underneath a bus with him and you're doing
10 it to yourself.  We're -- We cannot sit here and change
11 your mind apparently because, you know, we've been trying
12 to get you to be honest with us, which ain't going to
13 happen because you're a compulsive liar and you admitted
14 this.

15          So, I mean, man, I tell you what.  I'm going
16 to believe the first person that tells me the truth.  Now,
17 whether it's exactly the way it happened, I don't know.
18 But Harley has told you something.  He slipped up.  He said
19 something.  You know about it.  You don't want to give it
20 to us for some reason because you're afraid either you're
21 going to get kicked out of foster care and end up in jail
22 or Harley's going to end up in jail because you care about
23 him.  You don't want to see him because you -- you already
24 said this is the last stop and everything else and then,
25 you know, he'll go back to -- you know, a juvi prison -- or

101

1 juvi jail or whatever, and you don't want to see that
2 happen or you're truly afraid of him and he's threatened
3 you somehow.

4          It's one of them three things.  I mean,
5 which of the three is it?  Either you're scared of losing
6 your family and you're scared of losing him and him losing
7 his family and going back to juvi or you're scared of him.
8 He's intimidated you.  So, which of the three is it?

9          WILLIAM HURT:  It's the last one and the first
10 one.  I'm scared of losing my family and he's intimidating
11 me because of his anger.

12          DETECTIVE JONES:  You're scared of losing your
13 family --

14          WILLIAM HURT:  And he's intimidating because of
15 his anger and what that can do.

16          DETECTIVE JONES:  Okay.  So, there you go.  So
17 you're intimidated by Harley because of his anger?

18          WILLIAM HURT:  Yes.

19          DETECTIVE JONES:  Okay.  Do you realize that -- I
20 mean, man, I'm telling you.  Harley, he's a little punk.
21 I'm going to tell you that right now.  He's a little punk
22 and I could bring him in here and he ain't going to do a
23 thing besides cry like a baby.  We see it all the time.  He
24 will sit here and act big and bad around you and sit there
25 and try to make you do stupid stuff and get in the middle

102

1 of stuff. When it comes down to it, he ain't got your
2 back. He's going to run like hell. That's what he is. He
3 tells those stories about him popping 14 people? Yeah,
4 right. That ain't going to happen. He'd be pummeled. I
5 don't care who it is. You ain't going to fight 14 people.
6 He thinks he's big and bad and tough and all that. He's
7 not. He's pathetic. He's a little 16-year-old pathetic
8 punk. And if that's the kind of, you now, role model that
9 you want --
10       WILLIAM HURT: I don't want that role model.
11       DETECTIVE VANTLIN: -- go ahead. And I can tell
12 you right now, as far as your foster family and everything
13 else, man, is your foster family going to feel better and
14 look at you different if, you know what, we don't resolve
15 this and everything else and they might suspect you had
16 something to do with this or are they going to look at you
17 and go, you know what, he manned up, he told exactly what
18 happened, you know, they solved it, Mark got, you know, his
19 justice and, you know, William, by God, he stepped up and
20 helped the damn police to, you know, solve this case?
21 Which one are they going to look at you better?
22       WILLIAM HURT: Helping solve the case.
23       DETECTIVE JONES: Okay.
24       WILLIAM HURT: (Unintelligible).
25       DETECTIVE JONES: So, if you're worried about

103

1 getting, you know, kicked out of your foster family and
2 everything else, the way you can help them out more is
3 helping us out and helping yourself out. You see what I'm
4 saying?
5       WILLIAM HURT: Yeah.
6       DETECTIVE JONES: Okay. As far as Harley, man --
7       WILLIAM HURT: He's not worth helping. Is that
8 what you're saying?
9       DETECTIVE JONES: In my opinion?
10       WILLIAM HURT: No.
11       DETECTIVE JONES: Hey, it's as far -- It's all --
12 you know, everybody for themselves in this
13 (unintelligible). I mean, if you want to get hemmed up and
14 hem your whole family up over Harley, that's on you.
15 That's not on us. You've got to realize that. That's all
16 on you. And I don't want to see, you know, the whole
17 family -- and I'm not talking just your foster family, I'm
18 talking the whole -- you know, Mark's brothers and sisters
19 and, you know, mom and everybody else.
20       WILLIAM HURT: Yeah.
21       DETECTIVE JONES: I don't want to see you hem all
22 them up by some stupid mistake of you withholding the
23 information or you keeping something to yourself because
24 you're trying to protect somebody. I don't want to see it
25 happen. But unfortunately, apparently it's going to happen

104

1 unless you say something. So, I guarantee you if I gave
2 that whole speech to Harley, he -- he'd sing like a bird.
3 So, man, it's up to you. It's your ballgame. Well, I
4 mean, I'm here to help you. I really am.
5       WILLIAM HURT: I know because, if you weren't,
6 you wouldn't give it a second chance. And as of right now,
7 which I'm --
8       DETECTIVE JONES: This is about your third chance
9 right now.
10       WILLIAM HURT: Yeah, I believe it.
11       DETECTIVE JONES: And you're -- This is about
12 strike three for you.
13       WILLIAM HURT: Yeah.
14       DETECTIVE JONES: And, man, I'm telling --
15       WILLIAM HURT: I'm --
16       DETECTIVE JONES: If you're afraid or intimidated
17 by him, we'll have him out of there in -- I mean, 30
18 minutes out of the house and locked up. I mean, he ain't
19 going to mess with nobody. Trust me.
20       WILLIAM HURT: Yeah.
21       DETECTIVE JONES: Once we get a hold of him, he's
22 done.
23       WILLIAM HURT: Yeah.
24       DETECTIVE VANTLIN: And that's where he needs to
25 be and you -- and you probably, deep down inside, know

105

1 yourself that, you know what, he needs to be locked up
2 because of his anger issues and everything else. He needs
3 some help.
4       WILLIAM HURT: He truly does. He gets angry so
5 fast.
6       DETECTIVE JONES: Well, then you got to help us
7 help him. If you -- If you care about him, then you need
8 to help us help him and the only way we can do that is if
9 we put him in classes, but he's got to be held liable for
10 what he has done. He has to be held liable. You know
11 that.
12       WILLIAM HURT: Yes.
13       DETECTIVE JONES: So, I want to ask you. What
14 else do you know? You've all talked about it. He's told
15 you. I'm sitting here reading you right now like a book,
16 man. He has told you what has happened and it scared the
17 shit out of you and you're just like -- man, you're like
18 right here, like what do I do, you're freaking out, you're
19 going every which way. I understand that.
20       WILLIAM HURT: That's exactly what I'm doing.
21       DETECTIVE JONES: I understand it, man. I've
22 been there. I know. And you don't know which way to go.
23 I'm trying to tell you. Detective Vantlin is trying to
24 tell you the way that you need to go, the way that you have
25 to go for your sake, for your family's sake, for Mark's

Interrogation of William Hurt    June 28, 2012

---

106

1 sake.  We're telling you the right direction.  You're the
2 one that has to follow the way.  Do you understand this?
3        WILLIAM HURT:  Yes.
4        DETECTIVE JONES:  What has happened?  What has
5 Harley done?  What has Harley talked about?  What has
6 happened?
7        WILLIAM HURT:  The only time he said something to
8 me about this whole entire ordeal was when he talked to me
9 about you.  That's -- Anything -- Anything else that
10 happened, I do not know about because I (unintelligible).
11       DETECTIVE JONES:  What exactly did he say to you?
12       WILLIAM HURT:  He told me that, when he was in
13 the car with you, that you slipped up that you were the
14 last person that got to see him alive or something like
15 that.  He told me that and told my Aunt Kim that, because
16 she -- no, not -- no, she didn't tell him that -- or, that.
17       DETECTIVE JONES:  What were his exact words to
18 you?
19       WILLIAM HURT:  He told me, once I started asking
20 -- I said -- I said, so, what did you -- he say to you?  He
21 asked me about the polygraph test and if they found DNA --
22 my DNA on him and that you slipped up and said that you
23 were the last person possibly to see him alive and you
24 caught it again and then said something else.  That's
25 exactly what he told me.

---

107

1        DETECTIVE JONES:  Do you see any problem there?
2 Do you see a problem there with what you're saying?  If
3 Harley said I slipped up and said he's alive, do you not
4 see some guilt in that statement?
5        WILLIAM HURT:  That he could have possibly done
6 it?
7        DETECTIVE JONES:  Yeah.  Do you not see --
8        WILLIAM HURT:  Yes, I actually do see it now.
9 Yes.  Thanks for kind of helping me out here.
10       DETECTIVE JONES:  I would -- Okay.  That's not
11 what -- exactly what I said.  All right?  What he's telling
12 you is not what I said.  Now, I did say something about
13 that, but I didn't slip up.  I was looking for a reaction
14 from him --
15       WILLIAM HURT:  Yeah.
16       DETECTIVE JONES:  -- which I got the reaction I
17 was looking for.
18       WILLIAM HURT:  Yeah.
19       DETECTIVE JONES:  Now, there's been more talk
20 than just this.  You've been -- it's been almost, what,
21 two --
22       WILLIAM HURT:  Three hours almost now.
23       DETECTIVE JONES:  It's been 14 days since Marcus
24 was last at your house, two weeks that you and Harley has
25 been together.  I know he's done told Andrea, but Andrea we

---

108

1 don't think is capable of doing anything.  So, who does
2 that leave?
3        WILLIAM HURT:  Me and him.
4        DETECTIVE JONES:  Yeah.  Now, I'm telling you
5 right now, after talking with Andrea, her stories are
6 inconsistent, too.  Man, I mean, we're giving you this
7 chance, but your time is ticking.  Do you want to say
8 something and you just don't know how to say it?  Is that
9 the problem?
10       WILLIAM HURT:  Well, I'm trying -- yeah.  I'm
11 trying to (unintelligible).
12       DETECTIVE JONES:  Well, instead of sitting there
13 thinking about it so long and trying to manifest some
14 little story, man, just blurt out whatever you're talking
15 -- whatever you're thinking.  Just blurt it out, because
16 all you're doing when you're sitting there in silence and
17 all this, you know, and keeping this all to yourself --
18       WILLIAM HURT:  It's making me look bad.
19       DETECTIVE JONES:  It's just making me look -- you
20 know, sit here and wonder, well, what kind of damn story
21 are we getting ready to hear now.  That's the only thing
22 I'm thinking right now.
23       WILLIAM HURT:  To make me look worse.
24       DETECTIVE JONES:  If this is a conversation, you
25 shouldn't have to think about it.

---

109

1        WILLIAM HURT:  Yeah.
2        DETECTIVE JONES:  The more you stop, the more you
3 think, the more you -- you know, try to build up a story
4 and everything else, is the more inconsistencies that we're
5 finding.  Now, if I had asked you right off the bat
6 everything that you had and you told us verbatim,
7 everything else, you know, and all the right stories.
8        WILLIAM HURT:  (Unintelligible).
9        DETECTIVE JONES:  We'd have been done a long time
10 ago.  But we've not yet heard the truth.  Not yet.  And,
11 you know, I asked you earlier, you know, what -- what
12 should happen to somebody that was involved in the
13 disappearance or, you know, the -- you know -- of Mark.
14       WILLIAM HURT:  (Unintelligible) go to jail and
15 get locked up in prison.
16       DETECTIVE JONES:  No.  That was not your answer.
17 Your answer was that's for someone else to decide, I can't
18 decide someone's fate.  That was your answer.  And I'll be
19 glad to play that back for you.  Anybody else -- everybody
20 else I asked that same question to, they should go to
21 prison and pay for what they did.  Yours, totally
22 different.  Yours on a polygraph, how do you -- how would
23 you do on a polygraph if I asked you -- on a polygraph, how
24 would you do if I asked you the question did you have
25 anything to do with the disappearance of Mark Golike, are

---

110
1 you -- are you withholding any information regarding the
2 disappearance of him --
3        WILLIAM HURT:  (Unintelligible).
4        DETECTIVE JONES:  -- or do you have any knowledge
5 of that?  I said, how would you do on that question?
6        WILLIAM HURT:  And I said I probably don't know.
7        DETECTIVE JONES:  That's right.  You said, I
8 probably wouldn't pass.  Okay?  If somebody asked me that
9 question, I would pass.  Everybody in the whole family --
10       WILLIAM HURT:  Said they would pass.
11       DETECTIVE JONES:  -- would pass except for you.
12 Man, I mean, it -- it's fine with me.  If you want to go
13 down for Harley --
14       WILLIAM HURT:  I don't want to go down --
15       DETECTIVE JONES:  -- you can share a cell
16 together.  Let's go on and say that.  If you-all want to be
17 roomies in prison, that's fine.  If you-all want to be
18 roomies, cry buds, whatever, buddy, more power to you.  If
19 you're intimidated by him, if he's threatened you, drug you
20 into something, then we can help you get up out of that.
21 But as of right now, we can't help you because you're not
22 helping us.  I mean, that's what it boils down to.
23       WILLIAM HURT:  I know of his past.
24       DETECTIVE JONES:  I don't care about his past.
25       WILLIAM HURT:  And I know what he's capable of

111
1 and there's a -- there is a chance he could have done it or
2 he could -- or, not could have.  He did do it.  There's a
3 chance of that, too, from what you're telling me.
4        DETECTIVE JONES:  No, not from what I'm telling
5 you because I've not told you nothing.  I've not told you
6 nothing.  What did he do to Mark?
7        WILLIAM HURT:  (Unintelligible) I don't know.
8 After he left, I don't know truthfully what Harley did.  I
9 honestly don't.  He could have gone to bed.  He could have
10 gone somewhere else.  He could have gone down to the
11 Kangaroo.  I don't know.
12       DETECTIVE JONES:  Did Mark try to give you any
13 money that night?
14       WILLIAM HURT:  No, he did not.
15       DETECTIVE JONES:  Did he ask you if you wanted
16 any money?
17       WILLIAM HURT:  No, he did not.
18       DETECTIVE JONES:  Did you see any money in his
19 pockets, wallet, anything?
20       WILLIAM HURT:  Not from what I seen.  When I
21 looked -- because when he got up, I looked at his pockets
22 and they looked like they were empty and I didn't even see
23 if he had a wallet on him.
24       DETECTIVE JONES:  Why did you look at his
25 pockets?

112
1        WILLIAM HURT:  Because usually I look at people's
2 feet before I looked at -- or, usually when I look at
3 somebody, I look at their feet first and then I'll look up.
4 That's a thing I learned from school.  When you -- When you
5 talk to somebody, they usually look at your --
6        DETECTIVE JONES:  So, you were looking at his
7 butt?
8        WILLIAM HURT:  No.  When he walked past, on the
9 side of his pocket, he had nothing in there and, when he
10 walked towards the door, he didn't have anything in his
11 pocket because usually when --
12       DETECTIVE JONES:  What about the baseball cap he
13 was wearing?
14       WILLIAM HURT:  I don't know what happened to it,
15 if he was wearing a baseball cap.
16       DETECTIVE JONES:  Was he?
17       WILLIAM HURT:  I honestly don't know.
18       DETECTIVE JONES:  He was wearing a baseball cap
19 when you seen him at the kitchen table.
20       WILLIAM HURT:  He was wearing a baseball cap and
21 he left with it.  I don't know what happened.  Honestly, I
22 do not know what else happened after he left.  That's the
23 thing.
24       DETECTIVE JONES:  I'm done, I --
25       DETECTIVE VANTLIN:  Did he --

113
1        WILLIAM HURT:  (Unintelligible).  You was
2 starting to say something.  I interrupted you earlier.
3        DETECTIVE VANTLIN:  It seems to me Harley made a
4 -- may have talked you into something.  Has he ever talked
5 you into something you didn't want to do?
6        WILLIAM HURT:  No.
7        DETECTIVE VANTLIN:  Never?
8        WILLIAM HURT:  Never.
9        DETECTIVE VANTLIN:  Okay.
10       WILLIAM HURT:  He's never once talked me into
11 doing something that I really didn't want to do or didn't
12 want to do at all.
13       DETECTIVE VANTLIN:  Okay.  So, you're going to go
14 on record saying that Harley did not harm Mark or you don't
15 know if Harley harmed Mark?
16       WILLIAM HURT:  I don't know if he harmed Mark.
17       DETECTIVE VANTLIN:  Did you harm Mark?
18       WILLIAM HURT:  No, I did not.
19       DETECTIVE VANTLIN:  And you're willing to take a
20 polygraph over this?
21       WILLIAM HURT:  Yes.
22       DETECTIVE JONES:  Did Harley kill Mark?
23       WILLIAM HURT:  I don't know.
24       DETECTIVE JONES:  Did you kill Mark?
25       WILLIAM HURT:  No, I did not.

**114**

1    DETECTIVE JONES:  Then why did you say kill a
2 while -- earlier?
3    WILLIAM HURT:  Because that's what you said when
4 you asked me.
5    DETECTIVE JONES:  No.  You're the one that
6 brought it up first.  I never said anything about no one
7 killing anybody.
8    DETECTIVE VANTLIN:  All we said was harm.  That's
9 all we said.
10    WILLIAM HURT:  I did not kill Mark.  I did not.
11    DETECTIVE JONES:  Did you do something to Mark
12 and not mean to hurt him?
13    WILLIAM HURT:  No.  I didn't do anything to Mark
14 to harm him in any way.
15    DETECTIVE VANTLIN:  Do you know of anybody that
16 did?
17    WILLIAM HURT:  Not that I know of.
18    DETECTIVE JONES:  Okay.  Well, that -- that right
19 there was the most guiltiest thing you said all day.
20    WILLIAM HURT:  Not that I know of?
21    DETECTIVE JONES:  Uh-huh.  I'm -- What did Harley
22 do to Mark?
23    WILLIAM HURT:  I don't know what he did.
24    DETECTIVE VANTLIN:  Who else that you said
25 (unintelligible)?

**115**

1    WILLIAM HURT:  The only people -- the only people
2 that actually were in the kitchen that night were me,
3 Steven --
4    DETECTIVE JONES:  Okay.  Maybe Steven did it
5 then, didn't he?
6    WILLIAM HURT:  No.  The only people that were in
7 the kitchen that night were me, Steven, Mom, Mark and
8 Harley, after he came --
9    DETECTIVE JONES:  Okay.  So, your mom did
10 something to him?
11    WILLIAM HURT:  No, she didn't.  She wouldn't harm
12 Mark in any way.
13    DETECTIVE JONES:  Okay.  So Steven didn't, your
14 mom didn't.
15    WILLIAM HURT:  It was -- had to be either me or
16 Harley, but I would not harm Mark at all.
17    DETECTIVE JONES:  But you're saying it had to be
18 either you or him.
19    WILLIAM HURT:  I wouldn't harm Mark.  I wouldn't
20 harm anybody for no reason.  I wouldn't harm anybody at
21 all.
22    DETECTIVE VANTLIN:  I believe that you wouldn't
23 harm anybody without a reason.
24    WILLIAM HURT:  I wouldn't harm anybody at all.
25 That's the thing.

**116**

1    DETECTIVE VANTLIN:  Deadra?
2    WILLIAM HURT:  She wouldn't harm him at all
3 either.
4    DETECTIVE VANTLIN:  Andrea?
5    WILLIAM HURT:  Wouldn't harm him at all.
6    DETECTIVE JONES:  So, basically, you're just
7 pointing the finger right back at yourself.
8    WILLIAM HURT:  How'd I do that?
9    DETECTIVE JONES:  Do you not just remember your
10 statement you just made, that leaves me and Harley?
11    WILLIAM HURT:  No.  All I was saying was I
12 wouldn't do anything to him.  That guy is family.  I don't
13 harm my family.  I don't.  I do not harm my family in any
14 way.
15    DETECTIVE JONES:  Maybe you do, I don't know.  I
16 don't know you.
17    WILLIAM HURT:  I know you don't know me, but I
18 don't harm my family.
19    DETECTIVE JONES:  How am I supposed to believe
20 that after you done lied this whole time?
21    WILLIAM HURT:  I'm (unintelligible) just now.
22    DETECTIVE JONES:  Oh, oh, now you are.  But a
23 while ago, you wasn't.  Is that what you're saying?  A
24 while ago when -- I might have, I can't remember if I done
25 anything to harm Marcus, what was that?

**117**

1    WILLIAM HURT:  That was me lying, trying to --
2 sounded like me covering up.  I did not harm Marcus in any
3 way.
4    DETECTIVE JONES:  So earlier, you're lying to me
5 about I could have, I don't know what I done, I could've
6 harmed Marcus?  That was a lie, is that what you're trying
7 to tell me now?
8    WILLIAM HURT:  Yes, I am trying to tell you that
9 now.
10    DETECTIVE JONES:  And that's --
11    WILLIAM HURT:  I am telling you that now.
12    DETECTIVE JONES:  Okay.  I'd like to see you try
13 -- you can't even convince two people, let alone 12 people
14 about this story.  I'm telling you, you and Harley might
15 end up bunkmates together.
16    WILLIAM HURT:  I wouldn't kill a person either.
17    DETECTIVE VANTLIN:  No, but maybe -- you know, I
18 don't think you would start out that way but maybe --
19    WILLIAM HURT:  I would never kill a person.  I
20 would never harm anybody.
21    DETECTIVE VANTLIN:  -- maybe it -- not harm
22 anybody, that's different.  When I say harm, I don't mean
23 kill.  I mean just do something to them.  Things can get
24 carried away.  Somebody -- Somebody did it.  Somebody hurt
25 Mark.

Interrogation of William Hurt    June 28, 2012

---

**118**

1          WILLIAM HURT:  Somebody did hurt Mark, but that
2  person was not me.  It was nobody in my family.
3          DETECTIVE VANTLIN:  Okay.  I mean, I'm --
4          DETECTIVE JONES:  Tell us who hurt Mark then.
5          WILLIAM HURT:  I -- I don't know.
6          DETECTIVE JONES:  You just sat there and said
7  someone hurt Mark but it was not me.  That was your
8  statement, somebody hurt Mark.  So, therefore, you know or
9  you would have said, I don't know who hurt Mark.  You said
10 -- You agreed.  You said somebody hurt Mark.
11         WILLIAM HURT:  Somebody had to have or otherwise
12 you guys wouldn't be in here questioning me right now.
13         DETECTIVE JONES:  Well, now we're backtracking.
14 Now we're backtracking.
15         WILLIAM HURT:  Oh, my gosh.
16         DETECTIVE VANTLIN:  Okay.  William, we'll
17 probably give you a call for a polygraph, okay?
18         WILLIAM HURT:  Okay.
19         DETECTIVE JONES:  Now, are you finished, I'm --
20         DETECTIVE JONES:  I can't take no more of this.
21         DETECTIVE VANTLIN:  I can't either.  This is what
22 we'll do.
23         WILLIAM HURT:  I'm trying.
24         DETECTIVE JONES:  No, you're not.  Don't even say
25 you're trying.

---

**119**

1          DETECTIVE VANTLIN:  We're going to get -- we're
2  going to schedule you for a polygraph.  We'll be in touch,
3  all right?
4          WILLIAM HURT:  Okay.
5          DETECTIVE VANTLIN:  I can't help but to just know
6  you know more than you're telling us.  And -- And I can
7  understand you trying to protect a sister or a sibling or a
8  parent.  I can understand that.  But it doesn't help Mark
9  out.
10         DETECTIVE JONES:  And it sure ain't helping you
11 out.
12         WILLIAM HURT:  I know, I -- from what I'm
13 getting, your body language, it's --
14         DETECTIVE JONES:  (Unintelligible) I mean, you
15 know, man, this could be Harley, one of Harley's friends.
16         DETECTIVE VANTLIN:  Has Harley got friends that
17 have been coming over?
18         WILLIAM HURT:  He doesn't have anybody that's
19 been coming over.
20         DETECTIVE JONES:  That narrows it back down to
21 you and Harley then.
22         WILLIAM HURT:  Well, I don't even have friends
23 that come over.
24         DETECTIVE JONES:  So, that really narrows it down
25 to you and Harley.

---

**120**

1          WILLIAM HURT:  How does that narrow it down?
2          DETECTIVE JONES:  Because nobody else is coming
3  over to the house, so.
4          WILLIAM HURT:  I don't have any friends come
5  over, he don't have any friends come over, the only people
6  that have friends come over are the girls and my little
7  brother.
8          DETECTIVE JONES:  Okay.  You think your little
9  brother and his friends would ever harm somebody?
10         WILLIAM HURT:  No.
11         DETECTIVE JONES:  You think your sister?
12         WILLIAM HURT:  No.
13         DETECTIVE JONES:  Okay.  So, now we're back to
14 you and Harley.  Oh, well.  Man, honestly, I'm going to
15 tell you this right now and I -- I really don't care if it
16 pisses you off or not.  But it's pretty pathetic that, if
17 you know something, that you're not telling us.  That shows
18 your true character.  That's pretty pathetic, that you
19 would do this to your family, you'd do this to Mark --
20         WILLIAM HURT:  I'm not --
21         DETECTIVE JONES:  -- and do this to everybody
22 else.  It's pretty -- It's pretty low, about as low as you
23 get.
24         WILLIAM HURT:  But I'm not covering for anybody.
25 I'm not covering for nobody.  I'm trying to help save

---

**121**

1  myself.
2          DETECTIVE JONES:  You've not done that so far.
3          WILLIAM HURT:  And I know that me saying I don't
4  know and putting other information that I already know into
5  the -- that I know of into the investigation does not help
6  at all, information that nobody else should really know.  I
7  know it doesn't help.
8          DETECTIVE JONES:  I'm just going to leave it at
9  that.  If you don't want to help Mark and you do know --
10         WILLIAM HURT:  I want to help Mark.
11         DETECTIVE VANTLIN:  -- and you ain't going to
12 help your family and you ain't going to help, you know,
13 everybody grieve and get closure on this, it's on you.
14 It's not on me.  You're the one that's not going to be able
15 to sleep at night.  Not me.  You're the one that's going to
16 have this on your head and on your chest for the rest of
17 your life.  Not me.
18         If you want it on your chest, on your head,
19 and think about this for the rest of your life, I mean,
20 however long you live, that's on you.  It's not on me.
21 Tomorrow, you know, on Saturday, Sunday, whenever we solve
22 this case, (unintelligible), it's always going to be on
23 your head, it's always going to be on your chest.  You
24 don't want to get it off.  (Unintelligible) Other than
25 that, you can live with it the rest of your life.

---

---

122

1    WILLIAM HURT:  And the only way I can get it off
2 my chest is if I tell the truth.
3    DETECTIVE JONES:  Uh-huh.
4    WILLIAM HURT:  I understand that.
5    DETECTIVE JONES:  Either that or you're going to
6 live with it.  If you want to live with something like
7 this, I mean, that's coldhearted.
8    WILLIAM HURT:  I don't want to live with
9 something like this.  It's already eating at me that you
10 guys think I'm the one that -- me (unintelligible) -- you
11 already think I'm the one that did it because of what I
12 told you.
13    DETECTIVE JONES:  I have no reason to believe
14 otherwise.
15    WILLIAM HURT:  I know that -- I know that you
16 think that I did it.
17    DETECTIVE JONES:  I have no reason to believe
18 otherwise.
19    WILLIAM HURT:  I know that, just because of how
20 I've been and what I've been -- inconsistently telling the
21 stories and not keeping what I had originally told the
22 detective right here because it changes so many times.
23    DETECTIVE JONES:  Do you want to live with this?
24    WILLIAM HURT:  No.
25    DETECTIVE JONES:  Get it off your chest now.

---

123

1 (Unintelligible) I'm telling you.  You've got to get it off
2 your chest now.  When you leave here, man, it's going to
3 burn.  God, it's going to hurt.  I mean, you're going to
4 feel this way.  You're going to feel miserable.  You ain't
5 going to be able to live from that day.  You ain't going to
6 be able to sleep, you're going to stay awake at night
7 thinking about this, you ain't going to be able to work
8 right, and you're going to be thinking about this at work,
9 you could lose your job because you ain't doing your work
10 right at work.
11    WILLIAM HURT:  Uh-huh.
12    DETECTIVE JONES:  All because you don't want to
13 get this off your chest.  That's all.  That's what's going
14 to happen.  So, if you get this off your chest today, I
15 guarantee you can walk out of here a lot better than
16 otherwise you're doing right now.  You're hurting right
17 now.  I can tell you, you're hurting.
18    WILLIAM HURT:  Yeah.
19    DETECTIVE JONES:  Bad.
20    WILLIAM HURT:  Just by body language.
21    DETECTIVE JONES:  Man, I could tell you was
22 hurting as soon as you walked in here.  You may -- You've
23 been wanting to say whatever -- You've been wanting to say
24 that -- something for like the past three hours, but
25 apparently, you just don't know how or you don't want to.

---

124

1 I don't know.  But if you think that, you know, you feel
2 weight -- or, you're going to feel weight if you tell on
3 somebody, that weight is not going to be near as bad as the
4 weight you're feeling on your chest right now.  You're
5 hurting bad.  And I'm telling you, get it off your chest.
6 Quit hurting, man.  You're hurting yourself.  Quit hurting.
7 William, I'm here for you right now.  You understand that,
8 okay?  Get it off of your chest and quit hurting.
9         It's burning, man.  It's burning hard.  Your
10 head's hurting.  Your chest is hurting.  I ain't going to
11 think of you any different than I do right now, William.
12 You tell me the truth and you get this off your chest, I'm
13 going to think you're a man.  I might not agree with what
14 happened, but I will look at you as a man and you manned
15 up.  Go ahead and get it off your chest.  Tell me what
16 happened.
17    WILLIAM HURT:  (Unintelligible).
18    DETECTIVE JONES:  Man, say it like -- however
19 like you think you can say it.  Don't look for words, just
20 say it.  Get it off your chest.  I'm telling you, the way
21 you get it off your chest is the way you want to say it.
22 Get that weight off.  Come on, man, breathe, get it off
23 your chest.  William, you're -- you're tearing yourself up
24 right this second.  Quit tearing yourself up.  Look, I
25 ain't going away.  Get it off your chest, let the burn go

---

125

1 away.  Do you understand?  Tell me what you want to tell
2 me.  Get the burn off.
3         WILLIAM HURT:  I would never harm that man in any
4 way possible.  That man has always been there for me since
5 I entered foster care.  He was a very smart man and he's
6 intelligent and it's a waste of him being harmed.  I care
7 about him within an inch of my life.  I would die for him
8 if I had to.  I did not do anything to harm Marcus Golike.
9 But for the people -- for the people or person that harmed
10 him, I honestly do not know.
11         DETECTIVE JONES:  William, let me tell you
12 something.  You will feel the hurt.  The pain that you felt
13 just a while ago where I -- when you was getting ready to
14 tell me that ain't nothing to what you're going to bear
15 here in a little bit.  You will go through some pain and
16 burn.  It's going to so heavy on your chest, you ain't
17 going to be able to stand it.
18         You almost told me what happened.  You
19 almost told me the truth.  And then, you know what?  You
20 thought, man, if I get this out, maybe I'll feel better,
21 but you're still hurting.  Right there didn't make you feel
22 no better, what you just told me.  Did it make you feel any
23 better?
24         You can keep on pretending and saying these
25 things that's going to help you, make you think you're

---

Interrogation of William Hurt     June 28, 2012

126

1 going to feel better, but the burn is not going to get off
2 your chest, the pain in your head is not going to get out
3 of your head.  None of that's going to go away until you
4 tell me the truth.  And what you're telling me right now, I
5 believe you.
6         WILLIAM HURT:  The only person --
7         DETECTIVE JONES:  I believe right now that you
8 would not intentionally harm Mark, okay?  Intentionally,
9 some malicious act.
10         WILLIAM HURT:  Yes.
11         DETECTIVE JONES:  Hear me out.  However,
12 something's happened to Mark, you know.  Man, I'm telling
13 you -- you've not felt pain yet.  Until you wake up with
14 this for the rest of your life, every day, you've not felt
15 pain.  You've not felt the grief.  You've not felt that I
16 can't handle everyday functions, I can't do this.
17 Relationships the rest of your life, being around girls,
18 everything is going to be affected by this right now.
19 You're affecting your whole life right now.
20               Man, I'm telling you, get it off your chest
21 and we can get through this.  All three of us together can
22 get through this.  But right now, you're trying to lay all
23 the burden on you.  All this burden is on William.  If you
24 let us know what's going on and you tell us what's going
25 on, man, the burden will be lifted and it will not hurt

127

1 that bad.  It will not hurt.
2         WILLIAM HURT:  Nobody in the house - not my dad,
3 not my mom, not any of my sisters, me or my brother - would
4 harm anybody or that man in any way.
5         DETECTIVE JONES:  So who did?  William, get it
6 off your chest.  Get it --
7         WILLIAM HURT:  It only hurts in that --
8         DETECTIVE JONES:  No, William.  No.  Don't go
9 there.  You were going to sit there and you were going to
10 -- What were you going to do?  You were going to give me
11 another sentence and you're going to feel a little bit of
12 stress relief and that's all you're getting ready to do and
13 I'm going to go right back to what I'm doing right now and
14 you're going to feel the pain again because I can keep
15 turning the pain on, I keep turning it on, I keep turning
16 it on or --
17         WILLIAM HURT:  (Unintelligible).
18         DETECTIVE JONES:  Or -- Or I can relieve the pain
19 from you.  It's your call.  Do you want to keep feeling
20 this pain that you're feeling right now?
21         WILLIAM HURT:  No, I don't.
22         DETECTIVE JONES:  Do you want to feel the burn?
23         WILLIAM HURT:  I'm having a hard time breathing.
24 No.
25         DETECTIVE JONES:  Yeah.  You're having a hard

128

1 time breathing, you're having a hard time sitting there,
2 you're -- you're hurting.  But, you're the one that's
3 making this hard on yourself right now.  You're doing this
4 to yourself.  You understand that?  I'm not doing nothing
5 to you.  I don't have a -- you know, a lighter sitting here
6 burning you, but you're feeling like you're on fire.  You
7 know what we want to hear.  We don't want to hear all that
8 other stuff.  You know what we want to hear.  And if you
9 want to keep on hurting yourself and hurting your family,
10 you can keep on giving us this runaround of stories.
11              But the only thing you're doing is hurting
12 yourself and you're dragging yourself through hell right
13 now for no reason.  No reason.  You're doing this to
14 yourself.  This doesn't make sense to me, why you'd go
15 through so much pain right now just to try to hide
16 something.
17         WILLIAM HURT:  (Unintelligible).
18         DETECTIVE JONES:  Why would you do that?
19         WILLIAM HURT:  I don't know.  I've always had the
20 tendency to put people before myself.
21         DETECTIVE JONES:  Well, this is the time you need
22 to man up and you need to put yourself and your family --
23 this is the time you need to think about the outside
24 picture because what you're doing right now is you're going
25 to keep this bottled up and I'm telling you, you're not

129

1 going to be able to function.  Do you want to live the rest
2 of your life like this?
3         WILLIAM HURT:  No.
4         DETECTIVE JONES:  Do you want to feel that burn
5 every day, all night?
6         WILLIAM HURT:  No.
7         DETECTIVE JONES:  Where you can't even eat, every
8 time you eat, man, they'd have to -- your stomach hurts,
9 everything else, go to work, you won't be able to work,
10 being at work and it being constantly in the back of your
11 head this whole time.  I mean, if that's what you want,
12 that's what you're leaning toward.  If you want to -- if
13 you want to sit here and leave here and, as soon as you get
14 in that car, man, it's going to hit you like a ton of
15 bricks and it's going to hit you hard.  William, I'm trying
16 to help you here.
17         WILLIAM HURT:  I know you are.
18         DETECTIVE JONES:  And I'm going to tell you, if
19 you tell me the truth and not this runaround story, then
20 you are going to sit back and you are going to feel that
21 this whole room right here has been lifted off your chest.
22 Until you tell me the truth and tell me what really
23 happened, you're going to have the weight of the world on
24 your chest and it's going to hurt.  You ain't going to be
25 able to breathe right, you ain't going to be able to sleep

Interrogation of William Hurt     June 28, 2012

---

**130**

1  right, you ain't going to be eating right.  You're not
2  going to do nothing right.  Now, do you want to go back to
3  normal life?  Do you want to go back to the way it was
4  about a month ago?
5              WILLIAM HURT:  Yes, I do.
6              DETECTIVE JONES:  Okay.  Three weeks ago, it
7  wasn't good.  Actually, two weeks ago was not good.  Your
8  attitude has changed, your demeanor has changed, your body
9  has changed, everything.  Your whole outlook on life has
10 changed for the last few weeks.
11             WILLIAM HURT:  Yeah.
12             DETECTIVE JONES:  Okay.  There's reasons for
13 that.  There's a reason why you're acting like you're doing
14 right now.  There's a reason why you keep tearing up.
15 There's a reason why that burn is on you.  There's a reason
16 why you're thinking like this.  And we know the reason,
17 okay?
18             Now, man to man, you know, don't -- don't
19 think of me as a detective or anything else.  Think man to
20 man here, okay?  I know you're scared, okay?  I know this.
21 I'm willing to do what I can, okay, to help you.  I do not
22 want to see you scared for the rest of your life.  I do not
23 want to see you hurting anymore.  Your family does not want
24 to see you hurting.  Mark is up in heaven now and he's
25 looking down on you.  He does not want to see you hurting

---

**131**

1  anymore.  Okay?  None of us here wants to see the pain that
2  you're going through and you're feeling right now.
3              It's almost hurting me to see the pain that
4  you're living with right now.  You need to get this off
5  your chest.  You need to relieve the pain.  You need to
6  tell us, so we can get closure.  We have to have closure
7  for the family.  You need closure.  Everyone needs closure.
8  Mark needs closure in this case.  We're the only people
9  that can talk for Mark right now.  Mark's not here with us
10 no more.  Only we can talk.  What happened, William?
11             WILLIAM HURT:  The only person who could have
12 done it --
13             DETECTIVE JONES:  William, I don't want to hear
14 that.  I want to hear the truth, okay?  Man, I'm telling
15 you, you want -- you're so close to getting this off your
16 chest.  You're so close to getting that pain off.  You're
17 so close to getting this -- this pressure off you.  Get it
18 off your chest, man.  Don't feel the burn anymore.  Don't
19 feel this pain.  I'm telling you, get it off your chest.
20 Don't do this to yourself.  Don't do this to your family.
21 Don't do this to Mark.  Get this off your chest.
22             WILLIAM HURT:  Nobody in the family would harm
23 Mark in any way.
24             DETECTIVE JONES:  Get it off your chest.
25             WILLIAM HURT:  The only person who is not

---

**132**

1  considered any part of the family is Harley.
2              DETECTIVE JONES:  What did Harley do?
3              WILLIAM HURT:  That, I do not know.
4              DETECTIVE JONES:  Are you going to live with this
5  burn?
6              WILLIAM HURT:  I don't know what Harley did, if
7  it was him, because from what I'm getting, it's a good
8  chance that it was just by what -- the way you're telling
9  me.
10             DETECTIVE JONES:  No, it's what you're telling
11 me, by the way you're tearing up and your -- the burn that
12 you're feeling and the body language.  You're telling me.
13 You're telling me it was Harley.  What did Harley do?
14             WILLIAM HURT:  (Unintelligible).
15             DETECTIVE JONES:  Don't say you don't know.
16 Don't say you don't know.  Answer my question.  What did
17 Harley do?  You almost said it right there with your hands.
18 What did he do?  Did Harley make a mistake?  William, what
19 did Harley do?  You've already told me he did something
20 because you said nobody in your family would do anything.
21 You've already done told me that he did it.  What did he
22 do?
23             WILLIAM HURT:  I heard someone walk out the back
24 door when I wasn't (unintelligible).
25             DETECTIVE JONES:  Go on.

---

**133**

1              WILLIAM HURT:  I heard the door close and, after
2  Mark left, I went to lay down.  I heard the door close.
3  Then I -- when I went to get (unintelligible), I heard
4  another door close -- well, open up, close again, and then
5  I passed out.
6              DETECTIVE JONES:  Okay.
7              WILLIAM HURT:  I don't remember anything else.
8              DETECTIVE JONES:  Let me ask -- Let me ask you
9  again, okay.  You're starting to feel a little bit of
10 relief, ain't you --
11             WILLIAM HURT:  Yes.
12             DETECTIVE JONES:  -- from that burn, right?
13 Okay.  Do you want it to go away?  Do you want it all to go
14 away because right now you're just -- it's like you just
15 took Tums.  Do you want this pain to go away?
16             WILLIAM HURT:  Yes.
17             DETECTIVE JONES:  What did Harley do?
18             WILLIAM HURT:  I don't know.  After I heard the
19 door close for the second time, I heard someone walk out
20 the door.
21             DETECTIVE JONES:  Did the van leave the house
22 that night?
23             WILLIAM HURT:  Like I said, after I fell -- after
24 the door closed again, I fell asleep.
25             DETECTIVE JONES:  After you heard the first door

---

134

1 close, did you hear the van leave?
2          WILLIAM HURT:  I heard a vehicle start up.
3          DETECTIVE JONES:  What vehicle was it that
4 started up?
5          WILLIAM HURT:  I think they all started the same
6 from my (unintelligible).
7          DETECTIVE JONES:  What did Harley do?
8          WILLIAM HURT:  I don't know.
9          DETECTIVE JONES:  William, you know as well as I
10 do that Harley did it or we would not be sitting here
11 talking right now.  Harley's made a mistake.  He did -- He
12 -- If it was an accident, whatever it is, he's got to live
13 with that.  You don't have to live with this no more
14 because you're going to try to continue to live with it.
15 You can't handle this on your own.  You cannot do this by
16 yourself.  I'm going to tell you right now, you can't do
17 it.  You think you might be big and tough.  You ain't going
18 to be able to do it.  This is something you've never
19 experienced before in your life.  You said that earlier.
20          WILLIAM HURT:  Yeah.
21          DETECTIVE JONES:  You've never been through this
22 before.
23          WILLIAM HURT:  I never have.
24          DETECTIVE JONES:  And I hope you never go through
25 this again.  But right now, you're in the middle of it and

135

1 you're feeling it, you're living it.  You're smack dab
2 right in the middle of this.  If you want to continue to
3 live with this every day, then leave me hanging where
4 you're leaving me hanging right now.  Man, I'm telling you,
5 what happened?  What did Harley do?
6          WILLIAM HURT:  All I know is I heard a vehicle
7 start up and then it left.
8          DETECTIVE JONES:  Did you leave with that
9 vehicle?
10          WILLIAM HURT:  No, I did not.
11          DETECTIVE JONES:  Who left with the vehicle?
12          WILLIAM HURT:  That -- That should -- would have
13 been somebody (unintelligible) the vehicle.
14          DETECTIVE JONES:  Who left in that vehicle?  You
15 know who left in the vehicle.  I know you know because
16 you're trying to tell me right now, but it's -- it's not
17 coming out your mouth.  Who left in that vehicle?  Who left
18 in the vehicle, William?  Who left in the vehicle?
19          WILLIAM HURT:  It was Harley.
20          DETECTIVE JONES:  What happened?
21          WILLIAM HURT:  He took off in the van.
22          DETECTIVE JONES:  What happened?
23          WILLIAM HURT:  That was it.
24          DETECTIVE JONES:  What happened to Mark?
25          WILLIAM HURT:  I don't know what happened to

136

1 Mark.
2          DETECTIVE JONES:  What do you think happened to
3 Mark?
4          WILLIAM HURT:  I think that he got beat up to --
5 or, got beat to an inch of his life and was left for dead
6 in the river.
7          DETECTIVE JONES:  Why are you assuming this?  Is
8 that what Harley said?  Did Harley say he beat up Mark?
9          WILLIAM HURT:  (No audible response.)
10          DETECTIVE JONES:  Is that a yes?  You nodded your
11 head.  Did Harley say he beat up Mark?
12          WILLIAM HURT:  I can't recall.
13          DETECTIVE JONES:  William, it's a simple
14 question.  Did Harley say he beat up Mark?  Simple
15 question.
16          WILLIAM HURT:  He said that he picked somebody
17 up.
18          DETECTIVE JONES:  What else did he say?
19          WILLIAM HURT:  That's all that he said.
20          DETECTIVE JONES:  William, where does the river
21 come into play?  You just said he got beat up and thrown in
22 the river.  Where does the river come into play?  Get it
23 off your chest, William.  Get it off your chest.  I mean,
24 you said earlier -- listen, hey, you said earlier you'd do
25 anything, you would die for Mark.  Did you not?

137

1          WILLIAM HURT:  (No audible response.)
2          DETECTIVE JONES:  I'm sure Mark would feel the
3 same for you, he would die for you.  From what we know
4 about him, from what I've gained in this whole
5 investigation, Mark cared about his family.
6          WILLIAM HURT:  He did.
7          DETECTIVE JONES:  And you was part of his family.
8 I'm not asking you to die for Mark.  All I'm asking you to
9 do is tell me the truth of what happened.  That's all I'm
10 asking you to do.  Very, very simple.  No more than that
11 right there.  I'm not asking you to die for nobody.  And if
12 Mark was in here and you was the one that we found in the
13 river, I guarantee you Mark would tell us every detail
14 without asking.  I guarantee your family would be right
15 there and tell us everything.  You want the same thing.
16 You want to solve this.  You want us to do this.
17          I'm telling you right now, if you're afraid
18 of Harley, don't be.  We'll take care of him.  I think
19 honestly that Harley coerced you and made you go with him
20 that night.
21          WILLIAM HURT:  If that was the case, I cannot --
22 I cannot remember it at all.
23          DETECTIVE JONES:  What did Harley do to Mark?
24 William, you're right there buddy.  What did he do?  You've
25 got to think about it the other way.  If this was Mark and

**138**

1 we was interviewing Mark right now and somebody hurt you,
2 hurt your little sister, hurt anyone in your family, you
3 know what Mark would be doing.  He'd be telling us
4 everything.  All I'm asking is for you to do the exact same
5 thing.
6           Return the favor that Mark can't give you no
7 more.  Return the favor that we're trying to give poor
8 Mark.  We're trying to do this for Mark.  Help us.  You got
9 to get it off your chest, man.  Hey -- Hey, you're --
10 you're there.  Okay?  You're there.  The burn is starting
11 to come off, but you're still having a hard time breathing
12 right now.
13           WILLIAM HURT:  (Unintelligible).
14           DETECTIVE JONES:  It's lifted up some, yeah.
15 That's what I'm saying.  The burn is starting to --
16           WILLIAM HURT:  Yeah.
17           DETECTIVE JONES:  -- starting to lift up off of
18 you.  There's still a burn there though.  There's still
19 pressure.
20           WILLIAM HURT:  Yeah.
21           DETECTIVE JONES:  Okay.  You know, get it the
22 rest of the way off.  If Harley made you go to the river or
23 whatever, man, we can work with this.  But I've got to
24 know --
25           WILLIAM HURT:  That's the thing though.  I don't

**139**

1 remember anything.
2           DETECTIVE JONES:  We've got to know what Harley
3 did to Mark.  Do it for Mark, man.  Get this off your chest
4 for Mark.  You said you truly cared about him.  You said
5 you'd die for him.  Get this off your chest for him.
6           WILLIAM HURT:  I cannot remember if Harley made
7 me go or if Harley made me do it.  That's what I can't
8 remember.
9           DETECTIVE JONES:  What did Harley do to Mark?
10 Tell me what he did to Mark.  Again, do it for Mark, do it
11 for you, do it for your family.  What did Harley do to
12 Mark?  We have got to do something or Harley might hurt
13 another person in your family.  Protect your family.  Come
14 on, William, let the burn go.  Tell me.
15           WILLIAM HURT:  He threw him in the river.
16           DETECTIVE JONES:  Why?
17           WILLIAM HURT:  I don't know.
18           DETECTIVE JONES:  How do you know he threw him in
19 the river?  You was there, wasn't you?
20           WILLIAM HURT:  I was.
21           DETECTIVE JONES:  Who is the one that hurt him?
22           WILLIAM HURT:  It wasn't me.
23           DETECTIVE JONES:  Was it Harley?
24           WILLIAM HURT:  Yes.
25           DETECTIVE JONES:  Where at?  Come on,

**140**

1 (unintelligible), get it off your chest.
2           WILLIAM HURT:  I'm trying to think.
3           DETECTIVE JONES:  Come on, man.  Come on.
4           WILLIAM HURT:  I'm trying to --
5           DETECTIVE JONES:  What'd he do to him?  How did
6 he -- how did he hurt Mark?
7           WILLIAM HURT:  He beat him up.
8           DETECTIVE JONES:  And then what?
9           WILLIAM HURT:  Threw him in the river.
10           DETECTIVE JONES:  Where did he beat him up at?
11 You know as well as I do Mark wasn't the type to get in a
12 vehicle.  He was hurt before he got in that vehicle.  What
13 happened?  Is that there from the river, on the front of
14 your shoes?  It's the same shoes you was wearing that
15 night, wasn't it?  That's dirt -- That's dirt from the Ohio
16 River bank.  Your shoeprints are down there by the river.
17 William, did you make a mistake?
18           WILLIAM HURT:  No, I didn't.
19           DETECTIVE JONES:  Who hurt Mark?
20           WILLIAM HURT:  Harley.
21           DETECTIVE JONES:  How did he hurt him?
22           WILLIAM HURT:  He beat him up.
23           DETECTIVE JONES:  And then what?
24           WILLIAM HURT:  Tied him up, threw him in the
25 river.

**141**

1           DETECTIVE JONES:  We both know Mark was not just
2 beat up.  There's more to it.  What else happened?  How
3 many times did you hit Mark?
4           WILLIAM HURT:  None.
5           DETECTIVE JONES:  Did you choke Mark?
6           WILLIAM HURT:  No.
7           DETECTIVE JONES:  Did Harley?
8           WILLIAM HURT:  I don't remember.
9           DETECTIVE JONES:  William, you keep looking at
10 your hands.  You touched Mark.  The scars on your hand,
11 those fresh cuts that you had, your hand was swollen up.
12 You hit Mark.  Did you hit Mark?
13           WILLIAM HURT:  I don't remember.
14           DETECTIVE JONES:  William, you do remember.  Did
15 you choke Mark?
16           WILLIAM HURT:  I don't remember.
17           DETECTIVE JONES:  William, I'm going to ask you
18 again.  When I asked you if you hit Mark, you pretty
19 well said yes with your body language.  If you made an
20 accident or if it was a mistake and you was messing around
21 or you two was playing and things went south, I need to
22 know every single detail.
23           WILLIAM HURT:  Just -- I don't remember.
24           DETECTIVE JONES:  William, you do remember.
25 You're trying not to remember.  You're trying to shut it

142

1  out, but you can't.
2        WILLIAM HURT:  I'm trying my best to recall it
3  (unintelligible).
4        DETECTIVE JONES:  You're looking at your hands,
5  okay.  This is the hand that you hit Mark with.  How many
6  times did you hit Mark?
7        WILLIAM HURT:  I don't know.
8        DETECTIVE JONES:  More than once, five?
9        WILLIAM HURT:  It had to have been because my
10 hand wouldn't have been as swollen.
11       DETECTIVE JONES:  (Unintelligible) So, where did
12 you hit him at, in the face?
13       WILLIAM HURT:  In the face or on the torso.
14       DETECTIVE JONES:  Who kicked him?
15       WILLIAM HURT:  I don't kick people.
16       DETECTIVE JONES:  Did Harley kick him?
17       WILLIAM HURT:  Yes.
18       DETECTIVE JONES:  Why?
19       WILLIAM HURT:  I don't know.
20       DETECTIVE JONES:  Was he lying on the ground
21 then?
22       WILLIAM HURT:  Yes.
23       DETECTIVE JONES:  Who is the one that choked him?
24       WILLIAM HURT:  It wasn't me.
25       DETECTIVE JONES:  Was it Harley?

143

1        WILLIAM HURT:  Yes.
2        DETECTIVE JONES:  How did he choke him?
3        WILLIAM HURT:  Put his hands around his neck and
4  choked him.
5        DETECTIVE JONES:  Do it to me the way that you
6  seen Harley do it.
7        WILLIAM HURT:  He did it like this.  He choked
8  him out like that.
9        DETECTIVE JONES:  So he choked him from the
10 front?
11       WILLIAM HURT:  Yes.
12       DETECTIVE JONES:  Where did he choke him at and
13 where did this take place at?  Come on, man, you -- I know
14 you remember.
15       WILLIAM HURT:  It had to have been down by my
16 house.
17       DETECTIVE JONES:  Yeah.
18       WILLIAM HURT:  You said that we had the van.  So
19 it wasn't that far away from my house.
20       DETECTIVE JONES:  Did Mark leave and then you
21 guys got in the van and chased him down or what?
22       WILLIAM HURT:  When he left, I went downstairs
23 and I laid down.  Then, I don't know what else happened.
24       DETECTIVE JONES:  You do.  You've already told me
25 what's happened.  Where did you guys beat Mark up at?

144

1        WILLIAM HURT:  Was it on Boeke and Riverside?
2        DETECTIVE JONES:  Not -- No, don't ask me.  Where
3  did you beat Mark up at?
4        WILLIAM HURT:  The Kangaroo?
5        DETECTIVE JONES:  Was it at the Kangaroo?
6        WILLIAM HURT:  You said you had my face on a
7  videotape.  You said that if --
8        DETECTIVE JONES:  Where did you beat Mark up at?
9        WILLIAM HURT:  It had to be by the -- by my house
10 because we couldn't have -- he couldn't have gotten that
11 far by the time that I had gone downstairs.
12       DETECTIVE JONES:  How did Mark get in the van?
13       WILLIAM HURT:  We forced him into the van.
14       DETECTIVE JONES:  How?
15       WILLIAM HURT:  After we beat him up.
16       DETECTIVE JONES:  How did you force him in it?
17       WILLIAM HURT:  We put him in the van.
18       DETECTIVE JONES:  Where at in the van?
19       WILLIAM HURT:  In the back seat.
20       DETECTIVE JONES:  Was he unconscious?
21       WILLIAM HURT:  Yes.
22       DETECTIVE JONES:  Was he limp?
23       WILLIAM HURT:  Yes.
24       DETECTIVE JONES:  Was he already dead at that
25 point?

145

1        WILLIAM HURT:  No.
2        DETECTIVE JONES:  How do you know he wasn't dead?
3        WILLIAM HURT:  (Unintelligible).
4        DETECTIVE JONES:  Was he making any noises?
5        WILLIAM HURT:  Not that I can recall.
6        DETECTIVE JONES:  Was he gurgling?  Was he saying
7  anything?
8        WILLIAM HURT:  No.
9        DETECTIVE JONES:  Who took his wallet?
10       WILLIAM HURT:  I did.
11       DETECTIVE JONES:  Where is his wallet at now?
12       WILLIAM HURT:  I have no clue.
13       DETECTIVE JONES:  Did Harley take his wallet?
14       WILLIAM HURT:  I don't remember.
15       DETECTIVE JONES:  Well, you-all was withdrawing
16 money from his account.
17       WILLIAM HURT:  I have my own account with my own
18 money.  I wouldn't.
19       DETECTIVE JONES:  Well, does Harley have his
20 wallet?
21       WILLIAM HURT:  I don't know if Harley has a
22 wallet or not.
23       DETECTIVE JONES:  Does Harley have Mark's wallet?
24       WILLIAM HURT:  Yes.
25       DETECTIVE JONES:  Where is it at?

Interrogation of William Hurt    June 28, 2012

---

146

1          WILLIAM HURT:  It's probably hidden somewhere in
2 his room.
3          DETECTIVE JONES:  When you guys went to the river
4 and threw Marcus in, was anybody else in the van with you?
5          WILLIAM HURT:  No.
6          DETECTIVE JONES:  Was Andrea in the van with you?
7          WILLIAM HURT:  No.
8          DETECTIVE JONES:  Was Deadra in the van with you?
9          WILLIAM HURT:  No.
10          DETECTIVE JONES:  How did you guys know where to
11 go?
12          WILLIAM HURT:  (No audible response).
13          DETECTIVE JONES:  Who else was in the van?
14          WILLIAM HURT:  I don't remember.
15          DETECTIVE JONES:  William, who else was in the
16 van with you?  There was you, Harley, Mark.  There was
17 someone else.  Who was driving the van?
18          WILLIAM HURT:  The only two people that drive the
19 van are my mom and my sister, Deadra.
20          DETECTIVE JONES:  Was Deadra driving the van that
21 night?
22          WILLIAM HURT:  I don't remember.
23          DETECTIVE JONES:  William --
24          WILLIAM HURT:  I honestly don't.
25          DETECTIVE JONES:  William, you remember

---

147

1 everything about that night because that was probably the
2 most weirdest, importantest night in your life.  You'll
3 never forget this night the rest of your life.  You will
4 never forget any detail of this.  You can tell me
5 everything.  You can take me right back to the spot where
6 you guys did this.  You could take me everywhere.  You can
7 tell me where he -- you threw him in at and you can tell me
8 everything.  You are trying to withhold it.
9          Who else was in the van that night?  You can
10 look back in your mind.  You can picture this.  You can
11 remember looking and looking at who was in that driver's
12 seat and who was driving that van that night.  Who was
13 driving the van?  Do it for Mark.  Who was driving the van?
14          WILLIAM HURT:  Deadra.
15          DETECTIVE JONES:  Deadra.  Deadra drove the van.
16 Where was you at in the van?
17          WILLIAM HURT:  I was in the front seat.
18          DETECTIVE JONES:  Where was Harley at?
19          WILLIAM HURT:  In one of the captain chairs.
20          DETECTIVE JONES:  And where was Mark at?
21          WILLIAM HURT:  In the back.
22          DETECTIVE JONES:  In the back where?
23          WILLIAM HURT:  Laying on the back seat.
24          DETECTIVE JONES:  And he was already beat up at
25 this point?

---

148

1          WILLIAM HURT:  (No audible response).
2          DETECTIVE JONES:  What was you-all thinking?  Why
3 -- Why did you guys do this?
4          WILLIAM HURT:  I don't remember.
5          DETECTIVE JONES:  Did you do it for fun?  Did you
6 do it to rob him?
7          WILLIAM HURT:  I don't remember.
8          DETECTIVE JONES:  You all did it for a certain
9 reason.  Was it just a spur of the moment, kind of fun
10 thing or what?
11          WILLIAM HURT:  I wouldn't do anything to hurt
12 anybody or do it for -- just for fun, no.
13          DETECTIVE JONES:  So was you after his money?
14 Did he have money?
15          WILLIAM HURT:  I didn't know he had money at that
16 point.
17          DETECTIVE JONES:  Okay.  Then why would you hit
18 him?
19          WILLIAM HURT:  I don't know.
20          DETECTIVE JONES:  Who's the one that picked him
21 up out of the van and threw him in the river because it's
22 going to take more than just Harley?
23          WILLIAM HURT:  Me.
24          DETECTIVE JONES:  You, by yourself?
25          WILLIAM HURT:  No, it was me and Harley because

---

149

1 we were the strongest.
2          DETECTIVE JONES:  Where was Deadra during it?
3          WILLIAM HURT:  Driving the van.
4          DETECTIVE JONES:  She didn't get out and help?
5          WILLIAM HURT:  No.
6          DETECTIVE JONES:  What happened to his water
7 bottle that he had, the coffee bottle?
8          WILLIAM HURT:  I don't know.
9          DETECTIVE JONES:  Who was the one that shoved the
10 hat in his pocket?
11          WILLIAM HURT:  I didn't do it.
12          DETECTIVE JONES:  Who was the one that shoved his
13 hat in his pocket?
14          WILLIAM HURT:  It was Harley.
15          DETECTIVE JONES:  Are you sure?
16          WILLIAM HURT:  That it was me?
17          DETECTIVE JONES:  No.  I said are you sure?
18          WILLIAM HURT:  I'm sure.
19          DETECTIVE JONES:  How did he do that?
20          WILLIAM HURT:  Took the hat, folded it up, and
21 put it in his pocket.
22          DETECTIVE JONES:  Which pocket did he put it in?
23          WILLIAM HURT:  His right one.
24          DETECTIVE JONES:  I want you to point -- I got
25 pants on.  Point to what pocket that the hat was in.

---

Interrogation of William Hurt     June 28, 2012

---

**150**

1          WILLIAM HURT:  This one.

2          DETECTIVE JONES:  The front, right pocket?

3          WILLIAM HURT:  (No audible response).

4          DETECTIVE JONES:  Okay.  Do you think this got
5 out of hand?

6          WILLIAM HURT:  Yes.

7          DETECTIVE JONES:  What did you guys have to gain
8 from this?

9          WILLIAM HURT:  Nothing.

10          DETECTIVE JONES:  Did it make you feel better
11 that you executed a person?

12          WILLIAM HURT:  No, it was horrible.

13          DETECTIVE JONES:  You realize you killed someone?

14          WILLIAM HURT:  Yeah.  (Unintelligible) I never
15 dreamed of killing a person at all.  I didn't think I did
16 it.

17          DETECTIVE JONES:  Did you not want to believe you
18 did it?

19          WILLIAM HURT:  I don't want to.  I'm not -- I
20 don't function that way.  I would never hurt anybody just
21 for fun.  I would barely hurt somebody if they made me mad.

22          DETECTIVE JONES:  But you hurt Mark.

23          WILLIAM HURT:  (No audible response).

24          DETECTIVE JONES:  What about Deadra?  Did she
25 hurt him?

---

**151**

1          WILLIAM HURT:  I don't know.

2          DETECTIVE JONES:  Did she punch him?

3          WILLIAM HURT:  I can't recall.

4          DETECTIVE JONES:  Did she kick him?

5          WILLIAM HURT:  No.  It wasn't her.

6          DETECTIVE JONES:  Who was it then, just you and
7 Harley?

8          WILLIAM HURT:  (Unintelligible).

9          DETECTIVE JONES:  I know what you told me is a
10 lot, okay?

11          WILLIAM HURT:  It hurts, but it's a fact I know I
12 killed somebody if that helps.

13          DETECTIVE JONES:  But the weight.  There's been a
14 lot of weight lifted off you right now.  Deep down, you
15 feel better because the pain has lifted.  Yes, this did
16 happen.  Is there anything else you want to say?

17          WILLIAM HURT:  No.

18          DETECTIVE JONES:  Do you have anymore questions?

19          DETECTIVE VANTLIN:  Yeah (unintelligible).
20 William, let's go through it step by step and tell me what
21 happened, okay?  All right.  You know, more in detail as to
22 what happened, okay?  All right.  You guys were playing
23 chess.  Start from there.  What went on?

24          WILLIAM HURT:  Me and Mark were playing chess and
25 Harley came in (unintelligible) that he could beat us all

---

**152**

1 in chess and I told him that we would play the next game.
2 About 20 to 25 minutes after we ended the game -- Mark
3 ended it.  He surrendered because he couldn't see the board
4 anymore.

5          DETECTIVE VANTLIN:  Right.

6          WILLIAM HURT:  Then after that, he walked over to
7 the sink, washed out his macaroni salad bowl, and rinsed
8 the coffee container and filled it up with water.

9          DETECTIVE VANTLIN:  Okay.

10          WILLIAM HURT:  He spun it around and drank some
11 of it, said he was leaving.  I shook his hand and watched
12 him leave.  I went downstairs.  I got woke up by Harley.
13 He said -- said something about going out and doing
14 something.  We got in the van.  Deadra got in the front
15 seat and we seen Mark out on the street.  And we beat him
16 up, tied him up, put him in the van, took him down to the
17 river, shoved his hat in his pocket, discarded the water --
18 discarded the water bottle, the instant coffee bottle,
19 whatever it was, and threw him in the river, me and Harley.

20          DETECTIVE VANTLIN:  Okay.  Let me just back up.
21 When you came upon Mark, do you know where it was?

22          WILLIAM HURT:  McConnell.

23          DETECTIVE VANTLIN:  Which way did you leave your
24 house, do you recall?

25          WILLIAM HURT:  Towards the west side of town,

---

**153**

1 towards 41.

2          DETECTIVE VANTLIN:  Okay.  How far did you get?

3          WILLIAM HURT:  Not that far.

4          DETECTIVE VANTLIN:  Did you make it to Weinbach?

5          WILLIAM HURT:  Yes.

6          DETECTIVE VANTLIN:  Did you go past Weinbach?

7          WILLIAM HURT:  Yes.

8          DETECTIVE VANTLIN:  Okay.  How far?

9          WILLIAM HURT:  Not that far past Weinbach.

10          DETECTIVE VANTLIN:  Okay.  Go ahead and go into
11 detail to clarify it for everybody, okay?

12          WILLIAM HURT:  Clarify?

13          DETECTIVE VANTLIN:  Who said what, let's go do
14 something.

15          WILLIAM HURT:  Harley said, let's go do
16 something.

17          DETECTIVE VANTLIN:  Right.  You got in the van.
18 You drove past Weinbach and you saw Mark.  Then what was
19 said?

20          WILLIAM HURT:  I can't remember.

21          DETECTIVE VANTLIN:  Do you know about what was
22 said?  It doesn't have to be exact.

23          WILLIAM HURT:  I can't remember what was said.

24          DETECTIVE VANTLIN:  Why did you guys decide to
25 stop?

---

Interrogation of William Hurt     June 28, 2012

---

**154**

1        WILLIAM HURT:  We seen Mark on the street.  We
2 did it to say hi, and then it started to get out of hand.
3        DETECTIVE VANTLIN:  No.  See, there's where I'm
4 confused.  We've got to be very clear on this.  It started
5 getting out of hand.  How did it get out of hand?
6        WILLIAM HURT:  Because we were all just three
7 cracking jokes and then Mark said something and Harley got
8 mad.
9        DETECTIVE VANTLIN:  What did Mark say?
10        WILLIAM HURT:  He was just cracking a joke, was
11 just -- I don't know what he said.
12        DETECTIVE VANTLIN:  Okay.  And Harley got mad?
13        WILLIAM HURT:  Harley got mad and started hitting
14 Mark.
15        DETECTIVE VANTLIN:  How did he hit him?
16        WILLIAM HURT:  He hit him in the face.
17        DETECTIVE VANTLIN:  With what?
18        WILLIAM HURT:  His fist.
19        DETECTIVE VANTLIN:  Okay.  And then what?
20        WILLIAM HURT:  And then I jumped in and kind of
21 punched him in the face.
22        DETECTIVE VANTLIN:  You punched him in the face.
23 I mean, why did you jump in?  That's what I'm confused
24 about.
25        WILLIAM HURT:  I don't remember.

---

**155**

1        DETECTIVE VANTLIN:  Was it the heat of the
2 moment, you think?  Like you know -- you know how some
3 people in a gang they get together and then, if one person
4 starts doing something, somebody else will?  Was it
5 something like that?
6        WILLIAM HURT:  (No audible response).
7        DETECTIVE VANTLIN:  You just don't know why you
8 did it, but you did it?
9        WILLIAM HURT:  I don't know why I did it, but I
10 did it.
11        DETECTIVE VANTLIN:  And you hit Mark?
12        WILLIAM HURT:  Uh-huh.
13        DETECTIVE VANTLIN:  Okay.  And then try to go
14 into the best detail you can.  What -- What happened?  What
15 happened next?
16        WILLIAM HURT:  He was just sitting there on the
17 ground like he -- he'd been in a fight.  He just sits there
18 and waits till it's over.  Then, after I got done, Harley
19 choked him.
20        DETECTIVE VANTLIN:  Okay.  So, was he laying down
21 or sitting down?
22        WILLIAM HURT:  He was laying down at that moment.
23        DETECTIVE VANTLIN:  Laying down.
24        DETECTIVE JONES:  So he -- Did you take turns
25 hitting him or was you both hitting him at the same time?

---

**156**

1 The reason I ask is you said, after I got done, Harley
2 choked him, is what you said.  So, how did that transpire?
3        WILLIAM HURT:  We were hitting him at the same
4 time and I just quit.
5        DETECTIVE VANTLIN:  How many times do you think
6 you hit him?
7        WILLIAM HURT:  It had to have been more than
8 five.
9        DETECTIVE VANTLIN:  More than five?  Okay.  How
10 many times do you think Harley hit him?
11        WILLIAM HURT:  More than I did.
12        DETECTIVE VANTLIN:  I mean, do you got a ballpark
13 -- six times, 20 times?
14        WILLIAM HURT:  I don't have necessarily a count.
15        DETECTIVE VANTLIN:  Okay.  But then, so let me
16 get this right.  You guys were hitting him and Mark goes
17 down.  You said he was sitting, but was his sitting or
18 laying down?
19        WILLIAM HURT:  He was laying down
20 (unintelligible).
21        DETECTIVE VANTLIN:  After you guys started
22 hitting him, he just laid down?
23        WILLIAM HURT:  Uh-huh.
24        DETECTIVE VANTLIN:  How many hits did it take for
25 him to -- to lay down?

---

**157**

1        WILLIAM HURT:  Two or three.
2        DETECTIVE VANTLIN:  Two or three.  And then you
3 guys kept hitting him a few more times and then Harley
4 started choking him.  And then how did he do it?  If I lay
5 on the ground, would you show me how?
6        WILLIAM HURT:  Yes.
7        DETECTIVE VANTLIN:  What was exactly done?  I
8 think that's a good idea.  That way, we'll --
9        DETECTIVE JONES:  I'll get down.
10        DETECTIVE VANTLIN:  That will be more clear for
11 us.
12        DETECTIVE JONES:  I'm just going to lay down.
13 Now, was Mark covered up at the time?
14        WILLIAM HURT:  Covered up as like --
15        DETECTIVE JONES:  Was he trying to cover up from
16 being hit?
17        WILLIAM HURT:  Yeah.
18        DETECTIVE JONES:  Okay.  So (unintelligible) --
19 and do like how Mark was doing on the ground.
20        WILLIAM HURT:  (Unintelligible) like this.
21        DETECTIVE JONES:  Like this?
22        WILLIAM HURT:  Yeah.
23        DETECTIVE JONES:  Okay.
24        WILLIAM HURT:  And then Harley, he came around --
25        DETECTIVE VANTLIN:  Was he beside him or did he

---

158

1 get on top of him?

2        WILLIAM HURT:  I don't -- I know he choked him,

3 but I don't know how he did it.

4        DETECTIVE VANTLIN:  He used both hands like that?

5        WILLIAM HURT:  Yes.

6        DETECTIVE JONES:  Okay.  And then what was Mark

7 doing?  Was he --

8        WILLIAM HURT:  He was sitting there struggling

9 for air and then he just passed out.

10        DETECTIVE JONES:  He passed out, okay.  And then

11 say I'm -- I'm laying here and I'm passed out, then when --

12 when did he start kicking him?

13        WILLIAM HURT:  He kicked him like two or three

14 times.

15        DETECTIVE JONES:  (Unintelligible),

16        DETECTIVE VANTLIN:  Where -- Where was he

17 standing when he kicked him?  Now, are we on the right

18 side?  Are you sure that Harley was on this side of Mark or

19 was he on that side?

20        WILLIAM HURT:  I don't remember.

21        DETECTIVE VANTLIN:  Okay.  Go ahead.  Okay.  You

22 don't remember.

23        WILLIAM HURT:  He started kicking him as -- in

24 his sides really hard.

25        DETECTIVE VANTLIN:  Now -- Now, you went like

159

1 this, like a stomp.  Was it a stomp or a kick?

2        WILLIAM HURT:  It was really a kick.  Then he

3 started kicking him at his side.

4        DETECTIVE VANTLIN:  Well, I don't -- I mean, I --

5 Was it that way or this way?

6        WILLIAM HURT:  It was that way.

7        DETECTIVE JONES:  Okay.  How many times did he

8 kick him?

9        WILLIAM HURT:  A couple.

10        DETECTIVE JONES:  A couple.  What was he saying

11 when he was kicking him?

12        WILLIAM HURT:  I don't know.

13        DETECTIVE JONES:  Saying get up, anything like

14 that?

15        WILLIAM HURT:  I don't remember.

16        DETECTIVE JONES:  (Unintelligible).

17        DETECTIVE VANTLIN:  All right, then -- then what

18 happened?  He's down, he's unconscious.  Then what did you

19 guys do?

20        WILLIAM HURT:  Then we got (unintelligible) and

21 picked him up and put him in the van.  We drove down to the

22 river (unintelligible).

23        DETECTIVE VANTLIN:  Let's back up.  You put him

24 in the van, in the front seat, captain's seat?

25        WILLIAM HURT:  Put him in the back.

160

1        DETECTIVE VANTLIN:  The third seat?

2        WILLIAM HURT:  Yeah.

3        DETECTIVE VANTLIN:  Did you lay him down in the

4 back or actually in the seat?

5        WILLIAM HURT:  Actually in the seat.  It would've

6 been easy for him to get out if he was just sitting,

7 instead of laying.

8        DETECTIVE VANTLIN:  I don't (unintelligible).

9        WILLIAM HURT:  Because when we went to go grab

10 him, we -- someone --

11        DETECTIVE VANTLIN:  Who all grabbed him?

12        WILLIAM HURT:  It was me and Harley.

13        DETECTIVE VANTLIN:  And Deadra helped?

14        WILLIAM HURT:  I don't know if she did or not.

15        DETECTIVE VANTLIN:  Okay.  But she -- or, you

16 guys put him in the van.  You -- He was laying down

17 sideways in the van or what?

18        WILLIAM HURT:  Uh-huh.

19        DETECTIVE VANTLIN:  Okay.

20        DETECTIVE JONES:  I'm sorry, here -- okay, here's

21 your van.  Okay?  Let -- Driver's side, passenger side, two

22 seats?

23        WILLIAM HURT:  Uh-huh.

24        DETECTIVE VANTLIN:  Two seats?

25        WILLIAM HURT:  Uh-huh.  It goes driver,

161

1 passenger, two captain.  There was three seats in the back.

2        DETECTIVE VANTLIN:  Right.  Two seats, two seats,

3 and then three way in the back.

4        WILLIAM HURT:  Uh-huh.

5        DETECTIVE VANTLIN:  Where was he at, which seat?

6        WILLIAM HURT:  Let's see.  The middle seat.

7        DETECTIVE VANTLIN:  In the back?

8        WILLIAM HURT:  Yeah.

9        DETECTIVE JONES:  So he's on the three bench?

10        WILLIAM HURT:  Yeah.

11        DETECTIVE JONES:  Sitting up or laying down?

12        WILLIAM HURT:  Sitting up because that would make

13 it easier to get him out of the car.

14        DETECTIVE VANTLIN:  Now, earlier you said

15 something about tying him up.  Where did that take place?

16        WILLIAM HURT:  In the van.

17        DETECTIVE VANTLIN:  With what?

18        WILLIAM HURT:  I can't remember.  All I remember

19 is that he was tied up and we threw him in the river.

20        DETECTIVE JONES:  Who tied him up?

21        WILLIAM HURT:  I don't remember.

22        DETECTIVE VANTLIN:  William, who tied him up?

23        DETECTIVE VANTLIN:  Was it Andrea?

24        WILLIAM HURT:  I don't know if it was Andrea or

25 not.

162

1    DETECTIVE VANTLIN:  Do you think she was there?
2  She was there, wasn't she?
3    WILLIAM HURT:  I don't remember.
4    DETECTIVE VANTLIN:  She was there?
5    DETECTIVE JONES:  William, hey, you've been
6  honest with me.  Was -- Andrea was in the van?
7    WILLIAM HURT:  I don't remember.  I don't know.
8    DETECTIVE JONES:  Okay.  Do you remember a while
9  ago when I was telling you you're going to remember every
10 detail of this night and how long I had to talk to you
11 before you said Deadra was driving?
12   WILLIAM HURT:  It was probably about 20 minutes.
13   DETECTIVE JONES:  Then you said Harley was in
14 there, you was in there.  Andrea?
15   WILLIAM HURT:  I don't know if she was in there
16 or not.
17   DETECTIVE JONES:  (Unintelligible) Man, I'm
18 telling you, you're not protecting nobody.  You're not
19 protecting nobody.  Was Andrea in the van?
20   WILLIAM HURT:  Yes.
21   DETECTIVE JONES:  She was?  Where was she sitting
22 at?
23   WILLIAM HURT:  In the middle of the cabin in
24 between the captain seats.
25   DETECTIVE JONES:  Okay.  Did she hit Mark?

163

1    WILLIAM HURT:  I don't know if she did or not.  I
2  can't recall that.  The only people I can recall hitting
3  him were me and Harley.
4    DETECTIVE JONES:  Who tied him up?
5    WILLIAM HURT:  I don't remember.
6    DETECTIVE JONES:  William, who tied him up?  Who
7  tied him up?
8    WILLIAM HURT:  Me.
9    DETECTIVE JONES:  And?
10   WILLIAM HURT:  Harley.
11   DETECTIVE JONES:  And?
12   WILLIAM HURT:  Andrea?
13   DETECTIVE JONES:  Did she?
14   WILLIAM HURT:  I don't remember.
15   DETECTIVE JONES:  What did you tie him up with?
16   WILLIAM HURT:  Sheets or something.
17   DETECTIVE JONES:  Sheets.  How did sheets get in
18 the van?
19   WILLIAM HURT:  They were already there.
20   DETECTIVE JONES:  How did you tie him up?
21   WILLIAM HURT:  Just tied him like this on his
22 arms (unintelligible) together.
23   DETECTIVE JONES:  Okay.  Go ahead.
24   DETECTIVE VANTLIN:  What color were the sheets?
25   WILLIAM HURT:  I don't know the necessary color.

164

1    DETECTIVE VANTLIN:  Okay.  Did you tie him tight
2  or loose or --
3    WILLIAM HURT:  Loose.
4    DETECTIVE VANTLIN:  Okay.  Did he ever regain
5  consciousness or kick or fight again or try to go?
6    WILLIAM HURT:  No.
7    DETECTIVE VANTLIN:  He didn't?  All right.  All
8  right.  So, now we've got him located in the van and then
9  what did you guys decide to do at that point?
10   WILLIAM HURT:  We were scared, so we just threw
11 him in the river.
12   DETECTIVE VANTLIN:  Now, you're skipping a lot.
13 You're skipping a lot.  While you guys are there, you've got
14 to be talking, you've got to be telling something, you've
15 got to be planning something on what to do here.  You guys
16 realized probably you've done something that was a mistake
17 and you don't want to get caught.  But what do you -- what
18 do you do, what do you guys -- what did you guys talk
19 about?
20   WILLIAM HURT:  We got to dump the body somewhere.
21   DETECTIVE JONES:  That's what you talked about?
22   WILLIAM HURT:  Uh-huh.
23   DETECTIVE VANTLIN:  Okay.  And then where did you
24 go -- or, who came up with the idea?
25   WILLIAM HURT:  Harley.

165

1    DETECTIVE VANTLIN:  To dump him in the river?
2    WILLIAM HURT:  To hide the body somewhere.
3    DETECTIVE VANTLIN:  To hide the body?
4    WILLIAM HURT:  Uh-huh.
5    DETECTIVE VANTLIN:  Okay.  Who came up with the
6  idea to put it -- put him in the river?
7    WILLIAM HURT:  I don't know.
8    DETECTIVE VANTLIN:  Okay.
9    DETECTIVE JONES:  William, whose idea was it to
10 put him in the river?
11   WILLIAM HURT:  I don't know.
12   DETECTIVE JONES:  William, man, you're -- you're
13 been telling me everything, you're telling me the truth.
14 Whose idea was it to go dump him in the river where you
15 guys dumped him at?
16   WILLIAM HURT:  Harley.
17   DETECTIVE JONES:  Why was it Harley's idea to
18 dump him there?
19   WILLIAM HURT:  Because, like you were saying,
20 that they were trying to find a place to dump the body and
21 the easiest place to dump it was in the river.  It was an
22 open area.  It was easy for them to toss it in and to drag
23 with the current.
24   DETECTIVE JONES:  Was it Harley's idea or someone
25 else's?  Whose idea was it to take him to the river?

Interrogation of William Hurt    June 28, 2012

---

**166**

1    WILLIAM HURT:  It wasn't mine.

2    DETECTIVE JONES:  I'm going to ask you, whose
3 idea was it to take him to the river?  William, whose idea
4 was it to take him to the river?  Was it your idea?

5    WILLIAM HURT:  It was the easiest place to dump a
6 body.

7    DETECTIVE JONES:  William, whose idea was it to
8 take him to the river?

9    WILLIAM HURT:  Deadra's.

10    DETECTIVE JONES:  Why?  Why was it her idea?

11    WILLIAM HURT:  Because we were driving past that
12 way and she (unintelligible) and she said, let's go dump
13 the body in the river.

14    DETECTIVE JONES:  Where did you go?

15    WILLIAM HURT:  Down past the -- where the
16 (unintelligible) -- down that way near the rocks and
17 (unintelligible).

18    DETECTIVE VANTLIN:  Whereabouts?  Where?

19    WILLIAM HURT:  Like do you know where the big
20 rocks and big (unintelligible)?

21    DETECTIVE VANTLIN:  Not exactly.  Can you drive
22 right to the river there?

23    WILLIAM HURT:  You have to get out.  We walked
24 the body.  We had to walk the body down, like, the hill
25 (unintelligible).

---

**167**

1    DETECTIVE VANTLIN:  You just -- I mean, did you
2 guys sit him in the river or push him off or did you get in
3 the water yourself?  You got that shoe wet in the water,
4 didn't you?

5    WILLIAM HURT:  (No audible response).

6    DETECTIVE VANTLIN:  How far did you go in the
7 water to push him in?

8    WILLIAM HURT:  Not that far, just enough to step
9 our feet in and walk out a little bit.

10    DETECTIVE VANTLIN:  Okay.  Now, who all went in?

11    WILLIAM HURT:  Me and Harley.

12    DETECTIVE VANTLIN:  He's pretty heavy.  Somebody
13 else had to help you.

14    DETECTIVE JONES:  William, who else helped?

15    WILLIAM HURT:  It was Deadra.

16    DETECTIVE JONES:  Where was Andrea at?

17    WILLIAM HURT:  Andrea was still in the van.

18    DETECTIVE VANTLIN:  What was Andrea saying about
19 this whole deal?

20    WILLIAM HURT:  I don't remember.

21    DETECTIVE VANTLIN:  What was she saying?  You
22 remember.

23    DETECTIVE JONES:  You remember every detail of
24 that night.

25    (KNOCK ON DOOR.  DETECTIVE VANTLIN LEAVES ROOM)

---

**168**

1    DETECTIVE JONES:  What was Andrea saying?

2    WILLIAM HURT:  She was saying that we shouldn't
3 have done that.  We're going to get in a lot of trouble
4 once they find out.

5    DETECTIVE JONES:  Did you expect us to find out?

6    WILLIAM HURT:  No.

7    DETECTIVE JONES:  When he was -- When you tied
8 him up and you guys threw him in the river, where exactly
9 did you-all drive?

10    WILLIAM HURT:  Like, we drove past the little
11 hill when you first see it, then go to the right where the
12 -- where the little area is right there and you walk down
13 that, like, walk.  You see the little steps and then you go
14 down more and you see where the falls are.

15    DETECTIVE JONES:  You're talking about the plaza
16 down here?

17    WILLIAM HURT:  Uh-huh.

18    DETECTIVE JONES:  Okay.

19    WILLIAM HURT:  We drove past that and to where,
20 like -- we stopped right where like it meets like that
21 little drive it in -- like, the top part of the thing meets
22 the bike trail.

23    DETECTIVE JONES:  Uh-huh.

24    WILLIAM HURT:  I guess you'd call it.  And we got
25 out there and then we walked down those little bumps with

---

**169**

1 the rocks under --

2    DETECTIVE JONES:  Uh-huh.

3    WILLIAM HURT:  -- the gate.  We did that and then
4 we walked towards the river.  When we got to the river, we
5 just threw him in there.

6    DETECTIVE JONES:  Was he untied or was he still
7 tied up when you threw him in the river?

8    WILLIAM HURT:  Tied up.

9    DETECTIVE JONES:  He was still tied up?

10    WILLIAM HURT:  (No audible response).

11    DETECTIVE JONES:  Okay.  So, I'm just trying to
12 get this clear, where you put him in the river at.  The
13 plaza is down here.

14    WILLIAM HURT:  Uh-huh.

15    DETECTIVE JONES:  You've got, like, the ramp
16 coming off this way and the ramp -- you know, you go in
17 this way come out --

18    WILLIAM HURT:  Right there wherever the second
19 ramp's at, right down this way.

20    DETECTIVE JONES:  Okay.  So, like, as you come up
21 leaving out of the plaza -- Oh, that way?

22    WILLIAM HURT:  We came -- Like usually -- What we
23 usually -- Like the plaza (unintelligible) over there.

24    DETECTIVE JONES:  Uh-huh.

25    WILLIAM HURT:  We went down the ramp that goes

---

170

1  this way and the little park.
2          DETECTIVE JONES:  Okay.
3          WILLIAM HURT:  But we went down that ramp.  We
4  didn't go down that ramp.  We drove past a little more to
5  where the grassy area meets the little biker trail.
6          DETECTIVE VANTLIN:  Uh-huh.
7          WILLIAM HURT:  We stopped there (unintelligible)
8  sidewalk.  We got out and walked on down towards the river
9  near like the rocks (unintelligible) area, and we got into
10 the water, then we just led him right down the river.
11         DETECTIVE JONES:  Which -- When you-all put him
12 in the river, was he floating or did he just sink
13 immediately?
14         WILLIAM HURT:  He floated, I believe.
15         DETECTIVE JONES:  Which way did he float?
16         WILLIAM HURT:  That way.
17         DETECTIVE JONES:  Toward the boat or away from
18 the boat?  You know where the boat's at, right up here?
19         WILLIAM HURT:  (Unintelligible) Casino Aztar.  He
20 floated away from it.
21         DETECTIVE JONES:  So he floated that way?
22         WILLIAM HURT:  Uh-huh.
23         DETECTIVE JONES:  How far -- How far did you
24 watch him float before you-all left?
25         WILLIAM HURT:  Not very far.

171

1          DETECTIVE JONES:  He moved pretty quick?
2          WILLIAM HURT:  Yeah.  Because we got that like --
3  like you got the barges coming through and the waves that
4  come after, they come up this way.  So, we just -- the
5  current took him down that way pretty quick.
6          DETECTIVE JONES:  And then what happened?
7          WILLIAM HURT:  Then we got into the van.  Then we
8  went home.
9          DETECTIVE JONES:  Well, I mean, you didn't just
10 go right home.  What was said when you got all the way back
11 in the van?
12         WILLIAM HURT:  Like how Andrea said that we're
13 going to get caught for this and how we're going to get in
14 trouble when they find out or if they find out that you
15 guys did it.
16         DETECTIVE JONES:  Uh-huh.
17         WILLIAM HURT:  And I was -- We were all agreeing
18 with it and then we just started driving home really
19 slowly.
20         DETECTIVE JONES:  So, you all tried to come up
21 with the same story?
22         WILLIAM HURT:  Yeah.
23         DETECTIVE JONES:  So what was your story that you
24 was going to tell?
25         WILLIAM HURT:  The one I've been telling you

172

1  guys, constantly changing it up.
2          DETECTIVE JONES:  That he was there Saturday
3  night --
4          WILLIAM HURT:  Uh-huh.
5          DETECTIVE JONES:  -- and all that?  Okay.  Did
6  you tell your mom?
7          WILLIAM HURT:  No.
8          DETECTIVE JONES:  Who told your mom?
9          WILLIAM HURT:  I don't know.  It wasn't me.
10         DETECTIVE JONES:  Your mom knows, does she not?
11         WILLIAM HURT:  She does now.
12         DETECTIVE JONES:  Did your mom know what you-all
13 did before today?
14         WILLIAM HURT:  No.
15         DETECTIVE JONES:  William, I got a hard time
16 believing that, okay, because she's the one that came up
17 with the -- Saturday as the last time he was at the house.
18 Okay?  Obviously, he wasn't there Saturday.
19         WILLIAM HURT:  Yeah.  Because, like you told me
20 in the car, he was somewhere else.
21         DETECTIVE JONES:  He was in the river.
22         WILLIAM HURT:  Yeah.
23         DETECTIVE JONES:  Okay.  So, he couldn't have
24 been at your house on Saturday.  How did your mom find out
25 what happened?  Who told her?  Who told your mom what

173

1  happened?
2          WILLIAM HURT:  It had to have been one of the
3  girls.
4          DETECTIVE JONES:  Who told Debbie what happened?
5  William, who told Debbie what happened?
6          WILLIAM HURT:  Harley.
7          DETECTIVE JONES:  Why did he tell her?
8          WILLIAM HURT:  I don't know.
9          DETECTIVE JONES:  Huh?
10         WILLIAM HURT:  I don't know.
11         DETECTIVE JONES:  What did he say to her?
12         WILLIAM HURT:  He just said that we seen Mark on
13 the way when we were going towards 31, past Weinbach.  We
14 said hi and things got out of hand (unintelligible).
15         DETECTIVE JONES:  Was you there when he was
16 telling Debbie?
17         WILLIAM HURT:  Huh-uh.
18         DETECTIVE JONES:  So, how do you know he's the
19 one that told Debbie what was going on?
20         WILLIAM HURT:  I had just walked in when he was
21 telling her.
22         DETECTIVE JONES:  So you was there for a little
23 bit of it?
24         WILLIAM HURT:  Yeah.
25         DETECTIVE JONES:  Was anyone else in the room?

---

**174**

1    WILLIAM HURT:  Not that I know of.

2    DETECTIVE JONES:  Did she ask you about it?

3    WILLIAM HURT:  No.

4    DETECTIVE JONES:  I'm having a hard time
5 believing she did not ask you about it.  What did Debbie
6 say?

7    WILLIAM HURT:  She asked where it all happened.

8    DETECTIVE JONES:  And what did you tell her?

9    WILLIAM HURT:  I told her what all happened.

10    DETECTIVE JONES:  Did you tell her that you guys
11 beat him up and threw him in the river?

12    WILLIAM HURT:  Yes.

13    DETECTIVE JONES:  And what did she say?

14    WILLIAM HURT:  I don't recall.

15    DETECTIVE JONES:  William, what did Debbie say
16 when you told her what you guys did?

17    WILLIAM HURT:  That we were going to get into a
18 whole lot of trouble for this and she didn't want to be a
19 part of it.

20    DETECTIVE JONES:  Why is she trying to cover up
21 for you guys?

22    WILLIAM HURT:  Because we're her kids.

23    DETECTIVE JONES:  Did you ask her to cover up for
24 you?

25    WILLIAM HURT:  No.

---

**175**

1    DETECTIVE JONES:  Who asked her to cover up for
2 you guys?

3    WILLIAM HURT:  I don't remember.

4    DETECTIVE JONES:  William, you do too.  Who asked
5 Debbie to cover up for you all?

6    WILLIAM HURT:  Harley.

7    DETECTIVE JONES:  And what did she say?

8    WILLIAM HURT:  She said that, if anyone asked,
9 tell them that it was Saturday.

10    DETECTIVE JONES:  And Debbie said this?  William,
11 I asked you a question.  Is this what Debbie said?

12    WILLIAM HURT:  She didn't say that.

13    DETECTIVE JONES:  What did she say then?

14    WILLIAM HURT:  She said that she'd have to notify
15 the police (unintelligible).  She said she'd do it the next
16 morning.

17    DETECTIVE JONES:  And then why didn't she notify
18 the police then?

19    WILLIAM HURT:  I don't know.

20    DETECTIVE JONES:  Obviously, somebody talked her
21 out of it.  Does your dad know what happened?

22    WILLIAM HURT:  No.  He barely knows wherever the
23 hell he works.

24    DETECTIVE JONES:  So the only person who knew
25 about you guys killing Mark was who?  Give me a list.

---

**176**

1    WILLIAM HURT:  The only people that knew about us
2 killing Mark were me, Andrea, Harley, and Deadra.

3    DETECTIVE JONES:  And?  Debbie, of course, if you
4 guys told her, right?

5    WILLIAM HURT:  Right.

6    DETECTIVE JONES:  Did you say Debbie in your list
7 then?

8    WILLIAM HURT:  No.

9    DETECTIVE JONES:  Okay.  So, Steven don't know?

10    WILLIAM HURT:  No.

11    DETECTIVE JONES:  Then (unintelligible) Cara?

12    WILLIAM HURT:  Cara (unintelligible).

13    DETECTIVE JONES:  Cara's your sister?

14    WILLIAM HURT:  My little sister, yes.

15    DETECTIVE JONES:  Your biological sister?

16    WILLIAM HURT:  Uh-huh.

17    DETECTIVE JONES:  So Steven and Cara don't know?

18    WILLIAM HURT:  Huh-uh.

19    DETECTIVE JONES:  Was Debbie with you-all that
20 night?

21    WILLIAM HURT:  No.

22    DETECTIVE JONES:  Who has cleaned the van since
23 this happened?

24    WILLIAM HURT:  I don't remember who cleaned the
25 van last.

---

**177**

1    DETECTIVE JONES:  Yes, you do.  Who cleaned the
2 van last?

3    WILLIAM HURT:  I don't remember.

4    DETECTIVE JONES:  Did Debbie clean the van last?

5    WILLIAM HURT:  It was either her or Deadra
6 because they're usually the ones who was driving the van.

7    DETECTIVE JONES:  And you and Harley didn't clean
8 the van out?

9    WILLIAM HURT:  No.

10    DETECTIVE JONES:  So, it was Deadra or Debbie?

11    WILLIAM HURT:  Uh-huh.

12    DETECTIVE JONES:  And Deadra's the one that has
13 the driver's license, right?

14    WILLIAM HURT:  Yes.

15    DETECTIVE JONES:  So, that's why she was driving?

16    WILLIAM HURT:  My mom has one too, but she --

17    DETECTIVE JONES:  Right.

18    WILLIAM HURT:  -- wasn't driving that night.

19    DETECTIVE JONES:  So it was just you, Andrea,
20 Deadra, --

21    WILLIAM HURT:  Yes.

22    DETECTIVE JONES:  -- Harley and Mark in the van
23 that night?

24    WILLIAM HURT:  Uh-huh.

25    DETECTIVE JONES:  How did all the mud get in the

---

178

1 van?

2          WILLIAM HURT:  From the river.

3          DETECTIVE JONES:  So, who cleaned the mud out?

4          WILLIAM HURT:  I can't tell you.  I don't know.

5          DETECTIVE JONES:  Did you guys clean the van that

6 night?  William, did you guys try to clean the van out that

7 night?

8          WILLIAM HURT:  Yes.

9          DETECTIVE JONES:  Where did you go clean the van

10 out at?

11          WILLIAM HURT:  We stopped at a gas station and

12 used the vacuum (unintelligible).

13          DETECTIVE JONES:  What -- What gas station?

14          WILLIAM HURT:  The Kangaroo way down Riverside

15 Highway (unintelligible).

16          DETECTIVE JONES:  The Kangaroo down by 41 off

17 Riverside?

18          WILLIAM HURT:  Yes.

19          DETECTIVE JONES:  They got a drive-in car wash

20 thing?

21          WILLIAM HURT:  No.  They got a -- a shop vac kind

22 of thing.

23          DETECTIVE JONES:  They don't have a car wash?

24          WILLIAM HURT:  Huh-uh.

25          DETECTIVE JONES:  So who washed the van?

179

1          WILLIAM HURT:  I don't remember.

2          DETECTIVE JONES:  Did you guys wash the van that

3 night?

4          WILLIAM HURT:  No.

5          DETECTIVE JONES:  About what time did you guys

6 return home?

7          WILLIAM HURT:  About 2:00, 3:00.

8          DETECTIVE JONES:  Was it 2:00 or 3:00?

9          WILLIAM HURT:  It was 2:00 or 3:00.

10          DETECTIVE JONES:  Was it 2:00 or was it 3:00?

11 There's an hour difference there, man.

12          WILLIAM HURT:  It had to have been at least 2:30.

13          DETECTIVE JONES:  At least 2:30?

14          WILLIAM HURT:  Uh-huh.

15          DETECTIVE JONES:  Then what happened when you all

16 got home?

17          WILLIAM HURT:  We started talking out in the van

18 and then we told each other that we would not say anything.

19 Then we went inside (unintelligible).

20          DETECTIVE JONES:  Okay.  And when -- When did

21 you-all tell Debbie?

22          WILLIAM HURT:  I don't remember.

23          DETECTIVE JONES:  The next day?  That night?

24          WILLIAM HURT:  It wouldn't have been that night

25 because she was in bed.

180

1          DETECTIVE JONES:  The next day?

2          WILLIAM HURT:  Yeah, the next day.  It had to

3 have been because she was (unintelligible) that night.

4          DETECTIVE JONES:  Okay.  So, the next day -- Do

5 you remember exactly what night this was and what day it

6 was?

7          WILLIAM HURT:  What day?

8          DETECTIVE JONES:  Uh-huh.

9          WILLIAM HURT:  No.

10          DETECTIVE JONES:  Was it Thursday, the 14th?

11          WILLIAM HURT:  I can't remember.  I honestly

12 can't.

13          DETECTIVE JONES:  Judging by you -- relate it to

14 kind of -- like a judgment of -- you know, Father's Day was

15 Sunday.

16          WILLIAM HURT:  Yeah.

17          DETECTIVE JONES:  Do you remember how many days

18 it was before that, that you told Debbie?

19          WILLIAM HURT:  Two or three.

20          DETECTIVE JONES:  Okay.  So, probably Friday?

21          WILLIAM HURT:  Uh-huh.

22          DETECTIVE JONES:  Could it -- I mean, it happened

23 Thursday, so.

24          WILLIAM HURT:  About Friday or Saturday.

25          DETECTIVE JONES:  About Friday.  And Harley's the

181

1 first one that told her?

2          WILLIAM HURT:  (No audible response).

3          DETECTIVE JONES:  Are you sure that nobody else

4 was the first one to tell her?

5          WILLIAM HURT:  I don't remember who honestly told

6 her, but she knew about it.

7          DETECTIVE JONES:  And when she -- When she knew

8 about it, she said -- Was it late at night that they --

9 Harley told her or was it during the day or about what time

10 was it?  Do you remember?

11          WILLIAM HURT:  Huh-uh.  I can't give you a time.

12          DETECTIVE JONES:  Was it daylight?

13          WILLIAM HURT:  No.

14          DETECTIVE JONES:  Dark?

15          WILLIAM HURT:  Yeah.

16          DETECTIVE JONES:  Okay.  So maybe later that

17 night?

18          WILLIAM HURT:  Uh-huh.

19          DETECTIVE JONES:  And she said she was going to

20 call the police the next day but never did?

21          WILLIAM HURT:  She probably forgot about it.

22          DETECTIVE JONES:  What happened to all his money?

23 How much did that -- of his money did you all spend that

24 night?

25          WILLIAM HURT:  I don't remember.

182

1        DETECTIVE JONES:  Was it a lot?
2        WILLIAM HURT:  I don't remember spending any
3  money that night.
4        DETECTIVE JONES:  When you-all went to the gas
5  station and everything else --
6        WILLIAM HURT:  I don't know.
7        DETECTIVE JONES:  -- who went in there and bought
8  all the junk and the goodies and the pops and all that?
9        WILLIAM HURT:  I don't know.
10        DETECTIVE JONES:  How much stuff was there that
11  was bought that night?
12        WILLIAM HURT:  I don't remember.
13        DETECTIVE JONES:  Did you-all use cash or did
14  you-all use his card?
15        WILLIAM HURT:  None of us had cash at that point.
16        DETECTIVE JONES:  So, you used his card?  You
17  used Mark's card at the gas station, at the -- was it at
18  the Kangaroo?
19        WILLIAM HURT:  (Unintelligible).
20        DETECTIVE JONES:  The Kangaroo on Riverside near
21  41?
22        WILLIAM HURT:  Uh-huh.
23        DETECTIVE JONES:  Mark's card was used that night
24  and it was on the way back from when -- it was on the way
25  back from the river was when you used his card.

183

1        WILLIAM HURT:  Okay.
2        DETECTIVE JONES:  Now, of course, they've got
3  cameras in there and everything else.  What's the -- Excuse
4  me.  Who -- Excuse me.  Who -- Who is going to be on the
5  camera actually using the card?
6        WILLIAM HURT:  The oldest one probably.
7        DETECTIVE JONES:  The oldest one what?
8        WILLIAM HURT:  The oldest teenager.
9        DETECTIVE JONES:  Okay.  Which would be?
10        WILLIAM HURT:  Deadra.
11        DETECTIVE JONES:  Okay.  So, Deadra's the one
12  that used his card?
13        WILLIAM HURT:  I'm -- Honestly, I'm not for
14  certain.
15        DETECTIVE JONES:  Were you not in the store?
16        WILLIAM HURT:  No.
17        DETECTIVE JONES:  Who all went in the store then?
18        WILLIAM HURT:  It was her and somebody else.
19        DETECTIVE JONES:  Was it Harley and Deadra?
20        WILLIAM HURT:  I don't remember.
21        DETECTIVE JONES:  Well, honestly, man, I mean,
22  Harley could've used the card because he's 16 and -- you
23  know, a debit card, hell, anybody can use a debit card.
24        WILLIAM HURT:  Yeah.
25        DETECTIVE JONES:  Did -- Did you use the debit

184

1  card?
2        WILLIAM HURT:  No.
3        DETECTIVE JONES:  I'm not going to find you doing
4  a transaction with it?  William, am I going to find you on
5  camera using that debit card?
6        WILLIAM HURT:  Most likely not.
7        DETECTIVE JONES:  William, am I going to find you
8  on that camera using that debit card?
9        WILLIAM HURT:  Well, from what you've told me,
10  you got -- you say you have me on camera and yes, she's
11  probably on the camera.
12        DETECTIVE JONES:  Using the debit card?
13        WILLIAM HURT:  Yes.  You told me that you found
14  me on camera.
15        DETECTIVE JONES:  William, don't worry about what
16  I said earlier.  I'm asking you now.  Am I going to find
17  you on the Kangaroo -- on the video camera using Mark's
18  debit card?
19        WILLIAM HURT:  Yes.
20        DETECTIVE JONES:  How much did you purchase?
21        WILLIAM HURT:  Twenty or thirty dollars worth of
22  stuff.
23        DETECTIVE JONES:  What was it?
24        WILLIAM HURT:  It was like drinks and chips.
25        DETECTIVE JONES:  Junk food?

185

1        WILLIAM HURT:  Yeah.
2        DETECTIVE JONES:  Candy?
3        WILLIAM HURT:  Yeah.
4        DETECTIVE JONES:  Okay.  Who all went in the
5  store?
6        WILLIAM HURT:  It was me and Harley.
7        DETECTIVE JONES:  And?
8        WILLIAM HURT:  Andrea.
9        DETECTIVE JONES:  And?
10        WILLIAM HURT:  It was all four of us.
11        DETECTIVE JONES:  All four of you went in the
12  store?  So, when I look at the video, it's going to show
13  all four of you in the store getting stuff and everything
14  and then you are the one that actually swiped the card?
15  Did you sign or was there a PIN number?
16        WILLIAM HURT:  Well, on a debit card you can use
17  it as debit or credit.
18        DETECTIVE JONES:  Uh-huh.
19        WILLIAM HURT:  So, you can hit the red button and
20  it'll use it as a credit.
21        DETECTIVE JONES:  Yeah, and then you sign it.
22  Did you sign it?
23        WILLIAM HURT:  I don't remember.
24        DETECTIVE JONES:  William, did you sign it?
25        WILLIAM HURT:  Honest, I'm being dead serious.

Interrogation of William Hurt    June 28, 2012

186

1    DETECTIVE JONES:  Did you sign your name?

2    WILLIAM HURT:  I don't remember.

3    DETECTIVE JONES:  William, did you sign your

4 name?

5    WILLIAM HURT:  I'm being dead serious.  I don't

6 remember.

7    DETECTIVE JONES:  Who else would have signed it?

8    WILLIAM HURT:  Any four of us could have signed

9 it.

10    DETECTIVE JONES:  Well, they're not going to let

11 Andrea sign it, I wouldn't think.  I mean --

12    WILLIAM HURT:  She's sixteen as well.

13    DETECTIVE JONES:  Right, but I mean if you swiped

14 it, you would be the one signing it, right?

15    WILLIAM HURT:  Yeah.

16    DETECTIVE JONES:  That would make sense.  So, did

17 you sign it your name or did you sign it Mark's name?

18    WILLIAM HURT:  Signed it my name.

19    DETECTIVE JONES:  So, you signed it your name.

20 Okay.  The reason I'm asking this -- you know, these are

21 important facts I've got to know.

22    WILLIAM HURT:  Yes, I understand.

23    DETECTIVE JONES:  All right.  Now, you guys go to

24 the gas station, you buy the stuff, it's getting late.  You

25 buy all the stuff.  You do all that and then you come back

187

1 to the house.

2    WILLIAM HURT:  Uh-huh.

3    DETECTIVE JONES:  Okay.  When you're back at the

4 house, you're all in the van and talking about what

5 happened.  Then what happened after that?

6    WILLIAM HURT:  Then we went inside and then we

7 were still talking, like we don't tell anybody what

8 happened once he was locked in the garage.  And then, we

9 went to the bathroom, ate some stuff because we were

10 hungry.  Then, we went to bed.

11    DETECTIVE JONES:  How did you sleep that night?

12 Did you sleep that night?

13    WILLIAM HURT:  Not very good, no.

14    DETECTIVE JONES:  What was going through your

15 head when you was trying to sleep, oh, shit, what did I

16 just do?

17    WILLIAM HURT:  Yeah.  That's pretty much what

18 went through my head.

19    DETECTIVE JONES:  Have you been able to sleep

20 since?

21    WILLIAM HURT:  I have a problem not thinking

22 about it, yeah.

23    DETECTIVE JONES:  How often do you think about

24 it?

25    WILLIAM HURT:  (Unintelligible) quite a bit

188

1 actually.

2    DETECTIVE JONES:  About every minute of every

3 day?

4    WILLIAM HURT:  No, not every minute of every day.

5 I mean, if I get interested in something else, I'll stop

6 thinking about everything else and I'll just start thinking

7 about that one thing.

8    DETECTIVE JONES:  Okay.  It takes a toll on you.

9    WILLIAM HURT:  It does.

10    DETECTIVE JONES:  But honestly, I can sit here

11 and I'm going -- I'm going to look at you and I will say

12 this right now.  Remember a while ago when I was saying all

13 this to you, we'll get that burn off your chest?  Do you

14 not feel a lot more relieved right now?

15    WILLIAM HURT:  I can breathe easier.

16    DETECTIVE JONES:  Well, you see what I'm saying?

17 This could have been done many hours ago.

18    WILLIAM HURT:  Yeah.  Three hours ego.  Three and

19 half now.

20    DETECTIVE JONES:  Well, we got in here about

21 4:00, so about five hours, about five and a half hours.

22 We've been here a while.

23    WILLIAM HURT:  Yeah.

24    DETECTIVE JONES:  We've been here a little while.

25 Okay.  You got anything in your pockets right now, bud?

189

1    WILLIAM HURT:  Actually, I have my wallet.

2    DETECTIVE JONES:  Okay.  Let me see that real

3 quick if you don't care.  Is there any of Mark's stuff in

4 this wallet?

5    WILLIAM HURT:  No.  That's only my gift cards,

6 my, library card, my school ID --

7    DETECTIVE JONES:  Uh-huh.

8    WILLIAM HURT:  -- and my debit card and my ID and

9 two dollars.

10    DETECTIVE JONES:  Okay.  Where is -- Where is his

11 debit card and everything at right now, Mark's?

12    WILLIAM HURT:  I can't honestly tell you.

13    DETECTIVE JONES:  Well, I mean, earlier you said

14 it was in Harley's room.

15    WILLIAM HURT:  It has to be if he didn't dump it.

16 That's all my transactions with my debit card.

17    DETECTIVE JONES:  Do you save all these?

18    WILLIAM HURT:  I do, to keep track.  The -- Those

19 are the only things that I kept.  Usually, I throw them

20 away, but I've been keeping -- recently keeping them, so I

21 can see how much I have left on my card, so when I -- like

22 if I have to go withdraw money for the bus or do all that.

23    DETECTIVE JONES:  I'm just going to stick it back

24 (unintelligible) hole back here, okay?

25    WILLIAM HURT:  I stuck it behind -- like, near my

Interrogation of William Hurt    June 28, 2012

---

190

1  credit card so I'd know where it's at.  I can pull
2  everything out of it.
3          DETECTIVE JONES:  No, that's fine.  What's that
4  for?
5          WILLIAM HURT:  Graduation, a $15 gift card.
6  Library card.
7          DETECTIVE JONES:  Yes.
8          WILLIAM HURT:  And there's another gift card
9  right here.
10         DETECTIVE JONES:  Okay.  I don't need that.
11 That's fine.  But nothing of Mark's in here, right?
12         WILLIAM HURT:  Yes.
13         DETECTIVE JONES:  Okay.  Do you care if I look at
14 your phone real quick?
15         WILLIAM HURT:  No, that's fine.
16         DETECTIVE JONES:  Okay.  Let me see that real
17 quick.  I noticed you seem to be getting a lot of phone
18 calls and everything else the whole time we've been in
19 here.
20         WILLIAM HURT:  Oh, I get phone calls from all
21 over the United States, wrong number and, you know
22 (unintelligible).  Earlier, I got a phone call from that --
23 Tacoma, Washington.
24         DETECTIVE JONES:  Who is Steven, your little
25 brother?

191

1          WILLIAM HURT:  Steven Hurt?
2          DETECTIVE JONES:  Uh-huh.
3          WILLIAM HURT:  That's my brother, yeah.
4          DETECTIVE JONES:  Okay.  How often did you guy's
5  text about this after this happened?
6          WILLIAM HURT:  Not at all, actually.
7          DETECTIVE JONES:  You didn't text at all?
8          WILLIAM HURT:  No.  We didn't text anything about
9  it.
10         DETECTIVE JONES:  Did you put anything on
11 Facebook?
12         WILLIAM HURT:  No.
13         DETECTIVE JONES:  You got a lot of ringtones,
14 don't you?
15         WILLIAM HURT:  I buy them.  Everything that I buy
16 with the phone goes straight to a debit card.
17         DETECTIVE JONES:  On your debit card?
18         WILLIAM HURT:  Uh-huh.  It's got my three little
19 digit number programmed into my phone.
20         DETECTIVE JONES:  Okay.  That's fine.  I don't
21 need to see that.  All right, man.  I'm going to step out
22 just a second.  You're not free to leave, okay?  I'm going
23 to tell you that right now.
24         WILLIAM HURT:  Are you serious?
25         DETECTIVE JONES:  Uh-huh.

192

1          WILLIAM HURT:  How long do I have to be here?
2          DETECTIVE JONES:  I don't know.
3          WILLIAM HURT:  I just want to go home.
4          DETECTIVE JONES:  I know you do.
5          WILLIAM HURT:  I've got to work tomorrow.
6          DETECTIVE JONES:  Well, you manned up.  I'm going
7  to take your phone with me, okay, and your wallet.
8          WILLIAM HURT:  (Unintelligible).
9          DETECTIVE JONES:  I know.
10         WILLIAM HURT:  I need my phone (unintelligible).
11         DETECTIVE JONES:  You'll be all right without it
12 for a few minutes, okay?  You'll be fine.
13         WILLIAM HURT:  I (inaudible) -- I always have it
14 in my right pocket --
15         DETECTIVE JONES:  Okay.
16         WILLIAM HURT:  -- when I'm walking down the
17 street and if it -- I forget it and put it in my left
18 pocket and then I'll reach in there and I'll freak out.
19         DETECTIVE JONES:  (Unintelligible) she freaks
20 out.  Are you getting hungry?
21         WILLIAM HURT:  Actually, I am.  Yeah.
22         DETECTIVE JONES:  There's some peanut butter
23 crackers, if you want them.
24         WILLIAM HURT:  I'm not hungry right now.
25         DETECTIVE JONES:  Okay.

193

1          WILLIAM HURT:  I'm kind of relieved and kind of
2  shocked.
3          DETECTIVE JONES:  (Unintelligible) okay.
4          WILLIAM HURT:  No.  Yeah, thank you though.
5          DETECTIVE JONES:  I'll leave them right there if
6  you want them okay?
7          WILLIAM HURT:  How much (unintelligible) to stay
8  here for a couple of days or --
9          DETECTIVE JONES:  Man, let me go -- let me go out
10 here and talk to everybody and see.  I don't know what --
11 what their policy is up here because I'm from Kentucky.
12 This is Evansville.
13         WILLIAM HURT:  Yeah.
14         DETECTIVE JONES:  Out -- Out of my jurisdiction.
15         WILLIAM HURT:  All right.
16         DETECTIVE JONES:  Let me go figure out what's
17 going on.  I'll get right back with you.
18         WILLIAM HURT:  I honestly -- Like, you guys had
19 to, like, really reach over (unintelligible) in order for
20 me to remember.
21         DETECTIVE JONES:  I know, and you did a good job.
22 You did all right.  It took you a while to get there, but
23 you did.
24         WILLIAM HURT:  (Unintelligible) most of the facts
25 of what actually happened or --

194

1        DETECTIVE JONES:  I don't know, was you?

2        WILLIAM HURT:  Was I close to it?

3        DETECTIVE JONES:  I don't know, was you?  If you

4 told me everything that happened and you told me the truth,

5 then it's got to be pretty well spot on, doesn't it?

6        WILLIAM HURT:  Yeah, well, I feel a lot better

7 now.

8        DETECTIVE JONES:  Well, I hope.  I hope you do.

9 But we're going -- now we got to deal with it, okay?  I'm

10 going to step right out here.  I'll be right out here in

11 the hall, okay?

12        WILLIAM HURT:  Okay.  (Unintelligible).

13        DETECTIVE VANTLIN:  Huh?

14        WILLIAM HURT:  I said my feet are getting

15 restless.

16        DETECTIVE VANTLIN:  Okay.  Just hang tight right

17 there.

18        (OFF THE RECORD, 21:37 HRS)

19

20

21

22

23

24

25

195

1 STATE OF KENTUCKY        )
                          ) SS
2 COUNTY OF JEFFERSON      )

3

4        I, ALICE H.  BLACKBURN, Notary Public in and for

5 the Commonwealth of Kentucky, State at Large, hereby

6 certify that the foregoing transcript was transcribed under

7 my personal direction and supervision and that said

8 typewritten transcript is a true, accurate, and complete

9 transcript to the best of my ability and understanding.

10        I further certify that I am not related by blood

11 or marriage to any of the parties hereto and that I have no

12 interest in the outcome of the foregoing matter.

13        My Commission as a Notary Public expires March

14 13, 2018.

15

16        Given under my hand this _____ day of _____,

17

18 2015, at Louisville, Jefferson County, Kentucky.

19

20

21

22

23

24        ALICE H.  BLACKBURN

25        NOTARY PUBLIC, STATE-AT-LARGE, KY

| A | | | |
|---|---|---|---|
| ability 195:9 | 91:19, 96:3 | 152:4 | 28:21 |
| able 6:9, 83:24 | 96:21, 98:20 | apart 65:4, 65:9 | basically 43:16 |
| 121:14, 123:5 | 100:12, 101:22 | apparently 61:22 | 116:6 |
| 123:6, 123:7 | 102:1, 102:4 | 64:7, 87:13 | bat 109:5 |
| 125:17, 129:1 | 102:5, 104:18 | 89:4, 95:23 | bathroom 187:9 |
| 129:9, 129:25 | 119:10, 121:11 | 100:11, 103:25 | bear 125:14 |
| 129:25, 134:18 | 121:12, 123:4 | 123:25 | beat 78:5, 78:6 |
| 187:19 | 123:5, 123:7 | appointed 4:13 | 81:3, 97:7 |
| accident 61:16 | 123:9, 124:10 | area 16:18 | 136:4, 136:5 |
| 61:23, 61:24 | 124:25, 125:14 | 165:22, 168:12 | 136:8, 136:11 |
| 62:2, 62:11 | 125:16, 129:24 | 170:5, 170:9 | 136:14, 136:21 |
| 62:15, 62:15 | 125:25, 130:1 | arms 163:22 | 140:7, 140:10 |
| 62:16, 62:19 | 133:10, 134:17 | asked 5:21, 11:16 | 140:22, 141:2 |
| 64:3, 67:4, 67:5 | air 158:9 | 18:13, 18:14 | 143:25, 144:3 |
| 134:12, 141:20 | AL 2:4, 2:7 | 29:9, 36:6 | 144:8, 144:15 |
| account 145:16 | alert 37:14, 90:7 | 38:10, 65:20 | 147:24, 151:25 |
| 145:17 | 90:8, 90:10 | 72:23, 84:4 | 152:15, 174:11 |
| accounts 33:20 | alerts 37:13 | 89:4, 96:10 | beating 85:15 |
| 33:20 | ALICE 2:17, 195:4 | 98:12, 106:21 | bed 9:1, 10:16 |
| accurate 195:8 | 195:24 | 109:5, 109:11 | 11:4, 11:15 |
| act 62:23, 101:24 | alive 35:22, 89:6 | 109:20, 109:23 | 12:15, 12:16 |
| 126:9 | 89:11, 89:17 | 109:24, 110:8 | 12:18, 13:8 |
| acting 130:13 | 106:14, 106:23 | 114:4, 141:18 | 14:25, 18:13 |
| ACTION 2:2 | 107:3 | 174:7, 175:1 | 19:5, 20:14 |
| address 3:23 | allowed 49:14 | 175:4, 175:8 | 20:16, 23:1 |
| admit 69:18 | Andrea 13:16 | 175:11 | 27:12, 27:15 |
| 69:20 | 13:17, 23:22 | asking 20:13 | 27:16, 28:3 |
| admitted 83:25 | 28:9, 49:8 | 36:5, 39:25 | 28:7, 28:21 |
| 84:1, 100:13 | 49:10, 107:25 | 55:24, 56:2 | 28:24, 29:2 |
| adopted 99:23 | 107:25, 108:5 | 106:19, 137:8 | 33:8, 33:9, 52:1 |
| adult 92:10 | 116:4, 146:6 | 137:8, 137:10 | 52:7, 53:10 |
| afford 4:12 | 161:23, 161:24 | 137:11, 137:14 | 53:11, 53:12 |
| afraid 40:22 | 162:6, 162:14 | 138:4, 184:16 | 59:25, 60:5 |
| 100:20, 101:2 | 162:19, 163:12 | 186:20 | 60:21, 60:22 |
| 104:16, 137:17 | 167:16, 167:17 | asleep 5:22 | 60:24, 62:3 |
| age 49:16, 99:7 | 167:18, 168:1 | 12:18, 13:17 | 62:4, 62:7, 62:8 |
| aggravating 45:17 | 171:12, 176:2 | 13:24, 28:3 | 73:23, 76:24 |
| 45:18 | 177:19, 185:8 | 51:23, 52:1 | 77:2, 78:1, 79:6 |
| agitating 45:10 | 186:11 | 64:6, 133:24 | 79:13, 79:15 |
| ago 21:4, 22:6 | angel 47:3, 48:7 | ass 79:20 | 96:7, 96:9 |
| 22:6, 29:9 | 48:8 | assumed 89:15 | 96:11, 96:13 |
| 32:14, 38:3 | anger 101:11 | assuming 136:7 | 96:21, 111:9 |
| 38:9, 52:19 | 101:15, 101:17 | ate 187:9 | 179:25, 187:10 |
| 53:8, 62:20 | 105:2 | attitude 45:4 | bedroom 14:12 |
| 79:13, 81:5 | angry 105:4 | 45:5, 64:12 | 22:15 |
| 81:6, 83:13 | animals 78:10 | 64:15, 64:17 | beginning 38:25 |
| 85:21, 87:6 | 78:11 | 64:20, 64:22 | 70:11 |
| 87:8, 98:11 | answer 4:15, 62:1 | 130:8 | beliefs 44:25 |
| 109:10, 116:23 | 65:23, 109:16 | attitudes 46:21 | believe 12:19 |
| 116:24, 125:13 | 109:17, 109:18 | audible 39:10 | 24:11, 24:19 |
| 130:4, 130:6 | 132:16 | 40:5, 44:19 | 24:21, 24:22 |
| 130:7, 162:9 | answered 28:22 | 61:14, 61:25 | 24:22, 24:23 |
| 188:12, 188:17 | answering 82:12 | 75:2, 136:9 | 27:6, 36:14 |
| agree 124:13 | answers 49:4 | 137:1, 146:12 | 36:25, 45:1 |
| agreed 5:20 | anybody 23:6 | 148:1, 150:3 | 45:22, 47:4 |
| 26:25, 69:10 | 41:21, 42:2 | 150:23, 155:6 | 50:12, 53:11 |
| 118:10 | 42:7, 42:7, 42:7 | 167:5, 169:10 | 53:14, 53:16 |
| agreeing 5:20 | 46:13, 47:7 | 181:2 | 54:1, 54:13 |
| 171:17 | 83:12, 86:10 | AUGUST 2:18 | 67:1, 84:20 |
| ahead 8:16, 16:1 | 109:19, 114:7 | Aunt 106:15 | 92:17, 92:21 |
| 16:10, 67:24 | 114:15, 115:20 | awake 123:6 | 94:5, 97:10 |
| 69:3, 69:4, 76:4 | 115:20, 115:23 | Aztar 170:19 | 97:14, 100:16 |
| 102:11, 124:15 | 115:24, 117:20 | | 104:10, 115:22 |
| 153:10, 158:21 | 117:22, 119:18 | | 116:19, 122:13 |
| 163:23 | 120:24, 127:4 | B | 122:17, 126:5 |
| ain't 32:16, 59:7 | 146:4, 148:12 | | 126:7, 150:17 |
| 63:23, 65:15 | 150:20, 183:23 | baby 90:23 | 170:14 |
| 67:10, 67:11 | 187:7 | 101:23 | believing 24:7 |
| 68:2, 90:18 | anymore 17:17 | back 6:2, 6:25 | 68:3, 172:16 |
| | 130:23, 131:1 | 7:8, 9:5, 9:24 | 174:5 |
| | 131:18, 151:18 | 12:4, 12:5 | belonged 22:16 |
| | | 13:12, 14:16 | |

| | | | |
|---|---|---|---|
| | | 16:12, 16:13 | |
| | | 16:17, 18:20 | |
| | | 18:23, 18:24 | |
| | | 20:19, 20:20 | |
| | | 20:25, 24:17 | |
| | | 24:24, 27:21 | |
| | | 27:23, 27:24 | |
| | | 28:2, 28:14 | |
| | | 28:15, 28:16 | |
| | | 28:19, 30:24 | |
| | | 35:16, 36:22 | |
| | | 53:5, 60:21 | |
| | | 61:3, 65:18 | |
| | | 66:5, 66:6 | |
| | | 70:15, 70:22 | |
| | | 70:25, 71:3 | |
| | | 71:3, 71:11 | |
| | | 71:12, 71:21 | |
| | | 72:2, 72:3, 72:6 | |
| | | 72:8, 72:11 | |
| | | 72:13, 72:18 | |
| | | 72:25, 73:11 | |
| | | 75:4, 75:14 | |
| | | 75:25, 77:21 | |
| | | 78:22, 79:9 | |
| | | 79:11, 79:11 | |
| | | 80:21, 81:14 | |
| | | 81:20, 86:8 | |
| | | 90:11, 95:7 | |
| | | 96:5, 97:6 | |
| | | 100:25, 101:7 | |
| | | 102:2, 109:19 | |
| | | 116:7, 119:20 | |
| | | 120:13, 127:13 | |
| | | 129:10, 129:20 | |
| | | 130:2, 130:3 | |
| | | 132:23, 144:19 | |
| | | 145:5, 147:10 | |
| | | 147:21, 147:22 | |
| | | 147:23, 152:20 | |
| | | 159:23, 159:25 | |
| | | 160:4, 161:1 | |
| | | 161:3, 161:7 | |
| | | 171:10, 182:24 | |
| | | 182:25, 186:25 | |
| | | 187:3, 189:23 | |
| | | 189:24, 193:17 | |
| | | backtrack 6:9 | |
| | | backtracking | |
| | | 118:13, 118:14 | |
| | | bad 10:20, 14:20 | |
| | | 14:20, 17:18 | |
| | | 46:21, 64:22 | |
| | | 69:10, 84:1 | |
| | | 90:24, 94:22 | |
| | | 94:23, 101:24 | |
| | | 102:6, 108:18 | |
| | | 123:19, 124:3 | |
| | | 124:5, 127:1 | |
| | | ballgame 93:18 | |
| | | 104:3 | |
| | | ballpark 156:12 | |
| | | bank 140:16 | |
| | | barely 150:21 | |
| | | 175:22 | |
| | | barges 171:3 | |
| | | baseball 112:12 | |
| | | 112:15, 112:18 | |
| | | 112:20 | |
| | | basement 14:17 | |

Interrogation of William Hurt    June 28, 2012

bench 161:9
best 18:7, 142:2
  155:14, 195:9
better 69:4
  69:21, 70:2
  79:19, 102:13
  102:21, 123:15
  125:20, 125:22
  125:23, 126:1
  150:10, 151:15
  194:6
big 21:18, 31:8
  40:18, 46:20
  50:23, 65:8
  90:24, 95:19
  101:24, 102:6
  134:17, 166:19
  166:20
bigger 94:10
bike 168:22
biker 170:5
bill 43:4, 43:9
biological 176:15
bird 104:2
birth 3:21
bit 6:18, 9:23
  10:22, 11:24
  12:15, 13:9
  17:12, 18:20
  27:22, 125:15
  127:11, 133:9
  167:9, 173:23
  187:25
bitch 81:12
bite 48:23, 49:1
black 33:10
  33:11, 60:25
BLACKBURN 2:17
  195:4, 195:24
blacked 60:24
blew 81:7
blinders 50:10
block 68:14
blonde 16:7
blood 195:10
blurt 108:14
  108:15
board 10:20
  17:17, 79:17
  152:3
boat 170:17
  170:18
boat's 170:18
body 26:14, 66:2
  82:11, 90:12
  119:13, 123:20
  130:8, 132:12
  141:19, 164:20
  165:2, 165:3
  165:20, 166:6
  166:13, 166:24
  166:24
Boeke 7:22, 144:1
boils 110:22
bond 91:15
book 105:15
bothering 32:20
bottle 149:7
  149:7, 152:18
  152:18
bottled 128:25

bottom 30:14
  74:7
bought 43:7
  182:7, 182:11
bowl 152:7
boy 90:24
boyfriend 30:20
brag 42:6, 42:11
brags 41:24, 42:4
break 35:13
  36:16, 85:8
breathe 124:22
  129:25, 188:15
breathing 127:23
  128:1, 138:11
bricks 129:15
bring 55:15
  58:23, 101:22
broke 56:18
  99:12
brother 9:13
  14:23, 40:25
  91:17, 91:19
  98:7, 98:10
  98:10, 98:12
  98:13, 98:15
  98:19, 99:7
  120:7, 120:9
  127:3, 190:25
  191:3
brothers 85:6
  103:18
brought 40:3
  51:13, 57:6
  58:23, 81:2
  81:6, 88:22
  114:6
BS 94:5
buck 92:15
bucket 8:21, 17:5
  78:18
bud 188:25
buddies 73:3
buddy 110:18
  137:24
buds 110:18
build 84:12
  84:14, 109:3
bumps 168:25
bunch 69:8
bunkmates 117:15
bunny 65:5
burden 126:23
  126:23, 126:25
burn 123:3
  124:25, 125:2
  125:16, 126:1
  127:22, 129:4
  130:15, 131:18
  132:5, 132:11
  133:12, 138:10
  138:15, 138:18
  139:14, 188:13
burning 124:9
  124:9, 128:6
bus 6:19, 7:5
  7:7, 7:11, 7:17
  7:18, 8:7, 16:12
  16:15, 16:16
  16:19, 16:20
  16:21, 16:21

16:23, 20:23
  52:20, 52:23
  77:21, 100:9
  189:22
buses 8:9, 16:14
bush 85:15
butt 85:1, 85:3
  112:7
butter 192:22
button 185:19
buy 42:25, 186:24
  186:25, 191:15
  191:15
buying 42:22
  90:18

C

cabin 162:23
cabinet 11:17
  18:15
cage 65:1, 65:3
  65:8
call 118:17
  127:19, 168:24
  181:20, 190:22
called 6:17
  60:15, 73:18
calls 100:18
  190:20
camera 59:8
  59:12, 60:3
  183:5, 184:5
  184:8, 184:10
  184:11, 184:14
  184:17
cameras 183:3
camp 31:23, 32:12
camping 30:3
camps 29:12
  29:20, 32:1
Candy 185:2
cans 73:22
cap 112:12
  112:15, 112:18
  112:20
capable 45:3
  108:1, 110:25
captain 147:19
  161:1, 162:24
captain's 159:24
car 52:13, 54:8
  54:11, 54:15
  72:20, 81:5
  89:17, 89:18
  96:8, 96:12
  106:13, 129:14
  161:13, 172:20
  178:19, 178:23
Cara 28:9, 176:11
  176:12, 176:17
Cara's 176:13
card 182:14
  182:16, 182:17
  182:23, 182:25
  183:5, 183:12
  183:22, 183:23
  183:23, 184:1
  184:5, 184:8
  184:12, 184:18
  185:14, 185:16

189:6, 189:8
  189:11, 189:16
  189:21, 190:1
  190:5, 190:6
  190:8, 191:16
  191:17
cards 10:12, 17:8
  189:5
care 23:20, 23:21
  23:22, 25:14
  30:15, 39:7
  40:24, 41:1
  48:3, 48:6
  91:16, 91:16
  93:22, 99:9
  100:21, 100:22
  102:5, 105:7
  110:24, 120:15
  125:5, 125:6
  137:18, 189:3
  190:13
cared 39:6, 137:5
  139:4
carried 117:24
case 27:3, 43:8
  84:12, 84:14
  85:1, 102:20
  102:22, 121:22
  131:8, 137:21
cash 182:13
  182:15
Casino 170:19
catch 14:23
  16:12, 17:21
caught 106:24
  164:17, 171:13
causing 51:14
cell 43:8, 89:3
  110:15
certain 148:8
  183:14
CERTIFICATE 2:33
certify 195:6
  195:10
chairs 147:19
challenge 94:12
chance 55:3
  81:10, 104:6
  104:8, 108:7
  111:1, 111:3
  132:8
change 26:2
  64:15, 64:21
  100:10
changed 53:7
  53:8, 53:9
  130:8, 130:8
  130:9, 130:10
changes 64:13
  64:18, 92:20
  122:22
changing 24:12
  24:14, 31:11
  172:1
character 120:18
charge 55:18
chased 143:21
chess 10:14
  12:23, 17:11
  18:13, 20:12
  20:13, 24:22

27:18, 28:12
  45:17, 45:18
  60:23, 61:19
  70:13, 71:16
  73:6, 78:2, 78:6
  78:9, 81:4, 95:7
  95:8, 95:9, 97:5
  151:23, 151:24
  152:1
chest 32:21, 33:1
  69:3, 69:21
  70:2, 121:16
  121:18, 121:23
  122:2, 122:25
  123:2, 123:13
  123:14, 124:4
  124:5, 124:8
  124:10, 124:12
  124:15, 124:20
  124:21, 124:23
  124:25, 125:16
  126:2, 126:20
  127:6, 129:21
  129:24, 131:5
  131:16, 131:18
  131:19, 131:21
  131:24, 136:23
  136:23, 138:9
  139:3, 139:5
  140:1, 188:13
chicken 30:24
child 51:13
chips 184:24
choice 93:17
  93:20
choke 141:5
  141:15, 143:2
  143:12
choked 142:23
  143:4, 143:7
  143:9, 155:19
  156:2, 158:2
choking 42:7
  157:4
chores 47:14
  47:15, 77:9
cigarettes 47:16
circles 80:4
  80:11, 81:22
  83:19
city 71:12
CIVIL 2:2
clarification
  2:52
clarify 153:11
  153:12
clash 46:21
  46:22
classes 105:9
clean 24:2, 24:2
  88:24, 177:4
  177:7, 178:5
  178:6, 178:9
cleaned 78:17
  176:22, 176:24
  177:1, 178:3
cleaning 9:23
  16:3, 17:12
clear 154:4
  157:10, 169:12
clicked 35:15

Interrogation of William Hurt    June 28, 2012

36:17, 56:21
close 131:15
  131:16, 131:17
  133:1, 133:2
  133:4, 133:4
  133:19, 134:1
  194:2
closed 16:3
  133:24
closure 121:13
  131:6, 131:6
  131:7, 131:7
  131:8
clothed 99:24
clothes 66:3
club 15:11, 62:9
clue 90:4, 145:12
clues 89:23
Co-Counsel 2:24
coerced 26:20
  137:19
coffee 10:25
  11:7, 11:9
  11:16, 11:17
  11:18, 13:10
  18:14, 18:16
  18:18, 18:19
  24:22, 27:20
  28:17, 78:18
  78:20, 149:7
  152:8, 152:18
Coke 75:20, 76:1
Cokes 75:23
Cola 59:23, 60:6
coldhearted 122:7
collaboration
  97:19
color 163:24
  163:25
Colts 14:22
  17:20
come 9:8, 9:16
  9:18, 24:2, 24:2
  28:4, 28:10
  36:5, 36:6
  37:14, 37:19
  46:25, 68:5
  69:16, 71:8
  79:10, 79:11
  79:11, 82:7
  82:7, 86:8
  88:24, 91:6
  96:5, 119:23
  120:4, 120:5
  120:6, 124:22
  136:21, 136:22
  138:11, 139:13
  139:25, 140:3
  140:3, 143:13
  169:17, 169:20
  171:4, 171:4
  171:20, 186:25
comes 30:20
  47:23, 51:6
  60:9, 71:11
  87:15, 92:19
  97:3, 102:1
coming 36:5, 99:8
  119:17, 119:19
  120:2, 135:17
  169:16, 171:3

comment 21:4
Commission 195:13
Commonwealth
  195:5
complete 2:51
  195:8
completely 57:24
compulsive 84:1
  100:13
concerning 57:17
conflict 37:20
  37:20
confrontation
  22:19
confused 154:4
  154:23
consciousness
  164:5
consider 94:17
  98:14, 98:19
considered 132:1
considers 98:20
consistent 92:25
constantly 32:23
  47:10, 97:15
  129:10, 172:1
contact 26:5
  26:5
container 10:24
  11:6, 11:8
  11:18, 11:24
  13:10, 27:20
  28:17, 78:18
  152:8
continue 95:3
  134:14, 135:2
control 68:25
conversation
  108:24
convince 117:13
cool 46:24
cools 51:4
coop 30:24
Copyright 2:23
correct 5:9, 42:4
  69:11
could've 85:21
  85:22, 117:5
  183:22
COUNSEL 2:24
count 156:14
counted 77:19
County 195:2
  195:18
couple 30:3
  36:15, 43:1
  43:5, 43:7
  43:21, 43:22
  43:25, 59:22
  60:2, 64:10
  64:21, 74:4
  159:9, 159:10
  193:8
course 30:23
  176:3, 183:2
court 2:1, 2:18
  2:23, 4:10
cover 23:14
  23:17, 67:7
  157:15, 174:20
  174:23, 175:1

175:5
covered 157:13
  157:14
covering 46:3
  47:5, 51:14
  51:16, 82:20
  117:2, 120:24
  120:25
crack 90:22
  90:23, 91:3
  91:13, 92:13
  92:15, 98:3
crackers 192:23
cracking 154:7
  154:10
cracks 67:9
  67:10
crap 17:22, 18:22
  83:20
Cream 6:21, 6:21
credit 185:17
  185:20, 190:1
cried 56:18
crime 25:6
criminal 83:2
crushed 65:2
cry 54:25, 69:2
  101:23, 110:18
crying 65:19
  69:1
current 165:23
  171:5
cuts 141:11

### D

dab 135:1
dad 5:21, 40:6
  77:14, 127:2
  175:21
damn 102:20
  108:20
damned 63:25
Dark 181:14
date 3:20, 5:22
  49:15, 60:9
day 6:1, 6:11
  6:14, 6:15, 6:16
  6:23, 8:2, 32:1
  36:1, 36:7
  36:19, 36:21
  56:7, 65:2
  73:19, 74:1
  74:3, 74:5, 77:5
  77:18, 79:6
  79:8, 85:13
  88:16, 95:1
  114:19, 123:5
  126:14, 129:5
  135:3, 179:23
  180:1, 180:2
  180:4, 180:5
  180:7, 180:14
  181:9, 181:20
  188:3, 188:4
  195:16
daylight 181:12
days 52:6, 52:7
  79:9, 90:8
  107:23, 180:17
  193:8

dead 34:15, 89:9
  95:12, 136:5
  144:24, 145:2
  185:25, 186:5
Deadra 13:18
  13:19, 30:2
  50:24, 68:10
  116:1, 146:8
  146:19, 146:20
  147:14, 147:15
  147:15, 149:2
  150:24, 152:14
  160:13, 162:11
  167:15, 176:2
  177:5, 177:10
  177:20, 183:10
  183:19
Deadra's 166:9
  177:12, 183:11
deal 18:6, 21:9
  22:1, 23:8, 26:3
  43:12, 54:19
  67:8, 70:3
  80:11, 81:19
  81:19, 85:25
  167:19, 194:9
dealing 17:25
  70:4, 70:5
  85:14
dealt 17:23, 18:4
  21:5, 21:6
death 85:7
Debbie 5:19
  173:4, 173:5
  173:16, 173:19
  174:5, 174:15
  175:5, 175:10
  175:11, 176:3
  176:6, 176:19
  177:4, 177:10
  179:21, 180:18
Debbie's 46:14
debit 183:23
  183:23, 183:25
  184:5, 184:8
  184:12, 184:18
  185:16, 185:17
  189:8, 189:11
  189:16, 191:16
  191:17
decent 15:14
deceptions 26:14
decide 4:14, 44:3
  92:4, 109:17
  109:18, 153:24
  164:9
Dee 9:3
deep 104:25
  151:14
deeper 86:17
  88:6
DEFENDANTS 2:7
definitely 81:8
demeanor 130:8
Department 2:7
  3:4
describing 52:20
detail 9:7
  137:13, 141:22
  147:4, 151:21
  153:11, 155:14

162:10, 167:23
details 8:13
  11:11
detective 3:2
  3:3, 3:4, 3:10
  3:12, 3:14, 3:16
  3:18, 3:20, 3:23
  3:25, 4:3, 4:5
  4:8, 4:17, 4:23
  4:25, 5:4, 5:8
  5:11, 5:13, 5:16
  5:24, 6:3, 6:6
  6:11, 6:14, 6:20
  6:25, 7:6, 7:10
  7:15, 7:18, 7:22
  7:25, 8:4, 8:6
  8:11, 8:16, 8:18
  9:2, 9:5, 9:11
  9:15, 9:18, 9:20
  9:25, 10:2, 10:4
  10:6, 10:9
  10:18, 11:2
  11:5, 11:10
  11:13, 11:19
  11:22, 12:2
  12:5, 12:7
  12:10, 12:12
  12:17, 12:20
  12:24, 13:1
  13:6, 13:13
  13:16, 13:18
  13:20, 14:1
  14:4, 14:6, 14:9
  14:11, 14:18
  14:25, 15:2
  15:5, 15:7
  15:10, 15:12
  15:14, 15:18
  15:23, 16:1
  16:5, 16:8
  17:24, 18:3
  18:6, 18:10
  19:2, 19:5
  19:11, 19:14
  19:17, 19:20
  19:24, 20:2
  20:8, 20:10
  20:18, 21:9
  21:13, 21:15
  21:18, 21:23
  22:8, 22:13
  22:18, 22:21
  22:23, 23:3
  23:6, 23:8
  23:14, 23:19
  24:1, 24:3, 24:6
  24:10, 24:13
  25:5, 25:8
  25:12, 25:17
  25:22, 26:8
  26:9, 26:12
  26:19, 26:23
  26:25, 27:8
  27:11, 27:25
  28:4, 28:22
  29:3, 29:6, 29:7
  29:11, 29:14
  29:17, 29:19
  29:21, 29:24
  30:1, 30:5, 30:7
  30:10, 30:14

Interrogation of William Hurt    June 28, 2012

| | | | | |
|---|---|---|---|---|
| 30:16, 31:2 | 54:4, 54:7 | 80:13, 80:18 | 114:5, 114:8 | 143:5, 143:9 |
| 31:7, 31:16 | 54:10, 54:13 | 80:21, 80:25 | 114:11, 114:15 | 143:12, 143:17 |
| 31:21, 31:23 | 54:18, 54:22 | 81:2, 81:9 | 114:18, 114:21 | 143:20, 143:24 |
| 32:2, 32:8 | 55:2, 55:7 | 81:25, 82:4 | 114:24, 115:4 | 144:2, 144:5 |
| 32:14, 32:17 | 55:10, 55:14 | 82:15, 82:17 | 115:9, 115:13 | 144:8, 144:12 |
| 32:19, 32:20 | 55:17, 55:22 | 82:19, 83:1 | 115:17, 115:22 | 144:14, 144:16 |
| 32:21, 32:25 | 56:1, 56:4, 56:6 | 83:6, 83:9 | 116:1, 116:4 | 144:18, 144:20 |
| 33:4, 33:6 | 56:9, 56:13 | 83:13, 83:16 | 116:6, 116:9 | 144:22, 144:24 |
| 33:13, 33:19 | 56:15, 56:20 | 84:15, 84:19 | 116:15, 116:19 | 145:2, 145:4 |
| 33:25, 34:4 | 56:23, 57:2 | 84:24, 85:2 | 116:22, 117:4 | 145:6, 145:9 |
| 34:7, 34:14 | 57:4, 57:6, 57:9 | 85:12, 85:18 | 117:10, 117:12 | 145:11, 145:13 |
| 34:16, 34:20 | 57:12, 57:13 | 86:8, 86:12 | 117:17, 117:21 | 145:15, 145:19 |
| 34:24, 35:1 | 57:16, 57:18 | 87:3, 87:10 | 118:3, 118:4 | 145:23, 145:25 |
| 35:4, 35:9 | 57:23, 58:1 | 87:19, 87:21 | 118:6, 118:13 | 146:3, 146:6 |
| 35:17, 35:23 | 58:4, 58:8 | 87:24, 88:4 | 118:16, 118:19 | 146:8, 146:10 |
| 36:1, 36:9 | 58:12, 58:18 | 88:12, 88:16 | 118:20, 118:21 | 146:13, 146:15 |
| 36:13, 36:19 | 58:20, 59:1 | 88:19, 88:25 | 118:24, 119:1 | 146:20, 146:23 |
| 36:23, 37:3 | 59:4, 59:7 | 89:1, 89:7 | 119:5, 119:10 | 146:25, 147:15 |
| 37:5, 37:8 | 59:10, 59:16 | 89:10, 89:16 | 119:14, 119:16 | 147:18, 147:20 |
| 37:12, 37:18 | 59:19, 59:24 | 89:21, 89:25 | 119:20, 119:24 | 147:22, 147:24 |
| 37:22, 38:3 | 60:3, 60:10 | 90:2, 91:2 | 120:2, 120:8 | 148:2, 148:5 |
| 38:6, 38:9, 38:9 | 60:13, 60:20 | 91:12, 91:19 | 120:11, 120:13 | 148:8, 148:13 |
| 38:16, 38:19 | 61:6, 61:10 | 92:2, 92:8 | 120:21, 121:2 | 148:17, 148:20 |
| 38:20, 38:23 | 61:13, 61:15 | 92:11, 92:14 | 121:8, 121:11 | 148:24, 149:2 |
| 39:2, 39:5 | 61:20, 62:1 | 92:19, 92:23 | 122:3, 122:5 | 149:4, 149:6 |
| 39:11, 39:14 | 62:4, 62:10 | 93:5, 93:10 | 122:13, 122:17 | 149:9, 149:12 |
| 39:16, 39:22 | 62:14, 62:18 | 93:20, 93:21 | 122:22, 122:23 | 149:15, 149:17 |
| 40:2, 40:6, 40:9 | 62:22, 63:1 | 93:25, 94:3 | 122:25, 123:12 | 149:19, 149:22 |
| 40:12, 40:14 | 63:5, 63:9 | 94:9, 94:14 | 123:19, 123:21 | 149:24, 150:2 |
| 40:16, 40:18 | 63:13, 63:15 | 94:20, 94:21 | 124:18, 125:11 | 150:4, 150:7 |
| 40:22, 41:1 | 63:18, 63:21 | 94:22, 94:24 | 126:7, 126:11 | 150:10, 150:13 |
| 41:7, 41:12 | 63:23, 64:3 | 95:14, 95:17 | 127:5, 127:8 | 150:17, 150:22 |
| 41:15, 41:20 | 64:7, 64:12 | 95:23, 96:25 | 127:18, 127:22 | 150:24, 151:2 |
| 41:23, 42:3 | 64:15, 64:19 | 97:9, 97:11 | 127:25, 128:18 | 151:4, 151:6 |
| 42:6, 42:9 | 65:1, 65:10 | 97:11, 97:16 | 128:21, 129:4 | 151:9, 151:13 |
| 42:11, 42:16 | 65:13, 65:17 | 97:22, 98:2 | 129:7, 129:18 | 151:18, 151:19 |
| 42:19, 42:22 | 65:23, 65:25 | 98:11, 98:16 | 130:6, 130:12 | 152:5, 152:9 |
| 42:25, 43:3 | 66:8, 66:11 | 98:18, 99:2 | 130:19, 131:13 | 152:20, 152:23 |
| 43:5, 43:9 | 66:14, 66:17 | 99:4, 99:18 | 131:24, 132:2 | 153:2, 153:4 |
| 43:12, 43:15 | 66:20, 66:23 | 99:21, 100:4 | 132:4, 132:10 | 153:6, 153:8 |
| 43:18, 43:22 | 66:25, 67:3 | 100:7, 101:12 | 132:15, 132:25 | 153:10, 153:13 |
| 43:24, 44:2 | 67:14, 67:22 | 101:16, 101:19 | 133:6, 133:8 | 153:17, 153:21 |
| 44:6, 44:9 | 68:21, 69:2 | 102:11, 102:23 | 133:12, 133:17 | 153:24, 154:3 |
| 44:14, 44:20 | 69:7, 69:13 | 102:25, 103:6 | 133:21, 133:25 | 154:9, 154:12 |
| 44:24, 45:7 | 69:20, 69:23 | 103:9, 103:11 | 134:3, 134:7 | 154:15, 154:17 |
| 45:10, 45:13 | 70:9, 70:12 | 103:21, 104:8 | 134:9, 134:21 | 154:19, 154:22 |
| 45:16, 45:25 | 70:19, 71:2 | 104:11, 104:14 | 134:24, 135:8 | 155:1, 155:7 |
| 46:3, 46:9 | 71:7, 71:14 | 104:16, 104:21 | 135:11, 135:14 | 155:11, 155:13 |
| 46:10, 46:12 | 71:18, 71:20 | 104:24, 105:6 | 135:20, 135:22 | 155:20, 155:23 |
| 46:18, 47:1 | 71:23, 72:1 | 105:13, 105:21 | 135:24, 136:2 | 155:24, 156:5 |
| 47:11, 47:13 | 72:5, 72:12 | 105:23, 106:4 | 136:7, 136:10 | 156:9, 156:12 |
| 47:16, 47:20 | 72:16, 72:23 | 106:11, 106:17 | 136:13, 136:18 | 156:15, 156:21 |
| 48:2, 48:6 | 73:3, 73:8 | 107:1, 107:7 | 136:20, 137:2 | 156:24, 157:2 |
| 48:12, 48:17 | 73:10, 73:24 | 107:10, 107:16 | 137:7, 137:23 | 157:7, 157:9 |
| 48:19, 48:22 | 74:2, 74:6, 74:7 | 107:19, 107:23 | 138:14, 138:17 | 157:10, 157:12 |
| 48:23, 49:1 | 74:10, 74:14 | 108:4, 108:12 | 138:21, 139:2 | 157:15, 157:18 |
| 49:3, 49:8 | 74:21, 74:25 | 108:19, 108:24 | 139:9, 139:16 | 157:21, 157:23 |
| 49:12, 49:16 | 75:3, 75:7, 75:9 | 109:2, 109:9 | 139:18, 139:21 | 157:25, 158:4 |
| 49:19, 49:23 | 75:13, 75:16 | 109:16, 110:4 | 139:23, 139:25 | 158:6, 158:10 |
| 50:1, 50:8 | 75:19, 75:22 | 110:7, 110:11 | 140:3, 140:5 | 158:15, 158:16 |
| 50:10, 50:17 | 75:25, 76:3 | 110:15, 110:24 | 140:8, 140:10 | 158:21, 158:25 |
| 50:19, 50:21 | 76:6, 76:9 | 111:4, 111:12 | 140:19, 140:21 | 159:4, 159:7 |
| 50:25, 51:3 | 76:12, 76:14 | 111:15, 111:18 | 140:23, 141:1 | 159:10, 159:13 |
| 51:6, 51:9 | 76:17, 76:21 | 111:24, 112:6 | 141:5, 141:7 | 159:16, 159:17 |
| 51:17, 51:20 | 76:25, 77:3 | 112:12, 112:16 | 141:9, 141:14 | 159:23, 160:1 |
| 51:24, 52:3 | 77:7, 77:12 | 112:18, 112:24 | 141:17, 141:24 | 160:3, 160:8 |
| 52:4, 52:9 | 77:17, 78:3 | 112:25, 113:3 | 142:4, 142:8 | 160:11, 160:13 |
| 52:17, 52:19 | 78:25, 79:3 | 113:7, 113:9 | 142:11, 142:14 | 160:15, 160:19 |
| 52:23, 53:1 | 79:17, 79:19 | 113:13, 113:17 | 142:16, 142:18 | 160:20, 160:24 |
| 53:18, 53:21 | 79:23, 79:25 | 113:19, 113:22 | 142:20, 142:23 | 161:2, 161:5 |
| 53:24, 53:25 | 80:1, 80:10 | 113:24, 114:1 | 142:25, 143:2 | 161:7, 161:9 |

Interrogation of William Hurt    June 28, 2012

| | | | |
|---|---|---|---|
| 161:11, 161:14 | 179:10, 179:13 | 102:14, 109:22 | 70:18, 70:24 | 166:12, 189:15 |
| 161:17, 161:20 | 179:15, 179:20 | 117:22, 124:11 | 70:24, 71:1 | dumped 165:15 |
| 161:22, 161:23 | 179:23, 180:1 | difficult 46:4 | 71:3, 71:3 | dust 30:21 |
| 162:1, 162:4 | 180:4, 180:8 | digging 11:16 | 71:12, 71:13 | |
| 162:5, 162:8 | 180:10, 180:13 | 86:17, 88:6 | 71:22, 71:23 | **E** |
| 162:13, 162:17 | 180:17, 180:20 | 97:15 | 71:24, 73:11 | |
| 162:21, 162:25 | 180:22, 180:25 | digit 191:19 | 76:23, 78:20 | earlier 3:5, 19:2 |
| 163:4, 163:6 | 181:3, 181:7 | Dillard's 16:14 | 78:22, 96:7 | 22:2, 23:9 |
| 163:9, 163:11 | 181:12, 181:14 | direction 106:1 | 96:10, 96:11 | 24:20, 24:21 |
| 163:13, 163:15 | 181:16, 181:19 | 195:7 | 97:6, 112:10 | 25:23, 25:23 |
| 163:17, 163:20 | 181:22, 182:1 | dirt 30:23, 30:25 | 132:24, 133:1 | 27:8, 27:9 |
| 163:23, 163:24 | 182:4, 182:7 | 140:15, 140:15 | 133:2, 133:4 | 28:23, 29:7 |
| 164:1, 164:4 | 182:10, 182:13 | disabilities 15:8 | 133:19, 133:20 | 33:14, 37:1 |
| 164:7, 164:12 | 182:16, 182:20 | 15:12 | 133:24, 133:25 | 38:20, 41:24 |
| 164:21, 164:23 | 182:23, 183:2 | disappearance | 167:25 | 45:23, 52:9 |
| 165:1, 165:3 | 183:7, 183:9 | 109:13, 109:25 | doors 27:17, 28:7 | 55:4, 65:20 |
| 165:5, 165:8 | 183:11, 183:15 | 110:2 | doorway 16:12 | 68:7, 69:16 |
| 165:9, 165:12 | 183:17, 183:19 | discarded 152:17 | doubt 81:11 | 72:5, 72:7 |
| 165:17, 165:24 | 183:21, 183:25 | 152:18 | downstairs 71:1 | 72:16, 72:17 |
| 166:2, 166:7 | 184:3, 184:7 | disrupt 99:11 | 73:22, 76:23 | 85:22, 89:2 |
| 166:10, 166:14 | 184:12, 184:15 | DISTRICT 2:1, 2:1 | 78:23, 79:12 | 89:22, 91:22 |
| 166:18, 166:21 | 184:20, 184:23 | DIVISION 2:2 | 79:14, 97:4 | 96:5, 96:6 |
| 167:1, 167:6 | 184:25, 185:2 | DNA 65:20, 65:21 | 143:22, 144:11 | 96:12, 109:11 |
| 167:10, 167:12 | 185:4, 185:7 | 66:2, 66:3 | 152:12 | 113:2, 114:2 |
| 167:14, 167:16 | 185:9, 185:11 | 106:21, 106:22 | drag 100:2, 100:8 | 117:4, 134:19 |
| 167:18, 167:21 | 185:18, 185:21 | DOC 41:10 | 100:9, 165:22 | 136:24, 136:24 |
| 167:23, 167:25 | 185:24, 186:1 | doing 10:14, 13:4 | dragging 128:12 | 161:14, 184:16 |
| 168:1, 168:5 | 186:3, 186:7 | 14:20, 14:21 | drank 11:25 | 189:13, 190:22 |
| 168:7, 168:15 | 186:10, 186:13 | 17:19, 17:19 | 152:10 | easier 65:10 |
| 168:18, 168:23 | 186:16, 186:19 | 30:12, 46:6 | draw 99:13 | 65:14, 161:13 |
| 169:2, 169:6 | 186:23, 187:3 | 46:10, 48:15 | drawers 77:19 | 188:15 |
| 169:9, 169:11 | 187:11, 187:14 | 50:15, 51:10 | drawing 89:23 | easiest 165:21 |
| 169:15, 169:20 | 187:19, 187:23 | 57:13, 57:16 | drawn 6:23 | 166:5 |
| 169:24, 170:2 | 188:2, 188:8 | 61:21, 82:21 | dreamed 150:15 | East 3:24 |
| 170:6, 170:11 | 188:10, 188:16 | 83:9, 83:16 | drilling 54:24 | Eastland 7:13 |
| 170:15, 170:17 | 188:20, 188:24 | 83:17, 85:13 | 58:16, 58:17 | 7:14 |
| 170:21, 170:23 | 189:2, 189:7 | 86:14, 86:16 | drink 10:2, 28:14 | easy 45:8, 160:6 |
| 171:1, 171:6 | 189:10, 189:13 | 86:17, 86:19 | 75:17, 75:22 | 165:22 |
| 171:9, 171:16 | 189:17, 189:23 | 87:10, 87:11 | 76:4, 78:17 | eat 75:17, 129:7 |
| 171:20, 171:23 | 190:3, 190:7 | 87:16, 88:7 | 78:20 | 129:8 |
| 172:2, 172:5 | 190:10, 190:13 | 90:17, 91:21 | drinks 184:24 | eating 8:20, 17:4 |
| 172:8, 172:10 | 190:16, 190:24 | 96:18, 96:19 | drive 3:24, 46:1 | 77:24, 122:9 |
| 172:12, 172:15 | 191:2, 191:4 | 100:8, 100:9 | 59:11, 146:18 | 130:1 |
| 172:21, 172:23 | 191:7, 191:10 | 105:20, 108:1 | 166:21, 168:9 | edging 30:22 |
| 173:4, 173:7 | 191:13, 191:17 | 108:16, 113:11 | 168:21 | ego 188:18 |
| 173:9, 173:11 | 191:20, 191:25 | 123:9, 123:16 | drive-in 178:19 | either 37:15 |
| 173:15, 173:18 | 192:2, 192:4 | 127:13, 128:3 | driver 160:25 | 54:19, 56:24 |
| 173:22, 173:25 | 192:6, 192:9 | 128:4, 128:11 | driver's 147:11 | 59:21, 60:1 |
| 174:2, 174:4 | 192:11, 192:15 | 128:13, 128:24 | 160:21, 177:13 | 100:20, 101:5 |
| 174:8, 174:10 | 192:19, 192:22 | 130:13, 138:3 | driving 59:12 | 115:15, 115:18 |
| 174:13, 174:15 | 192:25, 193:3 | 152:13, 155:4 | 59:17, 146:17 | 116:3, 117:16 |
| 174:20, 174:23 | 193:5, 193:9 | 157:19, 158:7 | 146:20, 147:12 | 118:21, 122:5 |
| 175:1, 175:4 | 193:14, 193:16 | 184:3 | 147:13, 147:13 | 177:5 |
| 175:7, 175:10 | 193:21, 194:1 | dollar 65:3 | 149:3, 162:11 | electronically |
| 175:13, 175:17 | 194:3, 194:8 | dollars 184:21 | 166:11, 171:18 | 2:24 |
| 175:20, 175:24 | 194:13, 194:16 | 189:9 | 177:6, 177:15 | Eli 17:20 |
| 176:3, 176:6 | detectives 19:16 | door 9:12, 12:4 | 177:18 | eliminating 86:14 |
| 176:9, 176:11 | determine 86:21 | 12:5, 13:12 | drop 7:19 | else's 165:25 |
| 176:13, 176:15 | determined 86:22 | 14:16, 18:20 | dropped 7:20 | emancipated 92:9 |
| 176:17, 176:19 | 86:23 | 18:23, 18:24 | drove 147:15 | 92:9 |
| 176:22, 177:1 | die 34:24, 88:16 | 19:3, 20:15 | 153:18, 159:21 | emotional 65:19 |
| 177:4, 177:7 | 125:7, 136:25 | 20:19, 20:20 | 168:10, 168:19 | emotions 68:25 |
| 177:10, 177:12 | 137:3, 137:8 | 20:25, 24:17 | 170:4 | empty 111:22 |
| 177:15, 177:17 | 137:11, 139:5 | 24:24, 27:11 | drug 110:19 | ended 152:2 |
| 177:19, 177:22 | died 89:17 | 27:21, 28:2 | dry 48:25 | 152:3 |
| 177:25, 178:3 | difference 52:15 | 28:4, 28:6 | duck 67:9 | ends 23:23 |
| 178:5, 178:9 | 179:11 | 28:10, 28:19 | dude 57:3 | entered 9:12 |
| 178:13, 178:16 | different 31:14 | 28:24, 29:1 | dump 164:20 | 125:5 |
| 178:19, 178:23 | 31:14, 41:6 | 45:22, 53:5 | 165:1, 165:14 | entertain 86:13 |
| 178:25, 179:2 | 46:11, 53:12 | 60:21, 60:22 | 165:18, 165:20 | entire 106:8 |
| 179:5, 179:8 | 62:23, 98:25 | 70:15, 70:16 | 165:21, 166:5 | equation 22:2 |

Interrogation of William Hurt    June 28, 2012

ET 2:4, 2:7
Evansville 2:2
 2:7, 3:3, 32:6
193:12
everybody 8:10
 12:15, 27:15
 27:16, 27:18
 54:11, 64:19
 67:6, 68:12
 68:14, 85:6
 85:23, 103:12
 103:19, 109:19
 110:9, 120:21
 121:13, 153:11
 193:10
everyday 126:16
evidence 97:18
evidently 90:12
evil 81:12
exact 19:23
 38:12, 45:14
 98:12, 98:25
 106:17, 138:4
 153:22
exactly 39:1
 53:6, 53:23
 77:13, 78:23
 86:12, 86:21
 90:17, 94:20
 96:8, 100:17
 102:17, 105:20
 106:11, 106:25
 107:11, 157:7
 166:21, 168:8
 180:5
Excuse 183:3
 183:4
executed 150:11
exercise 4:14
expand 47:20
expect 168:5
expensive 43:1
 43:6
experienced
 134:19
expires 195:13
exploits 49:17
 49:21
eye 26:4, 26:5
eyes 10:19, 21:1
 24:16, 94:5

### F

fabricate 65:14
fabricating 21:3
 24:15, 24:16
 24:18
face 44:13, 44:13
 142:12, 142:13
 144:6, 154:16
 154:21, 154:22
Facebook 191:11
facilities 41:17
fact 23:4, 29:8
 38:6, 62:13
 63:22, 65:6
 86:13, 151:11
facts 84:10
 84:11, 84:13
 88:8, 186:21

193:24
falls 168:14
families 85:23
family 21:22
 21:24, 43:15
 68:13, 77:6
 77:10, 79:8
 85:4, 85:4, 85:5
 91:21, 99:10
 99:12, 99:14
 99:16, 99:17
 99:19, 99:22
 101:6, 101:7
 101:10, 101:13
 102:12, 102:13
 103:1, 103:14
 103:17, 103:17
 110:9, 116:12
 116:13, 116:13
 116:18, 118:2
 120:19, 121:12
 128:9, 128:22
 130:23, 131:7
 131:20, 131:22
 132:1, 132:20
 137:5, 137:7
 137:14, 138:2
 139:11, 139:13
 139:13
family's 105:25
family. · 79:6
far 20:14, 22:14
 25:25, 26:2
 69:7, 83:23
 86:22, 102:12
 103:6, 103:11
 121:2, 143:19
 144:11, 153:2
 153:3, 153:8
 153:9, 167:6
 167:8, 170:23
 170:23, 170:25
fast 10:13, 62:9
 105:5
fate 109:18
Father's 180:14
fault 51:12
favor 138:6
 138:7
fed 13:24, 47:5
 47:5, 73:16
 99:23
feed 30:25
feeding 79:14
feel 31:7, 31:9
 69:4, 69:21
 70:2, 102:13
 123:4, 123:4
 124:1, 124:2
 125:12, 125:20
 125:21, 125:22
 126:1, 127:11
 127:14, 127:22
 129:4, 129:20
 131:18, 131:19
 133:9, 137:2
 150:10, 151:15
 188:14, 194:6
feeling 19:13
 124:4, 127:19
 127:20, 128:6

131:2, 132:12
 135:1
feet 112:2, 112:3
 167:9, 194:14
fell 13:24, 28:3
 64:6, 133:23
 133:24
fella 40:18
felt 125:12
 126:13, 126:14
 126:15, 126:15
field 83:24
fight 42:13
 44:10, 102:5
 155:17, 164:5
fighting 41:24
 42:3, 42:10
 42:12, 42:18
fights 44:12
 44:13
figure 27:4
 55:23, 73:5
 73:12, 73:15
 193:16
file 2:24
filled 10:25
 10:25, 11:24
 13:9, 27:20
 28:16, 78:19
 152:8
filling 18:18
finally 51:2
 69:20, 99:6
 99:9
find 22:11, 22:15
 31:24, 32:3
 32:11, 39:8
 46:15, 46:15
 46:16, 49:21
 65:21, 66:3
 66:8, 66:14
 97:1, 165:20
 168:4, 168:5
 171:14, 171:14
 172:24, 184:3
 184:4, 184:7
 184:16
finding 109:5
finds 69:17, 92:7
fine 87:17
 110:12, 110:17
 190:3, 190:11
 190:15, 191:20
 192:12
finger 92:25
 116:7
fingerprints
 66:15, 66:22
finished 118:19
fire 96:23, 96:25
 128:6
first 3:8, 3:10
 47:23, 67:8
 68:5, 91:15
 93:16, 93:23
 99:17, 100:16
 101:9, 112:3
 114:6, 133:25
 168:11, 181:1
 181:4
fist 154:18

fit 17:7
five 10:8, 28:11
 29:9, 75:4
 75:14, 81:4
 142:8, 156:8
 156:9, 188:21
 188:21
flirt 98:22
float 170:15
 170:24
floated 170:14
 170:20, 170:21
floating 170:12
flying 30:21
folded 149:20
follow 94:11
 94:15, 106:2
following 94:14
follows 12:16
food 184:25
foot 15:11, 62:9
football 14:19
 17:18, 28:15
 78:12
footprints 32:12
force 144:16
forced 144:13
foregoing 195:6
 195:12
foresee 46:6
forever 81:13
forget 147:3
 147:4, 192:17
forgot 181:21
form 2:51, 63:6
formal 72:14
forward 68:6
foster 41:11
 98:10, 98:15
 99:9, 100:21
 102:12, 102:13
 103:1, 103:17
 125:5
found 35:2, 35:6
 35:20, 36:17
 38:11, 49:23
 90:6, 90:12
 106:21, 137:12
 184:13
four 90:8, 185:10
 185:11, 185:13
 186:8
Fourteen 37:7
frankly 83:18
freak 192:18
freaked 67:6
freaking 105:18
freaks 192:19
free 191:22
fresh 76:15
 141:11
frickin 41:3
Friday 73:25
 74:3, 180:20
 180:24, 180:25
friend 37:6
friends 30:4
 94:16, 94:18
 119:15, 119:16
 119:22, 120:4
 120:5, 120:6

120:9
front 70:16
 70:18, 86:25
 140:13, 143:10
 147:17, 150:2
 152:14, 159:24
fucking 38:17
full 81:22, 93:16
fun 85:9, 148:5
 148:9, 148:12
 150:21
function 129:1
 150:20
functions 126:16
funeral 34:13
 34:18, 37:2
 88:15, 89:9
 89:14
further 195:10

### G

gain 150:7
gained 137:4
game 10:14, 10:17
 12:23, 17:11
 17:15, 18:12
 18:17, 27:18
 28:12, 45:19
 61:19, 71:17
 73:6, 78:7
 152:1, 152:2
games 6:18
gang 155:3
garage 70:23
 71:13, 187:8
gas 7:21, 59:23
 73:21, 178:11
 178:13, 182:4
 182:17, 186:24
gate 169:3
getting 6:17
 14:13, 32:23
 41:4, 47:5
 52:14, 64:8
 69:5, 69:9
 69:13, 73:19
 83:18, 85:16
 85:19, 88:9
 88:9, 90:3
 95:15, 95:24
 96:14, 97:6
 99:22, 103:1
 108:21, 119:13
 125:13, 127:12
 131:15, 131:16
 131:17, 132:7
 154:5, 185:13
 186:24, 190:17
 192:20, 194:14
giant 65:8
gift 189:5, 190:5
 190:8
girls 78:15
 120:6, 126:17
 173:3
give 3:8, 25:23
 38:25, 49:2
 86:9, 93:16
 100:19, 104:6
 111:12, 118:17

| | | | | |
|---|---|---|---|---|
| 127:10, 138:6 | goes 12:15, 12:16 | 102:2, 102:4 | gotten 6:16, 6:24 | 168:8, 171:15 |
| 138:7, 175:25 | 27:14, 50:12 | 102:5, 102:13 | 144:10 | 172:1, 174:10 |
| 181:11 | 50:13, 156:16 | 102:16, 102:21 | grab 160:9 | 174:16, 174:21 |
| given 84:13 | 160:25, 169:25 | 103:25, 104:19 | grabbed 9:17 | 175:2, 175:25 |
| 195:16 | 191:16 | 105:19, 113:13 | 9:22, 9:23, 9:25 | 176:4, 178:5 |
| giving 55:2 | going 4:5, 5:5 | 119:1, 119:2 | 10:24, 11:17 | 178:6, 179:2 |
| 57:23, 84:10 | 10:16, 10:24 | 120:14, 121:8 | 17:11, 17:13 | 179:5, 186:23 |
| 84:11, 93:24 | 11:15, 15:19 | 121:11, 121:12 | 160:11 | 193:18 |
| 108:6, 128:10 | 15:23, 16:10 | 121:14, 121:15 | grades 15:15 | |
| glad 109:19 | 18:13, 20:16 | 121:22, 121:23 | graduated 15:16 | |
| go 5:5, 6:2, 8:16 | 22:15, 23:10 | 122:5, 123:2 | Graduation 190:5 | H |
| 9:1, 16:1, 16:10 | 23:11, 25:18 | 123:3, 123:3 | grandma's 30:20 | |
| 16:11, 18:14 | 26:2, 30:3, 31:3 | 123:4, 123:5 | granted 2:24 | H-U-R-T 3:19 |
| 27:16, 28:7 | 31:24, 32:3 | 123:5, 123:6 | grassy 170:5 | half 5:22, 10:15 |
| 28:8, 29:11 | 32:6, 32:15 | 123:7, 123:8 | great 85:4 | 17:16, 52:15 |
| 29:19, 30:21 | 35:16, 39:2 | 123:13, 124:2 | Green 6:22, 16:18 | 188:19, 188:21 |
| 31:23, 33:9 | 41:2, 42:2 | 124:3, 124:10 | 16:23 | hall 194:11 |
| 33:11, 43:10 | 46:12, 46:13 | 124:13, 124:25 | greeting 72:15 | hallway 28:10 |
| 44:15, 44:17 | 46:15, 46:15 | 125:14, 125:16 | grief 126:15 | hand 10:22, 12:1 |
| 44:25, 46:23 | 46:16, 47:6 | 125:17, 125:25 | grieve 121:13 | 13:11, 18:21 |
| 46:23, 46:24 | 47:7, 48:3 | 126:1, 126:1 | grill 69:18 | 27:22, 28:12 |
| 46:25, 48:1 | 49:17, 49:20 | 126:2, 126:3 | grilled 69:14 | 28:17, 55:25 |
| 52:1, 52:7 | 49:21, 51:1 | 126:18, 126:24 | grilling 69:14 | 66:5, 66:7 |
| 53:10, 57:8 | 51:2, 51:2, 51:2 | 126:24, 127:9 | 70:1 | 71:15, 71:16 |
| 60:23, 62:6 | 52:24, 59:7 | 127:9, 127:10 | ground 142:20 | 72:1, 72:6, 72:8 |
| 65:18, 66:1 | 59:11, 59:16 | 127:10, 127:11 | 155:17, 157:5 | 72:12, 72:14 |
| 68:16, 68:19 | 62:23, 63:23 | 127:13, 127:14 | 157:19 | 72:18, 78:9 |
| 68:24, 69:3 | 64:7, 65:17 | 128:24, 129:1 | guarantee 90:19 | 78:21, 93:13 |
| 69:4, 76:4 | 66:8, 66:14 | 129:14, 129:15 | 90:21, 91:4 | 141:10, 141:11 |
| 76:23, 76:23 | 66:25, 67:4 | 129:18, 129:20 | 91:5, 97:23 | 142:5, 142:10 |
| 77:2, 77:2 | 67:5, 67:9 | 129:20, 129:23 | 97:24, 104:1 | 150:5, 152:11 |
| 78:13, 81:12 | 67:11, 67:15 | 129:24, 129:24 | 123:15, 137:13 | 154:2, 154:5 |
| 82:12, 85:7 | 67:16, 68:6 | 129:25, 130:1 | 137:14 | 154:5, 173:14 |
| 87:17, 87:20 | 68:10, 68:12 | 130:2, 131:2 | guess 38:1, 92:17 | 195:16 |
| 89:2, 92:5, 97:6 | 68:13, 68:13 | 132:4, 134:14 | 168:24 | handle 126:16 |
| 98:25, 100:25 | 68:14, 68:15 | 134:16, 134:17 | guilt 107:4 | 134:15 |
| 101:16, 102:11 | 68:16, 68:16 | 141:17, 148:22 | guiltiest 114:19 | hands 49:14, 50:1 |
| 102:17, 105:22 | 69:18, 70:20 | 152:13, 157:12 | guilty 44:17 | 50:3, 50:6 |
| 105:24, 105:25 | 74:18, 74:20 | 162:9, 166:2 | gurgling 145:6 | 55:20, 56:3 |
| 109:14, 109:20 | 76:15, 78:1 | 168:3, 171:13 | guy 47:2, 81:10 | 56:6, 56:8 |
| 110:12, 110:14 | 78:8, 79:4 | 171:13, 171:24 | 94:1, 116:12 | 56:12, 56:19 |
| 110:16, 113:13 | 79:14, 80:25 | 173:13, 173:19 | guy's 191:4 | 132:17, 141:10 |
| 124:15, 124:25 | 82:8, 83:4 | 174:17, 181:19 | guys 14:18, 19:13 | 142:4, 143:3 |
| 125:15, 126:3 | 83:24, 86:1 | 183:4, 184:3 | 19:15, 19:23 | 158:4 |
| 127:8, 127:13 | 86:25, 87:3 | 184:4, 184:7 | 27:4, 27:5, 27:6 | hang 194:16 |
| 128:14, 129:9 | 88:1, 90:21 | 184:16, 185:12 | 31:10, 32:22 | hanging 135:3 |
| 130:2, 130:3 | 90:22, 90:23 | 186:10, 187:14 | 34:11, 34:12 | 135:4 |
| 132:25, 133:13 | 91:4, 91:6, 91:7 | 188:11, 188:11 | 34:18, 37:1 | happen 40:23 |
| 133:13, 133:15 | 91:7, 91:8, 91:8 | 189:23, 191:21 | 37:10, 41:6 | 87:3, 91:7, 91:9 |
| 134:24, 137:19 | 91:10, 91:12 | 191:22, 192:6 | 55:19, 55:24 | 91:13, 92:11 |
| 138:22, 139:7 | 91:13, 91:14 | 193:17, 194:9 | 56:2, 56:8 | 99:1, 100:13 |
| 139:14, 146:11 | 91:16, 92:11 | 194:10 | 56:19, 56:21 | 101:2, 102:4 |
| 151:20, 153:6 | 92:12, 92:12 | Golike 4:22, 6:12 | 57:15, 57:20 | 103:25, 103:25 |
| 153:10, 153:10 | 92:14, 92:15 | 85:5, 109:25 | 58:6, 58:16 | 109:12, 123:14 |
| 153:13, 153:15 | 92:15, 92:16 | 125:8 | 73:1, 73:1 | 151:16 |
| 155:13, 158:21 | 93:15, 93:17 | good 5:4, 14:21 | 74:19, 76:10 | happened 10:10 |
| 160:9, 163:23 | 93:22, 93:23 | 14:22, 15:18 | 77:10, 83:15 | 19:19, 19:22 |
| 164:5, 164:24 | 94:11, 95:5 | 17:7, 17:19 | 88:15, 88:23 | 19:22, 21:10 |
| 165:14, 166:12 | 95:7, 95:25 | 33:21, 46:8 | 91:22, 98:7 | 24:19, 24:25 |
| 166:14, 167:6 | 95:25, 96:22 | 63:25, 77:24 | 98:23, 118:12 | 24:25, 25:1 |
| 168:11, 168:13 | 97:1, 97:17 | 79:18, 83:16 | 122:10, 143:21 | 25:13, 26:4 |
| 169:16, 170:4 | 97:20, 97:22 | 83:17, 87:2 | 143:25, 146:3 | 27:5, 27:5, 28:2 |
| 171:10, 178:9 | 98:2, 98:3, 98:4 | 94:1, 95:18 | 146:10, 147:6 | 29:10, 37:19 |
| 186:23, 189:22 | 98:18, 98:24 | 99:10, 130:7 | 148:3, 150:7 | 39:6, 39:8, 45:1 |
| 192:3, 193:9 | 99:1, 99:4, 99:6 | 130:7, 132:7 | 151:22, 153:24 | 55:11, 56:22 |
| 193:9, 193:16 | 99:14, 99:14 | 157:8, 187:13 | 156:16, 156:21 | 58:25, 62:15 |
| God 38:17, 39:20 | 99:16, 99:24 | 193:21 | 157:3, 159:19 | 63:10, 67:3 |
| 57:1, 57:11 | 100:1, 100:12 | goodbye 18:21 | 160:16, 164:9 | 67:5, 67:18 |
| 58:14, 61:4 | 100:15, 100:21 | goodies 182:8 | 164:13, 164:15 | 67:19, 70:14 |
| 81:4, 90:7 | 100:22, 101:7 | gosh 61:12, 64:2 | 164:18, 164:18 | 73:6, 73:12 |
| 102:19, 123:3 | 101:21, 101:22 | 68:25, 118:15 | 165:15, 167:2 | 73:15, 79:5 |
| | | | | 80:20, 80:22 |

Interrogation of William Hurt    June 28, 2012

| | | | | |
|---|---|---|---|---|
| 80:24, 90:9 | 119:15, 119:16 | 39:13, 39:19 | 74:14, 74:17 | 157:16, 162:25 |
| 90:11, 90:11 | 119:21, 119:25 | 39:21, 40:1 | 74:18, 75:8 | 185:19 |
| 90:22, 95:11 | 120:14, 132:1 | 61:10, 61:15 | 75:8, 75:11 | hits 156:24 |
| 96:16, 96:17 | 132:2, 132:6 | 63:2, 81:11 | 75:12, 80:2 | hitting 85:19 |
| 97:2, 97:4 | 132:13, 132:13 | 113:15, 113:16 | 80:3, 83:14 | 154:13, 155:25 |
| 97:18, 98:3 | 132:17, 132:18 | 117:6, 125:6 | 83:14, 83:15 | 155:25, 156:3 |
| 100:17, 102:18 | 132:19, 133:17 | 125:9 | 84:16, 84:23 | 156:16, 156:22 |
| 105:16, 106:4 | 134:7, 134:10 | harming 41:18 | 85:1, 85:3, 85:4 | 157:3, 163:2 |
| 106:6, 106:10 | 135:5, 135:19 | 41:20 | 86:3, 86:4 | hold 49:14, 50:1 |
| 112:14, 112:21 | 136:8, 136:8 | hat 149:10 | 87:12, 87:13 | 50:6, 87:5 |
| 112:22, 124:14 | 136:11, 136:14 | 149:13, 149:20 | 87:14, 88:4 | 104:21 |
| 124:16, 125:18 | 137:18, 137:19 | 149:25, 152:17 | 89:3, 95:5 | holding 50:3 |
| 126:12, 129:23 | 137:23, 138:22 | hate 38:17 | 103:2, 104:4 | 81:13, 81:20 |
| 131:10, 135:5 | 139:2, 139:6 | he'll 46:22 | 105:3, 105:6 | 84:22, 84:25 |
| 135:20, 135:22 | 139:7, 139:9 | 46:23, 46:23 | 105:7, 105:8 | hole 26:8, 86:17 |
| 135:24, 135:25 | 139:11, 139:12 | 46:25, 50:4 | 105:8, 110:20 | 88:6, 97:15 |
| 136:2, 137:9 | 139:23, 140:20 | 100:25 | 110:21, 119:5 | 189:24 |
| 140:13, 141:2 | 141:7, 142:16 | head 50:5, 85:19 | 119:8, 120:25 | Holy 57:3 |
| 143:23, 143:25 | 142:25, 143:6 | 86:2, 121:16 | 121:5, 121:7 | home 6:24, 7:17 |
| 149:6, 151:21 | 145:13, 145:19 | 121:18, 121:23 | 121:9, 121:10 | 8:1, 8:18, 8:19 |
| 151:22, 155:14 | 145:21, 145:23 | 126:2, 126:3 | 121:12, 121:12 | 8:22, 17:1, 17:4 |
| 155:15, 159:18 | 146:16, 147:18 | 129:11, 136:11 | 125:25, 129:16 | 47:2, 47:8, 48:7 |
| 171:6, 172:25 | 148:22, 148:25 | 187:15, 187:18 | 130:21, 138:8 | 52:11, 52:14 |
| 173:1, 173:4 | 149:14, 151:7 | head's 124:10 | 149:4, 167:13 | 53:3, 53:6 |
| 173:5, 174:7 | 151:25, 152:12 | heading 36:7 | helped 56:16 | 64:10, 64:16 |
| 174:9, 175:21 | 152:19, 153:15 | 36:10 | 77:8, 102:20 | 71:25, 73:21 |
| 176:23, 179:15 | 154:7, 154:12 | hear 15:3, 23:1 | 160:13, 167:14 | 77:23, 79:10 |
| 180:22, 181:22 | 154:13, 155:18 | 23:2, 23:19 | helping 21:25 | 79:10, 85:23 |
| 187:5, 187:5 | 156:1, 156:10 | 82:18, 93:22 | 22:11, 23:9 | 92:6, 92:6, 92:6 |
| 187:8, 191:5 | 157:3, 157:24 | 93:23, 108:21 | 25:19, 26:1 | 92:6, 171:8 |
| 193:25, 194:4 | 158:18, 160:12 | 126:11, 128:7 | 68:8, 68:11 | 171:10, 171:18 |
| happy 46:25 | 162:13, 163:3 | 128:7, 128:8 | 81:13, 81:14 | 179:6, 179:16 |
| hard 24:6, 124:9 | 163:10, 164:25 | 131:13, 131:14 | 82:20, 86:9 | 192:3 |
| 127:23, 127:25 | 165:16, 167:11 | 134:1 | 86:15, 96:20 | honest 8:12, 18:7 |
| 128:1, 128:3 | 173:6, 175:6 | heard 20:15 | 102:22, 103:3 | 19:8, 26:24 |
| 129:15, 138:11 | 176:2, 177:7 | 22:24, 22:25 | 103:3, 103:7 | 33:2, 45:2 |
| 158:24, 172:15 | 177:22, 181:9 | 25:14, 27:11 | 107:9, 110:22 | 46:14, 60:8 |
| 174:4 | 183:19, 183:22 | 27:17, 28:7 | 119:10 | 65:24, 95:6 |
| Harley 9:3, 9:17 | 185:6 | 28:8, 28:10 | helps 151:12 | 100:12, 162:6 |
| 12:7, 17:11 | Harley's 19:3 | 28:10, 28:23 | hem 91:7, 103:14 | 185:25 |
| 19:2, 19:3 | 20:15, 22:3 | 34:12, 34:18 | 103:21 | honestly 24:7 |
| 20:11, 22:1 | 22:4, 22:4 | 37:1, 39:3 | hemmed 65:19 | 26:21, 35:21 |
| 22:5, 22:18 | 27:11, 28:4 | 45:22, 70:12 | 91:8, 103:13 | 39:20, 39:21 |
| 23:3, 23:21 | 28:6, 28:24 | 70:20, 76:14 | hemming 23:11 | 57:22, 60:12 |
| 28:10, 30:5 | 29:1, 45:22 | 79:23, 83:20 | hereto 195:11 | 61:4, 67:1, 77:1 |
| 30:9, 31:2, 33:6 | 46:18, 60:22 | 88:15, 89:14 | hesitating 20:21 | 79:5, 80:16 |
| 40:14, 40:16 | 92:12, 96:7 | 93:1, 96:7, 96:9 | hey 87:21, 97:2 | 93:21, 98:22 |
| 41:7, 43:19 | 97:23, 100:22 | 96:9, 96:11 | 103:11, 136:24 | 111:9, 112:17 |
| 43:20, 44:9 | 119:15, 134:11 | 109:10, 132:23 | 138:9, 138:9 | 112:21, 120:14 |
| 44:10, 44:11 | 165:17, 165:24 | 133:1, 133:2 | 162:5 | 125:10, 137:19 |
| 45:2, 45:3 | 180:25, 189:14 | 133:3, 133:18 | hi 154:2, 173:14 | 146:24, 180:11 |
| 45:20, 45:25 | harm 39:22, 40:4 | 133:19, 133:25 | hidden 146:1 | 181:5, 183:13 |
| 46:20, 60:22 | 40:7, 40:11 | 134:2, 135:6 | hide 128:15 | 183:21, 188:10 |
| 73:20, 73:24 | 42:2, 56:17 | heat 155:1 | 165:2, 165:3 | 189:12, 193:18 |
| 78:5, 78:13 | 57:21, 58:1 | heaven 130:24 | high 41:13 | honesty 57:12 |
| 81:3, 89:3 | 58:9, 58:10 | heavy 33:12, 75:5 | highest 41:13 | Honor 87:6 |
| 90:19, 90:20 | 63:5, 113:14 | 75:6, 125:16 | Highway 178:15 | hope 91:2, 91:3 |
| 93:17, 97:3 | 113:17, 114:8 | 167:12 | hill 166:24 | 134:24, 194:8 |
| 99:15, 99:18 | 114:14, 115:11 | height 40:20 | 168:11 | 194:8 |
| 100:2, 100:8 | 115:16, 115:19 | held 105:9 | hinges 95:20 | horrible 150:12 |
| 100:9, 100:18 | 115:20, 115:20 | 105:10 | 95:21 | hour 10:15, 17:16 |
| 101:17, 101:20 | 115:23, 115:24 | hell 79:1, 102:2 | hire 4:12 | 52:15, 53:13 |
| 103:6, 103:14 | 116:2, 116:5 | 128:12, 175:23 | hit 28:3, 29:8 | 179:11 |
| 104:2, 106:5 | 116:13, 116:13 | 183:23 | 89:18, 129:14 | hours 22:6, 36:16 |
| 106:5, 107:3 | 116:18, 116:25 | help 25:18, 27:4 | 129:15, 141:3 | 74:5, 81:5 |
| 107:24, 110:13 | 117:2, 117:20 | 44:3, 44:5 | 141:12, 141:12 | 83:21, 85:14 |
| 111:8, 113:3 | 117:21, 117:22 | 51:11, 54:19 | 141:18, 142:5 | 85:21, 107:22 |
| 113:14, 113:15 | 120:9, 125:3 | 54:23, 57:21 | 142:6, 142:12 | 123:24, 188:17 |
| 113:22, 114:21 | 125:8, 126:8 | 58:15, 58:15 | 148:17, 154:15 | 188:18, 188:21 |
| 115:8, 115:16 | 127:4, 131:22 | 68:10, 70:2 | 154:16, 155:11 | 188:21 |
| 116:10, 117:14 | harmed 39:12 | 74:11, 74:12 | 156:6, 156:10 | house 9:8, 22:16 |

| | | | | |
|---|---|---|---|---|
| 39:25, 40:1 | 19:10, 19:12 | 45:12, 45:15 | 72:3, 72:9 | 111:20, 112:1 |
| 40:3, 40:4 | 19:15, 19:18 | 46:2, 46:5 | 72:13, 72:22 | 112:8, 112:14 |
| 40:10, 42:2 | 19:21, 19:25 | 46:17, 46:20 | 73:2, 73:5, 73:9 | 112:17, 112:20 |
| 46:7, 46:19 | 20:4, 20:9 | 47:9, 47:12 | 73:12, 73:14 | 113:1, 113:6 |
| 47:3, 50:18 | 20:17, 21:8 | 47:15, 47:18 | 74:1, 74:4, 74:9 | 113:8, 113:10 |
| 50:20, 61:3 | 21:12, 21:14 | 47:23, 48:5 | 74:13, 74:17 | 113:16, 113:18 |
| 64:20, 65:6 | 21:17, 21:20 | 48:9, 48:13 | 74:24, 75:2 | 113:21, 113:23 |
| 68:12, 89:11 | 21:22, 21:23 | 48:18, 48:21 | 75:12, 75:15 | 113:25, 114:3 |
| 98:20, 98:25 | 22:7, 22:10 | 48:25, 49:7 | 75:18, 75:21 | 114:10, 114:12 |
| 104:18, 107:24 | 22:17, 22:20 | 49:10, 49:13 | 75:24, 76:2 | 114:13, 114:17 |
| 120:3, 127:2 | 22:22, 22:25 | 49:18, 49:20 | 76:8, 76:10 | 114:20, 114:23 |
| 133:21, 143:16 | 23:5, 23:7 | 49:25, 50:3 | 76:13, 76:16 | 115:1, 115:6 |
| 143:19, 144:9 | 23:13, 23:17 | 50:9, 50:16 | 76:19, 76:22 | 115:11, 115:15 |
| 152:24, 172:17 | 23:25, 24:5 | 50:18, 50:20 | 77:1, 77:4, 77:8 | 115:19, 115:24 |
| 172:24, 187:1 | 24:9, 24:12 | 50:22, 51:1 | 77:13, 77:18 | 116:2, 116:5 |
| 187:4 | 25:4, 25:7 | 51:4, 51:8 | 78:4, 79:2, 80:8 | 116:8, 116:11 |
| How'd 116:8 | 25:11, 25:16 | 51:16, 51:19 | 80:12, 80:16 | 116:17, 116:21 |
| HRS 3:1, 76:5 | 25:21, 26:7 | 51:22, 51:25 | 80:19, 80:23 | 117:1, 117:8 |
| 76:5, 194:18 | 26:11, 26:18 | 52:6, 52:16 | 81:24, 82:3 | 117:11, 117:16 |
| hug 50:4, 72:4 | 26:21, 26:24 | 52:18, 52:22 | 82:14, 82:16 | 117:19, 117:24 |
| 72:23 | 27:2, 27:10 | 52:24, 53:16 | 82:24, 83:5 | 118:1, 118:1 |
| hugged 8:21, 17:3 | 27:14, 28:1 | 53:20, 53:23 | 83:8, 83:11 | 118:4, 118:5 |
| Huh 40:6, 173:9 | 28:6, 29:1, 29:5 | 54:6, 54:9 | 83:15, 84:13 | 118:7, 118:8 |
| 194:13 | 29:13, 29:16 | 54:12, 54:16 | 84:17, 84:22 | 118:9, 118:10 |
| Huh-uh 29:13 | 29:18, 29:20 | 54:21, 55:1 | 84:25, 85:11 | 118:11, 118:15 |
| 42:24, 173:17 | 29:22, 29:25 | 55:6, 55:9 | 85:17, 86:7 | 118:18, 118:23 |
| 176:18, 178:24 | 30:2, 30:6, 30:8 | 55:12, 55:16 | 86:11, 87:2 | 119:4, 119:12 |
| 181:11 | 30:12, 30:18 | 55:19, 55:24 | 87:9, 87:18 | 119:18, 119:22 |
| hundred 65:2 | 31:5, 31:9 | 56:2, 56:5, 56:7 | 87:20, 87:23 | 120:1, 120:4 |
| hung 77:5 | 31:18, 31:22 | 56:11, 56:14 | 88:3, 88:11 | 120:10, 120:12 |
| hungry 187:10 | 31:25, 32:4 | 56:16, 56:21 | 88:14, 88:18 | 120:20, 120:24 |
| 192:20, 192:24 | 32:11, 32:22 | 57:1, 57:3, 57:5 | 88:23, 89:2 | 121:3, 121:10 |
| hurt 2:4, 2:10 | 33:2, 33:5, 33:7 | 57:8, 57:11 | 89:8, 89:13 | 122:1, 122:4 |
| 2:32, 3:9, 3:11 | 33:17, 33:24 | 57:15, 57:20 | 89:20, 89:23 | 122:8, 122:15 |
| 3:13, 3:15, 3:17 | 34:3, 34:6, 34:9 | 58:3, 58:6 | 90:1, 91:1 | 122:19, 122:24 |
| 3:19, 3:19, 3:22 | 34:15, 34:17 | 58:10, 58:14 | 91:10, 91:18 | 123:3, 123:11 |
| 3:24, 4:2, 4:4 | 34:21, 34:25 | 58:19, 58:21 | 91:25, 92:12 | 123:18, 123:20 |
| 4:7, 4:16, 4:21 | 35:2, 35:5 | 59:3, 59:5, 59:9 | 92:18, 92:22 | 124:17, 125:3 |
| 4:24, 5:2, 5:7 | 35:10, 35:19 | 59:14, 59:18 | 93:4, 93:9 | 125:12, 126:6 |
| 5:10, 5:12, 5:15 | 35:25, 36:4 | 59:20, 60:1 | 93:19, 94:2 | 126:10, 126:25 |
| 5:21, 5:25, 6:5 | 36:10, 36:14 | 60:8, 60:12 | 94:8, 94:13 | 127:1, 127:2 |
| 6:7, 6:13, 6:16 | 36:21, 36:25 | 60:19, 61:4 | 94:19, 95:5 | 127:7, 127:17 |
| 6:21, 7:2, 7:8 | 37:4, 37:7, 37:9 | 61:9, 61:12 | 95:16, 95:22 | 127:21, 127:23 |
| 7:12, 7:16, 7:20 | 37:10, 37:17 | 61:14, 61:16 | 96:24, 97:10 | 128:17, 128:19 |
| 7:24, 8:2, 8:5 | 37:21, 38:1 | 61:18, 61:22 | 97:14, 97:21 | 129:3, 129:6 |
| 8:8, 8:15, 8:17 | 38:5, 38:7 | 61:23, 61:25 | 97:25, 98:9 | 129:17, 129:24 |
| 8:19, 9:3, 9:10 | 38:13, 38:17 | 62:2, 62:3, 62:6 | 98:14, 98:17 | 130:5, 130:11 |
| 9:13, 9:16, 9:19 | 38:22, 38:24 | 62:10, 62:12 | 99:16, 99:20 | 131:11, 131:22 |
| 9:21, 10:1, 10:3 | 39:4, 39:10 | 62:17, 62:21 | 100:3, 100:5 | 131:25, 132:3 |
| 10:5, 10:8 | 39:13, 39:15 | 62:25, 63:4 | 101:9, 101:14 | 132:6, 132:14 |
| 10:11, 10:19 | 39:18, 39:24 | 63:8, 63:12 | 101:18, 102:10 | 132:23, 133:1 |
| 11:4, 11:8 | 40:5, 40:7 | 63:14, 63:17 | 102:22, 102:24 | 133:7, 133:11 |
| 11:12, 11:15 | 40:10, 40:13 | 63:20, 63:22 | 103:5, 103:7 | 133:16, 133:18 |
| 11:20, 11:23 | 40:15, 40:17 | 64:2, 64:5, 64:9 | 103:10, 103:20 | 133:23, 134:2 |
| 12:3, 12:6, 12:9 | 40:19, 40:24 | 64:14, 64:17 | 104:5, 104:10 | 134:5, 134:8 |
| 12:11, 12:13 | 41:3, 41:9 | 64:24, 65:4 | 104:13, 104:15 | 134:20, 134:23 |
| 12:18, 12:22 | 41:13, 41:16 | 65:12, 65:16 | 104:20, 104:23 | 135:6, 135:10 |
| 12:25, 13:5 | 41:22, 42:1 | 65:22, 65:24 | 105:4, 105:12 | 135:12, 135:19 |
| 13:7, 13:14 | 42:5, 42:8 | 66:5, 66:10 | 105:20, 106:3 | 135:21, 135:23 |
| 13:17, 13:19 | 42:10, 42:13 | 66:13, 66:16 | 106:7, 106:12 | 135:25, 136:4 |
| 13:22, 14:3 | 42:18, 42:21 | 66:19, 66:21 | 106:19, 107:5 | 136:9, 136:12 |
| 14:5, 14:8 | 42:24, 43:2 | 66:24, 67:2 | 107:8, 107:15 | 136:16, 136:19 |
| 14:10, 14:13 | 43:4, 43:6 | 67:13, 67:21 | 107:18, 107:22 | 137:1, 137:6 |
| 14:19, 15:1 | 43:10, 43:14 | 68:19, 68:24 | 108:3, 108:10 | 137:21, 138:1 |
| 15:4, 15:6, 15:9 | 43:17, 43:20 | 69:5, 69:12 | 108:18, 108:23 | 138:2, 138:2 |
| 15:11, 15:13 | 43:23, 44:1 | 69:19, 69:22 | 109:1, 109:8 | 138:13, 138:16 |
| 15:16, 15:22 | 44:5, 44:8 | 70:7, 70:10 | 109:14, 110:3 | 138:20, 138:25 |
| 15:25, 16:2 | 44:10, 44:11 | 70:17, 70:22 | 110:6, 110:10 | 139:6, 139:12 |
| 16:6, 16:9, 18:2 | 44:11, 44:19 | 71:4, 71:8 | 110:14, 110:23 | 139:15, 139:17 |
| 18:4, 18:9 | 44:23, 45:4 | 71:16, 71:19 | 110:25, 111:7 | 139:20, 139:21 |
| 18:11, 19:4 | 45:5, 45:5, 45:8 | 71:22, 71:24 | 111:14, 111:17 | 139:22, 139:24 |

140:2, 140:4
140:6, 140:7
140:9, 140:12
140:18, 140:19
140:20, 140:21
140:22, 140:24
141:4, 141:6
141:8, 141:13
141:16, 141:23
142:2, 142:7
142:9, 142:13
142:15, 142:17
142:19, 142:22
142:24, 143:1
143:3, 143:7
143:11, 143:15
143:18, 143:22
144:1, 144:4
144:6, 144:9
144:13, 144:15
144:17, 144:19
144:21, 144:23
145:1, 145:3
145:5, 145:8
145:10, 145:12
145:14, 145:17
145:21, 145:24
146:1, 146:5
146:7, 146:9
146:12, 146:14
146:18, 146:22
146:24, 147:14
147:17, 147:19
147:21, 147:23
148:1, 148:4
148:7, 148:11
148:11, 148:15
148:19, 148:23
148:25, 149:3
149:5, 149:8
149:11, 149:14
149:16, 149:18
149:20, 149:23
150:1, 150:3
150:6, 150:9
150:12, 150:14
150:19, 150:20
150:21, 150:22
150:23, 150:25
151:1, 151:3
151:5, 151:8
151:11, 151:17
151:24, 152:6
152:10, 152:22
152:25, 153:3
153:5, 153:7
153:9, 153:12
153:15, 153:20
153:23, 154:1
154:6, 154:10
154:13, 154:16
154:18, 154:20
154:25, 155:6
155:9, 155:12
155:16, 155:22
156:3, 156:7
156:11, 156:14
156:19, 156:23
157:1, 157:6
157:14, 157:17
157:20, 157:22

157:24, 158:2
158:5, 158:8
158:13, 158:20
158:23, 159:2
159:6, 159:9
159:12, 159:15
159:20, 159:25
160:2, 160:5
160:9, 160:12
160:14, 160:18
160:23, 160:25
161:4, 161:6
161:8, 161:10
161:12, 161:16
161:18, 161:21
161:24, 162:3
162:7, 162:12
162:15, 162:20
162:23, 163:1
163:5, 163:8
163:10, 163:12
163:14, 163:16
163:19, 163:21
163:25, 164:3
164:6, 164:10
164:20, 164:22
164:25, 165:2
165:4, 165:7
165:11, 165:16
165:19, 166:1
166:5, 166:9
166:11, 166:15
166:19, 166:23
167:5, 167:8
167:11, 167:15
167:17, 167:20
168:2, 168:6
168:10, 168:17
168:19, 168:24
169:3, 169:8
169:10, 169:14
169:18, 169:22
169:25, 170:3
170:7, 170:14
170:16, 170:19
170:22, 170:25
171:2, 171:7
171:12, 171:17
171:22, 171:25
172:4, 172:7
172:9, 172:11
172:14, 172:19
172:22, 173:2
173:6, 173:8
173:10, 173:12
173:17, 173:20
173:24, 174:1
174:3, 174:7
174:9, 174:12
174:14, 174:17
174:22, 174:25
175:3, 175:6
175:8, 175:12
175:14, 175:19
175:22, 176:1
176:5, 176:8
176:10, 176:12
176:14, 176:16
176:18, 176:21
176:24, 177:3
177:5, 177:9

177:11, 177:14
177:16, 177:18
177:21, 177:24
178:2, 178:4
178:8, 178:11
178:14, 178:18
178:21, 178:24
179:1, 179:4
179:7, 179:9
179:12, 179:14
179:17, 179:22
179:24, 180:2
180:7, 180:9
180:11, 180:16
180:19, 180:21
180:24, 181:2
181:5, 181:11
181:13, 181:15
181:18, 181:21
181:25, 182:2
182:6, 182:9
182:12, 182:15
182:19, 182:22
183:1, 183:6
183:8, 183:10
183:13, 183:16
183:18, 183:20
183:24, 184:2
184:6, 184:9
184:13, 184:19
184:21, 184:24
185:1, 185:3
185:6, 185:8
185:10, 185:16
185:19, 185:23
185:25, 186:2
186:5, 186:8
186:12, 186:15
186:18, 186:22
187:2, 187:6
187:13, 187:17
187:21, 187:25
188:4, 188:9
188:15, 188:18
188:23, 189:1
189:5, 189:8
189:12, 189:15
189:18, 189:25
190:5, 190:8
190:12, 190:15
190:20, 191:1
191:1, 191:3
191:6, 191:8
191:12, 191:15
191:18, 191:24
192:1, 192:3
192:5, 192:8
192:10, 192:13
192:16, 192:21
192:24, 193:1
193:4, 193:7
193:13, 193:15
193:18, 193:24
194:2, 194:6
194:12, 194:14
hurting 123:16
123:17, 123:22
124:5, 124:6
124:6, 124:6
124:8, 124:10
124:10, 125:21

128:2, 128:9
128:9, 128:11
130:23, 130:24
130:25, 131:3
hurts 127:7
129:8, 151:11
husband 16:11
hypotheticals
80:13

                  I

Ice 6:21, 6:21
idea 35:1, 157:8
164:24, 165:6
165:9, 165:14
165:17, 165:24
165:25, 166:3
166:3, 166:4
166:7, 166:10
illegal 50:14
immediately
170:13
implicate 98:4
important 8:12
9:7, 186:21
importantest
147:2
inaudible 192:13
inch 125:7, 136:5
incident 4:20
4:21
including 2:23
inconsistencies
15:19, 24:4
69:10, 69:11
69:15, 86:18
92:24, 109:4
inconsistent
24:11, 24:13
70:5, 88:7
108:6
inconsistently
122:20
INDIANA 2:1
inflict 42:15
42:16
information 3:6
18:1, 21:16
23:12, 25:4
25:6, 31:12
31:12, 57:24
76:17, 76:19
81:14, 90:3
103:23, 110:1
121:4, 121:6
innocent 44:15
44:21, 57:24
84:18
inside 104:25
179:19, 187:6
instant 10:24
11:17, 13:9
18:16, 18:19
27:20, 28:17
78:18, 152:18
intelligent 125:6
intentionally
126:8, 126:8
interest 195:12
interested 188:5

interesting 21:4
Interjection 2:52
interrogated 69:6
69:9
interrogating
32:23
INTERROGATION
2:10, 2:32
interrupted 113:2
Interruption 2:52
interview 20:5
20:11, 29:8
52:10, 52:13
54:11, 54:14
55:4, 68:12
68:13, 68:14
68:14
interviewed 24:20
54:8, 77:13
77:15
interviewing
138:1
intimidated 101:8
101:17, 104:16
110:19
intimidating
101:10, 101:14
investigation
25:24, 57:14
57:16, 70:3
121:5, 137:5
involve 91:13
involved 25:2
25:2, 25:6, 31:8
31:10, 33:2
33:4, 38:18
38:19, 38:22
38:23, 39:9
109:12
issues 34:22
105:2
it'll 185:20

                  J

J-E-F-F-R-E-Y
3:15
jail 41:2, 41:7
44:21, 55:5
58:22, 67:15
67:16, 74:18
87:20, 87:22
87:22, 100:21
100:22, 101:1
109:14
Jefferson 195:2
195:18
Jeffrey 3:13
job 36:5, 83:17
83:17, 99:25
123:9, 193:21
joke 154:10
jokes 154:7
Jones 3:4, 20:10
20:18, 21:9
21:13, 21:23
22:23, 23:18
23:3, 23:8
23:14, 23:19
24:1, 24:6
24:10, 24:13

Interrogation of William Hurt    June 28, 2012

| | | | | |
|---|---|---|---|---|
| 25:5, 25:8 | 72:12, 72:16 | 119:24, 120:2 | 148:8, 148:13 | 177:4, 177:7 |
| 25:12, 25:17 | 72:23, 73:3 | 120:8, 120:11 | 148:17, 148:20 | 177:10, 177:12 |
| 25:22, 26:8 | 73:8, 73:10 | 120:13, 120:21 | 148:24, 149:2 | 177:15, 177:17 |
| 26:12, 26:19 | 73:24, 74:2 | 121:2, 121:8 | 149:4, 149:6 | 177:19, 177:22 |
| 26:23, 29:7 | 74:6, 75:3, 75:9 | 122:3, 122:5 | 149:9, 149:12 | 177:25, 178:3 |
| 30:10, 30:14 | 75:13, 78:25 | 122:13, 122:17 | 149:15, 149:17 | 178:5, 178:9 |
| 31:21, 31:23 | 79:3, 79:19 | 122:23, 122:25 | 149:19, 149:22 | 178:13, 178:16 |
| 32:2, 32:8 | 79:25, 80:18 | 123:12, 123:19 | 149:24, 150:2 | 178:19, 178:23 |
| 32:14, 32:19 | 81:2, 82:19 | 123:21, 124:18 | 150:4, 150:7 | 178:25, 179:2 |
| 32:21, 32:25 | 83:1, 83:6, 83:9 | 125:11, 126:7 | 150:10, 150:13 | 179:5, 179:8 |
| 33:4, 33:6 | 83:13, 83:16 | 126:11, 127:5 | 150:17, 150:22 | 179:10, 179:13 |
| 35:23, 36:1 | 84:15, 84:19 | 127:8, 127:18 | 150:24, 151:2 | 179:15, 179:20 |
| 37:22, 38:3 | 84:24, 85:2 | 127:22, 127:25 | 151:4, 151:6 | 179:23, 180:1 |
| 38:6, 38:9 | 85:12, 85:18 | 128:18, 128:21 | 151:9, 151:13 | 180:4, 180:8 |
| 38:16, 38:19 | 86:8, 86:12 | 129:4, 129:7 | 151:18, 155:24 | 180:10, 180:13 |
| 40:22, 41:1 | 87:3, 87:10 | 129:18, 130:6 | 157:9, 157:12 | 180:17, 180:20 |
| 41:7, 41:12 | 87:19, 87:21 | 130:12, 131:13 | 157:15, 157:18 | 180:22, 180:25 |
| 41:15, 41:20 | 87:24, 88:4 | 131:24, 132:2 | 157:21, 157:23 | 181:3, 181:7 |
| 41:23, 42:3 | 88:12, 88:16 | 132:4, 132:10 | 158:6, 158:10 | 181:12, 181:14 |
| 42:6, 42:9 | 88:19, 89:1 | 132:15, 132:25 | 158:15, 159:7 | 181:16, 181:19 |
| 42:11, 42:16 | 89:7, 89:10 | 133:6, 133:8 | 159:10, 159:13 | 181:22, 182:1 |
| 42:19, 42:22 | 89:16, 89:21 | 133:12, 133:17 | 159:16, 160:20 | 182:4, 182:7 |
| 42:25, 43:3 | 89:25, 90:2 | 133:21, 133:25 | 161:9, 161:11 | 182:10, 182:13 |
| 43:5, 45:16 | 91:2, 91:12 | 134:3, 134:7 | 161:20, 161:22 | 182:16, 182:20 |
| 46:10, 48:23 | 91:19, 92:2 | 134:9, 134:21 | 162:5, 162:8 | 182:23, 183:2 |
| 49:1, 52:4, 52:9 | 92:11, 93:21 | 134:24, 135:8 | 162:13, 162:17 | 183:7, 183:9 |
| 52:17, 53:1 | 94:21, 94:24 | 135:11, 135:14 | 162:21, 162:25 | 183:11, 183:15 |
| 53:24, 54:4 | 95:23, 96:25 | 135:20, 135:22 | 163:4, 163:6 | 183:17, 183:19 |
| 54:7, 54:10 | 97:11, 97:16 | 135:24, 136:2 | 163:9, 163:11 | 183:21, 183:25 |
| 54:13, 54:18 | 98:2, 98:11 | 136:7, 136:10 | 163:13, 163:15 | 184:3, 184:7 |
| 54:22, 55:2 | 98:16, 98:18 | 136:13, 136:18 | 163:17, 163:20 | 184:12, 184:15 |
| 55:7, 55:10 | 99:4, 99:18 | 136:20, 137:2 | 163:23, 164:21 | 184:20, 184:23 |
| 55:14, 55:17 | 99:21, 100:4 | 137:7, 137:23 | 165:9, 165:12 | 184:25, 185:2 |
| 56:23, 57:2 | 100:7, 101:12 | 138:14, 138:17 | 165:17, 165:24 | 185:4, 185:7 |
| 57:4, 57:6, 57:9 | 101:16, 101:19 | 138:21, 139:2 | 166:2, 166:7 | 185:9, 185:11 |
| 57:13, 57:16 | 102:23, 102:25 | 139:9, 139:16 | 166:10, 166:14 | 185:18, 185:21 |
| 58:1, 58:4, 58:8 | 103:6, 103:9 | 139:18, 139:21 | 167:14, 167:16 | 185:24, 186:1 |
| 58:12, 59:1 | 103:11, 103:21 | 139:23, 139:25 | 167:23, 168:1 | 186:3, 186:7 |
| 59:4, 59:7 | 104:8, 104:11 | 140:3, 140:5 | 168:5, 168:7 | 186:10, 186:13 |
| 59:10, 59:16 | 104:14, 104:16 | 140:8, 140:10 | 168:15, 168:18 | 186:16, 186:19 |
| 59:19, 59:24 | 104:21, 105:6 | 140:19, 140:21 | 168:23, 169:2 | 186:23, 187:3 |
| 60:3, 60:10 | 105:13, 105:21 | 140:23, 141:1 | 169:6, 169:9 | 187:11, 187:14 |
| 60:13, 60:20 | 106:4, 106:11 | 141:5, 141:7 | 169:11, 169:15 | 187:19, 187:23 |
| 61:6, 61:10 | 106:17, 107:1 | 141:9, 141:14 | 169:20, 169:24 | 188:2, 188:8 |
| 61:13, 61:15 | 107:7, 107:10 | 141:17, 141:24 | 170:2, 170:11 | 188:10, 188:16 |
| 61:20, 62:1 | 107:16, 107:19 | 142:4, 142:8 | 170:15, 170:17 | 188:20, 188:24 |
| 62:4, 62:10 | 107:23, 108:4 | 142:11, 142:14 | 170:21, 170:23 | 189:2, 189:7 |
| 62:14, 62:18 | 108:12, 108:19 | 142:16, 142:18 | 171:1, 171:6 | 189:10, 189:13 |
| 62:22, 63:1 | 108:24, 109:2 | 142:20, 142:23 | 171:9, 171:16 | 189:17, 189:23 |
| 63:5, 63:9 | 109:9, 109:16 | 142:25, 143:2 | 171:20, 171:23 | 190:3, 190:7 |
| 63:13, 63:15 | 110:4, 110:7 | 143:5, 143:9 | 172:2, 172:5 | 190:10, 190:13 |
| 63:18, 63:21 | 110:11, 110:15 | 143:12, 143:17 | 172:8, 172:10 | 190:16, 190:24 |
| 63:23, 64:7 | 110:24, 111:4 | 143:20, 143:24 | 172:12, 172:15 | 191:2, 191:4 |
| 64:12, 64:15 | 111:12, 111:15 | 144:2, 144:5 | 172:21, 172:23 | 191:7, 191:10 |
| 64:19, 65:1 | 111:18, 111:24 | 144:8, 144:12 | 173:4, 173:7 | 191:13, 191:17 |
| 65:10, 65:13 | 112:6, 112:12 | 144:14, 144:16 | 173:9, 173:11 | 191:20, 191:25 |
| 65:17, 65:23 | 112:16, 112:18 | 144:18, 144:20 | 173:15, 173:18 | 192:2, 192:4 |
| 65:25, 66:8 | 112:24, 113:22 | 144:22, 144:24 | 173:22, 173:25 | 192:6, 192:9 |
| 66:11, 66:14 | 113:24, 114:1 | 145:2, 145:4 | 174:2, 174:4 | 192:11, 192:15 |
| 66:17, 66:20 | 114:5, 114:11 | 145:6, 145:9 | 174:8, 174:10 | 192:19, 192:22 |
| 66:23, 66:25 | 114:18, 114:21 | 145:11, 145:13 | 174:13, 174:15 | 192:25, 193:3 |
| 67:3, 67:14 | 115:4, 115:9 | 145:15, 145:19 | 174:20, 174:23 | 193:5, 193:9 |
| 67:22, 68:21 | 115:13, 115:17 | 145:23, 145:25 | 175:1, 175:4 | 193:14, 193:16 |
| 69:2, 69:7 | 116:6, 116:9 | 146:3, 146:6 | 175:7, 175:10 | 193:21, 194:1 |
| 69:13, 69:20 | 116:15, 116:19 | 146:8, 146:10 | 175:13, 175:17 | 194:3, 194:8 |
| 69:23, 70:9 | 116:22, 117:4 | 146:13, 146:15 | 175:20, 175:24 | judge 87:7 |
| 70:12, 70:19 | 117:10, 117:12 | 146:20, 146:23 | 176:3, 176:6 | Judging 180:13 |
| 71:2, 71:7 | 118:4, 118:6 | 146:25, 147:15 | 176:9, 176:11 | judgment 180:14 |
| 71:14, 71:18 | 118:13, 118:20 | 147:18, 147:20 | 176:13, 176:15 | jump 20:10 |
| 71:20, 71:23 | 118:24, 119:10 | 147:22, 147:24 | 176:17, 176:19 |     154:23 |
| 72:1, 72:5 | 119:14, 119:20 | 148:2, 148:5 | 176:22, 177:1 | jumped 154:20 |

Interrogation of William Hurt    June 28, 2012

JUNE 2:11
junior 15:17
junk 182:8
  184:25
jurisdiction
  193:14
jury 87:1, 97:12
justice 82:2
  82:6, 82:25
  102:19
juvi 100:25
  101:1, 101:7

K

Kangaroo 7:20
  59:23, 68:15
  68:18, 68:22
  111:11, 144:4
  144:5, 178:14
  178:16, 182:18
  182:20, 184:17
keep 22:1, 23:15
  51:10, 55:24
  56:2, 68:25
  70:1, 81:20
  85:14, 125:24
  127:14, 127:15
  127:15, 127:19
  128:9, 128:10
  128:25, 130:14
  141:9, 189:18
keeping 103:23
  108:17, 122:21
  189:20, 189:20
keeps 51:1
Kentucky 3:4
  193:11, 195:1
  195:5, 195:18
kept 157:3
  189:19
kick 30:25
  142:15, 142:16
  151:4, 159:1
  159:2, 159:8
  164:5
kicked 100:21
  103:1, 142:14
  158:13, 158:17
kicking 42:7
  158:12, 158:23
  159:3, 159:11
kid 41:11, 51:10
  95:18, 98:15
kids 174:22
kill 56:17
  113:22, 113:24
  114:1, 114:10
  117:16, 117:19
  117:23
killed 57:10
  84:6, 84:7, 84:7
  88:9, 88:20
  88:21, 89:12
  89:15, 89:21
  90:6, 150:13
  151:12
killing 56:25
  89:19, 114:7
  150:15, 175:25
  176:2

Kim 106:15
kind 12:16, 13:1
  15:8, 30:16
  42:19, 42:20
  58:5, 69:24
  72:19, 80:6
  81:7, 83:18
  91:15, 94:15
  94:16, 94:17
  102:8, 107:9
  108:20, 148:9
  154:20, 178:21
  180:14, 193:1
  193:1
kitchen 6:24
  8:20, 8:23, 9:2
  9:9, 9:12, 10:7
  12:21, 17:3
  17:13, 27:20
  78:16, 112:19
  115:2, 115:7
knew 22:3, 38:3
  38:6, 38:8
  47:25, 67:6
  175:24, 176:1
  181:6, 181:7
KNOCK 167:25
know 3:7, 4:24
  4:25, 7:12, 8:17
  12:12, 13:2
  13:19, 16:8
  17:6, 19:8
  19:12, 19:13
  19:17, 19:18
  19:21, 19:22
  19:23, 19:23
  20:1, 20:9
  20:22, 20:24
  21:10, 21:10
  21:10, 21:13
  21:25, 22:3
  22:17, 22:20
  22:22, 22:24
  23:9, 23:20
  23:21, 23:22
  23:23, 23:23
  24:21, 24:25
  25:9, 25:10
  25:20, 26:1
  26:9, 26:15
  26:16, 26:21
  27:2, 27:5
  27:16, 28:2
  30:8, 30:24
  31:5, 31:12
  31:13, 31:15
  31:18, 31:22
  32:25, 33:5
  33:7, 33:22
  33:22, 34:8
  34:9, 34:15
  34:17, 34:22
  34:22, 34:25
  35:2, 35:4
  35:17, 35:19
  35:23, 37:12
  37:13, 37:24
  38:2, 38:10
  38:11, 39:1
  39:5, 39:8, 39:9
  39:11, 39:14

39:18, 39:19
  39:21, 39:24
  40:19, 42:1
  43:6, 43:24
  44:7, 44:8, 45:1
  45:3, 46:5
  46:18, 47:8
  48:2, 48:7, 48:9
  48:10, 48:15
  48:16, 48:17
  48:18, 48:21
  49:5, 49:5, 49:7
  49:18, 49:19
  49:20, 50:13
  51:7, 51:18
  51:19, 51:24
  53:16, 54:6
  54:18, 54:23
  54:24, 54:25
  55:10, 55:11
  55:19, 56:9
  56:23, 57:15
  57:20, 57:22
  58:4, 58:9
  58:19, 58:21
  58:24, 60:12
  60:14, 60:23
  61:1, 61:5, 61:5
  61:7, 61:21
  62:12, 63:6
  63:10, 63:22
  63:23, 63:25
  64:4, 64:11
  65:2, 65:11
  66:2, 67:18
  67:19, 67:25
  68:2, 68:4, 68:8
  69:25, 70:3
  70:14, 72:21
  72:22, 73:1
  74:9, 75:8
  75:19, 78:12
  80:11, 80:14
  80:17, 80:19
  81:18, 82:9
  82:10, 82:10
  82:11, 82:14
  83:3, 83:24
  84:9, 84:11
  84:17, 84:18
  84:24, 84:25
  85:3, 85:25
  86:1, 86:2, 87:7
  87:14, 90:6
  91:1, 91:2, 91:4
  91:5, 91:15
  93:7, 93:14
  93:23, 94:1
  94:24, 95:8
  95:11, 95:22
  95:24, 96:5
  96:8, 96:10
  96:15, 96:16
  96:17, 97:2
  97:3, 97:5, 97:7
  97:9, 97:12
  97:17, 98:5
  99:5, 99:5, 99:9
  100:11, 100:17
  100:19, 100:25
  100:25, 102:14

102:17, 102:18
  102:18, 102:19
  102:20, 103:1
  103:12, 103:16
  103:18, 103:19
  104:5, 104:25
  105:1, 105:10
  105:14, 105:22
  105:22, 106:10
  107:25, 108:8
  108:17, 108:20
  109:3, 109:7
  109:11, 109:11
  109:13, 109:13
  110:6, 110:23
  110:25, 111:7
  111:8, 111:11
  112:14, 112:17
  112:21, 112:22
  113:15, 113:16
  113:23, 114:15
  114:17, 114:20
  114:23, 116:15
  116:16, 116:17
  116:17, 117:5
  117:17, 118:5
  118:8, 118:9
  119:5, 119:6
  119:12, 119:15
  120:17, 121:3
  121:4, 121:4
  121:5, 121:6
  121:7, 121:9
  121:12, 121:21
  122:15, 122:15
  122:19, 123:25
  124:1, 124:1
  125:10, 125:19
  126:12, 126:24
  128:5, 128:7
  128:8, 128:19
  129:17, 130:16
  130:18, 130:20
  130:20, 132:3
  132:6, 132:15
  132:16, 133:18
  134:8, 134:9
  135:6, 135:15
  135:15, 135:15
  135:25, 137:3
  138:3, 138:21
  138:24, 139:2
  139:17, 139:18
  140:11, 141:1
  141:22, 142:7
  142:19, 143:13
  143:23, 145:2
  145:21, 146:10
  148:15, 148:19
  149:8, 151:1
  151:9, 151:11
  151:21, 152:21
  153:21, 154:11
  155:2, 155:2
  155:7, 155:9
  158:2, 158:3
  159:12, 160:14
  161:24, 162:7
  162:15, 163:1
  163:25, 165:7
  165:11, 166:19

169:16, 170:18
  172:9, 172:12
  173:8, 173:10
  173:18, 174:1
  175:19, 175:21
  176:9, 176:17
  178:4, 180:14
  182:6, 182:9
  183:23, 186:20
  186:21, 190:1
  190:21, 192:2
  192:4, 192:9
  193:10, 193:21
  194:1, 194:3
knowing 34:4
  93:15, 94:4
knowledge 110:4
known 35:20
  43:19, 43:19
  43:20, 61:11
  63:2, 93:25
knows 172:10
  175:22
KY 195:25

L

l2:30 53:10
lady 16:6, 16:7
laid 143:23
  156:22
landscaping 30:22
  30:23
language 26:14
  82:11, 119:13
  123:20, 132:12
  141:19
Large 195:5
lasted 10:15
late 181:8
  186:24
law 4:10
Lawndale 6:19
  7:9, 7:16, 16:15
  16:15, 16:18
lawyer 4:10, 4:12
lay 126:22, 133:2
  156:25, 157:4
  157:12, 160:3
laying 147:23
  155:20, 155:22
  155:23, 156:18
  156:19, 158:11
  160:7, 160:16
  161:11
lean 95:24
leaning 81:15
  129:12
learn 82:13
learned 112:4
leave 6:1, 7:1
  7:3, 8:9, 8:9
  8:13, 10:24
  12:20, 14:14
  16:10, 17:22
  28:20, 46:23
  46:23, 59:1
  59:3, 59:5
  74:21, 78:8
  108:2, 121:8
  123:2, 129:13

Interrogation of William Hurt     June 28, 2012

133:21, 134:1
135:3, 135:8
143:20, 152:12
152:23, 191:22
193:5
leaves 116:10
167:25
leaving 11:14
11:25, 13:10
14:15, 19:6
22:1, 24:14
25:13, 39:16
63:13, 135:4
152:11, 169:21
led 170:10
left 6:19, 9:6
11:1, 11:13
11:18, 12:22
12:24, 13:23
14:2, 14:11
16:23, 17:9
17:15, 18:17
21:1, 36:12
36:14, 39:20
40:2, 58:11
58:25, 60:5
60:16, 61:19
70:16, 71:12
71:13, 71:17
71:18, 71:19
73:6, 73:9
73:16, 77:16
80:19, 83:23
86:5, 95:10
111:8, 112:21
112:22, 133:2
135:7, 135:11
135:14, 135:15
135:17, 135:17
135:18, 136:5
143:22, 170:24
189:21, 192:17
legal 3:10
Legend 2:50
letting 16:24
94:25, 94:25
95:1, 100:7
100:8
liable 105:9
105:10
liar 69:11, 82:6
84:1, 100:13
library 189:6
190:6
Lic's 6:21, 6:21
7:4
license 177:13
lie 20:21, 86:24
86:25, 117:6
lied 87:6, 87:7
116:20
lies 69:8, 69:10
86:18, 88:7
life 29:15, 32:1
46:8, 67:24
95:20, 95:21
99:3, 100:5
121:17, 121:19
121:25, 125:7
126:14, 126:17
126:19, 129:2

130:3, 130:9
130:22, 134:19
136:5, 147:2
147:3
lift 40:20, 66:2
138:17
lifted 126:25
129:21, 138:14
151:14, 151:15
lighter 128:5
lighting 10:21
liked 43:13
likes 42:16
44:10
limp 144:22
Lincoln 16:17
65:7
line 99:14
lip 48:24, 49:1
lips 48:25
list 175:25
176:6
listen 23:19
46:3, 136:24
little 6:18, 9:7
9:13, 9:23
10:22, 11:24
12:14, 13:8
13:25, 16:7
17:12, 18:1
18:1, 18:15
18:20, 27:21
40:25, 72:19
83:18, 85:16
90:23, 101:20
101:21, 102:7
108:14, 120:6
120:8, 125:15
127:11, 133:9
138:2, 167:9
168:10, 168:12
168:13, 168:21
168:25, 170:1
170:4, 170:5
173:22, 176:14
188:24, 190:24
191:18
live 82:22, 98:24
121:20, 121:25
122:6, 122:16
122:8, 122:23
123:5, 129:1
132:4, 134:12
134:13, 134:14
135:3
living 9:19
17:14, 34:12
45:20, 88:14
131:4, 135:1
located 164:8
locked 41:10
104:18, 105:1
109:15, 187:8
lockup 41:17
48:10, 48:11
long 6:23, 8:6
10:6, 43:18
43:20, 54:8
54:10, 66:18
85:13, 95:1
98:24, 108:13

109:9, 121:20
162:10, 192:1
longest 54:12
look 38:25, 39:5
75:10, 86:25
89:3, 102:14
102:16, 102:21
108:18, 108:19
108:23, 111:24
112:1, 112:2
112:3, 112:3
112:5, 124:14
124:19, 124:24
147:10, 185:12
188:11, 190:13
looked 35:6, 35:7
35:14, 35:14
54:16, 111:21
111:21, 111:22
112:2
looking 20:24
21:1, 24:15
37:1, 57:18
76:17, 76:19
81:10, 107:13
107:17, 112:6
130:25, 141:9
142:4, 147:11
147:11
loose 164:2
164:3
lose 123:9
losing 101:5
101:6, 101:6
101:10, 101:12
lost 14:22, 17:20
17:20, 22:12
lot 16:13, 31:11
57:23, 65:14
67:16, 69:11
87:25, 99:24
123:15, 151:10
151:14, 164:12
164:13, 168:3
174:18, 182:1
188:14, 190:17
191:13, 194:6
Louisville 195:18
love 47:25
loved 8:22, 17:4
loves 42:13
42:14, 42:15
low 120:22
120:22
loyalty 81:15
81:16
lucky 46:25, 67:9
67:17
lying 21:2, 33:21
33:25, 60:10
60:13, 60:14
69:17, 69:25
69:25, 70:5
73:18, 79:20
86:22, 86:23
86:24, 117:1
117:4, 142:20

M

macaroni 8:21

17:5, 77:24
78:17, 152:7
mad 45:8, 46:22
50:22, 50:23
150:21, 154:8
154:12, 154:13
Madisonville
34:19
maker 18:18
making 54:24
54:25, 95:20
108:18, 108:19
128:3, 145:4
malicious 62:23
126:9
mall 7:4, 7:14
16:13, 16:17
77:21
man 20:24, 23:10
32:15, 35:6
36:17, 39:19
68:4, 83:23
85:21, 86:3
97:3, 97:6, 99:7
100:15, 101:20
102:13, 103:6
104:3, 104:14
105:16, 105:17
105:21, 108:6
108:14, 110:12
119:15, 120:14
123:2, 123:21
124:6, 124:9
124:13, 124:14
124:18, 124:22
125:3, 125:4
125:5, 125:20
126:12, 126:20
126:25, 127:4
128:22, 129:8
129:14, 130:18
130:18, 130:19
130:20, 131:14
131:18, 135:4
138:9, 138:23
139:3, 140:3
143:13, 162:17
165:12, 179:11
183:21, 191:21
193:9
manager 16:4
manifest 90:14
108:13
manifested 89:19
manifesting 89:25
90:1, 90:3
90:15
manned 102:17
124:14, 192:6
manner 2:23
mannerisms 82:12
Manning 14:22
17:19, 17:20
March 195:13
Marcus 6:12
20:12, 34:5
34:8, 35:18
35:20, 36:7
37:23, 38:6
39:6, 43:13
44:5, 45:11

45:17, 45:18
53:2, 53:2
57:17, 57:18
58:2, 58:7, 58:9
58:10, 60:4
60:5, 60:21
61:11, 61:15
61:23, 61:23
62:2, 62:10
63:2, 68:18
68:21, 70:15
73:13, 77:11
79:10, 82:20
83:14, 85:1
86:4, 90:13
107:23, 116:25
117:2, 117:6
125:8, 146:4
Mark 4:21, 8:20
9:3, 9:8, 9:14
10:14, 10:19
11:16, 12:23
14:10, 17:2
17:10, 17:16
18:14, 19:19
22:16, 22:18
28:11, 31:16
31:21, 34:22
40:7, 41:18
41:19, 56:14
56:17, 65:21
66:1, 66:4, 75:8
75:10, 75:11
75:12, 78:2
78:8, 80:15
81:16, 81:16
81:17, 97:2
102:18, 109:13
109:25, 111:6
111:12, 113:14
113:15, 113:16
113:17, 113:22
113:24, 114:10
114:11, 114:13
114:22, 115:7
115:12, 115:16
115:19, 117:25
118:1, 118:4
118:7, 118:8
118:9, 118:10
119:8, 120:19
121:9, 121:10
126:8, 126:12
130:24, 131:8
131:9, 131:21
131:23, 133:2
135:24, 136:1
136:3, 136:8
136:11, 136:14
136:25, 137:2
137:5, 137:8
137:12, 137:13
137:23, 137:25
138:1, 138:3
138:6, 138:8
138:8, 139:3
139:3, 139:4
139:9, 139:10
139:10, 139:12
140:6, 140:11
140:19, 141:1

141:3, 141:5
141:10, 141:12
141:12, 141:15
141:18, 142:5
142:6, 143:20
143:25, 144:3
144:8, 144:12
146:16, 147:13
147:20, 150:22
151:24, 152:2
152:15, 152:21
153:18, 154:1
154:7, 154:9
154:14, 155:11
156:16, 157:13
157:19, 158:6
158:18, 162:25
173:12, 175:25
176:2, 177:22
Mark's 103:18
105:25, 131:9
145:23, 182:17
182:23, 184:17
186:17, 189:3
189:11, 190:11
marriage 195:11
match 32:6
matter 33:19
92:2, 92:3, 92:3
195:12
matters 75:9
McConnell 152:22
mean 20:2, 21:2
21:21, 24:3
24:7, 24:15
24:15, 25:25
26:5, 29:20
32:2, 38:1, 41:2
41:9, 49:13
50:3, 60:13
64:17, 69:3
70:6, 72:21
72:25, 73:3
75:8, 78:25
79:21, 83:23
84:1, 84:2
86:13, 86:20
86:25, 87:17
93:21, 95:9
98:22, 100:15
101:4, 101:20
103:13, 104:4
104:17, 104:18
108:6, 110:12
110:22, 114:12
117:22, 117:23
118:3, 119:14
121:19, 122:7
123:3, 129:11
136:23, 154:23
156:12, 159:4
167:1, 171:9
180:22, 183:21
186:11, 186:13
188:5, 189:13
means 68:3
meets 168:20
168:21, 170:5
member 43:15
99:18
memory 20:25

60:9, 63:14
mental 15:12
15:13, 34:22
mentioned 20:13
mess 104:19
messing 141:20
met 16:4
middle 3:12
10:17, 65:5
90:16, 101:25
134:25, 135:2
161:6, 162:23
midnight 53:9
mind 26:2, 100:11
147:10
mine 32:7, 32:12
84:5, 166:1
minute 188:2
188:4
minutes 7:5, 9:4
10:8, 10:23
14:15, 17:14
22:6, 28:11
29:9, 46:24
75:4, 75:14
77:14, 86:7
104:18, 152:2
162:12, 192:12
Miranda 4:19
miserable 123:4
missing 22:14
35:21, 35:24
36:3, 54:2, 54:2
mistake 95:19
95:20, 103:22
132:18, 134:11
140:17, 141:20
164:16
model 102:8
102:10
mom 8:21, 8:24
8:25, 9:8, 9:14
10:16, 11:2
11:15, 12:15
13:7, 17:3, 17:6
18:13, 27:14
28:7, 34:11
35:25, 36:2
40:9, 68:7
69:17, 71:25
72:4, 77:9, 78:1
78:1, 78:18
103:19, 115:7
115:9, 115:14
127:3, 146:19
172:6, 172:8
172:10, 172:12
172:24, 172:25
177:16
mom's 73:25, 74:3
moment 20:13
148:9, 155:2
155:22
Monday 37:15
90:8
money 42:20
78:11, 111:13
111:16, 111:18
145:16, 145:18
148:13, 148:14
148:15, 181:22

181:23, 182:3
189:22
month 93:25, 94:4
130:4
months 92:3
mooch 98:23
moral 83:1
morals 83:2, 83:3
morning 77:4
175:16
motion 72:19
motor 31:19
mouth 88:13, 91:6
135:17
moved 171:1
moves 92:6
moving 9:22, 65:6
65:7
mud 30:10, 177:25
178:3

N

name 3:8, 3:10
3:12, 3:18
186:1, 186:4
186:17, 186:17
186:18, 186:19
narrow 120:1
narrows 119:20
119:24
near 124:3
166:16, 170:9
182:20, 189:25
necessarily 19:22
32:6, 33:10
35:10, 38:2
42:14, 55:17
80:9, 92:15
156:14
necessary 163:25
neck 143:3
need 18:6, 25:8
32:25, 39:8
39:8, 39:9
39:11, 44:7
44:25, 47:6
64:4, 67:22
69:2, 75:5, 75:7
75:16, 75:17
82:18, 86:3
86:3, 86:4
86:20, 105:7
105:24, 128:21
128:22, 128:23
131:4, 131:5
131:5, 131:7
141:21, 190:10
191:21, 192:10
needs 81:12
81:16, 104:24
105:1, 105:2
131:7, 131:8
nerves 32:24
nervous 17:22
33:17
neutral 84:21
never 17:23, 18:4
20:13, 20:18
29:14, 29:17
29:22, 29:24

31:4, 31:6
31:25, 37:24
47:1, 51:20
51:21, 84:6
88:9, 88:19
88:20, 89:12
96:13, 113:7
113:8, 113:10
114:6, 117:19
117:20, 125:3
134:18, 134:21
134:23, 134:24
147:3, 147:4
150:14, 150:20
181:20
new 65:6, 76:15
news 37:5, 37:13
37:14, 37:18
90:7, 90:8
night 5:6, 6:12
24:19, 24:25
25:1, 25:13
45:11, 48:20
51:21, 52:11
52:13, 53:1
53:2, 59:1, 59:2
59:3, 59:6
59:21, 59:22
60:1, 60:4
60:24, 61:22
64:9, 65:6
68:20, 73:20
73:23, 73:24
73:25, 77:19
79:5, 83:21
83:22, 95:6
95:8, 95:12
95:13, 95:18
96:14, 96:17
111:13, 115:2
115:7, 121:15
123:6, 129:5
133:22, 137:20
140:15, 146:21
147:1, 147:2
147:3, 147:9
147:12, 162:10
167:24, 172:3
176:20, 177:18
177:23, 178:6
178:7, 179:3
179:23, 179:24
180:3, 180:5
181:8, 181:17
181:24, 182:3
182:11, 182:23
187:11, 187:12
nights 59:22
60:2, 64:10
Nobody's 26:18
46:15
nodded 136:10
noise 15:2
noises 23:1
145:4
normal 26:6
26:10, 26:13
130:3
Notary 195:4
195:13, 195:25
noticed 190:17

notification
35:11, 36:2
38:14
notifications
85:7
notify 175:14
175:17
number 4:1, 32:9
67:16, 67:17
67:18, 185:15
190:21, 191:19
Nyla 16:3, 77:19

O

obstruction 82:2
82:5, 82:25
obtaining 48:15
obviously 22:14
172:18, 175:20
oh 5:2, 17:22
19:12, 23:5
29:22, 38:17
39:20, 57:1
57:11, 61:4
61:12, 64:2
68:24, 87:5
90:5, 94:13
99:5, 116:22
116:22, 118:15
120:14, 169:21
187:15, 190:20
Ohio 37:23, 37:24
38:11, 84:8
84:9, 90:6, 90:7
140:15
okay 3:5, 3:7
4:5, 4:6, 4:7
4:17, 4:19, 5:4
5:5, 5:5, 5:6
5:7, 5:16, 5:24
6:3, 6:3, 6:6
6:11, 6:14, 6:25
7:6, 7:10, 7:18
7:22, 8:6, 8:11
8:13, 8:15, 8:16
9:5, 9:7, 9:15
9:20, 10:9
10:18, 11:5
11:10, 11:11
11:22, 12:7
12:17, 12:20
13:1, 13:4
13:13, 14:1
14:25, 15:7
15:14, 15:18
15:23, 16:2
18:3, 18:6, 18:7
18:8, 18:10
18:11, 20:19
20:22, 21:3
21:15, 21:17
21:20, 22:1
23:11, 23:20
24:1, 24:24
26:6, 26:12
26:13, 27:10
28:6, 31:16
32:25, 33:21
34:11, 34:16
34:17, 34:20

Interrogation of William Hurt    June 28, 2012

| | | | | |
|---|---|---|---|---|
| 35:17, 36:4 | 151:22, 152:9 | 127:15, 127:18 | 89:17, 90:23 | 169:13, 169:21 |
| 36:13, 37:3 | 152:20, 153:2 | 127:20, 128:15 | 93:12, 94:17 | 169:23 |
| 37:12, 37:16 | 153:8, 153:10 | 131:1, 131:3 | 98:20, 100:16 | please 5:5, 75:18 |
| 38:24, 38:24 | 153:11, 154:12 | 131:5, 131:16 | 106:14, 106:23 | pocket 112:9 |
| 38:25, 39:5 | 154:19, 155:13 | 131:19, 133:15 | 117:16, 117:19 | 112:11, 149:10 |
| 42:3, 42:6 | 155:20, 156:9 | 151:15 | 118:2, 125:9 | 149:13, 149:21 |
| 42:11, 43:12 | 156:15, 157:18 | pants 149:25 | 126:6, 131:11 | 149:22, 149:25 |
| 44:3, 44:4, 44:6 | 157:23, 158:6 | Pardon 50:19 | 131:25, 139:13 | 150:2, 152:17 |
| 44:16, 45:7 | 158:10, 158:21 | 58:20 | 150:11, 150:15 | 192:14, 192:18 |
| 45:10, 46:9 | 158:21, 159:7 | parent 119:8 | 155:3, 175:24 | pockets 111:19 |
| 46:14, 48:2 | 160:15, 160:19 | park 170:1 | personal 195:7 | 111:21, 111:25 |
| 48:13, 49:4 | 160:20, 160:21 | parking 16:13 | perturbed 85:16 | 188:25 |
| 50:22, 51:1 | 162:8, 162:25 | part 8:12, 21:11 | 85:19 | point 24:17 |
| 51:3, 51:22 | 163:23, 164:1 | 21:12, 21:15 | pet 18:25, 28:21 | 35:22, 56:17 |
| 51:24, 52:3 | 164:4, 164:23 | 21:18, 21:24 | Peyton 14:22 | 84:20, 84:20 |
| 53:5, 54:22 | 165:5, 165:8 | 34:18, 63:11 | ph 2:50 | 93:2, 144:25 |
| 55:3, 55:5, 56:7 | 167:10, 168:18 | 132:1, 137:7 | philosophy 69:24 | 147:25, 148:16 |
| 56:13, 59:21 | 169:11, 169:20 | 168:21, 174:19 | phone 22:11, 35:6 | 149:24, 149:25 |
| 60:18, 62:6 | 170:2, 172:5 | parties 195:11 | 35:11, 36:16 | 164:9, 182:15 |
| 62:15, 62:18 | 172:16, 172:18 | parts 24:14 | 36:24, 38:15 | pointed 59:11 |
| 63:1, 63:9, 64:9 | 172:23, 176:9 | 24:16, 25:13 | 43:4, 43:8, 43:9 | pointing 116:7 |
| 65:17, 65:25 | 179:20, 180:4 | pass 33:14, 33:16 | 89:3, 190:14 | points 92:25 |
| 66:20, 67:4 | 180:20, 181:16 | 34:1, 92:15 | 190:17, 190:20 | poker 77:9, 79:6 |
| 67:7, 67:14 | 183:1, 183:9 | 110:8, 110:9 | 190:22, 191:16 | 79:8 |
| 68:8, 69:14 | 183:11, 185:4 | 110:10, 110:11 | 191:19, 192:7 | police 2:7, 3:3 |
| 69:16, 69:24 | 186:20, 187:3 | passed 133:5 | 192:10 | 3:5, 102:20 |
| 69:24, 70:13 | 188:8, 188:25 | 158:9, 158:10 | Phonetically 2:50 | 175:15, 175:18 |
| 74:11, 75:14 | 189:2, 189:10 | 158:11 | physical 22:19 | 181:20 |
| 75:15, 75:20 | 189:24, 190:10 | passenger 160:21 | physically 21:21 | policy 193:11 |
| 76:4, 76:12 | 190:13, 190:16 | 161:1 | pick 26:14 | polygraph 33:15 |
| 76:16, 76:22 | 191:4, 191:20 | pat 71:20, 72:8 | picked 136:16 | 33:16, 34:1 |
| 77:3, 77:17 | 191:22, 192:7 | 72:11, 72:13 | 148:20, 159:21 | 106:21, 109:22 |
| 80:11, 80:12 | 192:12, 192:15 | 72:18, 72:24 | picking 30:22 | 109:23, 109:23 |
| 80:21, 82:4 | 192:25, 193:3 | patent 32:9 | picks 30:21 | 113:20, 118:17 |
| 82:9, 82:15 | 193:6, 194:9 | pathetic 102:7 | picture 35:9 | 119:2 |
| 84:5, 84:10 | 194:11, 194:12 | 102:7, 120:16 | 35:11, 128:24 | Polygraphs 33:20 |
| 84:15, 85:5 | 194:16 | 120:18 | 147:10 | poor 138:7 |
| 85:6, 85:7 | old 67:24, 92:9 | patient 19:7 | pictures 56:12 | pop 36:16, 36:23 |
| 85:12, 85:20 | oldest 183:6 | patted 66:6, 72:2 | 56:19 | popped 35:14 |
| 85:25, 87:10 | 183:7, 183:8 | 72:3, 72:6 | PIN 185:15 | 36:21, 37:3 |
| 87:23, 87:25 | once 31:2, 50:6 | pattern 32:10 | piss 97:7 | popping 102:3 |
| 88:19, 89:2 | 51:21, 88:20 | pay 109:21 | pisses 120:16 | pops 182:8 |
| 89:23, 96:14 | 104:21, 106:19 | peanut 192:22 | place 13:2 | pose 44:12 |
| 96:19, 96:20 | 113:10, 142:8 | people 16:24 | 143:13, 161:15 | positive 59:5 |
| 96:21, 96:25 | 168:4, 187:8 | 16:25, 23:9 | 165:20, 165:21 | 66:11, 66:13 |
| 97:8, 97:19 | ones 86:21, 177:6 | 42:15, 42:17 | 166:5 | possibilities |
| 98:6, 98:16 | open 40:2, 133:4 | 44:12, 44:13 | PLAINTIFFS 2:4 | 100:1 |
| 99:7, 99:8 | 165:22 | 44:15, 44:17 | planning 65:7 | possibility 74:23 |
| 99:11, 99:18 | opinion 103:9 | 68:15, 72:7 | 164:15 | possible 20:6 |
| 99:21, 99:22 | opportunity 93:24 | 74:11, 85:8 | plans 34:19 | 58:11, 59:15 |
| 99:24, 100:4 | ordeal 106:8 | 87:1, 87:7 | play 18:12, 18:17 | 80:5, 80:8 |
| 101:16, 101:19 | order 193:19 | 88:16, 94:19 | 20:12, 20:13 | 125:4 |
| 102:23, 103:6 | organization 37:6 | 97:12, 99:23 | 45:17, 45:18 | possibly 38:7 |
| 107:10, 110:8 | original 2:51 | 102:3, 102:5 | 61:18, 78:7 | 39:4, 56:16 |
| 113:9, 113:13 | originally 5:17 | 115:1, 115:1 | 95:9, 109:19 | 59:20, 106:23 |
| 114:18, 115:4 | 5:18, 122:21 | 115:6, 117:13 | 136:21, 136:22 | 107:5 |
| 115:9, 115:13 | outcome 195:12 | 117:13, 120:5 | 152:1 | power 110:18 |
| 117:12, 118:3 | outlook 130:9 | 125:9, 125:9 | played 6:17 | present 4:11 |
| 118:16, 118:17 | outside 65:9 | 128:20, 131:8 | 10:14, 24:22 | pressure 82:16 |
| 118:18, 119:4 | 128:23 | 142:15, 146:18 | 61:19, 77:9 | 131:17, 138:19 |
| 120:8, 120:13 | | 155:3, 163:2 | 78:2, 78:9, 79:6 | pretending 125:24 |
| 124:8, 126:8 | | 176:1 | playing 10:12 | pretty 8:6, 32:8 |
| 130:6, 130:12 | **P** | people's 72:18 | 12:23, 17:10 | 40:18, 40:19 |
| 130:17, 130:20 | | 112:1 | 17:11, 17:15 | 43:25, 45:23 |
| 130:20, 130:21 | p.m 8:5 | period 53:12 | 18:12, 45:19 | 63:5, 70:9 |
| 131:1, 131:14 | pack 73:21 | Permission 2:23 | 60:23, 61:16 | 72:17, 73:7 |
| 133:6, 133:9 | PAGE 2:31, 2:33 | person 43:24 | 70:13, 78:4 | 120:16, 120:18 |
| 133:13, 138:10 | paid 43:4 | 55:7, 55:13 | 79:8, 95:7, 95:8 | 120:22, 120:22 |
| 138:21, 142:5 | pain 42:15, 42:16 | 57:24, 66:21 | 97:5, 141:21 | 141:18, 167:12 |
| 148:17, 150:4 | 125:12, 125:15 | 68:5, 87:15 | 151:22, 151:24 | 171:1, 171:5 |
| 151:10, 151:21 | 126:2, 126:13 | 89:5, 89:10 | plaza 168:15 | 187:17, 194:5 |
| | 126:15, 127:14 | | | |

Interrogation of William Hurt    June 28, 2012

Priority 41:11
prison 81:12
  87:23, 87:25
  88:1, 100:25
  109:15, 109:21
  110:17
probably 10:23
  14:3, 30:2
  31:25, 32:2
  32:15, 45:4
  50:14, 58:22
  74:19, 91:6
  93:12, 104:25
  110:6, 110:8
  118:17, 146:1
  147:1, 162:12
  164:16, 180:20
  181:21, 183:6
  184:11
problem 5:3, 21:7
  60:11, 60:14
  95:1, 107:1
  107:2, 108:9
  187:21
problems 51:14
programmed 191:19
promise 32:11
  32:12, 32:15
promised 26:19
property 22:14
pros 14:19, 17:18
  28:16
prosecutor 87:6
protect 83:6
  83:12, 90:16
  103:24, 119:7
  139:13
protecting 81:21
  86:1, 90:17
  162:18, 162:19
proud 83:4
prove 97:18
proves 82:6
Public 195:4
  195:13, 195:25
pull 13:3, 30:15
  68:17, 94:4
  190:1
pulled 16:21
pummeled 102:4
punch 151:2
punched 154:21
  154:22
punching 42:7
punk 101:20
  101:21, 102:8
purchase 184:20
push 96:15, 167:2
  167:7
put 13:11, 18:24
  27:23, 33:17
  50:5, 53:20
  53:21, 55:5
  65:5, 70:23
  71:12, 90:16
  99:16, 105:9
  128:20, 128:22
  143:3, 144:17
  149:21, 149:22
  152:16, 159:21
  159:23, 159:25

160:16, 165:6
  165:6, 165:10
  169:12, 170:11
  191:10, 192:17
putting 90:5
  121:4

Q

qualifying 49:3
quarterback 14:23
question 28:23
  29:9, 62:1, 66:1
  109:20, 109:24
  110:5, 110:9
  132:16, 136:14
  136:15, 175:11
questioned 4:12
  41:4, 69:14
questioning 4:13
  118:12
questions 4:15
  36:6, 36:6
  151:18
quick 75:5, 171:1
  171:5, 189:3
  190:14, 190:17
quit 124:6, 124:6
  124:8, 124:24
  156:4
quite 86:5
  187:25
quote 45:14

R

R-E-Y 3:16
rabbit 13:24
  18:25, 28:21
  65:1, 65:3
  73:16, 79:14
ramp 169:15
  169:16, 169:25
  170:3, 170:4
ramp's 169:19
RC 59:23, 60:6
  60:17, 61:2
  73:19, 73:21
RCs 62:5, 64:8
  64:8
reach 192:18
  193:19
reaction 107:13
  107:16
read 4:5, 4:18
  4:19
reading 105:15
ready 14:13, 97:6
  108:21, 125:13
  127:12
real 8:11, 21:7
  37:20, 53:25
  75:5, 75:5, 75:6
  189:2, 190:14
  190:16
realize 58:22
  66:17, 66:19
  66:24, 101:19
  103:15, 150:13
realized 164:16
really 5:22, 9:6

10:13, 22:7
  22:8, 22:10
  22:25, 24:8
  27:6, 31:8
  33:11, 37:21
  45:1, 45:3, 45:8
  46:21, 49:10
  50:1, 56:23
  57:1, 58:4
  60:25, 64:24
  65:11, 68:2
  74:14, 74:15
  74:18, 75:16
  81:9, 93:22
  94:18, 104:4
  113:11, 119:24
  120:15, 121:6
  129:22, 158:24
  159:2, 171:18
  193:19
reason 54:5
  90:15, 100:20
  115:20, 115:23
  122:13, 122:17
  128:13, 128:13
  130:13, 130:14
  130:15, 130:15
  130:16, 148:9
  156:1, 186:20
reasons 130:12
recall 45:12
  63:14, 63:15
  80:9, 136:12
  142:2, 145:5
  151:3, 152:24
  163:2, 163:2
  174:14
recognize 72:11
record 3:1, 76:5
  93:7, 93:8, 93:9
  93:11, 97:25
  113:14, 194:18
recorded 29:8
  52:12
red 185:19
regain 164:4
regarding 110:1
Regardless 6:11
regular 77:5
relate 180:13
related 195:10
relating 90:10
Relationships
  126:17
relief 127:12
  133:10
relieve 127:18
  131:5
relieved 188:14
  193:1
reliever 85:20
remain 4:8
remember 3:2
  11:9, 11:10
  31:6, 33:8, 33:9
  36:8, 38:14
  38:14, 64:5
  64:7, 65:20
  72:20, 78:23
  79:13, 96:2

116:9, 116:24
  133:7, 137:22
  139:1, 139:6
  139:8, 141:8
  141:13, 141:14
  141:16, 141:23
  141:24, 141:25
  143:14, 145:14
  146:14, 146:22
  146:25, 147:11
  148:4, 148:7
  153:20, 153:23
  154:25, 158:20
  158:22, 159:15
  161:18, 161:18
  161:21, 162:3
  162:7, 162:8
  162:9, 163:5
  163:14, 167:20
  167:22, 167:23
  175:3, 176:24
  177:3, 179:1
  179:22, 180:5
  180:11, 180:17
  181:5, 181:10
  181:25, 182:2
  182:12, 183:20
  185:23, 186:2
  186:6, 188:12
  193:20
remembered 79:14
remembering 20:22
  20:23, 41:5
report 37:18
Reporting 2:18
  2:23
represent 4:13
reproduce 2:23
residence 25:1
  25:2
resolve 102:14
resource 42:20
response 39:10
  40:5, 44:19
  61:14, 61:25
  75:2, 136:9
  137:1, 146:12
  148:1, 150:3
  150:23, 155:6
  167:5, 169:10
  181:2
rest 95:12, 95:13
  96:14, 121:16
  121:19, 121:25
  126:14, 126:17
  129:1, 130:22
  138:22, 147:3
restless 194:15
retired 28:2
return 138:6
  138:7, 179:6
reversible 93:2
  93:5
reverted 79:9
review 68:15
  72:17
rewind 45:23
ride 8:7, 20:23
  52:20, 59:14
ridiculous 21:14
riding 34:23

59:12
right 4:8, 4:10
  5:5, 6:12, 7:22
  10:16, 11:12
  13:6, 14:11
  19:6, 20:19
  20:24, 21:19
  22:2, 22:2
  23:24, 24:2
  24:4, 24:14
  25:1, 25:15
  26:4, 26:8, 28:6
  36:8, 39:7, 39:7
  43:13, 43:18
  44:2, 44:7
  44:14, 44:16
  44:21, 46:17
  47:8, 47:20
  48:1, 50:15
  51:11, 51:12
  53:22, 54:22
  57:19, 58:22
  59:8, 59:11
  59:14, 60:15
  61:21, 63:1
  63:18, 66:18
  67:10, 67:11
  67:17, 67:23
  68:6, 68:8
  68:10, 68:22
  70:4, 70:24
  71:4, 75:10
  81:16, 81:19
  82:4, 82:7, 82:8
  84:20, 86:2
  87:11, 88:5
  92:9, 92:11
  93:14, 93:20
  94:7, 94:10
  94:12, 94:15
  94:17, 94:21
  94:23, 95:5
  95:6, 95:25
  96:19, 98:19
  99:5, 99:22
  100:2, 100:7
  101:21, 102:4
  102:12, 104:6
  104:9, 105:15
  105:18, 106:1
  107:11, 108:5
  108:22, 109:5
  109:7, 110:7
  110:21, 114:18
  116:7, 118:12
  119:3, 120:15
  122:22, 123:8
  123:10, 123:16
  123:16, 124:4
  124:7, 124:11
  124:24, 125:21
  126:4, 126:7
  126:18, 126:19
  126:22, 127:13
  127:13, 127:20
  128:3, 128:12
  128:15, 128:24
  129:21, 129:25
  130:1, 130:1
  130:2, 130:14

131:2, 131:4
131:9, 132:17
133:12, 133:14
134:11, 134:16
134:25, 135:2
135:4, 135:16
137:11, 137:14
137:17, 137:24
138:1, 138:12
147:5, 149:23
150:2, 151:14
151:21, 151:22
152:5, 153:17
156:16, 158:17
159:17, 161:2
164:7, 164:8
166:22, 168:11
168:12, 168:20
169:18, 169:19
170:10, 170:18
171:10, 176:4
176:5, 177:13
177:17, 186:13
186:14, 186:23
188:12, 188:14
188:25, 189:11
190:9, 190:11
191:21, 191:23
192:11, 192:14
192:24, 193:5
193:15, 193:17
193:22, 194:10
194:10, 194:16
rights 4:14, 4:19
ringtones 191:13
rinsed 152:7
river 6:22, 16:18
  16:24, 29:12
  29:20, 30:3
  31:23, 32:1
  32:12, 35:3
  35:6, 35:12
  35:20, 36:17
  37:23, 37:24
  38:11, 84:5
  84:8, 84:9, 90:6
  90:7, 136:6
  136:20, 136:22
  136:22, 137:13
  138:22, 139:15
  139:19, 140:9
  140:13, 140:16
  140:16, 140:25
  146:3, 148:21
  152:17, 152:19
  159:22, 161:19
  164:11, 165:1
  165:6, 165:10
  165:14, 165:21
  165:25, 166:3
  166:4, 166:8
  166:13, 166:22
  167:2, 168:8
  169:4, 169:4
  169:7, 169:12
  170:8, 170:10
  170:12, 172:21
  174:11, 178:2
  182:25
Riverside 3:24
  7:17, 7:23

16:21, 16:21
16:24, 59:11
144:1, 178:14
178:17, 182:20
road 6:22, 59:8
  59:12, 59:13
  60:17, 61:2
  89:18
rob 148:6
rocks 166:16
  166:20, 169:1
  170:9
rode 31:16
role 102:8
  102:10
Ron's 46:15
room 9:19, 12:9
  12:10, 12:14
  13:23, 14:17
  17:14, 18:25
  27:19, 28:3
  28:8, 29:4, 31:3
  34:12, 45:20
  46:23, 46:23
  46:24, 65:8
  71:1, 73:16
  74:21, 78:13
  78:14, 88:15
  95:10, 96:4
  129:21, 146:2
  167:25, 173:25
  189:14
roomies 110:17
  110:18
rummaging 18:15
run 86:9, 102:2
runaround 128:10
  129:19

S

sad 94:24
safety 58:18
sake 58:16
  105:25, 105:25
  106:1
salad 8:21, 17:5
  77:25, 78:18
  152:7
sat 8:23, 9:16
  14:8, 17:7
  24:21, 28:14
  28:14, 41:23
  65:9, 69:7
  77:25, 78:9
  91:21, 96:4
  118:6
Saturday 5:17
  5:19, 52:25
  121:21, 172:2
  172:17, 172:18
  172:24, 175:9
  180:24
save 85:1, 85:2
  91:14, 97:1
  97:17, 97:20
  120:25, 189:17
saw 13:21, 13:22
  35:9, 36:19
  56:8, 153:18
saying 20:20

21:23, 21:24
22:23, 24:7
31:10, 37:23
50:11, 52:14
55:15, 57:9
57:10, 58:7
60:7, 60:16
60:20, 61:1
61:13, 68:23
73:10, 79:12
80:3, 81:7
81:23, 84:6
85:2, 85:3
87:11, 90:5
90:9, 90:12
93:10, 96:13
96:21, 96:21
98:7, 103:4
103:8, 107:2
113:14, 115:17
116:11, 116:23
121:3, 125:24
138:15, 145:6
159:10, 159:13
165:19, 167:18
167:21, 168:1
168:2, 188:12
188:16
says 92:17, 92:25
  97:3
scared 40:16
  40:21, 41:2
  41:3, 101:5
  101:6, 101:7
  101:10, 101:12
  105:16, 130:20
  130:22, 164:10
scars 141:10
schedule 6:8
  119:2
school 112:4
  189:6
schools 82:12
screen 18:23
screwed 67:25
  67:25
searching 75:6
  76:7
seat 144:19
  147:12, 147:17
  147:23, 152:15
  159:24, 159:24
  160:1, 160:4
  160:5, 161:5
  161:6
seats 160:22
  160:24, 161:1
  161:2, 161:2
  162:24
second 47:4, 55:3
  67:9, 77:15
  104:6, 124:24
  133:19, 169:18
  191:22
secret 23:16
Security 3:25
see 6:8, 7:2, 9:6
  10:20, 12:1
  17:17, 18:21
  21:15, 28:18
  30:14, 32:18

35:10, 42:22
50:6, 50:12
50:13, 51:18
55:7, 65:10
67:16, 68:17
71:2, 71:11
71:24, 72:10
78:22, 89:6
89:17, 94:6
95:11, 95:13
99:5, 100:23
101:1, 101:23
103:3, 103:16
103:21, 103:24
106:14, 106:23
107:1, 107:2
107:4, 107:7
107:8, 111:18
111:22, 117:12
130:22, 130:23
130:24, 130:25
131:1, 131:3
152:3, 154:3
161:6, 168:11
168:13, 168:14
188:16, 189:2
189:21, 191:16
191:21, 193:10
seeing 38:14
  38:14, 71:5
  71:5, 87:12
seen 13:14, 17:2
  18:23, 19:1
  28:8, 36:16
  45:6, 45:9
  54:10, 55:13
  70:25, 89:11
  96:14, 111:20
  112:19, 143:6
  152:15, 154:1
  173:12
self 51:11
selling 96:18
sending 2:23
sends 37:13
sense 79:18
  79:21, 79:21
  80:4, 82:1
  128:14, 186:16
sentence 127:11
separate 98:6
sequence 31:15
serious 39:18
  95:12, 185:25
  186:5, 191:24
Services 2:18
  2:23
set 66:21
settles 74:10
  74:11
Seventy-five
  43:10
shake 71:14, 72:1
  72:7, 72:12
  72:14, 72:18
shape 63:6
share 110:15
she'd 175:14
  175:15
sheets 163:16
  163:17, 163:17

163:24
shifts 64:11
shirt 66:6, 66:6
shit 57:3, 105:17
  187:15
shitless 41:3
shocked 193:2
shoe 30:15, 167:3
shoeprint 31:24
  32:3, 84:5
shoeprints 32:5
  140:16
shoes 12:3, 13:11
  18:24, 27:23
  30:11, 30:19
  31:1, 32:5
  70:24, 71:13
  84:4, 140:14
  140:14
shook 10:21
  11:25, 13:10
  18:21, 27:22
  28:12, 28:17
  66:6, 71:16
  71:17, 72:5
  78:9, 78:21
  152:11
shop 178:21
shortly 20:15
  45:20, 45:21
  96:9
shot 35:12
shoulder 50:5
shoved 97:7
  149:9, 149:12
  152:17
show 4:18, 37:10
  45:24, 93:8
  157:5, 185:12
showered 6:17
shows 93:7, 93:11
  120:17
shut 19:3, 20:15
  27:11, 27:17
  28:8, 28:10
  28:24, 29:1
  45:22, 60:22
  96:7, 96:10
  96:12, 141:25
sibling 119:7
sic 2:51
sick 83:18
side 70:24, 71:10
  71:11, 94:10
  96:16, 112:9
  152:25, 158:18
  158:18, 158:19
  159:3, 160:21
  160:21
sides 158:24
sidewalk 170:8
sideways 160:17
sign 4:17, 5:4
  55:25, 185:15
  185:21, 185:22
  185:24, 186:1
  186:3, 186:11
  186:17, 186:17
signed 186:7
  186:8, 186:18
  186:19

Interrogation of William Hurt     June 28, 2012

signing 186:14
silence 108:16
silent 4:9
simple 136:13
  136:14, 137:10
simply 91:20
sing 104:2
single 141:22
sink 78:17, 152:7
  170:12
sir 18:9
sister 46:21
  47:10, 48:14
  50:24, 94:6
  94:10, 98:21
  98:23, 119:7
  120:11, 138:2
  146:19, 176:13
  176:14, 176:15
sisters 29:19
  30:1, 85:6
  103:18, 127:3
sit 24:10, 63:23
  67:4, 75:3, 85:7
  87:4, 98:3
  100:10, 101:24
  101:24, 108:20
  127:9, 129:13
  129:20, 167:2
  188:10
sits 91:3, 155:17
sitting 6:24, 7:3
  8:20, 8:24, 8:24
  17:2, 17:5
  17:15, 24:3
  26:12, 34:12
  60:16, 60:20
  77:23, 81:5
  88:14, 105:15
  108:12, 108:16
  128:1, 128:5
  134:10, 155:16
  155:21, 156:17
  156:17, 158:8
  160:6, 161:11
  161:12, 162:21
six 73:22, 92:3
  156:13
sixteen 186:12
size 32:9, 40:20
skip 8:12
skipping 164:12
  164:13
sleep 6:2, 14:17
  19:1, 33:8
  33:11, 45:21
  45:22, 58:14
  73:17, 121:15
  123:6, 129:25
  187:11, 187:12
  187:15, 187:19
sleeper 33:12
  60:25
sleepwalking 62:7
slip 107:13
slipped 89:5
  100:18, 106:13
  106:22, 107:3
slowed 27:17
slowly 171:19
smack 135:1

small 65:8
smart 125:5
smoke 47:16
  47:18, 47:18
  47:21
smokes 47:24
smoking 48:14
snuck 48:20
  51:20, 51:22
Social 3:25
sociopath 94:18
sole 32:10
solution 69:16
solve 70:6
  102:20, 102:22
  121:21, 137:16
solved 102:18
somebody 23:15
  26:16, 40:4
  44:21, 45:4
  45:6, 47:25
  63:6, 72:11
  81:13, 81:14
  81:21, 82:6
  82:20, 83:7
  87:13, 94:11
  103:24, 109:12
  110:8, 112:3
  112:5, 117:24
  117:24, 117:24
  118:1, 118:8
  118:10, 118:11
  120:9, 124:3
  135:13, 136:16
  138:1, 150:21
  151:12, 155:4
  167:12, 175:20
  183:18
someone's 109:18
something's 32:17
  32:20, 55:11
  67:3, 67:18
  67:19, 126:12
son 81:12
soon 18:20, 20:25
  28:11, 28:16
  79:4, 91:22
  123:22, 129:13
sorry 4:2, 17:22
  87:5, 87:6, 87:7
  160:20
soul 75:6, 76:6
sound 60:25
sounded 117:2
south 23:23
  141:21
SOUTHERN 2:1
spanking 69:23
speak 91:15
specific 11:11
specifically 42:9
speech 2:52
  104:2
spell 3:14
spend 181:23
spending 182:2
split 73:21
spot 33:18, 53:20
  53:21, 147:5
  194:5
spun 152:10

spur 148:9
Square 7:14
squeal 47:7
SS 195:1
stand 87:4, 95:2
  125:17
standing 158:17
standpoint 34:10
standstill 74:22
stared 26:8
staring 26:13
start 24:18, 25:8
  25:11, 38:25
  60:23, 65:19
  70:10, 76:13
  79:7, 79:24
  117:18, 134:2
  135:7, 151:23
  158:12, 188:6
started 9:22
  10:22, 12:23
  14:14, 16:24
  17:1, 17:10
  17:10, 17:12
  17:16, 17:18
  17:21, 18:12
  18:12, 18:19
  25:24, 28:15
  36:5, 45:16
  53:5, 78:12
  79:3, 79:7, 94:6
  106:19, 134:4
  134:5, 154:2
  154:4, 154:13
  156:21, 157:4
  158:23, 159:3
  171:18, 179:17
starting 17:21
  18:17, 21:2
  113:2, 133:9
  138:10, 138:15
  138:17
starts 20:21
  155:4
State 3:5, 195:1
  195:5
STATE-AT-LARGE
  195:25
statement 27:9
  28:23, 33:14
  38:12, 45:13
  45:23, 49:2
  56:24, 58:5
  63:24, 72:7
  74:2, 98:12
  107:4, 116:10
  118:8
statements 4:15
States 2:1
  190:21
stating 4:18
station 7:21
  59:23, 73:21
  178:11, 178:13
  182:5, 182:17
  186:24
stay 123:6, 193:7
stayed 13:8
staying 91:20
stays 66:17
step 13:2, 13:3

75:3, 151:20
  151:20, 167:8
  191:21, 194:10
stepped 102:19
steps 97:7
  168:13
Steve's 16:10
  16:10
Steven 9:13
  10:12, 12:17
  17:6, 17:8, 28:8
  78:13, 115:3
  115:4, 115:7
  115:13, 176:9
  176:17, 190:24
  191:1
stick 31:3
  189:23
stirred 11:24
  18:19
stomach 129:8
stomp 159:1
  159:1
stone-cold 62:22
stop 16:25, 51:10
  100:24, 109:2
  153:25, 188:5
stopped 16:23
  168:20, 170:7
  178:11
store 16:4, 59:8
  68:15, 68:18
  68:22, 183:15
  183:17, 185:5
  185:12, 185:13
stories 15:20
  41:6, 70:5, 88:7
  97:19, 102:3
  108:5, 109:7
  122:21, 128:10
story 21:3, 24:4
  24:12, 24:14
  31:3, 31:11
  39:3, 41:5
  70:13, 79:4
  79:7, 79:24
  79:24, 81:22
  86:9, 90:14
  90:15, 90:18
  91:4, 92:20
  93:16, 96:6
  108:14, 108:20
  109:3, 117:14
  129:19, 171:21
  171:23
straight 15:24
  18:7, 60:24
  79:13, 191:16
street 62:8
  152:15, 154:1
  192:17
stress 85:20
  127:12
strike 104:12
strong 40:19
strongest 149:1
struggling 158:8
stuck 189:25
stuff 9:22, 13:3
  17:23, 18:5
  19:6, 19:25

20:3, 20:23
  31:1, 41:10
  46:7, 48:15
  49:5, 49:6
  51:10, 51:18
  54:25, 58:24
  65:13, 66:17
  69:1, 77:8, 78:6
  82:13, 86:6
  95:10, 98:7
  98:23, 101:25
  102:1, 128:8
  182:10, 184:22
  185:13, 186:24
  186:25, 187:9
  189:3
stupid 101:25
  103:22
succeed 100:5
Sunday 37:15
  90:8, 90:12
  121:21, 180:15
Sunny 9:23, 10:1
  10:2, 17:13
supervision 195:7
supposed 46:2
  116:19
supposedly 59:24
  70:14
sure 3:6, 4:6
  6:3, 6:14, 11:6
  30:7, 32:8, 35:8
  45:24, 47:19
  59:4, 63:5
  68:10, 72:17
  75:21, 119:10
  137:2, 149:15
  149:17, 149:18
  158:18, 181:3
surrendered 10:21
  18:18, 28:12
  152:3
suspect 47:21
  48:22, 49:24
  49:25, 55:13
  55:20, 56:5
  56:10, 56:11
  56:13, 56:22
  86:15, 102:15
swear 87:4
swiped 185:14
  186:13
swollen 55:20
  141:11, 142:10

──────────
      T
──────────

table 6:24, 8:20
  8:23, 12:14
  17:3, 17:7
  28:13, 28:14
  77:24, 112:19
Tacoma 190:23
tail 79:23, 80:1
take 6:19, 7:11
  8:10, 65:9, 66:1
  81:9, 113:19
  118:20, 137:18
  143:13, 145:13
  147:5, 147:6
  148:22, 155:24

Interrogation of William Hurt    June 28, 2012

156:24, 161:15
165:25, 166:3
166:4, 166:8
192:7
takes 188:8
talk 4:10, 4:20
  5:1, 5:2, 14:18
  22:8, 22:10
  34:12, 41:18
  41:19, 41:20
  48:24, 65:14
  75:4, 81:22
  85:8, 88:15
  89:3, 90:20
  92:12, 107:19
  112:5, 131:9
  131:10, 162:10
  164:18, 193:10
talked 3:5, 11:23
  13:8, 14:8
  14:19, 22:3
  22:5, 22:5, 22:9
  27:21, 36:19
  37:15, 38:24
  41:7, 41:16
  61:19, 64:19
  78:9, 90:19
  95:17, 98:5
  98:5, 98:6
  105:14, 106:5
  106:8, 113:4
  113:4, 113:10
  164:21, 175:20
talking 3:7, 8:25
  10:12, 10:22
  10:23, 14:14
  17:5, 17:6, 17:6
  17:18, 18:20
  23:3, 24:3
  26:10, 28:15
  34:11, 34:18
  37:2, 48:14
  48:25, 68:7
  68:9, 71:4, 71:5
  71:5, 78:11
  78:12, 78:21
  79:1, 79:16
  80:4, 80:10
  81:6, 83:1, 83:2
  83:3, 83:19
  87:21, 87:22
  87:24, 87:25
  89:14, 90:4
  103:17, 103:18
  108:5, 108:14
  134:11, 164:14
  168:15, 179:17
  187:4, 187:7
talks 42:3
tape 45:24, 72:17
taped 20:11
teams 14:20
  14:20, 14:21
  17:19
tearing 124:23
  124:24, 130:14
  132:11
tears 85:8
teenager 183:8
tell 6:6, 6:10
  6:14, 8:13

15:19, 17:24
19:7, 24:15
25:12, 25:14
25:18, 26:3
26:16, 33:21
33:22, 33:25
34:10, 44:7
44:14, 46:12
46:13, 47:6
47:7, 49:9, 54:3
54:3, 65:17
66:25, 67:22
69:18, 70:20
76:10, 77:10
79:4, 80:7
81:22, 82:1
82:8, 83:4
86:20, 90:21
92:10, 94:3
96:1, 97:17
98:3, 98:5
98:18, 100:15
101:21, 102:11
105:23, 105:24
106:16, 117:7
117:8, 118:4
120:15, 122:2
123:17, 123:21
124:2, 124:12
124:15, 125:1
125:1, 125:11
125:14, 126:4
126:24, 129:18
129:19, 129:22
129:22, 131:6
134:16, 135:16
137:9, 137:13
137:15, 139:10
139:14, 147:4
147:7, 147:7
151:20, 171:24
172:6, 173:7
174:8, 174:10
175:9, 178:4
179:21, 181:4
187:7, 189:12
191:23
telling 13:2
15:20, 25:8
25:9, 26:15
31:13, 31:14
31:14, 31:15
32:16, 32:18
39:19, 41:6
53:18, 55:25
60:18, 63:1
63:9, 63:11
63:18, 64:1
67:23, 68:4
70:7, 73:17
74:6, 74:19
82:1, 82:10
82:11, 82:18
82:21, 84:2
85:21, 87:14
88:5, 101:20
104:14, 106:1
107:11, 108:4
111:3, 111:4
117:11, 117:14
119:6, 120:17

122:20, 123:1
124:5, 124:20
126:4, 126:12
126:20, 128:25
131:14, 131:19
132:8, 132:10
132:12, 132:13
135:4, 137:17
138:3, 162:9
162:18, 164:14
165:13, 165:13
171:25, 173:16
173:21
tells 27:15
87:16, 91:3
92:19, 97:8
97:8, 100:16
102:3
ten 9:4, 10:8
28:11, 48:11
53:12
tendency 128:20
terrible 60:9
60:9, 60:10
60:13
test 106:21
testimony 87:5
text 36:1, 90:10
191:5, 191:7
191:8
thank 193:4
Thanks 107:9
thing 10:25
25:17, 26:2
35:14, 43:7
44:20, 47:9
58:25, 64:6
77:5, 79:1, 81:3
82:21, 83:9
86:3, 86:16
91:14, 94:24
97:1, 97:16
97:19, 99:1
101:23, 108:21
112:4, 112:23
114:19, 115:25
128:11, 137:15
138:5, 138:25
148:10, 168:21
178:20, 178:22
188:7
things 22:13
46:11, 50:14
101:4, 117:23
125:25, 141:21
173:14, 189:19
think 5:13, 5:15
5:23, 7:7, 7:25
14:2, 16:4
17:25, 19:11
19:15, 19:17
19:18, 19:21
33:14, 33:15
34:1, 37:13
39:6, 39:16
39:22, 45:2
47:4, 50:12
51:14, 54:23
54:24, 55:19
56:22, 58:7
61:7, 74:15

75:1, 75:16
80:2, 80:3
81:14, 82:9
84:22, 85:9
85:15, 85:18
90:24, 91:17
94:10, 94:14
94:15, 99:5
108:1, 108:25
109:3, 117:18
120:8, 120:11
121:19, 122:10
122:11, 122:16
124:1, 124:11
124:13, 124:19
125:25, 128:23
130:19, 130:19
134:5, 134:17
136:2, 136:4
137:18, 137:25
140:2, 150:4
150:15, 155:2
156:5, 156:10
157:8, 162:1
186:11, 187:23
thinking 9:4
49:17, 49:21
75:5, 75:6, 86:2
86:3, 108:13
108:15, 108:22
123:7, 123:8
130:16, 148:2
187:21, 188:6
188:6
thinks 90:24
102:6
third 16:20
67:10, 104:8
160:1
thirty 86:7
184:21
Thirty-five 54:16
54:17
thought 2:51
2:52, 2:52, 17:7
35:21, 35:21
56:10, 56:11
56:18, 67:14
125:20
threat 44:12
threatened 26:16
26:18, 26:19
101:2, 110:19
three 52:10
52:12, 64:21
67:7, 67:16
101:4, 101:5
101:8, 104:12
107:22, 123:24
126:21, 130:6
154:6, 157:1
157:2, 158:13
161:1, 161:3
161:9, 180:19
188:18, 188:18
191:18
threw 139:15
139:18, 140:9
140:24, 144:4
147:7, 148:21
152:19, 161:19

164:10, 168:8
169:5, 169:7
174:11
throw 44:21, 88:8
189:19
throwing 10:12
17:8
thrown 136:21
Thursday 5:11
5:17, 5:18, 6:4
7:3, 52:24
180:10, 180:23
ticked 95:15
ticking 108:7
tie 163:15
163:20, 164:1
tied 140:24
152:16, 161:19
161:20, 161:22
163:4, 163:6
163:7, 163:21
168:7, 169:7
169:8, 169:9
tight 164:1
194:16
till 155:18
time 3:7, 4:14
5:20, 5:23, 7:1
7:6, 7:25, 8:21
9:11, 12:8
13:20, 13:22
14:1, 15:24
17:7, 19:7, 19:7
19:23, 22:5
24:2, 24:6, 26:9
26:13, 35:16
35:18, 39:6
45:19, 45:19
52:5, 52:11
53:3, 53:9
53:13, 53:25
56:24, 57:4
57:12, 60:9
62:7, 66:18
67:16, 71:17
72:6, 72:8
72:10, 72:19
73:1, 74:25
77:24, 78:21
81:22, 84:2
101:23, 106:7
108:7, 109:9
116:20, 127:23
128:1, 128:1
128:21, 128:23
129:8, 129:11
133:19, 138:11
144:11, 155:25
156:4, 157:13
172:15, 172:17
174:4, 179:5
181:9, 181:11
190:18
timeframes 53:13
times 30:3, 46:22
46:22, 52:10
52:12, 70:13
122:22, 141:3
142:6, 156:5
156:10, 156:13
156:13, 157:3

158:14, 159:7
tired 27:16
  33:12, 64:25
  99:6
today 56:4, 85:7
  85:22, 123:14
  172:13
told 5:18, 5:18
  5:19, 7:3, 8:22
  11:5, 11:10
  12:1, 17:3, 17:4
  18:21, 20:4
  20:11, 20:14
  23:4, 23:9
  24:20, 25:24
  28:7, 28:18
  29:7, 30:9, 34:2
  34:7, 35:25
  36:2, 36:7
  38:20, 41:6
  41:24, 44:9
  50:25, 51:7
  52:9, 52:12
  52:13, 52:25
  53:1, 53:4
  62:20, 64:22
  69:8, 69:17
  70:15, 70:17
  70:19, 70:21
  71:10, 72:5
  77:20, 77:22
  78:7, 78:21
  79:18, 80:6
  81:4, 86:4, 89:4
  89:8, 91:5
  91:21, 96:4
  96:8, 96:12
  97:15, 100:18
  102:17, 105:14
  105:16, 106:12
  106:15, 106:15
  106:19, 106:25
  107:25, 109:6
  111:5, 111:5
  122:12, 122:21
  125:18, 125:19
  125:22, 132:19
  132:21, 143:24
  151:9, 152:1
  172:8, 172:19
  172:25, 172:25
  173:4, 173:5
  173:19, 174:9
  174:16, 176:4
  179:18, 180:18
  181:1, 181:5
  181:9, 184:9
  184:13, 194:4
  194:4
toll 188:8
tomorrow 92:4
  92:4, 121:21
  192:5
ton 129:14
top 87:15, 158:1
  168:21
tore 85:4, 85:5
  85:6
tormenting 48:14
torso 142:13
toss 165:22

totally 109:21
touch 119:2
touched 141:10
tough 53:25
  102:6, 134:17
town 52:20
  152:25
track 44:16
  189:18
trail 168:22
  170:5
Trailing 2:51
transaction 184:4
transactions
  189:16
transcribed 2:17
  195:6
transcript 2:10
  2:50, 195:6
  195:8, 195:9
transpire 156:2
treat 99:10
tried 37:1
  171:20
trouble 23:24
  41:5, 47:3
  53:18, 91:11
  168:3, 171:14
  174:18
troubled 47:2
  48:10, 51:13
troubling 32:17
true 27:12, 27:13
  27:14, 28:24
  28:25, 29:5
  29:6, 33:15
  94:10, 120:18
  195:8
truly 101:2
  105:4, 139:4
trust 31:19, 88:1
  104:19
truth 39:19
  53:19, 70:7
  70:8, 73:17
  83:25, 86:21
  86:21, 87:16
  88:5, 93:16
  100:16, 109:10
  122:2, 124:12
  125:19, 126:4
  129:19, 129:22
  131:14, 137:9
  165:13, 194:4
truthful 95:21
  95:25, 96:3
  96:3
truthfully 95:6
  111:8
try 16:11, 20:12
  101:25, 109:3
  111:12, 117:12
  128:15, 134:14
  155:13, 164:5
  178:6
trying 14:23
  23:14, 23:15
  23:17, 27:3
  27:4, 45:16
  54:22, 57:20
  58:15, 58:15

65:14, 67:7
68:25, 73:5
73:15, 74:13
74:17, 74:18
75:12, 83:12
87:12, 87:13
87:14, 90:13
90:14, 96:15
100:11, 103:24
105:23, 105:23
108:10, 108:11
108:13, 117:1
117:6, 117:8
118:23, 118:25
119:7, 120:25
126:22, 129:15
135:16, 138:7
138:8, 140:2
140:4, 141:25
141:25, 142:2
147:8, 157:15
165:20, 169:11
174:20, 187:15
Tums 133:15
turn 74:11, 96:1
turned 16:18
  16:24, 53:10
turning 23:23
  127:15, 127:15
  127:15
turns 155:24
TV 13:25, 18:25
Twenty 86:7
  184:21
two 22:9, 46:10
  65:2, 79:9
  81:10, 83:20
  85:14, 85:21
  91:16, 91:25
  92:2, 107:21
  107:24, 117:13
  130:7, 141:21
  146:18, 157:1
  157:2, 158:13
  160:21, 160:24
  161:1, 161:2
  161:2, 180:19
  189:9
two-hour 53:13
tying 161:15
type 90:22
  140:11
typewritten 195:8

---
U
---

uh 7:4, 7:4
Uh-huh 4:23, 7:15
  11:19, 12:2
  12:11, 13:5
  15:1, 15:10
  16:5, 19:4
  19:14, 19:20
  19:24, 20:8
  20:17, 21:8
  24:5, 27:25
  34:6, 34:14
  36:9, 36:21
  37:9, 41:12
  43:3, 48:12
  50:9, 53:24

55:1, 56:15
56:20, 65:16
66:23, 67:13
69:12, 69:19
69:22, 71:7
74:24, 75:24
76:8, 76:21
77:7, 77:12
78:3, 89:1
93:19, 94:8
97:21, 114:21
122:3, 123:11
155:12, 156:23
160:18, 160:23
160:25, 161:4
164:22, 165:4
168:17, 168:23
169:2, 169:14
169:24, 170:6
170:22, 171:16
172:4, 176:16
177:11, 177:24
179:14, 180:8
180:21, 181:18
182:22, 185:18
187:2, 189:7
191:2, 191:18
191:25
Umm 79:2
unconscious
  144:20, 159:18
und 17:11, 98:23
underneath 100:9
understand 4:6
  15:20, 19:8
  25:15, 27:6
  37:20, 37:21
  44:17, 44:22
  46:5, 48:4
  53:17, 54:6
  54:20, 62:16
  62:24, 62:25
  63:7, 67:11
  81:23, 82:2
  82:3, 83:10
  83:11, 84:21
  93:3, 95:19
  96:23, 97:20
  99:8, 99:11
  99:12, 99:13
  99:19, 105:19
  105:21, 106:2
  119:7, 119:8
  124:4, 124:7
  125:1, 128:4
  186:22
understanding
  195:9
unfortunately
  103:25
unintelligible
  4:16, 6:18, 7:8
  7:13, 14:5, 20:7
  26:3, 26:11
  30:13, 32:10
  34:10, 34:11
  35:12, 35:15
  36:11, 37:4
  37:14, 38:16
  39:4, 40:20
  41:1, 41:14

41:23, 47:10
49:14, 50:4
50:5, 52:10
53:15, 55:16
55:21, 57:5
57:10, 58:16
59:9, 59:10
59:21, 60:19
61:18, 62:7
64:12, 64:14
64:24, 65:3
65:11, 66:7
67:2, 71:9
73:14, 75:7
76:3, 76:23
76:24, 77:16
78:6, 78:7
78:10, 78:14
78:19, 80:16
80:18, 81:3
83:8, 84:23
85:17, 86:24
88:11, 91:10
91:18, 92:13
92:22, 95:16
98:17, 98:25
99:6, 100:6
102:24, 103:13
106:10, 108:11
109:8, 109:14
110:3, 111:7
113:1, 114:25
116:21, 119:14
121:22, 121:24
122:10, 123:1
124:17, 127:17
128:17, 132:14
132:24, 133:3
134:6, 135:13
138:13, 140:1
142:3, 142:11
145:3, 150:14
151:8, 151:19
151:25, 156:20
157:18, 157:20
158:15, 159:16
159:20, 159:22
160:8, 162:17
163:22, 166:12
166:16, 166:17
166:20, 166:25
169:23, 170:7
170:9, 170:19
173:14, 175:15
176:11, 176:12
178:12, 178:15
179:19, 180:3
182:19, 187:25
189:24, 190:22
192:8, 192:10
192:19, 193:3
193:7, 193:19
193:24, 194:12
United 2:1
  190:21
untied 169:6
updates 35:5
upstairs 13:17
  28:9, 78:15
use 37:10, 95:2
  95:3, 182:13

Interrogation of William Hurt    June 28, 2012

182:14, 183:23
183:25, 185:16
185:20
uses 94:19
usually 12:15
27:15, 30:18
31:20, 52:1
52:2, 57:24
71:10, 112:1
112:2, 112:5
112:11, 169:22
169:23, 177:6
189:19

---

V

vac 178:21
vacuum 178:12
value 83:1
van 31:17, 31:21
46:1, 133:21
134:1, 135:21
143:18, 143:21
144:12, 144:13
144:17, 144:18
146:4, 146:6
146:8, 146:13
146:16, 146:17
146:19, 146:20
147:9, 147:12
147:13, 147:13
147:15, 147:16
148:21, 149:3
152:14, 152:16
153:17, 159:21
159:24, 160:16
160:17, 160:21
161:16, 162:6
162:19, 163:18
164:8, 167:17
171:7, 171:11
176:22, 176:25
177:2, 177:4
177:6, 177:8
177:22, 178:1
178:5, 178:6
178:9, 178:25
179:2, 179:17
187:4
Vantlin 3:2, 3:3
3:10, 3:12, 3:14
3:16, 3:18, 3:20
3:23, 3:25, 4:3
4:5, 4:8, 4:17
4:23, 4:25, 5:4
5:8, 5:11, 5:13
5:16, 5:24, 6:3
6:6, 6:11, 6:14
6:20, 6:25, 7:6
7:10, 7:15, 7:18
7:22, 7:25, 8:4
8:6, 8:11, 8:16
8:18, 9:2, 9:5
9:11, 9:15, 9:18
9:20, 9:25, 10:2
10:4, 10:6, 10:9
10:18, 11:2
11:5, 11:10
11:13, 11:19
11:22, 12:2
12:5, 12:7

12:10, 12:12
12:17, 12:20
12:24, 13:1
13:6, 13:13
13:16, 13:18
13:20, 14:1
14:4, 14:6, 14:9
14:11, 14:18
14:25, 15:2
15:5, 15:7
15:10, 15:12
15:14, 15:18
15:23, 16:1
16:5, 16:8
17:24, 18:3
18:6, 18:10
19:2, 19:5
19:11, 19:14
19:17, 19:20
19:24, 20:2
20:8, 21:15
21:18, 22:18
22:21, 22:23
23:6, 24:3, 26:9
26:25, 27:8
27:11, 27:25
28:4, 28:22
29:3, 29:6
29:11, 29:14
29:17, 29:19
29:21, 29:24
30:1, 30:5, 30:7
30:16, 31:2
31:7, 31:16
32:17, 32:20
33:13, 33:19
33:25, 34:4
34:7, 34:14
34:16, 34:20
34:24, 35:1
35:4, 35:9
35:17, 36:9
36:13, 36:19
36:23, 37:3
37:5, 37:8
37:12, 37:18
38:10, 38:20
38:23, 39:2
39:5, 39:11
39:14, 39:16
39:22, 40:2
40:6, 40:9
40:12, 40:14
40:16, 40:18
43:9, 43:12
43:15, 43:18
43:22, 43:24
44:2, 44:6, 44:9
44:14, 44:20
44:24, 45:7
45:10, 45:13
45:25, 46:3
46:9, 46:12
46:18, 47:1
47:11, 47:13
47:16, 47:20
48:2, 48:6
48:12, 48:17
48:19, 48:22
49:3, 49:8
49:12, 49:16

49:19, 49:23
50:1, 50:8
50:10, 50:17
50:19, 50:21
50:25, 51:3
51:6, 51:9
51:17, 51:20
51:24, 52:3
52:19, 52:23
53:18, 53:21
53:25, 55:22
56:1, 56:4, 56:6
56:9, 56:13
56:15, 56:20
57:12, 57:18
57:23, 58:18
58:20, 64:3
74:7, 74:10
74:14, 74:21
74:25, 75:7
75:16, 75:19
75:22, 75:25
76:3, 76:6, 76:9
76:12, 76:14
76:17, 76:21
76:25, 77:3
77:7, 77:12
77:17, 78:3
79:17, 79:23
80:1, 80:10
80:13, 80:21
80:25, 81:9
81:25, 82:4
82:15, 82:17
88:25, 92:8
92:14, 92:19
92:23, 93:5
93:10, 93:20
93:25, 94:3
94:9, 94:14
94:20, 94:22
95:14, 95:17
97:9, 97:22
99:2, 102:11
104:24, 105:23
112:25, 113:3
113:7, 113:9
113:13, 113:17
113:19, 114:8
114:15, 114:24
115:22, 116:1
116:4, 117:17
117:21, 118:3
118:16, 118:19
118:21, 119:1
119:5, 119:16
121:11, 151:19
152:5, 152:9
152:20, 152:23
153:2, 153:4
153:6, 153:8
153:10, 153:13
153:17, 153:21
153:24, 154:3
154:9, 154:12
154:15, 154:17
154:19, 154:22
155:1, 155:7
155:11, 155:13
155:20, 155:23
156:5, 156:9

156:12, 156:15
156:21, 156:24
157:2, 157:7
157:10, 157:25
158:4, 158:16
158:21, 158:25
159:4, 159:17
159:23, 160:1
160:3, 160:8
160:11, 160:13
160:15, 160:19
160:24, 161:2
161:5, 161:7
161:14, 161:17
161:23, 162:1
162:4, 163:24
164:1, 164:4
164:7, 164:12
164:23, 165:1
165:3, 165:5
165:8, 166:18
166:21, 167:1
167:6, 167:10
167:12, 167:18
167:21, 167:25
170:6, 194:13
194:16
vehicle 59:13
59:15, 59:17
134:2, 134:3
135:6, 135:9
135:11, 135:13
135:14, 135:15
135:17, 135:18
135:18, 140:12
140:12
vehicles 31:19
34:21
verbatim 109:6
video 2:18, 2:23
184:17, 185:12
videos 68:17
videotape 144:7
VIDEOTAPED 2:10
Visitations 74:4

---

W

Wade 9:3
wait 8:8, 16:14
67:15, 75:14
waited 16:20
waiting 7:4
waits 155:18
wake 33:10
126:13
wakes 65:5
Wal-Mart 16:16
52:21
walk 18:24, 30:25
50:4, 62:8
70:25, 71:2
71:3, 72:10
123:15, 132:23
133:19, 166:24
167:9, 168:12
168:13
walked 8:19, 9:17
9:21, 9:24, 10:4
12:4, 12:5
13:11, 13:11

13:12, 14:16
16:12, 16:12
17:2, 17:11
18:23, 20:19
24:17, 24:23
27:21, 28:13
28:18, 28:20
59:22, 60:21
68:22, 70:15
70:17, 70:23
70:24, 70:25
71:12, 71:13
71:22, 71:23
71:24, 72:4
73:11, 76:22
77:21, 78:16
78:20, 78:22
79:4, 86:5
89:18, 97:4
97:5, 112:8
112:10, 123:22
152:6, 166:23
168:25, 169:4
170:8, 173:20
walking 12:13
17:1, 28:9, 53:5
59:19, 59:20
71:9, 192:16
walks 20:20
31:20, 51:2
51:4
wallet 111:19
111:23, 145:9
145:11, 145:13
145:20, 145:22
145:23, 189:1
189:4, 192:7
want 3:5, 3:6
4:6, 4:20, 4:24
5:1, 8:12, 8:17
9:6, 9:7, 11:14
20:22, 24:10
25:6, 25:11
25:12, 39:5
44:14, 44:20
44:24, 46:14
46:18, 47:7
54:1, 55:3
55:18, 57:8
60:8, 68:4, 68:5
70:10, 70:14
74:25, 76:13
77:20, 77:20
82:22, 83:6
83:15, 84:15
87:17, 87:18
87:20, 88:1
88:3, 93:23
95:2, 95:3
99:11, 99:12
100:2, 100:5
100:19, 100:23
101:1, 102:9
102:10, 103:13
103:16, 103:21
103:24, 105:13
108:7, 110:12
110:14, 110:16
110:17, 113:5
113:11, 113:12
121:9, 121:10

Interrogation of William Hurt     June 28, 2012

121:18, 121:24
122:6, 122:8
122:23, 123:12
123:25, 124:21
125:1, 127:19
127:22, 128:7
128:7, 128:8
128:9, 129:1
129:4, 129:11
129:12, 129:13
130:2, 130:3
130:22, 130:23
130:23, 130:25
131:13, 131:14
131:15, 133:13
133:13, 133:15
135:2, 137:15
137:16, 137:16
149:24, 150:17
150:19, 151:16
164:17, 174:18
192:3, 192:23
193:6
wanted 11:11
  16:11, 78:10
  81:3, 83:14
  83:14, 95:9
  111:15
wanting 20:12
  24:1, 27:3, 44:3
  44:5, 46:10
  80:6, 84:18
  88:23, 123:23
  123:23
wants 46:7, 46:7
  92:7, 98:24
  131:1
warrant 55:14
  58:23
warrants 55:4
wash 178:19
  178:23, 179:2
washed 152:7
  178:25
Washington 7:14
  190:23
waste 125:6
watch 85:8
  170:24
watched 13:24
  18:24, 18:25
  28:19, 93:1
  152:11
water 10:25
  28:17, 75:18
  75:20, 76:1
  76:2, 78:17
  149:6, 152:8
  152:17, 152:18
  167:3, 167:3
  167:7, 170:10
waves 171:3
wavy 32:9
way 16:16, 18:8
  20:6, 26:5
  31:14, 38:18
  41:18, 51:12
  56:16, 56:17
  58:11, 59:15
  63:6, 68:3, 70:6
  70:25, 77:21

82:12, 83:18
88:24, 94:6
100:17, 103:2
105:8, 105:19
105:22, 105:24
105:24, 106:2
114:14, 115:12
116:14, 117:3
117:18, 122:1
123:4, 124:20
124:21, 125:4
127:4, 130:3
131:23, 132:8
132:11, 137:25
138:22, 143:5
150:20, 152:23
157:8, 159:5
159:5, 159:6
161:3, 166:12
166:16, 169:16
169:17, 169:19
169:21, 170:1
170:15, 170:16
170:21, 171:4
171:5, 171:10
173:13, 178:14
182:24, 182:24
ways 49:21, 49:23
  81:10
we've 8:8, 39:3
  64:19, 85:6
  85:12, 85:13
  85:13, 86:22
  92:17, 92:20
  93:6, 93:14
  100:11, 109:10
  139:2, 154:4
  164:8, 188:22
  188:24, 190:18
wear 30:19
wearing 112:13
  112:15, 112:18
  112:20, 140:14
Wednesday 37:15
  90:9, 90:11
weed 47:17, 47:19
  47:21, 47:24
  48:14, 48:16
weeds 30:22
week 6:8, 20:1
  20:3, 56:4
weekend 64:11
weeks 43:1, 43:5
  43:7, 43:21
  43:22, 43:25
  64:16, 64:21
  64:22, 107:24
  130:6, 130:7
  130:10
weight 124:2
  124:2, 124:3
  124:4, 124:22
  129:23, 151:13
  151:14
Weinbach 29:21
  153:4, 153:6
  153:9, 153:18
  173:13
weirdest 147:2
Weiss 97:11
  97:12

went 12:14, 13:8
  13:23, 14:12
  14:16, 14:25
  16:17, 16:17
  16:23, 17:13
  18:25, 19:1
  19:5, 20:14
  23:1, 25:24
  27:12, 27:22
  27:23, 27:23
  28:1, 28:21
  28:24, 29:1
  29:3, 31:2, 33:8
  33:8, 35:13
  35:23, 38:13
  45:20, 45:21
  45:21, 52:20
  53:11, 53:12
  58:14, 59:24
  60:5, 60:6
  60:17, 60:21
  60:22, 60:24
  61:2, 62:3, 62:4
  62:5, 62:8
  68:23, 70:22
  71:1, 72:24
  73:17, 73:20
  73:22, 73:23
  77:1, 78:14
  78:15, 78:23
  79:5, 79:12
  79:12, 79:15
  89:2, 89:9, 96:4
  96:7, 96:9
  96:11, 96:13
  96:21, 133:2
  133:3, 141:21
  143:22, 146:3
  151:23, 152:12
  158:25, 160:9
  167:10, 169:25
  170:3, 171:8
  179:19, 182:4
  182:7, 183:17
  185:4, 185:11
  187:6, 187:9
  187:10, 187:18
west 71:10
  152:25
wet 167:3
WFYE 37:7
What'd 140:5
Whereabouts
  166:18
William 2:4, 2:10
  2:32, 3:2, 3:9
  3:9, 3:11, 3:13
  3:15, 3:17, 3:19
  3:22, 3:24, 4:2
  4:4, 4:7, 4:16
  4:21, 4:24, 5:2
  5:7, 5:10, 5:12
  5:15, 5:21, 5:25
  6:5, 6:7, 6:13
  6:16, 6:21, 7:2
  7:8, 7:12, 7:16
  7:20, 7:24, 8:2
  8:5, 8:8, 8:15
  8:17, 8:19, 9:3
  9:10, 9:13, 9:16
  9:19, 9:21, 10:1

10:3, 10:5, 10:8
10:11, 10:19
11:4, 11:8
11:12, 11:15
11:20, 11:23
12:3, 12:6, 12:9
12:11, 12:13
12:18, 12:22
12:25, 13:5
13:17, 13:19
13:22, 14:3
14:5, 14:8
14:10, 14:13
14:19, 15:1
15:4, 15:6, 15:9
15:11, 15:13
15:16, 15:22
15:25, 16:2
16:6, 16:9, 18:2
18:4, 18:9
18:11, 19:4
19:10, 19:12
19:15, 19:18
19:21, 19:25
20:4, 20:9
20:17, 21:8
21:9, 21:12
21:14, 21:17
21:20, 22:7
22:10, 22:17
22:20, 22:22
22:25, 23:5
23:7, 23:8
23:13, 23:17
23:25, 24:5
24:9, 24:12
25:4, 25:7
25:11, 25:16
25:21, 26:7
26:11, 26:18
26:21, 26:24
27:2, 27:10
27:14, 28:1
28:6, 29:1, 29:5
29:13, 29:16
29:18, 29:20
29:22, 29:25
30:2, 30:6, 30:8
30:12, 30:18
31:5, 31:9
31:18, 31:22
31:25, 32:4
32:11, 32:22
33:2, 33:5, 33:7
33:13, 33:17
33:24, 34:3
34:6, 34:9
34:15, 34:17
34:21, 34:25
35:2, 35:5
35:10, 35:19
35:25, 36:4
36:10, 36:14
36:21, 36:25
37:4, 37:7, 37:9
37:10, 37:17
37:21, 38:1
38:5, 38:7
38:13, 38:17
38:22, 38:24

39:4, 39:10
39:13, 39:15
39:18, 39:24
40:5, 40:7
40:10, 40:13
40:15, 40:17
40:19, 40:24
41:3, 41:9
41:13, 41:16
41:22, 42:1
42:5, 42:8
42:10, 42:13
42:18, 42:21
42:24, 43:2
43:4, 43:6
43:10, 43:14
43:17, 43:20
43:23, 44:1
44:5, 44:8
44:11, 44:19
44:23, 45:5
45:8, 45:12
45:15, 46:2
46:5, 46:17
46:20, 47:9
47:12, 47:15
47:18, 47:23
48:5, 48:9
48:13, 48:18
48:21, 48:25
49:7, 49:10
49:13, 49:18
49:20, 49:25
50:3, 50:9
50:16, 50:18
50:20, 50:22
51:1, 51:4, 51:8
51:16, 51:19
51:22, 51:25
52:6, 52:16
52:18, 52:22
52:24, 53:16
53:20, 53:23
54:4, 54:6, 54:9
54:12, 54:16
54:18, 54:21
55:1, 55:6, 55:9
55:12, 55:16
55:19, 55:24
56:2, 56:5, 56:7
56:11, 56:14
56:16, 56:21
57:1, 57:3, 57:5
57:8, 57:11
57:15, 57:20
58:3, 58:6
58:10, 58:14
58:19, 58:21
59:3, 59:5, 59:9
59:14, 59:18
59:20, 60:1
60:8, 60:12
60:19, 61:4
61:9, 61:12
61:14, 61:18
61:25, 62:3
62:6, 62:12
62:14, 62:17
62:21, 62:25
63:4, 63:8
63:12, 63:14

Interrogation of William Hurt    June 28, 2012

| | | | | |
|---|---|---|---|---|
| 63:17, 63:20 | 101:14, 101:18 | 132:18, 132:23 | 151:1, 151:3 | 170:19, 170:22 |
| 63:22, 64:2 | 102:10, 102:19 | 133:1, 133:7 | 151:5, 151:8 | 170:25, 171:2 |
| 64:5, 64:9 | 102:22, 102:24 | 133:11, 133:16 | 151:11, 151:17 | 171:7, 171:12 |
| 64:14, 64:17 | 103:5, 103:7 | 133:18, 133:23 | 151:20, 151:24 | 171:17, 171:22 |
| 64:24, 65:4 | 103:10, 103:20 | 134:2, 134:5 | 152:6, 152:10 | 171:25, 172:4 |
| 65:12, 65:16 | 104:5, 104:10 | 134:8, 134:9 | 152:22, 152:25 | 172:7, 172:9 |
| 65:22, 65:24 | 104:13, 104:15 | 134:20, 134:23 | 153:3, 153:5 | 172:11, 172:14 |
| 66:5, 66:10 | 104:20, 104:23 | 135:6, 135:10 | 153:7, 153:9 | 172:15, 172:19 |
| 66:13, 66:16 | 105:4, 105:12 | 135:12, 135:18 | 153:12, 153:15 | 172:22, 173:2 |
| 66:19, 66:21 | 105:20, 106:3 | 135:19, 135:21 | 153:20, 153:23 | 173:5, 173:6 |
| 66:24, 67:2 | 106:7, 106:12 | 135:23, 135:25 | 154:1, 154:6 | 173:8, 173:10 |
| 67:13, 67:21 | 106:19, 107:5 | 136:4, 136:9 | 154:10, 154:13 | 173:12, 173:17 |
| 67:23, 68:19 | 107:8, 107:15 | 136:12, 136:13 | 154:16, 154:18 | 173:20, 173:24 |
| 68:24, 69:5 | 107:18, 107:22 | 136:16, 136:19 | 154:20, 154:25 | 174:1, 174:3 |
| 69:12, 69:19 | 108:3, 108:10 | 136:20, 136:23 | 155:6, 155:9 | 174:7, 174:9 |
| 69:22, 70:7 | 108:18, 108:23 | 137:1, 137:6 | 155:12, 155:16 | 174:12, 174:14 |
| 70:10, 70:12 | 109:1, 109:8 | 137:21, 137:24 | 155:22, 156:3 | 174:15, 174:17 |
| 70:17, 70:22 | 109:14, 110:3 | 138:13, 138:16 | 156:7, 156:11 | 174:22, 174:25 |
| 71:4, 71:8 | 110:6, 110:10 | 138:20, 138:25 | 156:14, 156:19 | 175:3, 175:4 |
| 71:16, 71:19 | 110:14, 110:23 | 139:6, 139:14 | 156:23, 157:1 | 175:6, 175:8 |
| 71:22, 71:24 | 110:25, 111:7 | 139:15, 139:17 | 157:6, 157:14 | 175:10, 175:12 |
| 72:3, 72:9 | 111:14, 111:17 | 139:20, 139:22 | 157:17, 157:20 | 175:14, 175:19 |
| 72:13, 72:22 | 111:20, 112:1 | 139:24, 140:2 | 157:22, 157:24 | 175:22, 176:1 |
| 73:2, 73:5, 73:9 | 112:8, 112:14 | 140:4, 140:7 | 158:2, 158:5 | 176:5, 176:8 |
| 73:12, 73:14 | 112:17, 112:20 | 140:9, 140:17 | 158:8, 158:13 | 176:10, 176:12 |
| 74:1, 74:4, 74:9 | 113:1, 113:6 | 140:18, 140:20 | 158:20, 158:23 | 176:14, 176:16 |
| 74:13, 74:17 | 113:8, 113:10 | 140:22, 140:24 | 159:2, 159:6 | 176:18, 176:21 |
| 74:24, 75:2 | 113:16, 113:18 | 141:4, 141:6 | 159:9, 159:12 | 176:24, 177:3 |
| 75:12, 75:15 | 113:21, 113:23 | 141:8, 141:9 | 159:15, 159:20 | 177:5, 177:9 |
| 75:18, 75:21 | 113:25, 114:3 | 141:13, 141:14 | 159:25, 160:2 | 177:11, 177:14 |
| 75:24, 76:2 | 114:10, 114:13 | 141:16, 141:17 | 160:5, 160:9 | 177:16, 177:18 |
| 76:8, 76:10 | 114:17, 114:20 | 141:23, 141:24 | 160:12, 160:14 | 177:21, 177:24 |
| 76:13, 76:16 | 114:23, 115:1 | 142:2, 142:7 | 160:18, 160:23 | 178:2, 178:4 |
| 76:19, 76:22 | 115:6, 115:11 | 142:9, 142:13 | 160:25, 161:4 | 178:6, 178:8 |
| 77:1, 77:4, 77:8 | 115:15, 115:19 | 142:15, 142:17 | 161:6, 161:8 | 178:11, 178:14 |
| 77:13, 77:18 | 115:24, 116:2 | 142:19, 142:22 | 161:10, 161:12 | 178:18, 178:21 |
| 78:4, 79:2, 80:8 | 116:5, 116:8 | 142:24, 143:1 | 161:16, 161:18 | 178:24, 179:1 |
| 80:12, 80:16 | 116:11, 116:17 | 143:3, 143:7 | 161:21, 161:22 | 179:4, 179:7 |
| 80:19, 80:23 | 116:21, 117:1 | 143:11, 143:15 | 161:24, 162:3 | 179:9, 179:12 |
| 81:24, 82:3 | 117:8, 117:11 | 143:18, 143:22 | 162:5, 162:7 | 179:14, 179:17 |
| 82:14, 82:16 | 117:16, 117:19 | 144:1, 144:4 | 162:12, 162:15 | 179:22, 179:24 |
| 82:24, 83:5 | 118:1, 118:5 | 144:6, 144:9 | 162:20, 162:23 | 180:2, 180:7 |
| 83:8, 83:11 | 118:11, 118:15 | 144:13, 144:15 | 163:1, 163:5 | 180:9, 180:11 |
| 83:15, 84:13 | 118:16, 118:18 | 144:17, 144:19 | 163:6, 163:8 | 180:16, 180:19 |
| 84:17, 84:22 | 118:23, 119:4 | 144:21, 144:23 | 163:10, 163:12 | 180:21, 180:24 |
| 84:25, 85:11 | 119:12, 119:18 | 145:1, 145:3 | 163:14, 163:16 | 181:2, 181:5 |
| 85:17, 86:7 | 119:22, 120:1 | 145:5, 145:8 | 163:19, 163:21 | 181:11, 181:13 |
| 86:11, 87:2 | 120:4, 120:10 | 145:10, 145:12 | 163:25, 164:3 | 181:15, 181:18 |
| 87:9, 87:18 | 120:12, 120:20 | 145:14, 145:17 | 164:6, 164:10 | 181:21, 181:25 |
| 87:20, 87:23 | 120:24, 121:3 | 145:21, 145:24 | 164:20, 164:22 | 182:2, 182:6 |
| 88:3, 88:11 | 121:10, 122:1 | 146:1, 146:5 | 164:25, 165:2 | 182:9, 182:12 |
| 88:14, 88:18 | 122:4, 122:8 | 146:7, 146:9 | 165:4, 165:7 | 182:15, 182:19 |
| 88:23, 89:2 | 122:15, 122:19 | 146:12, 146:14 | 165:9, 165:11 | 182:22, 183:1 |
| 89:8, 89:13 | 122:24, 123:11 | 146:15, 146:18 | 165:12, 165:16 | 183:6, 183:8 |
| 89:20, 89:23 | 123:18, 123:20 | 146:22, 146:23 | 165:19, 166:1 | 183:10, 183:13 |
| 90:1, 91:1, 91:5 | 124:7, 124:11 | 146:24, 146:25 | 166:3, 166:5 | 183:16, 183:18 |
| 91:10, 91:18 | 124:17, 124:23 | 147:14, 147:17 | 166:7, 166:9 | 183:20, 183:24 |
| 91:25, 92:12 | 125:3, 125:11 | 147:19, 147:21 | 166:11, 166:15 | 184:2, 184:4 |
| 92:18, 92:22 | 126:6, 126:10 | 147:23, 148:1 | 166:19, 166:23 | 184:6, 184:7 |
| 93:4, 93:9 | 126:23, 127:2 | 148:4, 148:7 | 167:5, 167:8 | 184:9, 184:13 |
| 93:19, 94:2 | 127:5, 127:7 | 148:11, 148:15 | 167:11, 167:14 | 184:15, 184:19 |
| 94:8, 94:13 | 127:8, 127:17 | 148:19, 148:23 | 167:15, 167:17 | 184:21, 184:24 |
| 94:19, 95:5 | 127:21, 127:23 | 148:25, 149:3 | 167:20, 168:2 | 185:1, 185:3 |
| 95:16, 95:22 | 128:17, 128:19 | 149:5, 149:8 | 168:6, 168:10 | 185:6, 185:8 |
| 96:24, 97:7 | 129:3, 129:6 | 149:11, 149:14 | 168:17, 168:19 | 185:10, 185:16 |
| 97:10, 97:14 | 129:15, 129:17 | 149:16, 149:18 | 168:24, 169:3 | 185:19, 185:23 |
| 97:21, 97:25 | 130:5, 130:11 | 149:20, 149:23 | 169:8, 169:10 | 185:24, 185:25 |
| 98:9, 98:14 | 131:10, 131:11 | 150:1, 150:3 | 169:14, 169:18 | 186:2, 186:3 |
| 98:17, 99:16 | 131:13, 131:22 | 150:6, 150:9 | 169:22, 169:25 | 186:5, 186:8 |
| 99:20, 100:3 | 131:25, 132:3 | 150:12, 150:14 | 170:3, 170:7 | 186:12, 186:15 |
| 100:5, 101:9 | 132:6, 132:14 | 150:19, 150:23 | 170:14, 170:16 | 186:18, 186:22 |

Interrogation of William Hurt     June 28, 2012

| | | | |
|---|---|---|---|
| 187:2, 187:6 | 99:25 | 192:21, 193:4 | 195 2:33 |
| 187:13, 187:17 | works 175:23 | 193:13, 194:6 | |
| 187:21, 187:25 | world 129:23 | years 67:24 | **2** |
| 188:4, 188:9 | worried 102:25 | 91:25, 92:3 | |
| 188:15, 188:18 | worry 184:15 | yesterday 30:13 | 2:00 179:7, 179:8 |
| 188:23, 189:1 | worse 87:22 | 30:22 | 179:9, 179:10 |
| 189:5, 189:8 | 87:24, 87:25 | yon 186:1 | 2:30 179:12 |
| 189:12, 189:15 | 91:11, 108:23 | you-all 22:5 | 179:13 |
| 189:18, 189:25 | worth 103:7 | 81:3, 92:5, 98:5 | 20 10:23, 152:2 |
| 190:5, 190:8 | 184:21 | 110:16, 110:17 | 156:13, 162:12 |
| 190:12, 190:15 | would've 160:5 | 145:15, 148:2 | 2012 2:11 |
| 190:20, 191:1 | wreck 89:17 | 168:9, 170:11 | 2015 2:18, 2:23 |
| 191:3, 191:6 | wrong 46:19, 47:2 | 170:24, 172:12 | 195:18 |
| 191:8, 191:12 | 47:6, 47:8, 47:9 | 176:19, 179:21 | 2018 195:14 |
| 191:15, 191:18 | 48:7, 48:20 | 182:4, 182:13 | 21:37 194:18 |
| 191:24, 192:1 | 49:5, 49:6, 49:6 | 182:14 | 2313 3:24 |
| 192:3, 192:5 | 51:18, 72:25 | | 25 17:14, 152:2 |
| 192:8, 192:10 | 81:17, 190:21 | **0** | 28 2:11 |
| 192:13, 192:16 | wrote 53:15 | | |
| 192:21, 192:24 | | 05/17/94 3:22 | **3** |
| 193:1, 193:4 | **Y** | | |
| 193:7, 193:13 | | **1** | 3 2:32, 41:11 |
| 193:15, 193:18 | yard 30:12, 30:16 | | 3:00 179:7, 179:8 |
| 193:24, 194:2 | 77:9 | 1:00 13:23, 14:7 | 179:9, 179:10 |
| 194:6, 194:12 | yeah 3:17, 4:4 | 14:12, 53:11 | 3:14-CV-00092-R... |
| 194:14 | 10:3, 10:5 | 1:15 53:12 | 2:2 |
| willing 113:19 | 14:13, 15:22 | 10 32:9 | 3:15 6:18 |
| 130:21 | 16:15, 18:2 | 10:00 52:1, 52:2 | 30 7:5, 17:14 |
| wing 16:14 | 19:10, 19:12 | 52:4, 52:5 | 104:17 |
| wish 4:14 | 23:13, 24:9 | 52:11, 52:12 | 309 4:2, 4:3 |
| withdraw 189:22 | 24:13, 25:21 | 52:12, 52:13 | 31 173:13 |
| withdrawing | 25:25, 26:7 | 53:3, 53:4 | 319 4:2 |
| 145:15 | 32:19, 37:17 | 10:15 7:10 | 32 43:8 |
| withhold 147:8 | 41:15, 43:23 | 10:45 8:9 | |
| withholding 18:1 | 49:18, 50:21 | 10:15 7:8 | **4** |
| 21:16, 23:12 | 51:8, 52:18 | 11:00 52:8, 61:22 | |
| 25:4, 25:5 | 54:9, 54:12 | 77:14 | 4:00 188:21 |
| 26:22, 27:1 | 54:13, 54:17 | 11:15-ish 36:12 | 41 153:1, 178:16 |
| 27:7, 31:11 | 55:6, 59:10 | 11:20 77:15 | 182:21 |
| 103:22, 110:1 | 63:21, 65:12 | 11:30 8:3, 8:4 | 45-minute 54:14 |
| witness 11:2 | 70:9, 73:2 | 8:5, 36:15 | |
| woke 5:25, 77:4 | 79:25, 82:24 | 52:14, 52:16 | **5** |
| 97:4, 152:12 | 84:4, 84:9 | 53:6 | |
| wonder 108:20 | 88:25, 92:18 | 11:45 53:5, 53:7 | 50/50 73:22 |
| wool 94:4 | 92:23, 93:22 | 12 87:1, 87:7 | 52 70:13 |
| word 97:23, 97:23 | 94:2, 94:13 | 97:12, 117:13 | |
| words 106:17 | 94:15, 96:4 | 12:00 36:11, 52:1 | **7** |
| 124:19 | 97:16, 98:13 | 52:8 | |
| work 6:19, 7:1 | 102:3, 103:5 | 12:30 14:3, 14:4 | 7,846,493 32:9 |
| 30:12, 30:16 | 103:20, 104:10 | 14:7, 14:11 | |
| 30:18, 30:19 | 104:13, 104:20 | 14:14, 53:8 | **9** |
| 30:20, 35:13 | 104:23, 107:7 | 12:45 14:16, 53:8 | |
| 35:16, 36:8 | 107:15, 107:18 | 12:50 14:16 | 9:30 16:3 |
| 36:10, 36:15 | 108:4, 108:10 | 12-pack 59:23 | 9:45 7:3, 16:2 |
| 36:22, 42:20 | 109:1, 123:18 | 61:2, 64:8 | 77:19 |
| 52:4, 52:7, 52:7 | 127:25, 130:11 | 13 195:14 | |
| 56:18, 62:19 | 134:20, 138:14 | 14 37:13, 102:3 | |
| 62:23, 64:10 | 138:16, 138:20 | 102:5, 107:23 | |
| 71:25, 77:9 | 143:17, 150:14 | 14th 180:10 | |
| 77:16, 82:8 | 151:19, 157:17 | 15 14:15, 46:24 | |
| 82:9, 87:9 | 157:22, 160:2 | 77:14, 190:5 | |
| 123:7, 123:8 | 161:8, 161:10 | 15-2151 4:4 | |
| 123:9, 123:10 | 171:2, 171:22 | 15th 20:6 | |
| 129:9, 129:9 | 172:19, 172:22 | 16 183:22 | |
| 129:10, 138:23 | 173:24, 180:2 | 16th 5:14, 5:15 | |
| 192:5 | 180:16, 181:15 | 5:16 | |
| worked 56:8 | 183:24, 185:1 | 16-year-old 102:7 | |
| 77:18 | 185:3, 185:21 | 17 2:18 | |
| working 5:8, 6:8 | 186:15, 187:17 | 18 67:24 | |
| 6:9, 32:16, 49:4 | 187:22, 188:18 | 18:39 76:5 | |
| 64:11, 79:9 | 188:23, 191:3 | 19:19 3:1, 76:5 | |